# Exhibit A

Press   Careers   Investors   About us                                                 English

Solutions   Products   Insights & Results   Academy

Contact

Events   About us

Home   /   About us   /   Press & Media   /   Newsroom   /   Getinge establishes new brand structure and becomes a single brand company

News                                                                              Subscribe

March 20, 2017 Gothenburg, Sweden

# Getinge establishes new brand structure and becomes a single brand company

Press releases   |   2017-03-20

**In order to better convey the customer offering and further strengthen the leading position, Getinge now approaches customers with a total portfolio that accumulates all inherent equities of current brands within one single brand – Getinge.**

The Getinge Group's rapid growth, mainly through acquisitions, over the last 25 years has built up an extensive brand portfolio with brands like Maquet, Lancer, Atrium and

more. In line with the ongoing company transformation, Getinge now takes the next step to unify its offering under the Getinge brand.

All the group's products will carry the Getinge logo in the future. The redesigned company logo is accompanied by a new identity and tonality that contribute to reinforcing the customer-centric face of Getinge. Some of the current brands within the Getinge Group, such as Maquet, will become product family names under the Getinge master brand.

"Unifying the company under one brand is in line with our ongoing transformation program that aims at making Getinge even more market and customer-centric. The single brand approach will also continue to reinforce our position as a leading global medtech company," says Joacim Lindoff, Acting President & CEO at Getinge.

## For further information, please contact

Kornelia Rasmussen
Executive Vice President Communication & Brand Management
Phone: + 46 10 335 58 10
Email: kornelia.rasmussen@getinge.com

### About Getinge

Getinge is a global provider of innovative solutions for operating rooms, intensive-care units, sterilization departments and for life science companies and institutions. Based on our first-hand experience and close partnerships with clinical experts, healthcare professionals and medtech specialists, we are improving the every-day life for people, today and tomorrow.

Share:

| Solutions | About us |
|---|---|
| Life science | Investors |
| Hospital departments | Careers |
| Acute care therapies | Our responsibility |
| Clinics and dental | Corporate governance |
| Planning and implementation | Press & media |
| Integrated workflow solutions | History |

© Copyright 2017 Getinge AB. All rights reserved.

Unless otherwise specified, all product and service names on this website are trademarks owned by or licensed to Getinge Group, its subsidiaries or affiliates. No trademark, trade name, or trade dress on this website may be used without the prior written authorization of Getinge Group. Getinge, Getinge Group, Getinge Group Passion for Life, ArjoHuntleigh, Maquet, and Atrium are trademarks or registered trademarks of Getinge AB, its worldwide subsidiaries or affiliates. Org No. 556408-5032

This website is intended to provide information to an international audience outside of the US.

Web Policy   |   Patent Marking Index   |   Modern Slavery Act Transparency Statement