# Exhibit D



# It is time to examine the facts.

## IAB Therapy still remains the first-line choice

### The facts:

- IAB therapy, with low complication rate, should be considered in early stages of cardiogenic shock.[1]

- No clear signal of superior outcome was observed with patients with Impella® CP support when compared with the IABP.[2]

- Bleeding complications in the IMPRESS™ trial were significantly higher in the Impella arm than the IABP arm (33% vs. 8%).[2]

- Initiation of therapy prior to primary PCI vs. after PCI decreased mortality in cardiogenic shock from 53% to 25%.[2]

1. Atkinson TM, Ohman EM, O'Neill WW, et al. JACC Cardiovasc Interv. 2016 May 9;9(9):871-83.
2. Ouweneel DM, Eriksen E, Sjauw KD, et al. J Am Coll Cardiol. 2016 Oct 27.



Take a closer look: View a presentation on practical patient support by Dr. Jay Thomas
www.cathlabdigest.com/patientsupport



GETINGE

ML-0634-US Rev A • Getinge is a registered trademark of Getinge AB, its subsidiaries, or affiliates in the United States or other countries • Impella is a registered trademark of Abiomed Europe GmbH, a wholly owned subsidiary of Abiomed, Inc., in the U.S.A. and certain foreign countries • IMPRESS is a trademark of Carefusion Corporation or one of its subsidiaries • Copyright 2017 Getinge AB or its subsidiaries or affiliates • All rights reserved • MCV00046266 REVA