# Exhibit G

**Release of Peer-reviewed Publication in Accordance with the
FDA Good Reprints Practices Guidance (January 2009)**

**Article:** 2014 ESC / EACTS Guidelines on Myocardial Revascularization

**Authors:** Stephan Windecker (ESC Chairperson) (Switzerland), Philippe Kolh (EACTS Chairperson) (Belgium), Fernando Alfonso (Spain), Jean-Philippe Collet (France), Jochen Cremer (Germany), Volkmar Falk (Switzerland), Gerasimos Filippatos (Greece), Christian Hamm (Germany), Stuart J. Head (The Netherlands), Peter Juni (Switzerland), A. Pieter Kappetein (The Netherlands), Adnan Kastrati (Germany), Juhani Knuuti (Finland), Ulf Landmesser (Switzerland), Gunther Laufer (Austria), Franz-Josef Neumann (Germany), Dimitrios J. Richter (Greece), Patrick Schauerte (Germany),Miguel Sousa Uva (Portugal), Giulio G. Stefanini (Switzerland), David Paul Taggart (UK), Lucia Torracca (Italy), Marco Valgimigli (Italy),William Wijns (Belgium), and Adam Witkowski (Poland).

**Journal:** *European Heart Journal*

**Device:** Impella 2.5® / Impella CP®

**INDICATIONS FOR USE**

**Protected PCI**
The Impella 2.5® and Impella CP® Systems are a temporary (≤ 6 hours) ventricular support devices indicated for use during high risk percutaneous coronary interventions (PCI) performed in elective or urgent, hemodynamically stable patients with severe coronary artery disease and depressed left ventricular ejection fraction, when a heart team, including a cardiac surgeon, has determined high risk PCI is the appropriate therapeutic option. Use of the Impella 2.5 and Impella CP Systems in these patients may prevent hemodynamic instability, which can result from repeat episodes of reversible myocardial ischemia that occur during planned temporary coronary occlusions and may reduce peri- and post-procedural adverse events.

**Cardiogenic Shock**
The Impella 2.5®, Impella CP®, Impella 5.0®, and Impella LD® Catheters, in conjunction with the Automated Impella Controller (collectively, "Impella® System Therapy"), are temporary ventricular support devices intended for short term use (≤ 4 days for the Impella 2.5 and Impella CP, and ≤ 6 days for the Impella 5.0, and Impella LD) and indicated for the treatment of ongoing cardiogenic shock that occurs immediately (< 48 hours) following acute myocardial infarction or open heart surgery as a result of isolated left ventricular failure that is not responsive to optimal medical management and conventional treatment measures (including volume loading and use of pressors and inotropes, with or without IABP). The intent of Impella System Therapy is to reduce ventricular work and to provide the circulatory support necessary to allow heart recovery and early assessment of residual myocardial function.

**Bibliography:** See page 72 of the article

**Representative publication with contrary conclusions:** None identified

**Statement:**  The uses described in the information have not been approved or cleared by FDA

**Manufacturer's Interest:**  Abiomed, Inc. manufactures the Impella® devices

**Financial interests of authors:**  See page 2 of the article

**Funding of study:**  None

**Additional significant risks or safety concerns known to manufacturer and not discussed in article:**

### CONTRAINDICATIONS

The Impella 2.5, Impella CP, Impella 5.0 and Impella LD are contraindicated for use with patients experiencing any of the following conditions: Mural thrombus in the left ventricle; Presence of a mechanical aortic valve or heart constrictive device; Aortic valve stenosis/calcification (equivalent to an orifice area of 0.6 cm2 or less); Moderate to severe aortic insufficiency (echocardiographic assessment graded as ≥ +2); Severe peripheral arterial disease precluding placement of the Impella System; Significant right heart failure*; Combined cardiorespiratory failure*; Presence of an Atrial or Ventricular Septal Defect (including post-infarct VSD)*; Left ventricular rupture*; Cardiac tamponade*

* This condition is a contraindication for the cardiogenic shock indication only.

### POTENTIAL ADVERSE EVENTS

Acute renal dysfunction, Aortic valve injury, Bleeding, Cardiogenic shock, Cerebral vascular accident/Stroke, Death, Hemolysis, Limb ischemia, Myocardial infarction, Renal failure, Thrombocytopenia and Vascular injury

In addition to the risks above, there are other **WARNINGS** and **PRECAUTIONS** associated with Impella devices. Visit **www.protectedpci.com/hcp/information/isi** and **www.cardiogenicshock.com/hcp/information/isi** to learn more.

**Questions concerning the contents of this publication should be directed to Abiomed's medical / scientific staff at medicalaffairs@abiomed.com.**



European Heart Journal
doi:10.1093/eurheartj/ehu278

**ESC/EACTS GUIDELINES**





# 2014 ESC/EACTS Guidelines on myocardial revascularization

## The Task Force on Myocardial Revascularization of the European Society of Cardiology (ESC) and the European Association for Cardio-Thoracic Surgery (EACTS)

## Developed with the special contribution of the European Association of Percutaneous Cardiovascular Interventions (EAPCI)

**Authors/Task Force members: Stephan Windecker\* (ESC Chairperson) (Switzerland), Philippe Kolh\* (EACTS Chairperson) (Belgium), Fernando Alfonso (Spain), Jean-Philippe Collet (France), Jochen Cremer (Germany), Volkmar Falk (Switzerland), Gerasimos Filippatos (Greece), Christian Hamm (Germany), Stuart J. Head (The Netherlands), Peter Jüni (Switzerland), A. Pieter Kappetein (The Netherlands), Adnan Kastrati (Germany), Juhani Knuuti (Finland), Ulf Landmesser (Switzerland), Günther Laufer (Austria), Franz-Josef Neumann (Germany), Dimitrios J. Richter (Greece), Patrick Schauerte (Germany), Miguel Sousa Uva (Portugal), Giulio G. Stefanini (Switzerland), David Paul Taggart (UK), Lucia Torracca (Italy), Marco Valgimigli (Italy), William Wijns (Belgium), and Adam Witkowski (Poland).**

Downloaded from http://eurheartj.oxfordjournals.org/ by guest on September 18, 2014

\* First and corresponding authors: Stephan Windecker, Cardiology, Bern University Hospital, Freiburgstrasse 4, CH-3010 Bern, Switzerland. Tel: +41 31 632 47 70; Fax: +41 31 632 42 99; Email: stephan.windecker@insel.ch

Philippe Kolh, Cardiovascular Surgery Department, University Hospital (CHU, ULg) of Liege, Sart Tilman B 35, 4000 Liege, Belgium. Tel: +32 4 366 7163; Fax: +32 4 366 7164; Email: philippe.kolh@chu.ulg.ac.be

**National Cardiac Societies document reviewers:** listed in Addenda

The content of these European Society of Cardiology (ESC) Guidelines has been published for personal and educational use only. No commercial use is authorized. No part of the ESC Guidelines may be translated or reproduced in any form without written permission from the ESC. Permission can be obtained upon submission of a written request to Oxford University Press, the publisher of the European Heart Journal and the party authorized to handle such permissions on behalf of the ESC.

‡ **Other ESC entities having participated in the development of this document:**

**Associations:** Acute Cardiovascular Care Association (ACCA), European Association for Cardiovascular Prevention & Rehabilitation (EACPR), European Association of Cardiovascular Imaging (EACVI), European Heart Rhythm Association (EHRA), Heart Failure Association of the ESC (HFA).

**Working groups:** Working Group on Cardiac Cellular Electrophysiology, Working Group on Cardiovascular Magnetic Resonance, Working Group on Cardiovascular Pharmacology and Drug Therapy, Working Group on Cardiovascular Surgery, Working Group on Coronary Pathophysiology and Microcirculation, Working Group on Nuclear Cardiology and Cardiac Computed Tomography, Working Group on Peripheral Circulation, Working Group on Thrombosis, Working Group on Valvular Heart Disease.

**Councils:** Council for Cardiology Practice, Council on Cardiovascular Primary Care, Council on Cardiovascular Nursing and Allied Professions.

**Disclaimer 2014:** The ESC Guidelines represent the views of the ESC and were produced after careful consideration of the scientific and medical knowledge and the evidence available at the time of their dating.

The ESC is not responsible in the event of any contradiction, discrepancy and/or ambiguity between the ESC Guidelines and any other official recommendations or guidelines issued by the relevant public health authorities, in particular in relation to good use of healthcare or therapeutic strategies. Health professionals are encouraged to take the ESC Guidelines fully into account when exercising their clinical judgment as well as in the determination and the implementation of preventive, diagnostic or therapeutic medical strategies; however, the ESC Guidelines do not in any way whatsoever override the individual responsibility of health professionals to make appropriate and accurate decisions in consideration of each patient's health condition and, where appropriate and/or necessary, in consultation with that patient and the patient's care provider. Nor do the ESC Guidelines exempt health professionals from giving full and careful consideration to the relevant official, updated recommendations or guidelines issued by the competent public health authorities, in order to manage each patient's case in light of the scientifically accepted data pursuant to their respective ethical and professional obligations. It is also the health professional's responsibility to verify the applicable rules and regulations relating to drugs and medical devices at the time of prescription.

© The European Society of Cardiology 2014. All rights reserved. For permissions please email: journals.permissions@oup.com.

**ESC Committee for Practice Guidelines:** Jose Luis Zamorano (Chairperson) (Spain), Stephan Achenbach (Germany), Helmut Baumgartner (Germany), Jeroen J. Bax (Netherlands), Héctor Bueno (Spain), Veronica Dean (France), Christi Deaton (UK), Çetin Erol (Turkey), Robert Fagard (Belgium), Roberto Ferrari (Italy), David Hasdai (Israel), Arno W. Hoes (Netherlands), Paulus Kirchhof (Germany/UK), Juhani Knuuti (Finland), Philippe Kolh (Belgium), Patrizio Lancellotti (Belgium), Ales Linhart (Czech Republic), Petros Nihoyannopoulos (UK), Massimo F. Piepoli (Italy), Piotr Ponikowski (Poland), Per Anton Sirnes (Norway), Juan Luis Tamargo (Spain), Michal Tendera (Poland), Adam Torbicki (Poland), William Wijns (Belgium), and Stephan Windecker (Switzerland).

**EACTS Clinical Guidelines Committee:** Miguel Sousa Uva (Chairperson) (Portugal).

**Document reviewers:** Stephan Achenbach (ESC Review Coordinator) (Germany), John Pepper (EACTS Review Coordinator) (UK), Anelechi Anyanwu (USA), Lina Badimon (Spain), Johann Bauersachs (Germany), Andreas Baumbach (UK), Farzin Beygui (France), Nikolaos Bonaros (Austria), Marco De Carlo (Italy), Christi Deaton (UK), Dobromir Dobrev (Germany), Joel Dunning (UK), Eric Eeckhout (Switzerland), Stephan Gielen (Germany), David Hasdai (Israel), Paulus Kirchhof (UK/Germany), Heyman Luckraz (UK), Heiko Mahrholdt (Germany), Gilles Montalescot (France), Domenico Paparella (Italy), Ardawan J. Rastan (Germany), Marcelo Sanmartin (Spain), Paul Sergeant (Belgium), Sigmund Silber (Germany), Juan Tamargo (Spain), Jurrien ten Berg (Netherlands), Holger Thiele (Germany), Robert-Jan van Geuns (Netherlands), Hans-Otto Wagner (Germany), Sven Wassmann (Germany), Olaf Wendler (UK), and Jose Luis Zamorano (Spain).

The disclosure forms of the authors and reviewers are available on the ESC website www.escardio.org/guidelines

*Online publish-ahead-of-print 29 August 2014*

**Keywords**   Acute coronary syndromes • Bare-metal stents • Coronary artery bypass grafting • Coronary artery disease • Drug-eluting stents • EuroSCORE • Guidelines • Heart Team • Myocardial infarction • Myocardial ischaemia • Myocardial revascularization • Medical therapy • Percutaneous coronary intervention • Recommendation • Revascularisation • Risk stratification • Stents • Stable angina • Stable coronary artery disease • ST-segment elevation myocardial infarction • SYNTAX score

# Table of Contents

Abbreviations and acronyms . . . . . . . . . . . . . . . . . . . .2544
1. Preamble . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .2547
2. Introduction . . . . . . . . . . . . . . . . . . . . . . . . . . . .2548
3. Scores and risk stratification . . . . . . . . . . . . . . . . . .2549
4. Process for decision-making and patient information . . . . . . .2552
   4.1 Patient information and informed consent . . . . . . . . . .2552
   4.2 Multidisciplinary decision-making (Heart Team) . . . . . . .2553
   4.3 Timing of revascularization and *ad hoc* percutaneous coronary intervention . . . . . . . . . . . . . . . . . . . . .2553
5. Strategies for diagnosis: functional testing and imaging . . . . .2554
   5.1 Non-invasive tests . . . . . . . . . . . . . . . . . . . . .2554
   5.2 Invasive tests . . . . . . . . . . . . . . . . . . . . . . .2554
   5.3 Detection of myocardial viability . . . . . . . . . . . . . .2555
6. Revascularization for stable coronary artery disease . . . . . . .2555
   6.1 Rationale for revascularization . . . . . . . . . . . . . . .2555
   6.2 Evidence basis for revascularization . . . . . . . . . . . .2555
      6.2.1 Revascularization with the use of percutaneous coronary intervention . . . . . . . . . . . . . . . . . . . . . .2555
      6.2.2 Percutaneous coronary intervention with drug-eluting stents vs. bare-metal stents . . . . . . . . . . . . . . . . . .2557
      6.2.3 Revascularization with the use of coronary artery bypass grafting . . . . . . . . . . . . . . . . . . . . . . . . .2557
   6.3 Percutaneous coronary intervention vs. coronary artery bypass grafting . . . . . . . . . . . . . . . . . . . . . . . . .2558

      6.3.1 Proximal left anterior descending coronary artery disease . . . . . . . . . . . . . . . . . . . . . . . . . . . . .2558
      6.3.2 Left main coronary artery disease . . . . . . . . . . .2558
      6.3.3 Three-vessel coronary artery disease . . . . . . . . . .2560
7. Revascularization in non-ST-segment elevation acute coronary syndromes . . . . . . . . . . . . . . . . . . . . . . . . . . . . .2561
   7.1 Early invasive vs. conservative strategy . . . . . . . . . . .2561
   7.2 Timing of angiography and intervention . . . . . . . . . . .2562
   7.3 Type of revascularization . . . . . . . . . . . . . . . . . .2562
      7.3.1 Coronary artery bypass surgery . . . . . . . . . . . . .2563
      7.3.2 Percutaneous coronary intervention . . . . . . . . . . .2563
8. Revascularization in ST-segment elevation myocardial infarction  2564
   8.1 Time delays . . . . . . . . . . . . . . . . . . . . . . . . .2564
   8.2 Selection of reperfusion strategy . . . . . . . . . . . . . .2564
   8.3 Primary percutaneous coronary intervention . . . . . . . . .2565
   8.4 Fibrinolysis . . . . . . . . . . . . . . . . . . . . . . . . .2567
   8.5 Secondary percutaneous coronary intervention . . . . . . . .2567
   8.6 Coronary artery bypass surgery . . . . . . . . . . . . . . .2568
9. Revascularization in patients with heart failure and cardiogenic shock . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .2568
   9.1 Chronic heart failure . . . . . . . . . . . . . . . . . . . .2568
      9.1.1 Revascularization . . . . . . . . . . . . . . . . . . .2568
      9.1.2 Myocardial viability and revascularization . . . . . . .2568
      9.1.3 Ventricular reconstruction . . . . . . . . . . . . . . .2569

Downloaded from http://eurheartj.oxfordjournals.org/ by guest on September 18, 2014

9.2  Cardiogenic shock . . . . . . . . . . . . . . . . . . . . . . . .2569
    9.2.1  Revascularization . . . . . . . . . . . . . . . . . . . .2569
    9.2.2  Mechanical circulatory support . . . . . . . . . . .2570
    9.2.3  Right ventricular failure . . . . . . . . . . . . . . . . . 31
    9.2.4  Mechanical complications . . . . . . . . . . . . . . .2571
10.  Revascularization in patients with diabetes . . . . . . . .2571
    10.1  Evidence for myocardial revascularization . . . . . . . .2571
        10.1.1  Stable coronary artery disease . . . . . . . . . .2572
        10.1.2  Acute coronary syndromes . . . . . . . . . . . .2572
    10.2  Type of myocardial revascularization . . . . . . . . . .2572
        10.2.1.  Randomized clinical trials . . . . . . . . . . . .2572
        10.2.2  Meta-analyses . . . . . . . . . . . . . . . . . . . .2574
    10.3  Revascularization with the use of percutaneous coronary
    intervention . . . . . . . . . . . . . . . . . . . . . . . . . . . .2574
    10.4  Revascularization with the use of coronary artery bypass
    grafting . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .2574
    10.5  Antithrombotic pharmacotherapy . . . . . . . . . . . .2574
    10.6  Anti-diabetic medications . . . . . . . . . . . . . . . . .2575
11.  Revascularization in patients with chronic kidney disease . . .2575
    11.1  Evidence-base for revascularization . . . . . . . . . . .2575
        11.1.1  Patients with moderate chronic kidney disease . . . .2576
        11.1.2  Patients with severe chronic kidney disease and end-
        stage renal disease or in haemodialysis . . . . . . . . . . .2576
    11.2  Prevention of contrast-induced nephropathy . . . . . .2576
12.  Revascularization in patients requiring valve interventions . . .2577
    12.1  Primary indication for valve interventions . . . . . . . .2577
    12.2  Primary indication for coronary revascularization . . . .2578
13.  Associated carotid/peripheral artery disease . . . . . . . .2579
    13.1  Associated coronary and carotid artery disease . . . . .2579
        13.1.1  Risk factors for stroke associated with myocardial
        revascularization . . . . . . . . . . . . . . . . . . . . . . . .2579
        13.1.2  Preventive measures to reduce the risk of stroke after
        coronary artery bypass grafting . . . . . . . . . . . . . . . .2579
        13.1.3  Carotid revascularization in patients scheduled
        for myocardial revascularization . . . . . . . . . . . . . . .2579
        13.1.4  Type of revascularization in patients with associated
        carotid and coronary artery disease . . . . . . . . . . . . .2580
    13.2  Associated coronary and peripheral arterial disease . . . 41
14.  Repeat revascularization and hybrid procedures . . . . . . .2581
    14.1  Early graft failure . . . . . . . . . . . . . . . . . . . . . . .2581
    14.2  Disease progression and late graft failure . . . . . . . . .2582
    14.3  Acute percutaneous coronary intervention failure . . . .2583
    14.4  Repeat percutaneous coronary intervention . . . . . . .2583
    14.5  Hybrid procedures . . . . . . . . . . . . . . . . . . . . . .2583
15.  Arrhythmias . . . . . . . . . . . . . . . . . . . . . . . . . . . .2585
    15.1  Ventricular arrhythmias . . . . . . . . . . . . . . . . . . .2585
        15.1.1  Revascularization for prevention of sudden cardiac
        death in patients with stable coronary artery disease and
        reduced left ventricular function . . . . . . . . . . . . . . .2585
        15.1.2  Revascularization for treatment of electrical storm . .2585
        15.1.3  Revascularization after out-of-hospital cardiac arrest .2585
    15.2  Atrial arrhythmias . . . . . . . . . . . . . . . . . . . . . .2585
        15.2.1  Atrial fibrillation complicating percutaneous
        coronary intervention . . . . . . . . . . . . . . . . . . . . .2585
        15.2.2  Atrial fibrillation complicating coronary artery bypass
        grafting . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .2585
        15.2.3  Post-operative atrial fibrillation and stroke risk . . . .2586

15.3  Concomitant surgical procedures for atrial fibrillation or
stroke treatment . . . . . . . . . . . . . . . . . . . . . . . . . . .2586
16.  Procedural aspects of coronary artery bypass grafting . . . . .2587
    16.1  Pre-operative management . . . . . . . . . . . . . . . . .2587
    16.2  Blood management . . . . . . . . . . . . . . . . . . . . . .2587
        16.2.1  Blood salvage interventions . . . . . . . . . . . . .2587
        16.2.2  Pharmacological strategies . . . . . . . . . . . . . .2587
        16.2.3  Blood transfusion . . . . . . . . . . . . . . . . . . .2587
    16.3  Surgical procedures . . . . . . . . . . . . . . . . . . . . .2587
        16.3.1  Conduit harvest . . . . . . . . . . . . . . . . . . . .2587
        16.3.2  Coronary vessel . . . . . . . . . . . . . . . . . . . .2587
        16.3.3  Completeness of revascularization . . . . . . . . .2587
        16.3.4  Construction of central anastomosis . . . . . . . .2587
        16.3.5  Bypass grafts . . . . . . . . . . . . . . . . . . . . . .2588
        16.3.6  On-pump and off-pump procedures . . . . . . . .2589
        16.3.7  Minimally invasive procedures . . . . . . . . . . . .2589
    16.4  Reporting perioperative outcome . . . . . . . . . . . . .2589
17.  Procedural aspects of percutaneous coronary intervention . . .2589
    17.1  Percutaneous coronary intervention devices . . . . . . .2589
        17.1.1  Balloon angioplasty . . . . . . . . . . . . . . . . . .2589
        17.1.2  Coronary stents . . . . . . . . . . . . . . . . . . . .2589
        17.1.3  Bioresorbable stents . . . . . . . . . . . . . . . . .2590
        17.1.4  Drug-coated balloons . . . . . . . . . . . . . . . . .2590
        17.1.5  Other devices . . . . . . . . . . . . . . . . . . . . .2590
    17.2  Adjunctive invasive diagnostic tools . . . . . . . . . . . .2590
        17.2.1  Intravascular ultrasound . . . . . . . . . . . . . . .2590
        17.2.2  Optical coherence tomography . . . . . . . . . . .2592
        17.2.3  Pressure-derived fractional flow reserve . . . . . . .2593
    17.3  Specific lesion subsets . . . . . . . . . . . . . . . . . . .2593
        17.3.1  Bifurcation stenosis . . . . . . . . . . . . . . . . . .2593
        17.3.2  Chronic total coronary occlusion . . . . . . . . . .2593
        17.3.3  Ostial lesions . . . . . . . . . . . . . . . . . . . . . .2594
18.  Antithrombotic treatments . . . . . . . . . . . . . . . . . . .2594
    18.1  Percutaneous coronary intervention in stable coronary
    artery disease . . . . . . . . . . . . . . . . . . . . . . . . . . . .2594
        18.1.1  Oral antiplatelet therapy . . . . . . . . . . . . . . .2594
        18.1.2  Intravenous antiplatelet therapy . . . . . . . . . . .2595
        18.1.3  Anticoagulation . . . . . . . . . . . . . . . . . . . .2595
    18.2  Non-ST-segment elevation acute coronary syndrome . .2596
        18.2.1  Oral antiplatelet therapy . . . . . . . . . . . . . . .2596
        18.2.2  Intravenous antiplatelet therapy . . . . . . . . . . .2597
        18.2.3  Anticoagulation . . . . . . . . . . . . . . . . . . . .2597
    18.3  ST-segment elevation myocardial infarction . . . . . . .2598
        18.3.1  Oral antiplatelet therapy . . . . . . . . . . . . . . .2598
        18.3.2  Intravenous antiplatelet therapy . . . . . . . . . . .2599
        18.3.3  Anticoagulation . . . . . . . . . . . . . . . . . . . .2599
    18.4  Points of interest and special conditions . . . . . . . . .2601
        18.4.1  Pre-treatment with $P2Y_{12}$ inhibitors . . . . . . . .2601
        18.4.2  Intravenous $P2Y_{12}$ inhibitors . . . . . . . . . . . .2601
        18.4.3  Anticoagulation after percutaneous coronary
        intervention in acute coronary syndrome patients . . . . .2602
        18.4.4  Anticoagulation during percutaneous coronary
        intervention in patients on oral anticoagulation . . . . . .2602
        18.4.5  Antithrombotic therapy after percutaneous
        coronary intervention in patients requiring oral
        anticoagulation . . . . . . . . . . . . . . . . . . . . . . . . .2603

Downloaded from http://eurheartj.oxfordjournals.org/ by guest on September 18, 2014

18.4.6 Duration of dual antiplatelet therapy after
  percutaneous coronary intervention . . . . . . . . . . . . . .2604
18.4.7 Drug interactions: a clopidogrel-related topic  . . .2605
18.4.8 Renal dysfunction  . . . . . . . . . . . . . . . . . . .2605
18.4.9 Surgery in patients on dual antiplatelet therapy   . . .2606
18.4.10 Antiplatelet therapy monitoring and genetic testing 2608
18.4.11 Patients with hypersensitivity to acetylsalicylic acid 2608
18.4.12 Heparin-induced thrombocytopaenia . . . . . . . . .2608
19.  Volume–outcome relationship for revascularization
procedures . . . . . . . . . . . . . . . . . . . . . . . . . . . .2609
  19.1 Coronary artery bypass grafting  . . . . . . . . . . . . .2609
  19.2 Percutaneous coronary intervention . . . . . . . . . . .2609
20.  Medical therapy, secondary prevention, and strategies for
follow-up . . . . . . . . . . . . . . . . . . . . . . . . . . . . .2611
21.  Addenda  . . . . . . . . . . . . . . . . . . . . . . . . . .2611
References . . . . . . . . . . . . . . . . . . . . . . . . . . . .2612

# Abbreviations and acronyms

| | |
|---|---|
| ACCF/AHA | American College of Cardiology Foundation/American Heart Association |
| ACCOAST | A Comparison of Prasugrel at the Time of Percutaneous Coronary Intervention (PCI) Or as Pre-treatment at the Time of Diagnosis in Patients With Non-ST-Elevation Myocardial Infarction (NSTEMI) |
| ACE | angiotensin-converting enzyme |
| ACEF | age, creatinine, ejection fraction |
| ACS | acute coronary syndromes |
| ACUITY | Acute Catheterization and Urgent Intervention Triage strategy |
| ADAPT-DES | Assessment of Dual AntiPlatelet Therapy with Drug-Eluting Stents |
| AF | atrial fibrillation |
| APPRAISE-2 | Apixaban for Prevention of Acute Ischemic and Safety Events |
| aPTT | activated partial thromboplastin time |
| ARCTIC | Assessment by a double Randomization of a Conventional antiplatelet strategy vs. a monitoring-guided strategy for drug-eluting stent implantation and, of Treatment Interruption vs. Continuation one year after stenting |
| ARMYDA | Antiplatelet therapy for Reduction of MYocardial Damage during Angioplasty |
| ARTS | Arterial Revascularization Therapies Study |
| ASA | acetylsalicylic acid |
| ASCERT | American College of Cardiology Foundation–Society of Thoracic Surgeons Database Collaboration |
| ATLAS ACS 2–TIMI 51 | Anti-Xa Therapy to Lower cardiovascular events in Addition to Standard therapy in subjects with Acute Coronary Syndrome–Thrombolysis In Myocardial Infarction 51 |
| ATOLL | Acute STEMI Treated with primary PCI and intravenous enoxaparin Or UFH to Lower ischaemic and bleeding events at short- and Long-term follow-up |
| AVR | aortic valve replacement |
| AWESOME | Angina With Extremely Serious Operative Mortality Evaluation |
| b.i.d. | *bis in diem* (twice daily) |
| BARI-2D | Bypass Angioplasty Revascularization Investigation 2 Diabetes |
| BASKET–PROVE | BASKET–Prospective Validation Examination |
| BMS | bare-metal stent |
| BRAVE | Bavarian Reperfusion Alternatives Evaluation |
| BRIDGE | Bridging Anticoagulation in Patients who Require Temporary Interruption of Warfarin Therapy for an Elective Invasive Procedure or Surgery |
| CABG | coronary artery bypass grafting |
| CAD | coronary artery disease |
| CARDIA | Coronary Artery Revascularization in Diabetes |
| CAS | carotid artery stenting |
| CASS | Coronary Artery Surgery Study |
| CCS | Canadian Cardiovascular Society |
| CE | Conformité Européenne |
| CEA | carotid endarterectomy |
| CHA$_2$DS$_2$-VASc | Congestive heart failure or left ventricular dysfunction, Hypertension, Age $\geq$75 [Doubled], Diabetes, Stroke [Doubled]–Vascular disease, Age 65–74 and Sex category [Female] |
| CHAMPION | Cangrelor vs. Standard Therapy to Achieve Optimal Management of Platelet Inhibition |
| CI | confidence interval |
| CIN | contrast-induced nephropathy |
| CKD | chronic kidney disease |
| COMFORTABLE-AMI | Comparison of Biolimus Eluted From an Erodible Stent Coating With Bare-Metal Stents in Acute ST-Elevation Myocardial Infarction |
| COURAGE | Clinical Outcomes Utilizing Revascularization and Aggressive Drug Evaluation |
| COX | cyclo-oxygenase |
| CREDO | Clopidogrel for the Reduction of Events During Observation |
| CRT | cardiac resynchronization therapy |
| CT | computed tomography |
| CTO | chronic total occlusion |
| CURE | Clopidogrel in Unstable Angina to Prevent Recurrent Events |
| CURRENT-OASIS 7 | Clopidogrel and Aspirin Optimal Dose Usage to Reduce Recurrent Events–Seventh Organization to Assess Strategies in Ischemic Syndromes 7 |
| CYP P450 | cytochrome P450 |

Downloaded from http://eurheartj.oxfordjournals.org/ by guest on September 18, 2014

| | | | | |
|---|---|---|---|---|
| DANAMI | DANish trial in Acute Myocardial Infarction | | HR | hazard ratio |
| DAPT | dual antiplatelet therapy | | iFR | instantaneous wave-free ratio |
| DEB-AMI | Drug Eluting Balloon in Acute Myocardial Infarction | | i.v. | intravenous |
| DELTA | Drug Eluting stent for LefT main coronary Artery disease | | IABP | intra-aortic balloon pump |
| | | | IABP-SHOCK | Intra-aortic Balloon Pump in Cardiogenic Shock |
| DES | drug-eluting stent | | ICD | implantable cardioverter defibrillator |
| DI−DO | door-in to door-out time | | IMA | internal mammary artery |
| DIGAMI | Diabetes, Insulin Glucose Infusion in Acute Myocardial Infarction | | INR | international normalized ratio |
| DPP-4 | dipeptidyl peptidase 4 | | ISAR-CABG | Is Drug-Eluting-Stenting Associated with Improved Results in Coronary Artery Bypass Grafts |
| DTB | door-to-balloon time | | | |
| EACTS | European Association for Cardio-Thoracic Surgery | | ISAR-REACT | Intracoronary Stenting and Antithrombotic Regimen−Rapid Early Action for Coronary Treatment |
| EAPCI | European Association of Percutaneous Cardiovascular Interventions | | | |
| EARLY-ACS | Early glycoprotein IIb/IIIa inhibition in non-ST-segment elevation acute coronary syndrome | | ISAR-SAFE | Intracoronary Stenting and Antithrombotic Regimen: Safety And eFficacy of a 6-month DAT after drug-Eluting stenting |
| | | | IVUS | intravascular ultrasound imaging |
| ECG | electrocardiogram | | LAA | left atrial appendage |
| EF | ejection fraction | | LAD | left anterior descending |
| EMS | emergency medical service | | LCx | left circumflex |
| ESC | European Society of Cardiology | | LDL-C | low-density lipoprotein cholesterol |
| EUROMAX | European Ambulance Acute Coronary Syndrome Angiography | | LM | left main |
| | | | LMWH | low-molecular-weight heparin |
| EXAMINATION | Everolimus-eluting stent vs. BMS in ST-segment elevation myocardial infarction | | LoE | level of evidence |
| | | | LV | left ventricle/left ventricular |
| EXCELLENT | Efficacy of Xience/Promus vs. Cypher in reducing Late Loss After stenting | | LVAD | left ventricular assist device |
| | | | LVEF | left ventricular ejection fraction |
| FAME | Fractional Flow Reserve vs. Angiography for Multivessel Evaluation | | LVESVI | left ventricular end-systolic volume index |
| | | | MACCE | major adverse cardiac and cerebrovascular event |
| FFR | fractional flow reserve | | | |
| FINESSE | Facilitated Intervention with Enhanced Reperfusion Speed to Stop Events | | MACE | major adverse cardiac event |
| | | | MADIT II | Multicentre Automatic Defibrillator Implantation Trial II |
| FMCTB | first medical contact to balloon time | | | |
| FRISC-2 | Fragmin during Instability in Coronary Artery Disease-2 | | MADIT-CRT | Multicenter Automatic Defibrillator Implantation Trial − Cardiac Resynchronization Therapy |
| FREEDOM | Future Revascularization Evaluation in Patients with Diabetes Mellitus | | | |
| | | | MASS II | Medical, Angioplasty or Surgery Study II |
| GFR | glomerular filtration rate | | MDCT | multi-detector computed tomography |
| GP IIb/IIIa | glycoprotein IIb/IIIa | | MI | myocardial infarction |
| GRACE | Global Registry of Acute Coronary Events | | MIDCAB | minimally invasive direct coronary artery bypass |
| GRAVITAS | Gauging Responsiveness with A VerifyNow assay: Impact on Thrombosis And Safety | | | |
| | | | MPS | myocardial perfusion stress |
| GUSTO | Global Utilization of Streptokinase and Tissue Plasminogen Activator for Occluded Coronary Arteries | | MRI | magnetic resonance imaging |
| | | | MT | medical therapy |
| | | | NCDR CathPCI | National Cardiovascular Database Registry |
| HAS-BLED | Hypertension, Abnormal renal/liver function, Stroke, Bleeding history or predisposition, Labile INR, Elderly, Drugs/alcohol | | NOAC | non-vitamin K antagonist oral anticoagulant |
| | | | NSAID | non-steroidal anti-inflammatory drug |
| | | | NSTE-ACS | non-ST-segment elevation acute coronary syndrome |
| HbA$_{1c}$ | glycated haemoglobin A$_{1c}$ | | | |
| HEAT-PCI | How Effective are Antithrombotic Therapies in PPCI | | NSTEMI | non-ST-segment elevation myocardial infarction |
| HORIZONS-AMI | Harmonizing Outcomes with Revascularization and Stents in Acute Myocardial Infarction | | NYHA | New York Heart Association |
| | | | o.d. | *omni die* (every day) |
| | | | OASIS | Optimal Antiplatelet Strategy for Interventions |

Downloaded from http://eurheartj.oxfordjournals.org/ by guest on September 18, 2014

| | |
|---|---|
| OCT | optical coherence tomography |
| On-TIME-2 | Continuing TIrofiban in Myocardial infarction Evaluation |
| OPTIMIZE | Optimized Duration of Clopidogrel Therapy Following Treatment With the Zotarolimus-Eluting Stent in Real-World Clinical Practice |
| OR | odds ratio |
| p.o. | per os (by mouth) |
| PACCOCATH | Paclitaxel-Coated Balloon Catheter |
| PAD | peripheral artery disease |
| PARIS | Patterns of Non-Adherence to Anti-Platelet Regimens In Stented Patients |
| PCAT | Primary Coronary Angioplasty vs. Thrombolysis |
| PCI | percutaneous coronary intervention |
| PEPCAD | Paclitaxel-Eluting PTCA-Catheter In Coronary Disease |
| PES | paclitaxel-eluting stent |
| PET | positron emission tomography |
| PLATO | Study of Platelet Inhibition and Patient Outcomes |
| PRAMI | Preventive Angioplasty in Acute Myocardial Infarction |
| PRECOMBAT | Premier of Randomized Comparison of Bypass Surgery vs. Angioplasty Using Sirolimus-Eluting Stent in Patients with Left Main Coronary Artery Disease |
| PROCAT | Parisian Region Out of Hospital Cardiac Arrest |
| PRODIGY | PROlonging Dual Antiplatelet Treatment In Patients With Coronary Artery Disease After Graded Stent-induced Intimal Hyperplasia studY |
| PROTECT AF | Watchman Left Atrial Appendage System for Embolic Protection in Patients with Atrial Fibrillation |
| RCT | randomized clinical trial |
| REPLACE | Randomized Evaluation in PCI Linking Angiomax to Reduced Clinical Events |
| RESET | Real Safety and Efficacy of a 3-month Dual Antiplatelet Therapy Following Zotarolimus-eluting Stents Implantation |
| RIVAL | RadIal Vs. femorAL access for coronary intervention |
| RR | risk ratio |
| RRR | relative risk reduction |
| s.c. | subcutaneous |
| SAVOR-TIMI | Saxagliptin and Cardiovascular Outcomes in Patients with Type 2 Diabetes Mellitus |
| SCAD | stable coronary artery disease |
| SCAAR | Swedish Coronary Angiography and Angioplasty Registry |
| SCD-HEFT | Sudden Cardiac Death in Heart Failure Trial |
| SES | sirolimus-eluting stent |
| SHOCK | Should We Emergently Revascularize Occluded Coronaries for Cardiogenic Shock |
| SOLVD | Studies of Left Ventricular Dysfunction |

| | |
|---|---|
| SPECT | single photon emission computed tomography |
| STE-ACS | ST-segment elevation acute coronary syndrome |
| STEEPLE | Safety and Efficacy of Intravenous Enoxaparin in Elective Percutaneous Coronary Intervention Randomized Evaluation |
| STEMI | ST-segment elevation myocardial infarction |
| STICH | Surgical Treatment for Ischemic Heart Failure |
| STREAM | STrategic Reperfusion Early After Myocardial infarction |
| STS | Society of Thoracic Surgeons |
| SVG | saphenous vein graft |
| SVR | surgical ventricular reconstruction |
| SYNTAX | Synergy between Percutaneous Coronary Intervention with TAXUS and Cardiac Surgery. |
| TACTICS-TIMI 18 | Treat angina with Aggrastat and determine Cost of Therapy with an Invasive or Conservative Strategy—Thrombolysis in Myocardial Infarction |
| TARGET | Do Tirofiban and Reo-Pro Give Similar Efficacy Outcome Trial |
| TASTE | Thrombus Aspiration during PCI in Acute Myocardial Infarction |
| TAVI | transcatheter aortic valve implantation |
| TIA | transient ischaemic attack |
| TIMACS | Timing of Intervention in Patients with Acute Coronary Syndromes |
| TIME | Trial of Invasive Medical therapy in the Elderly |
| TIMI | Thrombolysis in Myocardial Infarction |
| TRIGGER-PCI | Testing Platelet Reactivity In Patients Undergoing Elective Stent Placement on Clopidogrel to Guide Alternative Therapy With Prasugrel |
| TRITON TIMI-38 | TRial to Assess Improvement in Therapeutic Outcomes by Optimizing Platelet InhibitioN with Prasugrel—Thrombolysis In Myocardial Infarction 38 |
| TVR | target vessel revascularization |
| UFH | unfractionated heparin |
| VAD | ventricular assist device |
| VF | ventricular fibrillation |
| VKA | vitamin K antagonist |
| VSD | ventricular septal defect |
| VT | ventricular tachycardia |
| WOEST | What is the Optimal antiplatElet and anticoagulant therapy in patients with oral anticoagulation and coronary StenTing |
| ZEST-LATE/REAL-LATE | Zotarolimus-Eluting Stent, Sirolimus-Eluting Stent, or PacliTaxel-Eluting Stent Implantation for Coronary Lesions - Late Coronary Arterial Thrombotic Events/REAL-world Patients Treated with Drug-Eluting Stent Implantation and Late Coronary Arterial Thrombotic Events |

Downloaded from http://eurheartj.oxfordjournals.org/ by guest on September 18, 2014

# 1. Preamble

Guidelines summarize and evaluate all available evidence, at the time of the writing process, on a particular issue with the aim of assisting health professionals in selecting the best management strategies for an individual patient with a given condition, taking into account the impact on outcome, as well as the risk−benefit ratio of particular diagnostic or therapeutic means. Guidelines and recommendations should help health professionals to make decisions in their daily practice; however, the final decisions concerning an individual patient must be made by the responsible health professional(s), in consultation with the patient and caregiver as appropriate.

A great number of guidelines have been issued in recent years by the European Society of Cardiology (ESC) and the European Association for Cardio-Thoracic Surgery (EACTS), as well as by other societies and organisations. Because of their impact on clinical practice, quality criteria for the development of guidelines have been established in order to make all decisions transparent to the user. The recommendations for formulating and issuing ESC/EACTS Guidelines can be found on the ESC web site (**http://www.escardio.org/ guidelines-surveys/esc-guidelines/about/Pages/rules-writing. aspx**). These ESC/EACTS guidelines represent the official position of these two societies on this given topic and are regularly updated.

Members of this Task Force were selected by the ESC and EACTS to represent professionals involved with the medical care of patients with this pathology. Selected experts in the field undertook a comprehensive review of the published evidence for management (including diagnosis, treatment, prevention and rehabilitation) of a given condition, according to the ESC Committee for Practice Guidelines (CPG) and EACTS Guidelines Committee policy. A critical evaluation of diagnostic and therapeutic procedures was performed, including assessment of the risk−benefit ratio. Estimates of expected health outcomes for larger populations were included, where data exist. The level of evidence and the strength of recommendation of particular management options were weighed and graded according to pre-defined scales, as outlined in *Tables 1* and *2*.

The experts of the writing and reviewing panels completed 'declarations of interest' forms which might be perceived as real or potential sources of conflicts of interest. These forms were compiled into one file and can be found on the ESC web site (http://www.escardio.org/guidelines). Any changes in declarations of interest that arise during the writing period must be notified to the ESC/ EACTS and updated. The Task Force received its entire financial support from the ESC and EACTS, without any involvement from the healthcare industry.

The ESC CPG supervises and co-ordinates the preparation of new guidelines produced by Task Forces, expert groups or consensus panels. The Committee is also responsible for the endorsement process of these guidelines. The ESC and Joint Guidelines undergo extensive review by the CPG and partner Guidelines Committee and external experts. After appropriate revision it is approved by all the experts involved in the Task Force. The finalized document is approved by the CPG/EACTS for simultaneous publication in the European Heart Journal and joint partner journal, in this instance the European Journal of Cardio-Thoracic Surgery. It was developed after careful consideration of the scientific and medical knowledge and the evidence available at the time of their dating.

The task of developing ESC/EACTS Guidelines covers not only the integration of the most recent research, but also the creation of educational tools and implementation programmes for the recommendations. To implement the guidelines, condensed pocket versions, summary slides, booklets with essential messages, summary cards for non-specialists, electronic versions for digital applications (smart phones etc.) are produced. These versions are abridged and thus, if needed, one should always refer to the full-text version, which is freely available on the ESC and EACTS web sites. The national societies of the ESC and of the EACTS are encouraged to endorse, translate and implement the ESC Guidelines. Implementation programmes are needed because it has been shown that the outcome of disease may be favourably influenced by the thorough application of clinical recommendations.

Downloaded from http://eurheartj.oxfordjournals.org/ by guest on September 18, 2014

**Table 1   Classes of recommendations**

| Classes of recommendations | Definition | Suggested wording to use |
|---|---|---|
| Class I | Evidence and/or general agreement that a given treatment or procedure is beneficial, useful, effective. | Is recommended/is indicated |
| Class II | Conflicting evidence and/or a divergence of opinion about the usefulness/efficacy of the given treatment or procedure. | |
| Class IIa | Weight of evidence/opinion is in favour of usefulness/efficacy. | Should be considered |
| Class IIb | Usefulness/efficacy is less well established by evidence/opinion. | May be considered |
| Class III | Evidence or general agreement that the given treatment or procedure is not useful/effective, and in some cases may be harmful. | Is not recommended |

## Table 2   Levels of evidence

| | |
|---|---|
| Level of evidence A | Data derived from multiple randomized clinical trials or meta-analyses. |
| Level of evidence B | Data derived from a single randomized clinical trial or large non-randomized studies. |
| Level of evidence C | Consensus of opinion of the experts and/or small studies, retrospective studies, registries. |

Surveys and registries are needed to verify that real-life daily practice is in keeping with what is recommended in the guidelines, thus completing the loop between clinical research, writing of guidelines, disseminating them and implementing them into clinical practice.

Health professionals are encouraged to take the ESC/EACTS Guidelines fully into account when exercising their clinical judgment, as well as in the determination and the implementation of preventive, diagnostic or therapeutic medical strategies; however, the ESC/EACTS Guidelines do not, in any way whatsoever, override the individual responsibility of health professionals to make appropriate and accurate decisions in consideration of the condition of each patient's health and in consultation with that patient and, where appropriate and/or necessary, the patient's caregiver. It is also the health professional's responsibility to verify the rules and regulations applicable to drugs and devices at the time of prescription.

# 2.  Introduction

### Fifty years of myocardial revascularization

In 2014, coronary artery bypass grafting (CABG) celebrates the 50th anniversary of the first procedures performed in 1964.[1] Thirteen years later, the first percutaneous coronary intervention (PCI) was performed.[2] Since then both revascularization techniques have undergone continued advances, in particular the systematic use of arterial conduits in the case of CABG, and the advent of stents. In the meantime, PCI has become one of the most frequently performed therapeutic interventions in medicine,[3] and progress has resulted in a steady decline of periprocedural adverse events, resulting in excellent outcomes with both revascularization techniques. Notwithstanding, the differences between the two revascularization strategies should be recognized. In CABG, bypass grafts are placed to the mid-coronary vessel beyond the culprit lesion(s), providing extra sources of bloodflow to the myocardium and offering protection against the consequences of further proximal obstructive disease. In contrast, coronary stents aim at restoring normal bloodflow of the native coronary vasculature by local treatment of obstructive lesions without offering protection against new disease proximal to the stent.

Myocardial revascularization has been subject to more randomized clinical trials (RCTs) than almost any other intervention (Figure 1). In order to inform the current Guidelines, this Task Force performed a systematic review of all RCTs performed since 1980, comparing head-to-head the different revascularization strategies—including CABG, balloon angioplasty, and PCI with bare-metal stents (BMS) or with various US Food and Drug Administration-approved drug-eluting stents (DES)—against medical treatment as well as different revascularization strategies, and retrieved 100 RCTs involving 93 553 patients with 262 090 patient-years of follow-up.[4]

Formulation of the best possible revascularization approach, also taking into consideration the social and cultural context, will often require interaction between cardiologists and cardiac surgeons, referring physicians, or other specialists as appropriate. Patients need help with taking informed decisions about their treatment and the most valuable advice will probably be provided to them by the

Downloaded from http://eurheartj.oxfordjournals.org/ by guest on September 18, 2014



**Figure 1**  Randomized trials in myocardial revascularization therapy over the past five decades.

'Heart Team'.[5] Recognizing the importance of the interaction between cardiologists and cardiac surgeons, the leadership of both the ESC and the EACTS has given this Joint Task Force, along with their respective Guideline Committees, and the reviewers of this document the mission to draft balanced, patient-centred, evidence-driven practice guidelines on myocardial revascularization. The respective Chairpersons of these two associations and CPG Chairperson were also given the task to adapt to the declaration of interest policy and to ensure that their Task Force members followed it throughout the development process of the Guidelines. In the event that any of the Task Force members had a potential conflict of interest to declare, he/she did not participate in the final decision of the Task Force on the given subject.

# 3. Scores and risk stratification

Myocardial revascularization in the elective setting is appropriate when the expected benefits, in terms of survival or health outcomes (symptoms, functional status, and/or quality of life), exceed the expected negative consequences of the procedure. Whether medical therapy, PCI, or CABG is preferred should depend on the risk–benefit ratios of these treatment strategies, weighting the risks of periprocedural death, myocardial infarction and stroke against improvements in health-related quality of life, as well as long-term freedom from death, myocardial infarction or repeat revascularization. The Heart Team should take into consideration the coronary anatomy, disease, age and comorbidities, patient preference, and hospital/operator experience.

Numerous models have been developed for risk stratification, focussing on anatomical complexity or clinical risk, and have demonstrated their value in decision-making.[6] Those models most frequently used in a clinical setting are summarized in the Tables of recommendation [risk models to assess short-term (in-hospital or 30-day) and medium-to-long-term (≥1 year) outcomes].

(1) The EuroSCORE predicts surgical mortality.[7,8] It is based on an old data set and has been shown to overestimate the risk of mortality, and should therefore no longer be used.[9,10]

(2) The EuroSCORE II is an update of the logistic EuroSCORE model and is derived from a more contemporary data set better reflecting current cardiac surgical practice.[11] Its value has been demonstrated in specific cohorts of patients undergoing CABG.[12] Compared with its original version, the EuroSCORE II may have a better ability to predict mortality.[12–14]

(3) The Society of Thoracic Surgeons (STS) score is a risk-prediction model, validated in patients undergoing cardiac surgery, with a specific model for CABG surgery and combined CABG and valve surgery.[15,16] It can be used to predict in-hospital or 30-day mortality (whichever occurs last) and in-hospital morbidity.

(4) The SYNTAX score (*Table 3*) was developed to grade the anatomical complexity of coronary lesions in patients with left main or three-vessel disease, and was found to be an independent predictor of long-term major adverse cardiac and cerebrovascular event (MACCE) in patients treated with PCI but not CABG.[17,18] It facilitates the selection of optimal treatment by identifying patients at highest risk of adverse events following PCI. The interobserver variability of the Synergy between Percutaneous Coronary Intervention with TAXUS and Cardiac Surgery (SYNTAX) score is significant,[19] although development of non-invasive assessments may simplify calculation of the SYNTAX score.[20]

(5) The National Cardiovascular Database Registry (NCDR CathPCI) risk score has been developed to predict risk in PCI patients and should only be used in this context.[21]

(6) The age, creatinine, ejection fraction (ACEF) model is a simple score as it contains only three variables, and was developed using data from a cohort of surgical patients.[22] ACEF has also been validated to predict mortality in patients undergoing PCI.[23]

(7) The clinical SYNTAX score is a combination of the ACEF and SYNTAX scores. Originally established as an additive model, the subsequent development of a logistic model has provided more tailored risk assessment.[24]

(8) The SYNTAX II score is a combination of anatomical and clinical factors [age, creatinine clearance, left ventricular (LV) function, gender, chronic obstructive pulmonary disease, and peripheral vascular disease] and predicts long-term mortality in patients with complex three-vessel or left main (LM) coronary artery disease (CAD).[25] It was found to be superior to the conventional SYNTAX score in guiding decision-making between CABG and PCI in the SYNTAX trial, and subsequently validated in the drug-eluting stent for left main coronary artery disease DELTA registry.

(9) For the American College of Cardiology Foundation–Society of Thoracic Surgeons Database Collaboration (ASCERT) study,[26] two large datasets from the National Cardiovascular Data Registry (NCDR) and STS were used to develop several models to predict mortality at different time points following CABG and PCI.[27,28]

Comparative analyses of these models are limited because available studies have largely evaluated individual risk models in different patient populations, with different outcome measures being reported at various time points, and most models are restricted to one type of revascularization. In addition, several important variables, such as frailty, physical independence and porcelain aorta, are not incorporated in current risk scores. An ideal risk–benefit model enables comparison of the short-term benefits of PCI to the long-term benefits of CABG; however, even though risk models may provide useful information for predicting mortality and major adverse events, prediction of which patients will receive benefit in terms of quality of life is so far unavailable.

These limitations restrict the ability to recommend one specific risk model. It is also important to acknowledge that no risk score can accurately predict events in an individual patient. Moreover, limitations exist in all databases used to build risk models, and differences in definitions and variable content can affect the performance of risk scores when they are applied across differing populations. Ultimately, risk stratification should be used as a guide, while clinical judgement and multidisciplinary dialogue (The Heart Team) remain essential.[25]

Downloaded from http://eurheartj.oxfordjournals.org/ by guest on September 18, 2014

**Table 3**   **Guide to calculate the SYNTAX score**

| Steps | Variable assessed | Description |
|---|---|---|
| Step 1 | Dominance | The weight of individual coronary segments varies according to coronary artery dominance (right or left). Co-dominance does not exist as an option in the SYNTAX score. |
| Step 2 | Coronary segment | The diseased coronary segment directly affects the score as each coronary segment is assigned a weight, depending on its location, ranging from 0.5 (i.e. posterolateral branch) to 6 (i.e. left main in case of left dominance).  |
| Step 3 | Diameter stenosis | The score of each diseased coronary segment is multiplied by 2 in case of a stenosis 50–99% and by 5 in case of total occlusion.<br>In case of total occlusion, additional points will be added as follows:<br>- Age >3 months or unknown    +1<br>- Blunt stump    +1<br>- Bridging    +1<br>- First segment visible distally    +1 per non visible segment<br>- Side branch at the occlusion    +1 if <1.5mm diameter<br>    +1 if both <1.5 and ≥1.5mm diameter<br>    +0 if ≥1.5mm diameter (i.e. bifurcation lesion) |
| Step 4 | Trifurcation lesion | The presence of a trifurcation lesion adds additional points based on the number of diseased segments:<br>- 1 segment    +3<br>- 2 segments    +4<br>- 3 segments    +5<br>- 4 segments    +6 |
| Step 5 | Bifurcation lesion | The presence of a bifurcation lesion adds additional points based on the type of bifurcation according to the Medina classification:[29]<br>- Medina 1,0,0 or 0,1,0 or 1,1,0: add 1 additional point<br>- Medina 1,1,1 or 0,0,1 or 1,0,1 or 0,1,1: add 2 additional point<br>Additionally, the presence of a bifurcation angle <70° adds 1 additional point. |
| Step 6 | Aorto-ostial lesion | The presence of aorto-ostial lesion segments adds 1 additional point |
| Step 7 | Severe tortuosity | The presence of severe tortuosity proximal of the diseased segment adds 2 additional points |
| Step 8 | Lesion length | Lesion length >20 mm adds 1 additional point |
| Step 9 | Calcification | The presence of heavy calcification adds 2 additional points |
| Step 10 | Thrombus | The presence of thrombus adds 1 additional point |
| Step 11 | Diffuse disease/small vessels | The presence of diffusely diseased and narrowed segments distal to the lesion (i.e. when at least 75% of the length of the segment distal to the lesion has a vessel diameter of <2mm) adds 1 point per segment number |

Downloaded from http://eurheartj.oxfordjournals.org/ by guest on September 18, 2014

Downloaded from https://eurheartj.oxfordjournals.org/ by guest on September 18, 2014

**Risk models to assess short-term (in-hospital or 30-day) outcomes**

| Score | Development cohort (patients, design) | Patient inclusion | Coronary procedures | Number of variables | | Outcome | Recommendation | | Validation studies | Calculation | Ref[a] |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Clinical | Anatomical | | CABG | PCI | | | |
| STS Score | n = 774 881 Multicentre | 01/2006 – 12/2006 | 100% (i)CABG | 40 | 2 | In-hospital or 30-day[b] mortality, and in-hospital morbidity[c] | I B | | 5–10 | http://riskcalc.sts.org | 15, 16 |
| EuroSCORE II | n =16 828 Multicentre | 05/2010 – 07/2010 | 47% (i)CABG | 18 | 0 | In-hospital mortality | IIa B | IIb C | >10 | www.euroscore.org /calc.html | 11 |
| ACEF | n = 4 557 Single-centre | 2001 – 2003 | - | 3 | 0 | In-hospital or 30-day[b] mortality | IIb C | IIb C | 5–10 | [Age/ejection fraction (%)] + 1[d] | 22 |
| NCDR CathPCI | 181 775 Multicentre | 01/2004 – 03/2006 | 100% PCI | 8 | 0 | In-hospital mortality | | IIb B | <5 | - | 21 |
| EuroSCORE | n =19 030 Multicentre | 09/1995 – 11/1995 | 64% (i)CABG | 17 | 0 | Operative mortality | III B | III C | >50 | www.euroscore.org /calcold.html | 7,8 |

ACEF = age, creatinine, ejection fraction; (i)CABG = (isolated) coronary artery bypass grafting; NCDR = National Cardiovascular Data Registry; PCI = percutaneous coronary intervention; STS = Society of Thoracic Surgeons.
[a]References.
[b]Whichever occurs last.
[c]Permanent stroke, renal failure, prolonged ventilation, deep sternal wound infection, re-operation, length of stay <6 or >14 days.
[d]If creatinine is >2 mg/dL.

**Risk models to assess medium- to long-term (≥1 year) outcomes**

| Score | Development cohort | Patient inclusion | Coronary procedures | Number of variables | | Outcome | Recommendation | | Validation studies | Calculation | Ref[a] |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Clinical | Anatomical | | CABG | PCI | | | |
| SYNTAX | none, expert opinion | none | - | 0 | 11 (3 general, 8 per lesion) | MACCE | I B | I B | >50 | www.syntaxscore.com | 30 |
| SYNTAX II | 1 800 Multicentre | 03/2005 – 04/2007 | 50% CABG, 50% PCI | 6 | 12 | 4-year mortality | IIa B | IIa B | <5 | - | 25 |
| ASCERT CABG | 174 506 Multicentre | 01/2002 – 12/2007 | 100% (i)CABG | 23 | 2 | Mortality >2 years | IIa B | | <5 | - | 27 |
| ASCERT PCI | 206 081 Multicentre | 2004 – 2007 | 100% PCI | 17 | 2 | Mortality >1 year | | IIa B | <5 | - | 28 |
| Logistic Clinical SYNTAX | 6 508 Multicentre | 03/2005 – 04-2007 | 100% PCI | 3 | 11 | 1-year MACE and mortality | | IIa B | <5 | - | 24 |

ASCERT = American College of Cardiology Foundation−Society of Thoracic Surgeons Database Collaboration (ACCF−STS) on the comparative effectiveness of revascularization strategies; (i) CABG = (isolated) coronary artery bypass grafting; MACCE = major adverse cardiac and cerebrovascular events; PCI = percutaneous coronary intervention; SYNTAX = synergy between percutaneous coronary intervention with TAXUS and cardiac surgery.
[a]References.

# 4. Process for decision-making and patient information

## 4.1 Patient information and informed consent

The process of medical decision-making and patient information is guided by the 'four principles' approach to healthcare ethics: autonomy, beneficence, non-maleficence, and justice.[31] The informed consent process should not be regarded as a necessary legal requirement but as an opportunity to optimize decision-making. Patient-related factors, institutional factors and referral patterns may impact the decision-making process.

Informed consent requires transparency, especially if there is controversy over various treatment options. Collaborative care requires the pre-conditions of communication, comprehension, and trust. Treatment decisions should not be based solely on research results and the physician's appraisal of the patient's circumstances, since active patient participation in the decision-making process may yield better outcomes. Patients are subject to bias by labels when considering coronary revascularization,[32] and patient preference may sometimes contradict evidentiary best practice. Patients may have limited understanding of their disease and sometimes unreasonable expectations with regard to the outcomes of a proposed intervention. As many as 68% of patients are not aware of an alternative revascularization strategy.[33] Short-term procedure-related and long-term risks and benefits—such as survival, relief of angina, quality of life, potential need for late re-intervention, and uncertainties associated with different treatment strategies—should be thoroughly discussed. Patients can only weigh this information in the light of their personal values and cultural background and must therefore have the time to reflect on the trade-offs imposed by the outcome estimates.

In order to seek a second opinion or to discuss the findings and consequences with referring physicians, enough time should be allowed—up to several days, as required— between diagnostic catheterization and intervention. Patient information needs to be un-biased, evidence-based, up-to-date, reliable, accessible, relevant, and

**Table 4**  Multidisciplinary decision pathways, patient informed consent, and timing of intervention

| | ACS | | | Multivessel SCAD | SCAD with *ad-hoc* PCI indication according to predefined Heart-Team protocols |
|---|---|---|---|---|---|
| | **Shock** | **STEMI** | **NSTE-ACS** | | |
| Multidisciplinary decision making | Not mandatory during the acute phase. Mechanical circulatory support according to Heart-Team protocol. | Not mandatory during the acute phase. | Not mandatory during the acute phase. After stabilization recommended as in stable multivessel CAD. | Required. | Not required. |
| Informed consent | Verbal witnessed informed consent or family consent if possible without delay. | Verbal witnessed informed consent may be sufficient unless written consent is legally required. | Written informed consent.[a] | Written informed consent.[a] | Written informed consent.[a] |
| Time to revascularization | Emergency: no delay. | Emergency: no delay. | Urgency: within 24 hours if possible and no later than 72 hours. | For patients with severe symptoms (CCS 3) and for those with high–risk anatomy (left main disease or equivalent, three-vessel disease or proximal LAD or depressed ventricular function), revascularization (PCI or CABG) should be performed within two weeks. For all other patients with SCAD, revascularization (PCI or CABG) should be performed within six weeks. | *Ad hoc* |
| Procedure | Proceed with intervention based on best evidence/ availability. Non-culprit lesions treated according to institutional protocol or Heart Team decision. | Proceed with intervention based on best evidence/ availability. Non-culprit lesions treated according to institutional protocol or Heart Team decision. | Proceed with intervention based on best evidence/ availability. Non-culprit lesions treated according to institutional protocol or Heart Team decision. | Plan most appropriate intervention allowing enough time from diagnostic catheterization to intervention. | Proceed with intervention according to institutional protocol defined by Heart Team. |

ACS = acute coronary syndromes; CABG = coronary artery bypass grafting; CCS = Canadian Cardiovascular Society; LAD = left anterior descending; NSTE-ACS = non—ST-segment elevation acute coronary syndrome; PCI = percutaneous coronary intervention; SCAD = stable coronary artery disease; STEMI = ST-segment elevation myocardial infarction.
[a]This may not apply to countries that legally do not ask for written informed consent. ESC and EACTS advocate documentation of patient consent for all revascularization procedures.

Downloaded from http://eurheartj.oxfordjournals.org/ by guest on September 18, 2014

consistent with legal requirements. Consistent use of terminology, that the patient understands, is essential. A written patient information document is needed. These recommendations pertain to patients in stable condition, for whom various treatment options exist and who can make a decision without the constraints of an urgent or emergency situation (Table 4).

Anonymous treatment should be avoided. The patient has the right to obtain information on the level of expertise of the operator, the workload of the centre and whether all treatment options including surgery are available on site. Patients considered for revascularization should also be clearly informed of the continuing need for medical therapy, as well as lifestyle modification and other secondary prevention strategies (section 20).

## 4.2  Multidisciplinary decision-making (Heart Team)

The Heart Team, made up of clinical or non-invasive cardiologists, cardiac surgeons and interventional cardiologists, provides a balanced, multidisciplinary decision-making process.[5] Additional input may be needed from other specialties involved in the care of the patient. The Heart Team should meet on a regular basis to analyse and interpret the available diagnostic evidence, put into context the clinical condition of the patient, determine the need—or otherwise—for an intervention and the likelihood of safe and effective revascularization with either PCI or CABG. Ad hoc meetings of the Heart Team should facilitate and support efficient clinical workflows.

The demand for an interdisciplinary approach is underlined by reports on (i) underuse of revascularization procedures in 18–40% of patients with CAD,[34] and (ii) inappropriate use of revascularization strategies and a lack of case discussions.[35] The large variability between European countries in PCI-to-CABG ratios (ranging from 2.0 to 8.6 in 2007) has raised concerns regarding the appropriate selection of revascularization in Europe.[36] Rates for the inappropriate use of PCI (11–15%) or doubt over the appropriateness of PCI (40–50%)[5,37] and, to a lesser degree for CABG (1–2% and 0–9%, respectively) are reported.[5,38] The increasing underuse of CABG is in part explained by PCI treatment in patients with indications for surgery.[39,40] Multidisciplinary decision-making in a Heart Team can minimize specialty bias and prevent self-referral from interfering with optimal patient care.[32,41]

Standard evidence-based, interdisciplinary, institutional protocols may be used for common case scenarios, to avoid the need for the systematic case-by-case review of all diagnostic angiograms, but complex cases should be discussed individually. In these cases, revascularization should not be performed at the time of diagnostic angiography, to allow sufficient time to assess all available information, and clearly explain and discuss the findings with the patient.[41] The rationale for a decision and consensus on the optimal revascularization treatment should be documented on the patient's chart. In hospitals without a cardiac surgical unit or in an ambulatory setting, protocols should be designed in collaboration with an expert interventional cardiologist and a cardiac surgeon. Decisions made by a Heart Team seem to be reproducible.[42]

## 4.3  Timing of revascularization and ad hoc percutaneous coronary intervention

Studies of patients scheduled for revascularization have revealed that considerable morbidity and mortality are associated with extended delay of treatment.[43,44] The waiting period for diagnostic catheterization should therefore be minimal. Once the decision for revascularization has been reached after diagnostic coronary angiography, the Task Force recommends that patients with severe symptoms Canadian Cardiovascular Society (CCS) Class 3 and those with high-risk anatomy [left main disease or equivalent; three-vessel disease or proximal left anterior descending (LAD) or depressed ventricular function] preferably undergo revascularization (PCI or CABG) within 2 weeks. For all other patients with stable coronary artery disease (SCAD) and an indication for revascularization, it is desirable to perform revascularization (PCI or CABG) within 6 weeks (Table 4).[44]

Ad hoc PCI is defined as a therapeutic intervention performed within the same procedure as the diagnostic coronary angiography. Ad hoc PCI is convenient, associated with fewer access site complications, and often cost-effective and safe.[45] In the USA, however, up to 30% of patients undergoing ad hoc PCI are potential candidates for CABG.[45] Although this number may be lower in Europe,[35] ad hoc PCI should not be applied as a default approach.[45,46] Ad hoc PCI in stable patients is only justified after adequate information given to the patient (see section 4.1) and if a full diagnostic work-up, including functional testing (section 5) is available. Institutional protocols developed by the Heart Team in accordance with current guidelines should define specific anatomical criteria and clinical subsets that may be—or should not be—treated ad hoc. Complex pathologies in stable patients, including lesions of the LM or proximal LAD and three-vessel disease, should in general not be treated ad hoc, but discussed by the Heart Team.

### Recommendations for decision-making and patient information in the elective setting

| Recommendations | Class[a] | Level[b] | Ref[c] |
|---|---|---|---|
| It is recommended that patients undergoing coronary angiography are informed about benefits and risks as well as potential therapeutic consequences ahead of the procedure. | I | C | – |
| It is recommended that patients are adequately informed about short- and long-term benefits and risks of the revascularization procedure as well as treatment options. Enough time should be allowed for informed decision-making. | I | C | – |
| It is recommended that institutional protocols are developed by the Heart Team to implement the appropriate revascularization strategy in accordance with current guidelines. In case of PCI centres without on-site surgery, institutional protocols should be established with partner institutions providing back-up surgery. | I | C | – |
| It is recommended that patients for whom decision-making is complex or who are not covered by the institutional protocol are discussed by the Heart Team. | I | C | – |

PCI = percutaneous coronary intervention.
[a]Class of recommendation.
[b]Level of evidence.
[c]References.

Downloaded from http://eurheartj.oxfordjournals.org/ by guest on September 18, 2014

# 5.  Strategies for diagnosis: functional testing and imaging

Exercise testing and cardiac imaging are used to confirm the diagnosis of CAD, to document ischaemia in patients with stable symptoms, to risk-stratify patients, and to help choose treatment options and evaluate their efficacy as explained in detail in the ESC Guidelines on the management of stable coronary artery disease.[47]

Another indication for non-invasive imaging before revascularization is the detection of myocardial viability in patients with poor LV function.

## 5.1  Non-invasive tests

The documentation of ischaemia using functional testing is recommended in patients with suspected SCAD before elective invasive procedures, preferably using non-invasive testing before invasive angiography. Although several tests can be used, it is important to avoid unnecessary diagnostic steps. The current evidence supporting the use of various tests for the detection of CAD is based on meta-analyses and multicentre studies, and using only anatomical evaluation of invasive coronary angiography as the reference standard.[47] The risks of exercise, pharmacological stressors, contrast agents, invasive procedures, and cumulative ionizing radiation must be weighed against the risk of disease or delayed diagnosis.[48]

Multi-detector computed tomography (MDCT) can detect coronary atherosclerosis and stenoses and is reliable for ruling out significant CAD in patients with low-to-moderate probability of CAD.[49] The tests for detection of ischaemia are based on either reduction of perfusion or induction of ischaemic wall motion abnormalities during exercise or pharmacological stress. The best-established stress imaging techniques are echocardiography and perfusion scintigraphy. Both may be used in combination with exercise stress or pharmacological stress. Newer stress imaging techniques also include stress magnetic resonance imaging (MRI), positron emission tomography (PET), and combined approaches. The term 'hybrid imaging' refers to imaging systems in which two modalities [MDCT and PET; MDCT and single photon emission computed tomography (SPECT)] are combined in the same scanner, allowing both studies to be performed in a single imaging session. Ischaemia imaging has been regarded the most appropriate in patients with intermediate pre-test probability (15–85%) of significant CAD,[47] while in asymptomatic patients or in those with low or high pre-test probability, the tests are generally not recommended. More detailed information about the imaging tests in the detection of CAD are available in the ESC Guidelines on the management of SCAD[47] and in the Web addenda.

## 5.2  Invasive tests

Invasive coronary angiography has been regarded as the reference standard for the detection and the assessment of the severity of CAD but, as an invasive procedure, it is associated with specific procedure-related adverse events. Even experienced interventional cardiologists cannot, without functional information, accurately predict the significance of many intermediate stenoses on the basis of visual assessment or quantitative coronary angiography. When non-invasive stress imaging is contraindicated, non-diagnostic, or unavailable, the measurement of fractional flow reserve (FFR) or coronary flow reserve is helpful during diagnostic coronary angiography.[50] Deferral of PCI or CABG in patients with FFR >0.80 appears safe.[51–53]

Downloaded from http://eurheartj.oxfordjournals.org/ by guest on September 18, 2014

**Indications for diagnostic testing in patients with suspected CAD and stable symptoms**

| | Asymptomatic[a] | | Symptomatic | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | Probability of significant disease[b] | | | | | | |
| | | | Low (<15%) | | Intermediate (15–85%) | | High (>85%) | | |
| | Class[c] | Level[d] | Class[c] | Level[d] | Class[c] | Level[d] | Class[c] | Level[d] | Ref[e] |
| **Anatomical detection of CAD** | | | | | | | | | |
| Invasive angiography | III | A | III | A | IIb | A | I | A | 50–52,54 |
| CT angiography[f,g] | III | B | III | C | IIa | A | III | B | 57–62 |
| **Functional test** | | | | | | | | | |
| Stress echo | III | A | III | A | I | A | III | A | 63–65 |
| Nuclear imaging | III | A | III | A | I | A | III | A | 60,66–70 |
| Stress MRI | III | B | III | C | I | A | III | B | 71–75 |
| PET perfusion | III | B | III | C | I | A | III | B | 67,69,70,76,77 |
| **Combined or hybrid imaging test** | | | | | | | | | |
| | III | C | III | C | IIa | B | III | B | 78–83 |

CAD = coronary artery disease; CT = computed tomography; MRI = magnetic resonance imaging; PET = positron emission tomography.
[a]Screening for silent (asymptomatic) myocardial ischaemia may be considered in selected high-risk patients, such as those with diabetes mellitus.[84]
[b]Pre-test probability of CAD. Low 0—15%; intermediate 15—85%; high >85% as assessed using the criteria based on ESC Guidelines of SCAD.[47]
[c]Class of recommendation.
[d]Level of evidence.
[e]References.
[f]This refers to CT angiography, not calcium scoring.
[g]CT is considered to perform best in the lower range of pre-test probability (15—50%).[47]

Downloaded from http://eurheartj.oxfordjournals.org/ by guest on September 18, 2014

Fractional flow reserve measurement is indicated for the assessment of the functional consequences of moderate coronary stenoses. FFR-guided PCI with medical therapy has been shown to decrease the need for urgent revascularization compared with the best available medical therapy alone.[54]

## 5.3 Detection of myocardial viability

Non-invasive assessment of myocardial viability has been used to guide the management of patients with chronic ischaemic systolic LV dysfunction. Multiple imaging techniques, including PET, SPECT, and dobutamine stress echocardiography, have been evaluated for assessment of viability and prediction of clinical outcome after myocardial revascularization.[55] In general, nuclear imaging techniques have a high sensitivity, whereas techniques evaluating contractile reserve have a somewhat lower sensitivity but higher specificity. MRI has a high diagnostic accuracy for assessing the transmural extent of myocardial scar tissue and can also assess contractile reserve, but its ability to detect viability and predict recovery of wall motion is no better than other imaging techniques. The differences in performance between the various imaging techniques are small, and experience and availability commonly determine which technique is used. The evidence is mostly based on observational studies or meta-analyses. One RCT, relating to PET imaging, showed that patients with a substantial amount of dysfunctional but viable myocardium are likely to benefit from myocardial revascularization.[56]

# 6. Revascularization for stable coronary artery disease

## 6.1 Rationale for revascularization

Prior to revascularization, patients with SCAD must receive guideline-recommended medical treatment, due to its established benefits in terms of prognosis and symptom relief.[47] Revascularization, by either PCI or CABG, may be indicated in flow-limiting coronary stenoses to reduce myocardial ischaemia and its adverse clinical manifestations.[85–87] The indications for revascularization in patients with SCAD are persistence of symptoms despite medical treatment and/or improvement of prognosis.[47] Consequently, revascularization and medical therapy should be seen as complementary, rather than competitive treatment strategies. Specific evidence and recommendations for diabetic patients are addressed in section 10.

Angina is associated with impaired quality of life, reduced physical endurance, mental depression, and recurrent hospitalizations and outpatient visits.[88] Revascularization by PCI or CABG more effectively relieves angina, reduces the use of anti-angina drugs, and improves exercise capacity and quality of life, compared with a strategy of medical therapy alone (Table 2 Web addenda).[54,89–96]

Ischaemia is of prognostic importance in patients with SCAD, particularly when occurring at low workload.[97,98] Revascularization relieves myocardial ischaemia more effectively than medical treatment alone.[92,97,99,100] The extent, location, and severity of coronary artery obstruction as assessed by coronary angiography or coronary computed tomography (CT) angiography are important prognostic factors in addition to ischaemia and left ventricular function.[101–103]

## 6.2 Evidence basis for revascularization

The evidence basis for revascularization with PCI and/or CABG, compared with medical treatment, is derived from several RCTs that are summarized in Table 5. It is important to consider that the best current revascularization results achieved with PCI are with new-generation drug-eluting stents (DES) and for CABG with maximal use of arterial grafts. Although revascularization procedures are associated with the risk of biomarker-defined periprocedural myocardial infarction, several studies indicate that pre-PCI—but not post-PCI—biomarker elevations impact adversely on prognosis.[104] While spontaneous myocardial infarction has a well established adverse impact on prognosis and notably mortality, recent studies suggest that, compared with medical therapy, PCI is associated with a lower risk of spontaneous myocardial infarction.[105]

Although individual RCTs and subsequent meta-analyses constitute the highest hierarchical form of evidence-based medicine,[106–108] extrapolation of their results to routine clinical practice has its limitations. The majority of RCTs included mainly male patients who were relatively young [with the exception of Trial of Invasive Medical therapy in the Elderly (TIME)], had preserved LV function, and had not previously undergone revascularization. Patients were highly selected, as randomization was usually performed following delineation of coronary anatomy by angiography without routine assessment of ischaemia. By design, all the RCTs compared treatment strategies that allowed subsequent revascularization when patients deteriorated on medical therapy. As a result, the proportion of patients who did not undergo revascularization progressively declined during follow-up, camouflaging differences between the two strategies and making analysis according to the intention-to-treat principle more problematic. Finally, limited duration of follow-up (usually <5 years) incompletely depicts the advantages of CABG related to arterial grafts, which accrue with time but which may also eventually be eroded by progressive vein graft failure.

### 6.2.1 Revascularization with the use of percutaneous coronary intervention

The efficacy of PCI in addition to medical therapy in patients with SCAD has been addressed in several RCTs,[54,91,94] meta-analyses,[106,107,117–120] and large-scale registries.[121] The most important recent studies and their data are summarized in Table 5.

The Clinical Outcomes Utilizing Revascularization and Aggressive Drug Evaluation (COURAGE)[91] trial included 2287 patients with SCAD, who showed objective evidence of ischaemia and significant CAD, randomizing them to medical therapy alone or medical therapy plus PCI with BMS. At a median follow-up of 4.6 years, there were no significant differences between the PCI and medical therapy groups in the composite of death, myocardial infarction and stroke. Freedom from angina was significantly greater in the PCI group at 1 year and 3 years, but the advantage was eroded by 5 years, by which time 21% of the PCI group and 33% of the medical therapy group had received additional revascularization ($P < 0.001$). The severity of CAD in COURAGE was moderate and the majority of patients (70%) had no or mild ischaemia at baseline and most patients had normal LV function.[122] Patients with LM disease were excluded.

The Medical, Angioplasty or Surgery Study II (MASS II) trial, covering 611 patients with multivessel disease, all recruited at a single

**Table 5**   Revascularization versus medical therapy

| Year of publication | Study | N | Baseline characteristics | | | | | Primary endpoint | | | Max clinical follow-up | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Age (y) | Women (%) | Diabetes (%) | MVD (%) | EF (%) | Definition | y | Results | y | Death | MI | Revasc. |
| **CABG** | | | | | | | | | | | | | | |
| 1980 | ECSS[109] | 768 | <65[c] | 0 | - | 100 | >50[c] | - | - | - | 8 | 11.4% vs. 20.1%[a] | - | - |
| 1984 | VA[110] | 686 | - | - | - | 86 | - | - | - | - | 18 | 70% vs. 67% | 49% vs. 41% | 41% vs. 62%[d] |
| 1984 | CASS[111] | 780 | 51 | 10 | 9 | 73 | - | - | - | - | 10 | 19.2% vs. 21.8% | - | 8.9% vs. 36.9%[e] |
| 2011 | STICH[112] | 1212 | 60 | 12 | 39 | 91 | 27 | Death | 4.7 | 36% vs. 41% | 4.7 | 36% vs. 41% | - | - |
| **Balloon angioplasty** | | | | | | | | | | | | | | |
| 1997 | RITA-2[89] | 1018 | - | 18 | 9 | 40 | - | Death or MI | 2.7 | 6.3% vs. 3.3%[a] | 7 | 8.5% vs. 8.4% | 6.3% vs. 4.5%[d] | 27.2% vs. 35.4%[d] |
| 1999 | AVERT[113] | 341 | 58 | 16 | 16 | 43 | 61 | Cardiac death, cardiac arrest, MI, stroke, revascularization, or hospitalization due to angina | 1.5 | 20.9% vs. 13.4%[c] | 1.5 | 0.6% vs. 0.6%[b] | 2.8% vs. 2.4%[d] | 16% vs. 12%[d] |
| 2003 | ALKK[114] | 300 | 58 | 13 | 16 | 0 | - | MI, revascularization, or rehospitalization for severe angina | 1 | 10% vs. 18% | 4.7 | 4.0% vs. 11.2%[a] | 6.7% vs. 7.9% | 17% vs. 24% |
| 2007 | SWISSI-II[92] | 201 | 55 | 12 | 11 | - | 57 | Cardiac death, MI, or revascularization | 10.2 | 28.1% vs. 63.8%[a] | 10.2 | 6.3% vs. 21.0%[a] | 11.5% vs. 38.1%[a] | 27.1% vs. 43.8%[a] |
| **BMS/CABG** | | | | | | | | | | | | | | |
| 2001 | TIME[90] | 305 | 80 | 43 | 23 | 79 | 53 | Death, MI, or hospitalization for ACS | 0.5 | 19.0% vs. 49.3%[a] | 1 | 11.1% vs. 8.1% | - | - |
| 2004 | MASS-II[94] | 611 | 60 | 31 | 29 | 100 | 67 | Cardiac death, MI, or revascularization | 1 | 6.4% (CABG) vs. 24.4% (BMS) vs. 14.3% (MT)[a] | 10 | 25.1% (CABG) vs. 24.9% (PCI) vs. 31% (MT) | 10.3% (CABG) vs. 13.3% (PCI) vs. 20.7 (MT)[a] | 7.4% (CABG) vs. 41.9% (PCI) vs. 39.4 (MT)[a] |
| **BMS** | | | | | | | | | | | | | | |
| 2006 | OAT[115] | 2166 | 59 | 22 | 21 | 18 | 48 | Death, MI, or NYHA IV heart failure | 4 | 17.2% vs. 15.6% | 4 | 9.1% vs. 9.4% | 6.9% vs. 5.0% | 18.4% vs. 22.0%[a] |
| 2007 | COURAGE[91] | 2287 | 62 | 15 | 33 | 69 | 61 | Death or MI | 4.6 | 19.0% vs. 18.5% | 4.6 | 7.6% vs. 8.3% | 13.2% vs. 12.3% | 21.1% vs. 32.6%[a] |
| 2008 | JSAP[116] | 384 | 64 | 26 | 40 | 32 | 65 | Death, ACS, stroke, or emergency hospitalization | 3.3 | 22.0% vs. 33.2%[a] | 3.3 | 2.9% vs. 3.9% | 1.6% vs. 3.8% | 21.4% vs. 36.5%[a] |
| **DES** | | | | | | | | | | | | | | |
| 2012 | FAME-2[54] | 888 | 64 | 22 | 27 | 42 | - | Death, MI, or urgent revascularization | 1 | 4.3% vs. 12.7%[a] | 1 | 0.2% vs. 0.7% | 3.4% vs. 3.2% | 3.1% vs. 19.5%[a] |

ACS = acute coronary syndromes; BMS = bare-metal stents; CABG = coronary artery bypass grafting; DES = drug-eluting stents; EF = ejection fraction; MI = myocardial infarction; MT = medical therapy; MV = multivessel; MVD = multivessel disease; NYHA = New York heart Association; Revasc = revascularization; y = years.
[a]P<0.05; [b]Cardiac death; [c]Inclusion criteria; [d]No statistical analyses performed; [e]Repeat CABG, excluding PCI.
Only trials with at least 100 patients per treatment arm were included. Age and ejection fraction are reported as means.

Downloaded from http://eurheartj.oxfordjournals.org/ by guest on September 18, 2014

institution, is the only RCT comparing medical therapy with PCI (72% with BMS; 28% with balloon angioplasty only) and with CABG. Over 10 years, comparing medical therapy with PCI, the respective rates for all-cause mortality were 31% and 24.1% ($P = 0.09$), for myocardial infarction 20.7% and 13.3% ($P = 0.01$), and for freedom from angina 43% and 59% ($P < 0.001$).[94]

In the Fractional Flow Reserve versus Angiography for Multivessel Evaluation 2 (FAME-2) trial,[54] patients with SCAD and at least one functionally significant stenosis (invasive FFR $\leq 0.80$) were randomly assigned to medical therapy alone or to medical therapy plus FFR-guided PCI. The trial was planned to include 1632 patients but the data safety monitoring board stopped the study prematurely after enrolment of 888 patients, due to a highly significant difference in the incidence of the primary endpoint (a composite of death, myocardial infarction, and urgent revascularization) in favour of FFR-guided PCI that was unlikely to be neutralized with recruitment of more patients. Final analysis showed an incidence of the primary endpoint of 4.3% in the PCI group and 12.7% in the medical therapy group ($P < 0.001$) but without a difference in rates of death or myocardial infarction between the two groups. Interpretation of FAME-2 is complicated, in that the decision for urgent revascularization may have been influenced by the open nature of the trial. The definition of 'urgent revascularization' met the criteria for the clinical presentation of an acute coronary syndrome (ACS) and 50% of the patients undergoing urgent revascularization displayed objective evidence of continuing ischaemia.

Most meta-analyses comparing a strategy of PCI against initial medical therapy found no evidence in favour of an invasive strategy, in terms of survival or myocardial infarction.[117,118,123,125] Two reported a small survival benefit for PCI over medical therapy, although this might have been influenced by the inclusion of a subset of patients who had had a recent ($<4$ weeks) myocardial infarction.[107,119] One meta-analysis, updated for more recent RCTs, showed that, compared with an initial strategy of medical therapy, PCI was not associated with significant improvement in all-cause mortality [risk ratio (RR) 0.85; 95% confidence interval (CI) 0.71–1.01], cardiac death (RR 0.71; 95% CI 0.47–1.06), myocardial infarction (RR 0.93; 95% CI 0.70–1.24), or repeat revascularization (RR 0.93; 95% CI 0.76–1.14) during short- or long-term follow-up.[96] In a meta-analysis of five RCTs covering 5286 patients and site-reported ischaemia at baseline, there were no differences between PCI and medical treatment in terms of death, myocardial infarction, unplanned revascularization or angina during a median follow-up of five years.[100]

In the New York State's Cardiac Diagnostic Catheterization Database, 9586 patients were identified between 2003 and 2008, who had either PCI ($n = 8486$; 89%) or medical therapy ($n = 1100$; 11%). A comparison of 933 propensity-score matched patients in each group showed, with PCI over 4 years, a lower incidence of the composite of mortality and myocardial infarction (16.5% vs. 21.2%, respectively; $P = 0.003$) as well as the individual components: death (10.2% vs. 14.5%, respectively; $P = 0.02$) and myocardial infarction (8.0% vs. 11.3%, respectively; $P = 0.007$).[121] The authors caution that part of the difference in outcomes might be explained by the differences between the groups in their use of routine medical therapy.

### 6.2.2 Percutaneous coronary intervention with drug-eluting stents vs. bare-metal stents

The major limitation of most of the previous comparisons is the lack of use of DES. Several meta-analyses of RCTs comparing early-generation DES with bare-metal stents (BMS) reported similar rates of death, cardiac death, and non-fatal myocardial infarction, but a $50-70\%$ relative risk reduction (RRR) in the need for subsequent or repeat target vessel revascularization (TVR) with DES.[124,125]

New-generation DES, with thin strut stent platforms, biocompatible durable or biodegradable polymers and limus-based antiproliferative agents, have further advanced efficacy and safety compared with early-generation DES and BMS (see section 17 for more information). Compared with early-generation DES, repeat revascularization was reduced by $10-20\%$.[126–129] Compared with bare-metal stents and early-generation DES, new-generation DES have also improved safety outcomes including death, myocardial infarction and stent thrombosis. Several studies have reported an approximately 50% lower risk of definite or probable stent thrombosis, than with early-generation DES, particularly during the late phase,[128–131] and some studies reported a lower risk of stent thrombosis than with BMS.[125,131] A mixed-treatment comparison of DES and BMS, embracing 76 RCTs and 117 762 patient-years of follow-up, did not report a lower risk of death but a lower risk ($20-35\%$) of myocardial infarction with DES (except paclitaxel-eluting stents) than with BMS.[132] The randomized Basel Stent Kosten Effektivitäts Trial−Prospective Validation Examination (BASKET−PROVE) trial, comparing DES with BMS among patients with large vessels ($>3$ mm) showed no significant differences between sirolimus-eluting, everolimus-eluting, and bare-metal stents in terms of the rate of death or myocardial infarction; however, there was a lower risk of cardiac death or myocardial infarction with DES (pooled DES vs. BMS: RR 0.60; 95% CI 0.39–0.93; $P = 0.02$) at 2 years of follow-up.[133] An individual patient-data meta-analysis of three RCTs including 4989 patients, which compared new-generation everolimus-eluting stents with early-generation paclitaxel-eluting stents, reported a lower risk of death (3.2% vs. 5.1%; hazard ratio (HR) 0.65; 95% CI 0.49–0.86; $P = 0.003$), cardiac death or myocardial infarction (4.4% vs. 6.3%; HR 0.70; 95% CI 0.54–0.90; $P = 0.005$), and stent thrombosis (0.7% vs. 1.7%; HR 0.45; 95% CI 0.26–0.78; $P = 0.003$) after 3 years of follow-up.[126] A patient-level pooled analysis of 26 RCTs in 11 557 women, reported a lower incidence of the composite of death or myocardial infarction in female patients treated with new-generation DES (9.2%) compared with both early-generation DES (10.9%) and BMS (12.8%; $P = 0.001$) at 3 years.[129] Similarly, the incidence of definite or probable stent thrombosis was lowest with new-generation DES (1.1%) followed by BMS (1.3%), and early-generation DES (2.1%; $P = 0.01$).

### 6.2.3 Revascularization with the use of coronary artery bypass grafting

The superiority of CABG to a strategy of initial medical therapy for specific subsets of SCAD was established in a meta-analysis of seven RCTs.[108] It demonstrated a survival benefit from CABG in patients with LM or three-vessel SCAD, particularly when the proximal LAD coronary artery was involved. Benefits were greater in those with severe symptoms, early positive exercise tests, and impaired LV function. Notably, in these early studies only 10% of

Downloaded from http://eurheartj.oxfordjournals.org/ by guest on September 18, 2014

**Indications for revascularization in patients with stable angina or silent ischaemia**

| Extent of CAD (anatomical and/or functional) | | Class[b] | Level[c] | References |
|---|---|---|---|---|
| **For prognosis** | Left main disease with stenosis >50%[a] | I | A | 108,134,135 |
| | Any proximal LAD stenosis >50%[a] | I | A | 94,108,135,136 |
| | Two-vessel or three-vessel disease with stenosis > 50%[a] with impaired LV function (LVEF<40%)[a] | I | A | 93,94,108,112, 121,135,137–142 |
| | Large area of ischaemia (>10% LV) | I | B | 54,91,97,99,143,144 |
| | Single remaining patent coronary artery with stenosis >50%[a] | I | C | |
| **For symptoms** | Any coronary stenosis >50%[a] in the presence of limiting angina or angina equivalent, unresponsive to medical therapy | I | A | 54,96,105,108, 118–120,145 |

[a]With documented ischaemia or FFR ≤ 0.80 for diameter stenosis <90%.
[b]Class of recommendation.
[c]Level of evidence.
CAD = coronary artery disease; FFR = fractional flow reserve; LAD = left anterior descending coronary artery; LV = left ventricular.

Downloaded from http://eurheartj.oxfordjournals.org/ by guest on September 18, 2014

CABG patients received an internal mammary artery (IMA), which is an important prognostic component of CABG. Furthermore, 40% of patients in the medical group crossed over to CABG during follow-up. A more recent meta-analysis has reported a reduction in the risk of death with CABG vs. medical therapy (HR 0.62; 95% CI 0.50–0.77).[107]

The MASS II trial randomly compared medical therapy with PCI and CABG. At ten years, compared with medical therapy, CABG was associated with reduced rates of cardiac mortality, myocardial infarction and angina.[94] In the Surgical Treatment IsChemic Heart failure (STICH) trial, 1212 patients with CAD and a left ventricular ejection fraction (LVEF) of ≤35% were randomized to medical therapy or CABG. Patients with LM disease were excluded, and 17% of patients on medical therapy underwent CABG and 6% of patients underwent PCI by the end of the follow-up period. In the intention-to-treat analysis, all-cause mortality was not significantly lower with CABG than with medical therapy (36% vs. 41%; HR 0.86; 95% CI 0.72–1.04; P = 0.12); however, all-cause mortality or hospitalization for cardiovascular causes occurred less frequently among patients undergoing CABG (58% vs. 68%; HR 0.74; 95% CI 0.64–0.85; P < 0.001). The results with respect to all other secondary clinical outcomes also favoured CABG. In addition, CABG was associated with a reduced risk for the primary outcome, death, in the 'as treated' analysis (HR 0.70; 95% CI 0.58–0.84; P < 0.001).[112]

## 6.3 Percutaneous coronary intervention vs. coronary artery bypass grafting

The multitude of studies comparing these two revascularization strategies has shown that neither PCI nor CABG alone can provide a solution for the entire spectrum of SCAD patients who need revascularization; however, CABG results in more complete revascularization than PCI, and the placement of bypass grafts on the mid-coronary vessel makes the complexity of proximal lesions less

relevant for the procedure, especially when there are chronic proximal occlusions. The evidence derived from RCTs comparing CABG with PCI is summarized in Table 6.

### 6.3.1 Proximal left anterior descending coronary artery disease

Two meta-analyses—one including nine RCTs involving 1210 patients with isolated proximal LAD lesions followed for up to 5 years,[160] and the other including six RCTs and two non-randomized studies with a total of 1952 patients with isolated proximal LAD lesions, who were followed for up to 4 years[161]—reported no significant difference in mortality, myocardial infarction, or stroke, but a three-fold increase in recurrent angina and a five-fold increase in repeat revascularization with PCI compared with CABG. Most of the above-mentioned studies have used BMS in the PCI arm, while DES have markedly reduced the risk of repeat revascularization. Similarly, only few trials in patients with isolated proximal LAD lesions have reported long-term outcomes, although the angiographic patency of the IMA has been documented to be >90% at two decades of follow-up. Furthermore, the survival benefit of a single IMA in patients with multivessel CAD, initially reported after a decade of follow-up, has now been extended into the second and third decades, especially with bilateral IMAs.[162–165]

### 6.3.2 Left main coronary artery disease

For several decades, CABG was regarded as the standard of care for significant LM disease in patients eligible for surgery, largely based on the Coronary Artery Surgery Study (CASS) registry.[108] It has been suggested that two important pathophysiological features mitigate against the success of PCI in LM lesions (i) up to 80% of LM disease involves the bifurcation, which is known to be at higher risk of restenosis and (ii) up to 80% of LM patients also have multivessel SCAD, where CABG offers a survival advantage independent of

**Table 6**  **Percutaneous versus surgical revascularization**

| Year of publication | Study | N | Baseline characteristics | | | | | Primary endpoint | | | Max clinical Follow-up | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Age (y) | Women (%) | Dia-betes (%) | MVD (%) | EF (%) | Definition | y | Results | y | Death | MI | Revasc. | Stroke |
| **Balloon angioplasty** | | | | | | | | | | | | | | | |
| 1993 | RITA-I[146] | 1011 | - | 19 | 6 | 55 | - | Death or MI | 2.5 | 9.8% vs. 8.6% | 6.5 | 7.6% vs. 9.0% | 10.8% vs. 7.4% | 44.3% vs. 10.8%[a] | 1.8% vs. 2.0% (at 2.5 y) |
| 1994 | GABI[147] | 359 | - | 20 | 12 | 100 | - | Angina | 1 | 29% vs. 26% | 13 | 25.0% vs. 21.9% | 4.3% vs. 5.6% | 82.9% vs. 58.8%[a] | - |
| 1994 | EAST[148] | 392 | 62 | 26 | 23 | 100 | 61 | Death, MI, or a large defect at thallium scan | 3 | 28.8% vs. 27.3% | 8 | 20.7% vs. 17.3% | 3.0% vs. 10.3%[a] | 65.3% vs. 26.5%[a] | 0.5% vs. 1.5% (at 3 y) |
| 1955 | CABRI[149] | 1054 | 60 | 22 | 12 | 99 | 63 | Death | 1 | 3.9% vs. 2.7% | 4 | 10.9% vs. 7.4% | 4.9% vs. 3.5% (at 1 y) | 33.6% vs. 6.5%[a] (at 1 y) | - |
| 1996 | BARI[150] | 1829 | 62 | 27 | 25 | 100 | 57 | Death | 5 | 13.7% vs. 10.7% | 10 | 29.0% vs. 26.5% | - | 76.8% vs. 20.3%[a] | 0.2% vs. 0.8% (in hospital) |
| **BMS** | | | | | | | | | | | | | | | |
| 2001 | AWESOME[151] | 454 | 67 | - | 31 | 82 | 45 | Death | 3 | 20% vs. 21% | 3 | 20% vs. 21% | - | - | - |
| 2001 | ERACI II[152] | 450 | 62 | 21 | 17 | 100 | - | Death, MI, stroke, or repeat revascularization | 0.1 | 3.6% vs. 12.3%[a] | 5 | 7.1% vs. 11.5% | 2.8% vs. 6.2% | 28.4% vs. 7.2%[a] | 0% vs. 0.9% (at 30 d) |
| 2001 | ARTS[153] | 1205 | 61 | 23 | 17 | 99 | 61 | Death, MI, stroke, or repeat revascularization | 1 | 26.2% vs. 12.2%[a] | 5 | 8.0% vs. 7.6% | 6.7% vs. 5.6% | 30.3% vs. 8.8%[a] | 3.8% vs. 3.5% |
| 2002 | SoS[154] | 988 | 61 | 21 | 14 | 100 | 57 | Repeat revascularization | 2 | 21% vs. 6%[a] | 6 | 10.9% vs. 6.8%[a] | 5% vs. 8% (at 2 y) | 21% vs. 6%[a] (at 2 y) | - |
| 2003 | OCTOSTENT[155] | 280 | 60 | 29 | 11 | 29 | - | Death, MI, stroke, or repeat revascularization | 1 | 14.5% vs. 8.5% | 1 | 0% vs. 2.8% | 4.4% vs. 4.9% | 15.2% vs. 4.2%[a] | 0% vs. 0% |
| 2005 | Thiele[156] | 220 | 62 | 25 | 30 | 0 | 63 | Cardiac death, MI, or TVR | 0.5 | 31% vs. 15%[a] | 5.6 | 10% vs. 12% | 5% vs. 7% | 32% vs. 10%[a] (TVR) | - |
| **PES** | | | | | | | | | | | | | | | |
| 2009 | SYNTAX[157] | 1800 | 65 | 22 | 25 | 100 | - | Death, MI, stroke, or repeat revascularization | 1 | 17.8% vs. 12.4%[a,c] | 5 | 13.9% vs. 11.4% | 9.7% vs. 3.8%[a] | 25.9% vs. 13.7%[a] | 2.4% vs. 3.7% |
| **SES** | | | | | | | | | | | | | | | |
| 2011 | Boudriot[158] | 201 | 68 | 25 | 36 | 72 | 65 | Death, MI, or repeat revascularization | 1 | 13.9% vs. 19%[c] | | 2% vs. 5% | 3% vs. 3% | 14% vs. 5.9% | - |
| 2011 | PRECOMBAT[159] | 600 | 62 | 24 | 32 | 90 | 61 | Death, MI, stroke, or TVR | 1 | 8.7% vs. 6.7%[b] | 2 | 2.4% vs. 3.4% | 1.7% vs. 1.0% | 9.0% vs. 4.2%[a] | 0.4% vs. 0.7% |

BMS = bare-metal stents; CABG = coronary artery bypass grafting; EF = ejection fraction; MI = myocardial infarction; MV = multivessel; MVD = multivessel disease; PES = paclitaxel-eluting stents; Revasc = revascularization; SES = sirolimus-eluting stents; TVR = target-vessel revascularization; y = years.
[a]$P < 0.05$.
[b]Non-inferiority met.
[c]Non-inferiority failed only trials with at least 100 patients per treatment arm were included.
Age and ejection fraction are reported as means.

Downloaded from http://eurheartj.oxfordjournals.org/ by guest on September 18, 2014

the presence of LM disease.[159,166,167] More recent evidence suggests, however, that PCI provides at least equivalent results to CABG for lower-severity LM lesions at up to five years of follow-up.

The SYNTAX trial included a pre-specified subgroup analysis of limited power in 705 patients with predominant distal LM disease, who were randomly assigned to CABG or PCI. The primary endpoint

Downloaded from http://eurheartj.oxfordjournals.org/ by guest on September 18, 2014

of one-year MACCE—the composite of death, myocardial infarction, stroke, and repeat revascularization—was comparable for both revascularization strategies (CABG 13.7% vs. PCI 15.8%; $P = 0.44$).[168] At five years' follow-up, rates of death (CABG = 14.6% vs. PCI = 12.8%; $P = 0.53$) and myocardial infarction (CABG = 4.8% vs. PCI = 8.2%; $P = 0.10$) were not significantly different, whereas CABG was associated with a higher rate of stroke (4.3% vs. 1.5%; $P = 0.03$) and a lower risk of repeat revascularization (15.5% vs. 26.7%; $P < 0.001$) with no significant difference in the overall MACCE rates (31.0% vs. 36.9%; $P = 0.12$).[17,169] MACCE outcomes were comparable for PCI and CABG in the lower (0–22: 30.4% vs. 31.5%; $P = 0.74$) and intermediate (23–32; 32.7% vs. 32.3%; $P = 0.88$) SYNTAX score tertiles. In patients with SYNTAX scores >32, CABG was associated with numerically lower mortality (14.1% vs. 20.9%; $P = 0.11$) and a significantly reduced need for repeat revascularization (11.6% vs. 34.1%; $P < 0.001$) albeit at a numerically higher risk of stroke (4.9% vs. 1.6%; $P = 0.13$).

The Premier of Randomized Comparison of Bypass Surgery vs. Angioplasty Using Sirolimus-Eluting Stent in Patients with Left Main Coronary Artery Disease (PRECOMBAT) trial randomized 600 patients with LM disease to PCI or CABG.[159] The primary endpoint—the 1-year composite rate of death, myocardial infarction, stroke, or repeat revascularization—was 6.7% in the CABG group and 8.7% in the PCI group ($P = 0.37$). The 1-year composite rate of death, myocardial infarction or stroke was 4.0% for CABG and 3.3% for PCI ($P = 0.66$). The lack of significant differences between the two groups was maintained over 2 years from randomization and was also valid for mortality (3.4% in the CABG group and 2.4% in the PCI group; $P = 0.45$) and for the composite rate of death, myocardial infarction, or stroke (4.4% in the CABG group and 4.7% in the PCI group; $P = 0.83$). In contrast to the findings in SYNTAX, the incidence of stroke was similar for PCI (0.4%) and CABG (0.7%).

A meta-analysis[170] pooled the results of three dedicated RCTs on PCI vs. CABG for LM disease[158,159,171] and one pre-specified LM lesion subset from the largest RCT.[168] In total, this meta-analysis assessed the 1-year outcomes of 1611 patients. The composite of death, myocardial infarction, stroke, or TVR was observed in 11.8% of the CABG group and 14.5% of the PCI group ($P = 0.11$); the composite of death, myocardial infarction, or stroke was 6.8% in the CABG group and 5.3% in the PCI group ($P = 0.26$). Whilst there was no significant difference in mortality (4.1% in the CABG group and 3.0% in the PCI group; $P = 0.29$) or myocardial infarction (2.8% in the CABG group and 2.9% in the PCI group; $P = 0.95$), the CABG group showed a higher rate of stroke (1.7% vs. 0.1%; $P = 0.01$) but a lower rate of TVR (5.4% vs. 11.4%; $P < 0.001$).

The ASAN Medical Centre-Left Main Revascularization Registry compared the outcomes of patients with LM disease who were treated by either PCI or CABG within the same period. In two analyses—one of 10-year outcomes among 100 patients treated with BMS and 250 patients with CABG, and the other of 5-year outcomes among 176 patients with DES and 219 patients with CABG—neither mortality nor the composite of death, myocardial infarction, or stroke was significantly different between the two treatment approaches. CABG was associated with a decreased risk of revascularization in both comparisons.[172] In a registry of 810 patients with LM disease treated by CABG (335 patients) or PCI (475 patients), which ran in parallel with the RCT, no significant difference was observed

between the two treatment options in terms of the composite of death, myocardial infarction, or stroke over 2 years, whereas the risk of re-intervention was significantly lower with CABG.[159]

### 6.3.3 Three-vessel coronary artery disease

A meta-analysis, based on individual patient data from RCTs that were performed before the introduction of DES, reported no difference in mortality between PCI and CABG, although mortality was reduced by CABG in diabetic patients and those aged 65 years or more.[106] A meta-analysis of six randomized trials involving 6055 patients, which compared CABG with arterial grafts and PCI (balloon angioplasty, BMS and DES), reported a significant reduction in mortality (RR 0.73; 95% CI 0.62–0.86), myocardial infarction (RR 0.58; 95% CI 0.48–0.72) and repeat revascularization (RR 0.29; 95% CI 0.21–0.41) in favour of CABG.[173] There was a trend towards excess strokes with CABG (RR 1.36; 95% CI 0.99–1.86; $P = 0.06$). Several RCTs and meta-analyses indicate that CABG is associated with a greater risk of stroke than PCI, which diminishes during long-term follow-up.[174,175]

SYNTAX randomly assigned 1800 patients with LM and/or three-vessel CAD to either an early-generation paclitaxel-eluting stent or CABG.[157] At 1 year, 12.4% of CABG and 17.8% of PCI patients ($P = 0.002$) reached the primary composite endpoint of MACCE. At 5 years, CABG, as compared with PCI, significantly reduced overall MACCE with respective rates of 26.9% vs. 37.3% ($P < 0.001$), 11.4% vs. 13.9% had died ($P = 0.10$), 3.8% vs. 9.7% ($P < 0.0001$) had a myocardial infarction, 3.7% vs. 2.4% ($P = 0.09$) incurred a cerebrovascular accident, and 13.7% vs. 25.9% ($P < 0.0001$) of the patients required repeat revascularization.[17] In the 1095 patients with three-vessel CAD, in comparison with PCI, CABG resulted in lower total death (9.2% vs.14.6%; $P = 0.006$), cardiac death (5.3% vs. 9.0%; $P = 0.003$), myocardial infarction (3.3% vs. 10.6%; $P < 0.001$) and repeat revascularization (12.6% vs. 25.4%; $P < 0.001$).[176] In these patients with low SYNTAX score (0–22), rates of MACCE were similar (26.8% vs. 33.3%; $P = 0.21$) for CABG and PCI, respectively. Conversely, when compared with PCI in patients with intermediate and high SYNTAX scores, CABG showed lower rates of MACCE (22.6% vs. 37.9%; $P = 0.0008$ and 24.1% vs. 41.9%; $P = 0.0005$, respectively), including its mortality, myocardial infarction and repeat revascularization components.[176] Notably, patients who were included in the CABG registry of the SYNTAX trial because of ineligibility for PCI had lower MACCE rates than the randomized CABG cohort (23.3% vs. 26.9%, respectively), this being potentially related to more complete revascularization (76% vs. 63%, respectively).[17]

An observational study based on the New York State registry assessed patients with CAD who had been treated with either isolated bypass surgery (13 212 patients) or DES (20 161 patients) between 2003 and 2005, with focus on 5-year survival.[177] The difference in absolute survival in the overall population was small (CABG 78.5% vs. PCI 76%). The main analysis was performed after propensity matching of 8121 pairs of patients, with survival at 5 years of 80.4% for CABG and 73.6% for PCI with DES (HR 0.71; 95% CI 0.67–0.77; $P < 0.001$). A lower risk of death was noted in all subgroups, except for those with two-vessel CAD without proximal LAD lesions. Two main findings can be highlighted from this study: (i) the presence of LAD disease conferred a survival benefit to CABG and (ii) the survival benefit with CABG became evident only

**Recommendation for the type of revascularization (CABG or PCI) in patients with SCAD with suitable coronary anatomy for both procedures and low predicted surgical mortality**

| Recommendations according to extent of CAD | CABG | | PCI | | Ref[c] |
|---|---|---|---|---|---|
| | Class[a] | Level[b] | Class[a] | Level[b] | |
| One or two-vessel disease without proximal LAD stenosis. | IIb | C | I | C | |
| One-vessel disease with proximal LAD stenosis. | I | A | I | A | 107,108,160, 161,178,179 |
| Two-vessel disease with proximal LAD stenosis. | I | B | I | C | 108,135,137 |
| Left main disease with a SYNTAX score ≤ 22. | I | B | I | B | 17,134,170 |
| Left main disease with a SYNTAX score 23–32. | I | B | IIa | B | 17 |
| Left main disease with a SYNTAX score >32. | I | B | III | B | 17 |
| Three-vessel disease with a SYNTAX score ≤ 22. | I | A | I | B | 17,157,175,176 |
| Three-vessel disease with a SYNTAX score 23–32. | I | A | III | B | 17,157,175,176 |
| Three-vessel disease with a SYNTAX score >32. | I | A | III | B | 17,157,175,176 |

CABG = coronary artery bypass grafting; LAD = left anterior descending coronary artery; PCI = percutaneous coronary intervention; SCAD = stable coronary artery disease.
[a]Class of recommendation.
[b]Level of evidence.
[c]References.

during the second half of the 5-year follow-up. In the ASCERT registry of elective patients >65 years of age with two- or three-vessel CAD, 86 244 patients underwent CABG and 103 549 patients underwent PCI (78% with early-generation DES). Using propensity scores and inverse probability adjustment, mortality at 4 years—but not at 1 year—was lower for CABG than for PCI (16.4% vs. 20.8%; RR 0.79; 95% CI 0.76−0.82).[26] The observational nature of the studies does not permit assessment of how each patient was selected for each kind of treatment and, despite statistical adjustments, residual confounders cannot be excluded. Early-generation DES were used, which are devoid of the advantages of the newer generation.[125−131,133] There is notable consistency in the findings on the survival advantage of CABG over PCI for more severe three-vessel CAD.

# 7.  Revascularization in non-ST-segment elevation acute coronary syndromes

Non-ST-segment elevation acute coronary syndrome (NSTE-ACS) is the most frequent manifestation of ACS, and mortality and morbidity remain high and equivalent to those of patients with ST-segment elevation myocardial infarction (STEMI) during long-term follow-up. The key objectives of coronary angiography and subsequent revascularization are symptom relief and improvement of prognosis. Overall quality of life, length of hospital stay, and potential risks associated with invasive and pharmacological treatments must also be considered when deciding on a treatment strategy.

Early risk stratification is important, in order to identify patients at high immediate- and long-term risk for death and cardiovascular events, in whom an early invasive strategy with adjunctive medical therapy may reduce that risk. Patients in cardiogenic shock, or after resuscitation, should undergo immediate angiography (within 2 hours) because of the high likelihood of critical CAD, but it is

equally important to identify patients at low risk, in whom invasive and medical treatments provide little benefit or may even cause harm. Details on risk stratification, particularly with respect to the interpretation of troponins, are found in the ESC Guidelines on NSTE-ACS.[180]

## 7.1  Early invasive vs. conservative strategy

A meta-analysis of seven RCTs that compared routine angiography followed by revascularization against a selective invasive strategy, showed reduced rates of combined death and myocardial infarction [odds ratio (OR) 0.82; 95% CI 0.72−0.93; P = 0.001].[181] The routine revascularization strategy was associated with a risk of early death and myocardial infarction during the initial hospitalization; however, four of the seven trials included in this meta-analysis were not contemporary, due to marginal use of stents and glycoprotein (GP) IIb/IIIa receptor inhibitors. Another meta-analysis, covering seven trials with more up-to-date adjunctive medication, showed a significant reduction in risk for all-cause mortality (RR = 0.75; 95% CI 0.63−0.90; P < 0.001) and myocardial infarction (RR = 0.83; 95% CI 0.72−0.96; P = 0.012), for an early invasive vs. conservative approach at 2 years without excess of death and myocardial infarction at 1 month.[182] A further meta-analysis of eight RCTs showed a significant lower incidence of death, myocardial infarction, or rehospitalization for ACS (OR = 0.78; 95% CI 0.61−0.98) for the invasive strategy at 1 year.[183] The benefit was carried mainly by improved outcomes in biomarker-positive (high-risk) patients. In a gender-specific analysis, a similar benefit was found in biomarker-positive women, compared with biomarker-positive men. Importantly, biomarker-negative women tended to have a higher event rate with an early invasive strategy, suggesting that early invasive procedures should be avoided in low-risk, troponin-negative, female patients. A more recent meta-analysis, based on individual patient data from three studies that compared a routine invasive- against a selective invasive strategy, revealed lower rates of death and myocardial infarction at

Downloaded from http://eurheartj.oxfordjournals.org/ by guest on September 18, 2014

**Table 7   Criteria for high risk with indication for invasive management**

| Primary criteria |
| --- |
| 1. Relevant rise or fall in troponin |
| 2. Dynamic ST- or T-wave changes (symptomatic or silent) |
| 3. GRACE score >140 |
| **Secondary criteria** |
| 4. Diabetes mellitus |
| 5. Renal insufficiency (eGFR <60 mL/min/1.73 m²) |
| 6. Reduced LV function (ejection fraction <40%) |
| 7. Early post-infarction angina |
| 8. Recent PCI |
| 9. Prior CABG |
| 10. Intermediate to high GRACE risk score (http://www.gracescore.org) |

CABG = coronary artery bypass grafting; eGFR = estimated glomerular filtration rate; GRACE = Global Registry of Acute Coronary Events; LV = left ventricular; PCI = percutaneous coronary intervention.

5-year follow-up (HR = 0.81; 95% CI 0.71–0.93; $P$ = 0.002), with the most pronounced difference in high-risk patients.[184] Age, diabetes, previous myocardial infarction, ST-segment depression, hypertension, body mass index (<25 kg/m² or >35 kg/m²), and treatment strategy were found to be independent predictors of death and myocardial infarction during follow-up. All results supported a routine invasive strategy but highlight the importance of risk stratification in the decision-making process management.

## 7.2   Timing of angiography and intervention

Patients at highest risk (i.e. those with refractory angina, severe heart failure or cardiogenic shock, life-threatening ventricular arrhythmias, or haemodynamic instability) were generally not included in RCTs, in order not to withhold potentially life-saving treatments. It has been generally accepted that such patients should be taken for an immediate (<2 hours) invasive evaluation, regardless of electrocardiogram (ECG) or biomarker findings.[180]

An early invasive strategy (0.5–14 hours of diagnosis), as opposed to a delayed invasive strategy (within 21–86 hours), was tested in several RCTs. In a meta-analysis of three recent trials, early catheterization, followed by coronary intervention on the first day of hospitalization, was shown to be safe and superior in terms of lower risk of recurrent ACS (−41%) and shorter hospital stay (−28%).[185] Similar findings were reported in a more recent meta-analysis.[186]

There is growing evidence to suggest benefit from an invasive strategy within 24 hours in patients with a high-risk profile. The Timing of Intervention in Patients with Acute Coronary Syndromes (TIMACS) trial revealed a significant 38% lower incidence of death, myocardial infarction, or stroke at 6 months in high-risk patients (Global Registry of Acute Coronary Events (GRACE) score >140), with an early

(≤24 hours), as compared with a delayed (≥36 hours) strategy.[187] No significant difference was observed in patients with a low- to intermediate-risk profile (GRACE score ≤140). Notably, there was no safety issue relating to an early invasive strategy. In the Acute Catheterization and Urgent Intervention Triage strategY (ACUITY) data analysis, a delay of more than 24 hours before PCI was an independent predictor of 30-day and 1-year mortality.[188] This increased ischaemic event rate was most evident among moderate- and high-risk patients [according to the Thrombolysis in Myocardia Infarction (TIMI) risk score].

In summary, the timing of angiography and revascularization should be based on patient risk profile. Patients at very high risk (as defined above) should be considered for urgent coronary angiography (in less than 2 hours). In patients at high risk, with at least one primary high-risk criterion, an early invasive strategy within 24 hours appears to be the reasonable timescale. In lower-risk subsets, with a GRACE risk score of <140 but with at least one secondary high-risk criterion (Table 7), the invasive evaluation can be delayed without increased risk but should be performed during the same hospital stay, preferably within 72 hours of admission. In other low-risk patients without recurrent symptoms, a non-invasive assessment of inducible ischaemia should be performed before hospital discharge.

## 7.3   Type of revascularization

There are no specific RCTs comparing PCI with CABG in patients with NSTE-ACS. In all trials comparing an early invasive with a late strategy, or an invasive with a medical management strategy, the decision on whether to perform CABG or PCI was left to the investigator's discretion.

In stabilized patients, the choice of revascularization modality can be made in analogy to patients with SCAD. In approximately one-third of patients, angiography will reveal single-vessel disease, allowing *ad hoc* PCI in most cases. Multivessel disease will be present in another 50%. Here the decision is more complex and the choice has to be made between culprit-lesion PCI, multivessel PCI, CABG, or a combined (hybrid) revascularization. The distribution of PCI vs. CABG in patients with multivessel disease suitable for revascularization is approximately 80% vs. 20%.[189] The revascularization strategy in patients with multivessel CAD should be determined early by the Heart Team and based on the patient's clinical status, as well as the severity and distribution of the CAD and the characteristics of the lesion. The SYNTAX score has proved to be strongly predictive of death, myocardial infarction and TVR.[190]

Culprit-lesion PCI is usually the first choice in most patients with NSTE-ACS and multivessel disease; however, there are no prospective studies comparing culprit-lesion PCI with early CABG. In stabilized patients with multivessel disease and a high SYNTAX score (>22), particularly when there is no clearly identified culprit lesion, a strategy of urgent CABG should be preferred. The strategy of multivessel PCI for suitable significant stenoses—rather than PCI limited to the culprit lesion—has not been evaluated in an appropriate, randomized fashion. In a large database including 105 866 multivessel CAD patients with NSTE-ACS, multivessel PCI was compared with single-vessel PCI and was associated with lower procedural

Downloaded from http://eurheartj.oxfordjournals.org/ by guest on September 18, 2014

success but similar in-hospital mortality and morbidity.[191] Complete revascularization at the time of the index procedure did not result in lower mortality rates over 3 years, as compared with a staged procedure strategy.[192] However, incomplete revascularization appears to be associated with more 1-year adverse event rates.[193]

CABG was compared with PCI in a propensity-matched analysis among patients with multivessel disease from the ACUITY trial.[189] PCI-treated patients had lower rates of stroke, myocardial infarction, bleeding, and renal injury, similar 1-month and 1-year mortality, but significantly higher rates of unplanned revascularization at both 1 month and 1 year. However, only 43% of CABG patients could be matched and there was a strong trend for a higher rate of major adverse cardiac events (MACE) at 1 year with PCI, compared with CABG (25.0% vs. 19.5%, respectively; $P = 0.05$). These results are consistent with the 1-year and 5-year outcomes of the multivessel SYNTAX trial, which included 28.5% of patients with a recent ACS, in both the PCI and the CABG arms.[17,157] However, a subanalysis of these patients has not been reported.

Culprit-lesion PCI does not necessarily require a case-by-case review by the Heart Team when, on clinical or angiographic grounds, the procedure needs to be performed *ad hoc* after angiography. This is the case when there is continuing or recurrent ischaemia, haemodynamic instability, pulmonary oedema, recurrent ventricular arrhythmias, or total occlusion of the culprit coronary artery requiring urgent revascularization. For all other scenarios, revascularization should be discussed in a multidisciplinary setting, with protocols based on the SYNTAX score at each institution, defining specific anatomical criteria and clinical subsets that can be treated *ad hoc* or transferred to CABG. After culprit-lesion PCI, patients with scores in the two higher terciles of the SYNTAX score should be discussed by the Heart Team, in the context of functional evaluation of the remaining lesions. This also includes the assessment of patients' comorbidities and individual characteristics.

### 7.3.1  Coronary artery bypass surgery

As there is no randomized study comparing an early- with a delayed CABG strategy, the general consensus is to wait 48–72 hours in patients who had culprit-lesion PCI and have residual severe CAD. In a large database analysis of unselected patients admitted for ACS, performance of early CABG, even in higher-risk patients, was associated with low in-hospital mortality.[194] In registries, unadjusted and adjusted analyses showed no difference in outcomes between patients undergoing early (≤48 hours) or in-hospital late (>48 hours) surgery, although CABG was delayed more often in higher-risk patients, suggesting that timing might be appropriately determined by multidisciplinary clinical judgement.[195] Therefore, in patients assigned for CABG, timing of the procedure should be decided on an individual basis, according to symptoms, haemodynamic stability, coronary anatomy, and signs of ischaemia. When there is continuing or recurrent ischaemia, ventricular arrhythmias, or haemodynamic instability, CABG should be performed immediately. Patients with LM or three-vessel CAD involving the proximal LAD should undergo surgery during the same hospital stay. In this decision process, it is important to consider the risk of bleeding complications when initially applying aggressive antiplatelet treatment; however, pre-treatment with a

dual antiplatelet regimen should be considered only as a relative contraindication to early CABG and does require specific surgical measures to minimize bleeding.

### 7.3.2  Percutaneous coronary intervention

The safety and efficacy of DES have not been prospectively tested in a specific population of patients with NSTE-ACS, but this subset comprises up to 50% of patients included in most stent trials particularly those with an all-comer design. There is no particular safety concern in NSTE-ACS as new-generation DES have shown superior safety and efficacy in both SCAD and STEMI patients. Accordingly, new-generation DES are preferred over BMS as the default option.[196] Dual Antiplatelet therapy (DAPT) should be maintained for 12 months, irrespective of stent type.

**Recommendations for invasive evaluation and revascularization in NSTE-ACS**

| Recommendations | Class[a] | Level[b] | Ref.[c] |
|---|---|---|---|
| **Urgent** coronary angiography (<2 hours) is recommended in patients at very high ischaemic risk (refractory angina, with associated heart failure, cardiogenic shock, life-threatening ventricular arrhythmias, or haemodynamic instability). | I | C | |
| An **early** invasive strategy (<24 hours) is recommended in patients with at least one **primary** high-risk criterion (Table 7). | I | A | 185,187 |
| An invasive strategy (<72 hours after first presentation) is indicated in patients with at least one high-risk criterion (Table 7) or recurrent symptoms. | I | A | 180 |
| Non-invasive documentation of inducible ischaemia is recommended in low-risk patients without recurrent symptoms before deciding on invasive evaluation. | I | A | 180,197,198 |
| It is recommended to base the revascularization strategy (*ad hoc* culprit-lesion PCI/multivessel PCI/CABG) on the clinical status and comorbidities as well as the disease severity, i.e. distribution and angiographic lesion characteristics (e.g. SYNTAX score), according to the local Heart Team protocol. | I | C | |
| New-generation DES are indicated for percutaneous treatment of significant coronary lesions in ACS patients. | I | A | 125,129,132, 133,196,199,200 |

[a]Class of recommendation.
[b]Level of evidence.
[c]References.
ACS = acute coronary syndromes; CABG = coronary bypass graft surgery; DES = drug-eluting stent; NSTE-ACS = non-ST-segment elevation acute coronary syndrome; PCI = percutaneous coronary intervention; SYNTAX = SYNergy between percutaneous coronary intervention with TAXus.

Downloaded from http://eurheartj.oxfordjournals.org/ by guest on September 18, 2014

# 8. Revascularization in ST-segment elevation myocardial infarction

## 8.1 Time delays

Delays in the timely implementation of reperfusion therapy are key issues in the management of STEMI, since the greatest benefit gained from reperfusion therapy occurs within the first 2–3 hours of symptom onset.[201,202] The total ischaemic time, between symptom onset and provision of reperfusion therapy (either starting fibrinolysis or mechanical reperfusion by primary PCI), is probably the most important factor. The aim is to provide optimal care while minimizing delays, in order to improve clinical outcomes (Figure 2).[201] The reduction of first-medical-contact-to-balloon (FMCTB) time—defined as the time from the (first) medical/hospital door to the time of primary PCI—relies on efficient coordination of care between first medical contact or referral hospitals, the

emergency medical service (EMS), and the receiving hospitals. It is currently estimated that about 66% of patients achieve a guideline-recommended overall first-hospital-door-to-balloon time of <120 minutes.[203] The door-to-balloon (DTB) time refers to patients presenting in PCI-capable centres and should be less than 60 minutes. Door-in to door-out (DI–DO) time is a performance measure that assesses the timeliness and quality of initial reperfusion care. It is defined as the duration from arrival to discharge at the first or STEMI-referral hospital. A DI–DO time ≤30 minutes is associated with shorter reperfusion delays (i.e. a first-hospital DTB time <120 minutes) and lower in-hospital mortality, and should be implemented in non-PCI-capable hospitals as a quality metric.[204,205]

## 8.2 Selection of reperfusion strategy

Primary PCI is defined as percutaneous catheter intervention in the setting of STEMI, without previous fibrinolysis. It has replaced

Downloaded from http://eurheartj.oxfordjournals.org/ by guest on September 18, 2014



**Figure 2** Organization of STEMI patient disposal describing pre- and in-hospital management and reperfusion strategies within 12 hours of first medical contact with ideal time interval for interventions.

**Primary PCI for myocardial reperfusion in STEMI: indications and logistics**

| Recommendations | Class[a] | Level[b] | Ref[c] |
|---|---|---|---|
| **Indication** | | | |
| Reperfusion therapy is indicated in all patients with time from symptom onset <12 hours duration and persistent ST-segment elevation or (presumed) new LBBB. | I | A | 207–209 |
| Primary PCI is the recommended reperfusion therapy over fibrinolysis if performed by an experienced team in a timely fashion. | I | A | 219,220 |
| In patients with time from symptom onset >12 hours, primary PCI is indicated in the presence of continuing ischaemia, life-threatening arrhythmias or if pain and ECG changes have been stuttering. | I | C | |
| Primary PCI is indicated for patients with severe acute heart failure or cardiogenic shock due to STEMI independent from time delay of symptom onset. | I | B | 221 |
| Reperfusion therapy with primary PCI should be considered in patients presenting late (12–48 hours) after symptom onset. | IIa | B | 222–224 |
| **Logistics** | | | |
| It is recommended that the pre-hospital management of STEMI patients be based on regional networks designed to deliver reperfusion therapy timely and effectively, and to offer primary PCI to as many patients as possible. | I | B | 225,226 |
| It is recommended that all EMSs, emergency departments, coronary care units, and catheterization laboratories have a written updated STEMI management protocol, preferably shared within geographic networks. | I | C | |
| It is recommended that primary PCI-capable centres deliver a 24-hour/7day service and ensure for primary PCI to be performed as fast as possible and at the latest within 60 minutes of hospital arrival. | I | B | 227–229 |
| Patients transferred to a PCI-capable centre for primary PCI should bypass the emergency department and be transferred directly to the catheterization laboratory. | IIa | B | 230–232 |

[a]Class of recommendation.
[b]Level of evidence.
[c]References.
ECG = electrocardiogram; EMS = emergency medical service; LBBB = left bundle branch block; PCI = percutaneous coronary intervention; STEMI = ST-segment elevation myocardial infarction.

fibrinolysis as the preferred reperfusion strategy in patients with STEMI, provided it can be performed in a timely manner in high-volume PCI centres with experienced operators and 24-hour, 7-day catheterization laboratory activation.[201,206–209] In settings where primary PCI cannot be performed in a timely fashion, fibrinolysis should be considered, particularly if it can be administered pre-hospital (e.g. in the ambulance)[210–212] and within the first 120 minutes after symptom onset (Figure 2).[213–215] It should be followed by transfer to PCI-capable centres for routine coronary angiography in all patients and for rescue PCI in case of unsuccessful fibrinolysis.

During the past decade, primary PCI has become established as the dominant reperfusion therapy in Europe, irrespective of whether patients present early or the journey to the primary PCI-capable hospital is long.[202,203,216,217] Four European Union countries have documented full implementation of primary PCI as the preferred reperfusion strategy, including countries in which travelling can be difficult.[218] In most other European countries, fibrinolysis for STEMI is becoming a rare therapy; for example 6% of cases in the UK, 7% in Poland, and 8% in France.[218] It is interesting to note that, even in countries with a large catchment area, such as Denmark—with one primary PCI centre per 1.4 million inhabitants and correspondingly long transportation distances—the STEMI case−fatality rate is among the lowest recorded in Europe, with an in-hospital mortality of only 3%. The initial diagnosis of STEMI is operational and based on ECG findings with a predictive value of 85%.[205] False enrolment into the catheterization laboratory may therefore occur in 15−30% of cases,[216] in which PCI can be deferred but where fibrinolysis is a hazard. In either case, there are costs and some inherent risks associated with the procedure or treatment.

## 8.3  Primary percutaneous coronary intervention

Key points for optimizing and guiding primary PCI are summarized below:

- The infarct-related artery should be systematically treated during the initial intervention. Evidence supporting immediate (preventive) intervention in non-infarct-related lesions is a matter of debate.[233] On the one hand, patients with extensive CAD in vessels remote from the infarct-related artery have reduced success in reperfusion and an adverse prognosis following primary PCI.[188] Staged PCI in patients with multivessel disease and no haemodynamic compromise is an independent predictor of survival, and more frequent ischaemic events have been reported in direct vs. staged revascularization of STEMI patients with multivessel disease.[234−236] In the recent, randomized Preventive Angioplasty in Acute Myocardial Infarction (PRAMI) trial (n = 465), preventive PCI in non-infarct-related coronary arteries with stenosis ≥50%, when compared with PCI limited to the infarct artery, was associated with a reduced risk of the composite of death, myocardial infarction, or refractory angina (HR in the preventive-PCI group 0.35; 95% CI 0.21–0.58; P < 0.001). The HR for non-fatal myocardial infarction was 0.32 (95% CI 0.13–0.75). It remains to be

Downloaded from http://eurheartj.oxfordjournals.org/ by guest on September 18, 2014

determined how clinicians can identify lesions that should be revascularized beyond the culprit lesion and whether complete revascularization should be performed in single- or multi-stage procedures. At present, multivessel PCI during STEMI should be considered in patients with cardiogenic shock in the presence of multiple, critical stenoses or highly unstable lesions (angiographic signs of possible thrombus or lesion disruption), and if there is persistent ischaemia after PCI on the supposed culprit lesion.

- The radial approach should be the preferred method of access, as it has been shown to reduce the incidence of acute bleeding events—especially in ACS—and was associated with lower mortality in the subset of STEMI patients that were enrolled in the RadIal Vs. femorAL access for coronary intervention (RIVAL) trial.[237–239] However, the benefit of radial over femoral access depends upon the operators' expertise in the radial technique.[240]

- Stenting should be preferred over balloon angioplasty in the setting of primary PCI,[241,242] as it reduces the risk of abrupt closure, re-infarction, and repeat revascularization. Although early-generation DES have not been associated with an increased risk of death, myocardial infarction, or stent thrombosis during long-term follow-up,[243] there have been concerns over an increased risk of very late stent thrombosis, owing to delayed arterial healing of stents implanted into lesions with a large necrotic core.[244,245] More recent evidence has, however, demonstrated the superiority of new-generation everolimus-eluting stents in reducing major acute vascular events in STEMI patients, as compared with early-generation sirolimus-eluting stents.[246] Two dedicated trials directly compared new-generation DES with BMS among STEMI patients undergoing primary PCI. The everolimus-eluting stent vs. BMS in ST-segment elevation myocardial infarction (EXAMIN-ATION) trial in 1504 STEMI patients reported no significant differences for the primary endpoint of all-cause death, re-infarction and any revascularization, in patients assigned to everolimus-eluting stents, compared with those assigned to BMS, (11.9% vs. 14.2%, respectively, difference -2.3%; 95% CI -5.8–1.1%; $P = 0.19$) at 1 year.[247] However, everolimus-eluting stents were associated with a lower risk of revascularization of the target lesion (2.1% vs. 5.0%; $P = 0.003$) and definite stent thrombosis (0.5% vs. 1.9%; $P = 0.02$). The Comparison of Biolimus Eluted From an Erodible Stent Coating With Bare-Metal Stents in Acute ST-Elevation Myocardial Infarction (COMFORTABLE AMI) trial, examining patients assigned to either BMS or to biolimus-eluting stents with a biodegradable polymer, reported that the latter showed a lower risk of the composite primary endpoint of cardiac death, target-vessel myocardial infarction, and target-lesion revascularization (4.3% vs. 8.7%; HR 0.49; 95% CI 0.30–0.80; $P = 0.004$) as well as a lower risk of target-vessel myocardial infarction

(0.5% vs. 2.7%; HR 0.20; 95% CI 0.06–0.69; $P = 0.01$) and a trend towards a lower risk of definite stent thrombosis (0.9% vs. 2.1%; HR 0.42; 95% CI 0.15–1.19; $P = 0.10$).[248] Results were maintained throughout 2 years of follow-up and a pooled analysis of both trials confirmed a lower risk of stent thrombosis and re-infarction with DES than with BMS.[249] Overall, these findings suggest that new-generation DES are more effective and potentially safer than BMS during primary PCI in STEMI.

- Thrombus aspiration has been proposed as an adjunct during primary PCI, to further improve epicardial and myocardial reperfusion by prevention of distal embolization of thrombotic material and plaque debris. Individual RCTs and meta-analyses have suggested that the use of manual aspiration thrombectomy during primary PCI may be beneficial to improve epicardial and myocardial reperfusion and reduce the rate of MACE including mortality.[250–255] In the largest randomized trial to date, the Thrombus Aspiration during PCI in Acute Myocardial Infarction (TASTE) study (7244 patients), the primary endpoint of all-cause mortality occurred in 2.8% of patients in the thrombus aspiration group and in 3.0% in the PCI-only group (HR 0.94; 95% CI 0.72–1.22; $P = 0.63$) at 30 days.[256] However, events were evaluated at short-term follow-up, and there was a trend towards a reduction of non-adjudicated events including stent thrombosis (0.2% vs. 0.5%, respectively; HR 0.47; 95% CI 0.20–1.02; $P = 0.06$) and re-infarction (0.5% vs. 0.9%, respectively; HR 0.61; 95% CI 0.34–1.07; $P = 0.06$) in favour of thrombus aspiration. Taken together, these results suggest that routine use of thrombus aspiration is not necessary but selected use may be useful to improve Thrombolysis in Myocardial Infarction (TIMI) 3 flow or prevent stent thrombosis. No clinical benefit of routine rheolytic thrombectomy has been demonstrated in primary PCI.[255,257–259]

- Pre- and post-conditioning warrant randomized trials before these procedures can be recommended in routine clinical practice. Remote ischaemic pre-conditioning has engendered little enthusiasm.[260] Early administration of metoprolol before PCI in STEMI patients presenting with Killip Class II or less has been shown to reduce infarct size, with a trend toward fewer ischaemic events.[261] Trials evaluating the use of antithrombotic and vasodilator agents have been disappointing.

- Incomplete stent deployment and undersizing should be avoided.[262] Massive thrombotic burden and low-pressure delivery, to avoid distal embolization, are the two major contributing factors in stent malapposition in STEMI patients. Self-expanding stents and stents covered with ultra-thin micronets have shown favourable preliminary results in terms of surrogate endpoints.[263] However, large-scale clinical outcome studies are required before these devices can be recommended.

Downloaded from http://eurheartj.oxfordjournals.org/ by guest on September 18, 2014

**Primary PCI for myocardial reperfusion in STEMI: procedural aspects (strategy and technique)**

| Recommendations | Class[a] | Level[b] | Ref[c] |
|---|---|---|---|
| **Strategy** | | | |
| Primary PCI should be limited to the culprit vessel with the exception of cardiogenic shock and persistent ischaemia after PCI of the supposed culprit lesion. | IIa | B | 234,264–266 |
| Staged revascularization of non-culprit lesions should be considered in STEMI patients with multivessel disease in case of symptoms or ischaemia within days to weeks after primary PCI. | IIa | B | 235 |
| Immediate revascularization of significant non-culprit lesions during the same procedure as primary PCI of the culprit vessel may be considered in selected patients. | IIb | B | 267 |
| In patients with continuing ischaemia and in whom PCI of the infarct-related artery cannot be performed, CABG should be considered. | IIa | C | |
| **Technique** | | | |
| Stenting is recommended (over balloon angioplasty) for primary PCI. | I | A | 241,242 |
| New-generation DES are recommended over BMS in primary PCI. | I | A | 128,247,248,268,269 |
| Radial access should be preferred over femoral access if performed by an experienced radial operator. | IIa | A | 237,238,270 |
| Thrombus aspiration may be considered in selected patients | IIb | A | 250–256,259 |

[a]Class of recommendation.
[b]Level of evidence.
[c]References.
BMS = bare-metal stent; CABG = coronary artery bypass grafting; DES = drug-eluting stent; PCI = percutaneous coronary intervention; STEMI = ST-segment elevation myocardial infarction.

## 8.4 Fibrinolysis

Despite its frequent contraindications, limited effectiveness in inducing reperfusion, and greater associated risk of bleeding, fibrinolytic therapy—preferably administered as a pre-hospital treatment—remains an adjunct to mechanical revascularization if the latter cannot be performed in time.[207,208] The incremental benefit of primary PCI over timely fibrinolysis is diminished when PCI-related delay exceeds 120 minutes, depending on patient age, duration of symptoms, and infarct location. Fibrinolysis is discussed in detail in the ESC Guidelines on STEMI.[201]

Pre-hospital fibrinolysis has been compared with primary PCI in early-presenting patients in the STrategic Reperfusion Early After Myocardial infarction (STREAM) study.[215] In patients with early STEMI (onset <3 hours previously) who could not undergo primary PCI within 60 minutes after first medical contact, pre-hospital fibrinolysis (amended to half dose in patients >75 years of age) with timely coronary angiography (6–24 hours in stable patients) and rescue PCI for failed fibrinolysis was as effective as primary PCI in reducing the primary endpoint, a composite of death, shock, congestive heart failure, or re-infarction up to 30 days (12.4% vs. 14.3%, respectively; RR 0.86; 95% CI 0.68–1.09; P = 0.21). However, there was a significant increase in intracranial bleeding (1.0% vs. 0.2%; P = 0.04) particularly in patients >75 years of age with fibrinolysis. The median times until reperfusion were 100 minutes in the fibrinolysis group and 178 minutes in the primary PCI group, which are an hour shorter on average than the delays in the DANish trial in Acute Myocardial Infarction (DANAMI) trial, which established the superiority of transfer PCI over in-hospital fibrinolysis.[219] In view of the lack of superior efficacy and increased rate of intracranial haemorrhage, emphasis should remain on timely PCI within STEMI networks as the preferred treatment for STEMI. Facilitated PCI, defined as routine use of reduced or normal dose fibrinolysis combined with GP IIb/IIIa inhibitors or other antiplatelet agents followed by coronary angiography, has shown no significant advantages over primary PCI alone.[271]

## 8.5 Secondary percutaneous coronary intervention

Several randomized trials and meta-analyses have shown that early, routine, post-thrombolysis angiography with subsequent PCI (if required) reduced the rates of re-infarction and recurrent ischaemia, compared with a strategy of 'watchful waiting', in which angiography and revascularization were indicated only in patients with spontaneous or induced severe ischaemia or LV dysfunction.[272–281] The benefits of early, routine PCI after thrombolysis were seen in the absence of an increased risk of adverse events (stroke or major bleeding). Based on data from the four most recent trials, all of which had a median delay between start of thrombolysis and angiography of 2–6 hours, a time-frame of 3–24 hours after successful lysis is recommended.[215,272–274] In cases of failed fibrinolysis, or if there is evidence of re-occlusion or re-infarction with recurrence of ST-segment elevation, the patient should undergo immediate coronary angiography and rescue PCI.[282]

Patients presenting between 12 and 48 hours after onset of symptoms, even if pain-free and with stable haemodynamics, may still benefit from early coronary angiography and possibly PCI.[223,224] In patients presenting days after the acute event with a completed myocardial infarction, only those with recurrent angina or documented residual ischaemia—and proven viability on non-invasive imaging in a large myocardial territory—may be considered for revascularization when the infarct artery is occluded. Systematic late PCI of an occluded infarct-related artery after myocardial infarction in stable patients has no incremental benefit over medical therapy.[115]

Downloaded from http://eurheartj.oxfordjournals.org/ by guest on September 18, 2014

**Management and revascularization after fibrinolysis**

| Recommendations | Class[a] | Level[b] | Ref[c] |
|---|---|---|---|
| Transfer to a PCI-capable centre is indicated in all patients within 24 hours after fibrinolysis. | I | A | 215,272–274, 283 |
| Coronary angiography with the intent to revascularize the infarct-related artery is indicated after successful fibrinolysis within 24 hours. | I | A | 215,273,274, 282,284 |
| Emergency angiography with the intent of revascularization is indicated in cardiogenic shock or acute severe heart failure after fibrinolysis. | I | B | 283 |
| Emergency rescue PCI is indicated when fibrinolysis has failed (<50% ST-segment resolution or persistent pain at 60 minutes). | I | A | 273,282,284 |
| Emergency PCI is indicated in the case of recurrent ischaemia, haemodynamic instability and life threatening ventricular arrhythmias or evidence of reocclusion after initial successful fibrinolysis. | I | A | 282,284 |
| Optimal timing of angiography for stable patients after successful fibrinolysis: 3-24 hours. | IIa | A | 278 |

[a]Class of recommendation.
[b]Level of evidence.
[c]References.
PCI = percutaneous coronary intervention.

## 8.6  Coronary artery bypass surgery

CABG may be indicated in STEMI patients with unsuitable anatomy for PCI, but who have a patent infarct-related artery, since patency of this artery provides time for transfer to the surgical team and a large myocardial area in jeopardy. It should be considered in patients in cardiogenic shock if the coronary anatomy is not amenable to PCI,[221] or at the time of repair for patients with mechanical complications.[285]

CABG is infrequently used and its benefits are uncertain in STEMI patients with failed PCI, coronary occlusion not amenable to PCI, and in the presence of refractory symptoms after PCI since, in most of these cases, time for implementation of surgical reperfusion will be long and the risks associated with surgery are increased in this setting.[286]

When possible, in the absence of persistent pain or haemodynamic deterioration, a waiting period of 3–7 days appears the best compromise.[286] Patients with multivessel disease, who are receiving primary PCI or secondary (post-fibrinolysis) PCI on the culprit artery, will need risk stratification and further, staged

revascularization with PCI or surgery following a Heart Team discussion.

# 9.  Revascularization in patients with heart failure and cardiogenic shock

## 9.1  Chronic heart failure

Coronary artery disease remains the most common cause of chronic heart failure; patients with depressed LV function remain at risk of sudden cardiac death with or without revascularization, and the indication for prophylactic implantable cardioverter defibrillator (ICD) therapy should always be examined.[287]

### 9.1.1  Revascularization

Revascularization with CABG or PCI is indicated for symptomatic relief of angina pectoris in patients with heart failure. The prognostic importance of surgical revascularization in patients with chronic heart failure has recently been studied in the STICH trial,[112] with the aim of comparing the efficacy of initial medical therapy with that of revascularization by CABG plus medical therapy in a sample of 1212 patients with CAD and LV dysfunction (EF ≤35%). Patients with significant LM disease or CCS Classes III and IV were excluded. Most patients had two-vessel (31%) or three-vessel (60%) CAD, and 68% had a proximal LAD stenosis. Although the primary outcome of all-cause mortality was not significantly reduced by CABG (HR with CABG 0.86; 95% CI 0.72–1.04; $P = 0.12$) in the intention-to-treat analysis, it offered superior pre-specified secondary outcomes, including cardiovascular mortality (HR 0.81; 95% CI 0.66–1.00; $P = 0.05$) and all-cause mortality or hospitalization for heart failure (HR 0.84; 95% CI 0.71–0.98; $P = 0.03$). Among patients allocated to medical therapy, 17% crossed over to CABG and 6% to PCI. The 'as-treated' analysis compared the outcomes of 592 patients treated with medical therapy throughout the first year after randomization with those of 620 patients who underwent CABG—either as a consequence of randomization or crossover—and reported significantly lower all-cause mortality in favour of CABG (HR 0.70; 95% CI 0.58–0.84; $P < 0.001$).[112] These findings have been confirmed in a recent propensity-matched observational cohort of similar patients during long-term follow-up over 10 years.[288] The choice between CABG and PCI should be made by the Heart Team after careful evaluation of the patient's clinical status and coronary anatomy, including SYNTAX score, comorbidities, and expected completeness of revascularization. A specialist in heart failure should be consulted.

### 9.1.2  Myocardial viability and revascularization

The risk–benefit balance for revascularization in patients without angina/ischaemia or viable myocardium remains uncertain. In an observational study using cardiac imaging techniques (stress–rest Rb-82/F-18 fluorodeoxyglucose PET) in 648 patients with an LVEF of 31% ± 12%, hibernating myocardium, ischaemic myocardium,

Downloaded from http://eurheartj.oxfordjournals.org/ by guest on September 18, 2014

and scarred myocardium were associated with all-cause death ($P =$ 0.0015; $P = 0.0038$, and $P = 0.0010$, respectively). An interaction between treatment and hibernating myocardium was present, such that early revascularization in the setting of hibernating myocardium, when compared with medical therapy, was associated with improved survival, especially when the extent of viability exceeded 10% of the myocardium.[289,290] The viability sub-study of the STICH trial found viable myocardium in 487 of 601 patients (81%) and no viable myocardium in 114 (19%).[289] Among patients without viability, 60 were allocated to CABG and 54 to medical therapy and, among the 487 patients with myocardial viability, 244 were assigned to CABG and 243 to medical therapy. The differences in baseline characteristics, between patients who underwent myocardial viability testing and those who did not, indicate some selection bias driven by clinical factors. Viability was arbitrarily defined using different cut-off values for the different tests used. By univariate analysis, there was a significant association between myocardial viability and outcome; however, this association was not significant on multivariable analysis that included other prognostic variables. It is likely that other variables, such as LV volumes and ejection fraction, are causally determined by the extent of viable myocardium. The lack of correlation between myocardial viability status and benefit from CABG in this study indicates that assessment of myocardial viability should not be the sole factor in selecting the best therapy for these patients.

### 9.1.3 Ventricular reconstruction

The aim of surgical ventricular reconstruction (SVR) is to remove scar tissue from the LV wall by an endoventricular patch plasty, thereby restoring physiological volume, and to restore an elliptical rather than spherical shape. The decision to add SVR to CABG should be based on a careful evaluation of symptoms (heart failure symptoms should take priority over angina), measurement of LV volumes, and assessment of the transmural extent of myocardial scar tissue, and should be performed only in centres with a high level of surgical expertise. The STICH trial failed to show a difference in the primary outcome (death from any cause or hospitalization for cardiac causes) between CABG and the combined procedure (CABG and SVR). The reduction in end-systolic volume index in STICH—smaller than in previously reported observational studies treating larger aneurysms—might explain the inconsistent finding and, thus, the value of reasonable SVR might be underestimated.[291,292] Subgroup analyses of the STICH trial suggest that patients with less-dilated LV and better left ventricular ejection fraction (LVEF) may benefit from SVR, while those with larger LV and poorer LVEF may do worse.[293] In the STICH trial, a post-operative left ventricular end-systolic volume index (LVESVI) of 70 mL/m² or lower, after CABG plus SVR, resulted in improved survival compared with CABG alone. In another study, in patients treated with CABG and SVR, a post-operative LVESVI of less than 60 mL/m² was associated with improved survival compared with a post-operative LVESVI of 60 mL/m² or more.[294] In some patients with large aneurysms, who would have been excluded from STICH (due to acute heart failure, inotropic support or violation of other inclusion criteria), surgical ventricular restoration has shown favourable outcomes although in the absence of a comparator.[295]

Downloaded from http://eurheartj.oxfordjournals.org/ by guest on September 18, 2014

**Recommendations on revascularizations in patients with chronic heart failure and systolic LV dysfunction (ejection fraction ≤35%)**

| Recommendations | Class[a] | Level[b] | Ref[c] |
|---|---|---|---|
| CABG is recommended for patients with significant LM stenosis and LM equivalent with proximal stenosis of both LAD and LCx arteries. | I | C | - |
| CABG is recommended for patients with significant LAD artery stenosis and multivessel disease to reduce death and hospitalization for cardiovascular causes. | I | B | 112,288 |
| LV aneurysmectomy during CABG should be considered in patients with a large LV aneurysm, if there is a risk of rupture, large thrombus formation or the aneurysm is the origin of arrhythmias. | IIa | C | |
| Myocardial revascularization should be considered in the presence of viable myocardium. | IIa | B | 55 |
| CABG with surgical ventricular restoration may be considered in patients with scarred LAD territory, especially if a post-operative LVESV index < 70 mL/m² can be predictably achieved. | IIb | B | 291–295 |
| PCI may be considered if anatomy is suitable, in the presence of viable myocardium, and surgery is not indicated. | IIb | C | |

[a]Class of recommendation.
[b]Level of evidence.
[c]References.

CABG = coronary artery bypass grafting; LAD = left anterior descending; LCx = left circumflex; LM = left main; LVESV = left ventricular end-systolic volume; PCI = percutaneous coronary intervention; SVR = surgical ventricular reconstruction.

## 9.2 Cardiogenic shock

Acute myocardial infarction accounts for approximately 75% of all patients with cardiogenic shock, and the incidence has remained somewhat constant for many years as 6–8%.[296–298] Cardiogenic shock complicating acute myocardial infarction is caused by LV failure in about 80% of cases. Mechanical complications, such as papillary muscle rupture with severe mitral valve incompetence (6.9%), ventricular septal defect (3.9%), or free wall rupture (1.4%), are other precipitating causes. Because revascularization is the cornerstone of the treatment in patients with cardiogenic shock complicating ACS, emergency coronary angiography is indicated. The general triage and treatment of these complex patients is presented in *Figure 3*.

### 9.2.1 Revascularization

The Should We Emergently Revascularize Occluded Coronaries for Cardiogenic Shock (SHOCK) trial demonstrated that, in patients with cardiogenic shock due to acute myocardial infarction, emergency revascularization with PCI or CABG improved long-term



**Figure 3**  Treatment of patients with cardiogenic shock.

Downloaded from http://eurheartj.oxfordjournals.org/ by guest on September 18, 2014

survival when compared with initial intensive medical therapy. All-cause mortality at 6 months was lower in the group assigned to revascularization than in the group assigned to medical therapy (50.3% vs. 63.1%, respectively; RR 0.80; 95% CI 0.65–0.98; P = 0.03).[221] Subgroup analysis revealed that the only variable that correlated significantly with treatment both at 30 days and at 6 months was age, with little or no effect of invasive treatment on mortality in elderly patients (>75 years); however, these findings were not corroborated in the SHOCK trial registry, in which a covariate-adjusted model also suggested a lower mortality among elderly patients (>75 years) undergoing revascularization,

as compared with initial intensive medical therapy (RR 0.46; 95% CI 0.28–0.75; P = 0.002).[299]

### 9.2.2 Mechanical circulatory support

Intra-aortic balloon pump (IABP) counterpulsation has been widely used as mechanical support in cardiogenic shock.[300] The efficacy of IABP in cardiogenic shock has recently been challenged in the large, randomized Intraaortic Balloon Pump in Cardiogenic Shock IABP-SHOCK II trial, which included 600 patients with cardiogenic shock complicating acute myocardial infarction, who were assigned to IABP or no IABP. The primary endpoint of 30-day

mortality was not reduced with the use of IABP (39.7% IABP vs. 41.3% control; RR 0.96; 95% CI 0.79–1.17; $P = 0.69$) and there was no long-term benefit.[301,302] As a result, the use of IABP for this indication is not routinely recommended but remains an adjunct for patients with mechanical complications as a bridge to surgery.

Three randomized trials and a large registry have demonstrated superior haemodynamic support with percutaneous mechanical circulatory assist systems than with IABP, without differences in mortality but with an increased risk of adverse events.[303–306] A meta-analysis, comparing the safety and efficacy of percutaneous left ventricular assist devices (LVAD) in IABP in patients with cardiogenic shock, found LVAD-treated patients to have a similar mortality and incidence of lower extremity ischaemia, but more bleeding than those treated with IABP.[307]

In younger patients with no contraindication for cardiac transplantation, LVAD therapy can be implemented as a bridge to transplantation. In patients not eligible for transplant, LVADs may be inserted as a bridge to recovery or with the goal of destination therapy.[308–310]

### 9.2.3  Right ventricular failure

Almost 50% of patients with inferior acute myocardial infarction show echocardiographic evidence of right ventricular dysfunction, with haemodynamic compromise developing in <25% of cases.[311–315] Isolated right ventricular failure accounts for 2.8% of cases of cardiogenic shock complicating acute myocardial infarction.[316,317] Successful primary PCI leads to a haemodynamic improvement, recovery of right ventricular free wall and global function and, hence, improved survival compared with unsuccessful reperfusion.[317–319]

### 9.2.4  Mechanical complications

Mechanical complications of acute myocardial infarction comprise myocardial rupture, resulting in either mitral regurgitation due to papillary muscle rupture, ventricular septal defect (VSD), or free wall rupture with tamponade.[320–322]

Ventricular septal defect, characterized by haemodynamic compromise, is treated by IABP followed by early surgical repair.[323] Percutaneous closure devices for patients' post-infarct VSDs have been reported in case series and, in centres with appropriate experience, may be considered in selected cases as alternatives to surgery.[324–326]

Rupture of the free wall, resulting in tamponade, should be salvaged by prompt pericardial drainage and surgical intervention. Left ventricular free wall rupture accounts for approximately 15% of in-hospital mortality from myocardial infarction.[327] Data from the SHOCK trial registry, on patients with and without LV free wall rupture who underwent surgery, showed similar mortality rates.[327,328]

Acute mitral regurgitation due to rupture of the papillary muscle should be treated by immediate surgery and revascularization.[317,329,330]

| Recommendations for management of patients with acute heart failure in the setting of ACS | | | |
|---|---|---|---|
| **Recommendations** | **Class[a]** | **Level[b]** | **Ref[c]** |
| Emergency echocardiography is indicated to assess LV and valvular function and exclude mechanical complications. | I | C | |
| Emergency invasive evaluation is indicated in patients with acute heart failure or cardiogenic shock complicating ACS. | I | B | 180,201, 221,331 |
| Emergency PCI is indicated for patients with cardiogenic shock due to STEMI or NSTE-ACS if coronary anatomy is amenable. | I | B | 221 |
| Emergency CABG is recommended for patients with cardiogenic shock if the coronary anatomy is not amenable to PCI. | I | B | 221 |
| Emergency surgery for mechanical complications of acute myocardial infarction is indicated in case of haemodynamic instability. | I | C | |
| IABP insertion should be considered in patients with haemodynamic instability/cardiogenic shock due to mechanical complications. | IIa | C | |
| Patients with mechanical complication after acute myocardial infarction require immediate discussion by the Heart Team. | I | C | |
| Short-term mechanical circulatory support in ACS patients with cardiogenic shock may be considered. | IIb | C | |
| Percutaneous repair of VSD may be considered after discussion by the Heart Team. | IIb | C | |
| Routine use of IABP in patients with cardiogenic shock is not recommended. | III | A | 332,333 |

[a]Class of recommendation.
[b]Level of evidence.
[c]References.

ACS = acute coronary syndromes; CABG = coronary artery bypass grafting; IABP = intra-aortic balloon pump; LV = left ventricular; NSTE-ACS = non-ST-segment elevation acute coronary syndrome; PCI = percutaneous coronary intervention; STEMI = ST-segment elevation myocardial infarction; VSD = ventricular septal defect.

# 10.  Revascularization in patients with diabetes

## 10.1  Evidence for myocardial revascularization

Data from randomized trials on revascularization in diabetic patients are summarized in *Table 8*. For additional information on

Downloaded from http://eurheartj.oxfordjournals.org/ by guest on September 18, 2014

diabetes, we refer to the ESC Guidelines on diabetes.[84] Diabetic patients undergoing revascularisation, either with CABG or PCI, are at greater risk for kidney injury than patients without diabetes.

### 10.1.1 Stable coronary artery disease

The Bypass Angioplasty Revascularization Investigation 2 Diabetes (BARI-2D) trial specifically addressed the question of myocardial revascularization in diabetic patients with SCAD.[334] A total of 2368 patients with diabetes and evidence of ischaemia, or symptoms of angina in the presence of angiographically defined SCAD, were randomized to medical therapy or to myocardial revascularization in addition to medical therapy. Before randomization, patients were placed in either the PCI or CABG stratum of revascularization as deemed appropriate by the responsible physician. The enrolment target of 2800 patients was not met and follow-up had to be extended by 1.5 years to 5.3 years. Patients with LM disease, those who were unstable, requiring immediate revascularization, and patients with creatinine values >2.0 mg/dL or moderate-to-severe heart failure were excluded. The primary endpoint was all-cause mortality and the principal secondary endpoint was a composite of death, myocardial infarction, or stroke (MACCE). The use of DES (35%) was low and restricted to early-generation devices. A total of 42% of patients in the medical therapy group underwent clinically indicated revascularization during follow-up.

At 5 years, survival did not differ between the medical therapy and revascularization groups, and there were no differences in MACCE (Table 8). In the PCI group, there was no couticive difference between PCI and medical therapy. In the CABG stratum, where patients had more extensive CAD, freedom from MACCE was significantly higher with revascularization than with medical treatment.[334] Survival, however, was not significantly different, which may reflect a power issue or the fact that patients with more extensive myocardial perfusion abnormalities or LV function impairment were more likely to receive revascularization over time in the medical therapy group.[335] Compared with medical therapy, the revascularization strategy at the 3-year follow-up had a lower rate of worsening angina (8% vs. 13%, respectively; P < 0.001), new angina (37% vs. 51%, respectively; P < 0.001), and subsequent coronary revascularizations (18% vs. 33%, respectively; P < 0.001), and a higher rate of angina-free status (66% vs. 58%, respectively; P < 0.003).

The investigators speculated that the benefit of CABG over medical therapy emerged due to a preference for CABG rather than PCI among patients with more advanced CAD. This was further substantiated in a study of the impact of angiographic (BARI-2D score) risk stratification on outcomes. Among the CABG stratum patients with high-risk angiographic scores, the 5-year risk of death, myocardial infarction or stroke was significantly lower and amplified for those assigned to revascularization, when compared with medical therapy (24.8% vs. 36.8%, respectively; P = 0.005).[336]

### 10.1.2 Acute coronary syndromes

Approximately 20−30% of patients with NSTE-ACS have known diabetes, and at least as many have undiagnosed diabetes or impaired glucose tolerance.[337] Mortality in patients with ACS is two- to three-time increased in diabetic patients, compared with non-diabetic.[338]

Despite the higher risk, revascularization and thienopyridines are less frequently prescribed among diabetics than non-diabetics, with an impact on in-hospital and long-term mortality.[339−341]

In NSTE-ACS patients, there is no clear correlation between the treatment effect of myocardial revascularization and diabetic status.[342,343,364] In both the Fragmin during Instability in Coronary Artery Disease-2 (FRISC-2) and Treat angina with Aggrastat and determine Cost of Therapy with an Invasive or Conservative Strategy−Thrombolysis in Myocardial Infarction 18 (TACTICS-TIMI 18) trials,[342,343,364] an early invasive strategy in ACS patients was associated with better outcomes than with a conservative strategy; in TACTICS-TIMI 18,[364] the magnitude of the benefit to diabetic patients was greater than that to non-diabetic patients. In a recent meta-analysis of nine RCTs with 9904 ACS patients, diabetic patients (n = 1789) had a higher rate of death (9.3% vs. 3.2%; P < 0.001), non-fatal myocardial infarction (11.3% vs. 7.1%; P < 0.001), and rehospitalization with ACS (18.1% vs. 13.0%; P < 0.001) than non-diabetic patients at one year post-procedure. An early invasive strategy was associated with a similar risk reduction in death, myocardial infarction, or rehospitalization for ACS in diabetic and non-diabetic patients (RR 0.87; 95% CI 0.70−1.03 vs. 0.86; 95% CI 0.70−1.06; P for interaction 0.83).[338] Accordingly, diabetes presents a secondary indication for high risk and for invasive management, and further efforts need to be made to give diabetic patients with ACS better access to revascularization therapy.[180]

Compared with non-diabetic patients, diabetics with STEMI present later, are more likely to experience haemodynamic instability and end-organ damage, and have delayed revascularization. In STEMI patients, the Primary Coronary Angioplasty vs. Thrombolysis (PCAT)-2 collaborative analysis of 19 RCTs with individual patient data from 6315 patients (14% with diabetes mellitus) showed a similar benefit of primary PCI over fibrinolytic treatment in diabetic and non-diabetic patients.[363] The OR for mortality in favour of primary PCI was 0.49 for diabetic patients (95% CI 0.31−0.79). Recurrent myocardial infarction and stroke were also significantly lower in favour of primary PCI. Patients with diabetes had significantly delayed initiation of reperfusion treatments and longer ischaemic times, probably related to atypical symptoms causing significant delays in initiating reperfusion therapy. Owing to a higher absolute risk, the number needed to treat to save one life at 30 days was significantly lower for diabetic patients (number needed to treat = 17; 95% CI 11−28) than for non-diabetic patients (number needed to treat = 48; 95% CI 37−60).

## 10.2  Type of myocardial revascularization

The presence of diabetes mellitus defines the treatment strategy for an important subset of patients with multivessel CAD.

### 10.2.1  Randomized clinical trials

The Future Revascularization Evaluation in Patients with Diabetes Mellitus (FREEDOM) trial is the only adequately powered, randomized study comparing CABG against PCI with use of early-generation DES (94%) in diabetic patients undergoing elective revascularization for multivessel disease without LM coronary stenosis.[175] Between 2005 and 2010, 33 966 patients were screened, of whom 3309 were considered eligible and 1900 (6%) enrolled. Their mean SYNTAX score was 26 ± 9. The primary outcome of death from

Downloaded from http://eurheartj.oxfordjournals.org/ by guest on September 18, 2014

**Table 8**   **Randomized trials on revascularization in diabetic patients**

| Year of publication | Study | N | Baseline characteristics | | | | Primary endpoint | | | Max clinical Follow-up | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Age (y) | Women (%) | MVD (%) | EF (%) | Definition | y | Results | y | Death | CV Death | MI | Revasc | Stroke |
| **Revascularization vs. MT** | | | | | | | | | | | | | | | |
| 2009 | BARI-2D[93] | 2368 | 62 | 30 | 31[c] | 57 | Death | 5 | 11.7% vs. 12.2% | 5 | 11.7% vs. 12.2% | 5.9% vs. 5.7% | 11.5% vs. 14.3% | - | 2.6% vs. 2.8% |
| **CABG vs. MT** | | | | | | | | | | | | | | | |
| 2009 | BARI-2D[b, 93] | 763 | 63 | 24 | 52[c] | 57 | Death | 5 | 13.6% vs. 16.4% | 5 | 13.6% vs. 16.4% | 8.0% vs. 5.7% | 10.0% vs. 17.6%[a] | - | 1.9% vs. 2.6% |
| **PCI vs. MT** | | | | | | | | | | | | | | | |
| 2009 | BARI-2D[b, 93] | 1605 | 62 | 33 | 20[c] | 57 | Death | 5 | 10.8% vs. 10.2% | 5 | 10.8% vs. 10.2% | 5.0% vs. 4.2% | 12.3% vs. 12.6% | - | 2.9% vs. 2.9% |
| **PCI vs. CABG** | | | | | | | | | | | | | | | |
| 2009 | SYNTAX[d, 350] | 452 | 65 | 29 | 100 | - | Death, MI, stroke, or repeat revascularization | 1 | 26.0% vs. 14.2%[a]; Sx-Score 0–22: 20.3% vs. 18.3%; Sx-Score 23–32: 26.0% vs. 12.9%; Sx-Score ≥33: 32.4% vs. 12.2%[a] | 5 | 19.5% vs. 12.9% | 12.7% vs. 6.5%[a] | 9.0% vs. 5.4% | 35.3% vs. 14.6%[a] | 3.0% vs. 4.7% |
| 2010 | CARDia[351] (DES/BMS vs. CABG) | 510 | 64 | 26 | 93 | - | Death, MI, or stroke | 1 | 13.0% vs. 10.5% | 1 | 3.2% vs. 3.2% | - | 9.8% vs. 5.7% | 11.8% vs. 2.0%[a] | 0.4% vs. 2.8% |
| 2012 | FREEDOM[175] (DES vs. CABG) | 1900 | 63 | 29 | 100 | 66 | Death, MI, or stroke | 3.8 | 26.6% vs. 18.7%[a]; Sx-Score 0–22: 23% vs. 17%; Sx-Score 23–32: 27% vs. 18%[a]; Sx-Score ≥33: 31% vs. 23% | 3.8 | 16.3% vs. 10.9%[a] | 10.9% vs. 6.8% | 13.9% vs. 6.0%[a] | 12.6% vs. 4.8%[a] (at 1 y) | 2.4% vs. 5.2%[a] |
| 2013 | VA-CARDS[352] (DES vs. CABG) | 207 | 62 | 1% | - | - | Death or MI | 2 | 18.4% vs. 25.3% | 2 | 21% vs. 5.0%[a] | 10.8% vs. 5.0% | 6.2% vs. 15.0% | 18.9% vs. 19.5% | 1.0% vs. 1.2% |

BMS = bare-metal stent; CABG = coronary artery bypass grafting; CV = cardiovascular; DES = drug-eluting stent; EF = ejection fraction; MI = myocardial infarction; MT = medical therapy; MVD = multivessel disease; PCI = percutaneous coronary intervention; PES = paclitaxel-eluting stent; Revasc = revascularization; SES = sirolimus-eluting stent; Sx-Score = SYNTAX score; y = years.
[a]P<0.05.
[b]Randomization stratified by revascularization modality.
[c]Three-vessel disease.
[d]Subgroup analysis.
Age and ejection fraction are reported as means.

Downloaded from http://eurheartj.oxfordjournals.org/ by guest on September 18, 2014

any cause, non-fatal myocardial infarction, or stroke was lower in the CABG than the PCI group, with divergence of the curves starting at 2 years. This difference was driven by a borderline reduction of all-cause mortality (P = 0.049) and by a markedly lower rate of myocardial infarction favouring the CABG group (P < 0.001). Conversely, rates of stroke were doubled in the CABG group (P = 0.03). The superiority of CABG over PCI was consistent across all pre-specified subgroups, including SYNTAX score, the only exception being that patients recruited outside the USA (n = 1130) had a less-pronounced relative benefit from CABG than those enrolled in the USA (n = 770) (P = 0.05 for interaction).[175] Detailed assessment

of quality of life revealed substantial and durable improvements in cardiovascular-specific health status with both PCI and CABG groups. During the first month after treatment, PCI resulted in more rapid improvement in health status and quality of life, this changing between 6 months and 2 years in favour of CABG and differences disappearing beyond 2 years.[344]

It is unclear, however, whether the SYNTAX score was analysed by a blinded 'core' laboratory, which is essential for reproducibility. It should be noted that the SYNTAX score became operational during the FREEDOM trial and is not mentioned in FREEDOM's study protocol.[345] Therefore, the validity of the observation that

CABG led to better outcomes than PCI, irrespective of the SYNTAX score, remains unclear, and it is not consistent with the findings related to the diabetic subgroup of the SYNTAX trial. The increased risk of stroke raises the question of treatment selection, particularly among elderly patients. In addition, the median follow-up was 3.8 years but only 23% of patients were at risk at 5 years.

In the subset of 452 diabetic patients with multivessel CAD who were enrolled in the SYNTAX trial, there were no significant differences at 5 years in the composite of all-cause death, myocardial infarction, or stroke (CABG 19.1% vs. PCI 23.9%; $P = 0.26$) or in the individual components such as all-cause death ($P = 0.07$), stroke ($P = 0.34$), or myocardial infarction ($P = 0.20$).[346] However, repeat revascularization was less frequently required in the CABG group ($P < 0.001$). Among patients with low SYNTAX score ($\leq 22$), rates of MACCE were similar for CABG and PCI (33.7% vs. 42.5%, respectively; $P = 0.38$) but repeat revascularization remained more frequent in the PCI group (18.5% vs. 38.5%, respectively; $P = 0.01$). Interestingly, in the SYNTAX trial, diabetes was not an independent predictor of outcomes once the SYNTAX score was entered into the multivariable model.[25]

In the Coronary Artery Revascularization in Diabetes (CARDia) trial, 510 diabetic patients with multivessel or complex single-vessel CAD, enrolled at 24 sites, were randomly assigned to either CABG or PCI with use of either BMS or DES and routine use of abciximab. There were no differences between CABG and PCI for the primary endpoint, the 1-year composite of death, myocardial infarction, or stroke.[347] Comparing the subset of patients treated with DES, the primary outcome rates were 12.4% in the CABG and 11.6% in the PCI group (HR 0.93; 95% CI 0.51–1.71; $P = 0.82$). Repeat revascularization was more common among patients assigned to PCI ($P < 0.001$), whereas stroke tended to be less common among patients assigned to PCI ($P = 0.07$).

Hence, taking currently available evidence into consideration, CABG is the revascularization modality of choice among diabetic patients with multivessel CAD; however, PCI can be considered as a treatment alternative among diabetic patients with multivessel disease and low SYNTAX score ($\leq 22$).

### 10.2.2 Meta-analyses

A meta-analysis of individual data from 10 RCTs of elective myocardial revascularization[106] confirms a survival advantage for CABG over PCI in diabetic patients, whereas no difference was found for non-diabetic patients; the interaction between diabetic status and type of revascularization was significant. In this pooled analysis, PCI patients were treated with either balloon angioplasty or BMS. A more recent meta-analysis—dedicated to diabetic patients treated with either CABG or PCI, with at least 80% of arterial conduit(s) or stents (BMS and early-generation DES)—showed significantly lower mortality with CABG at 5 years or the longest follow-up (RR 0.67; 95% CI 0.52–0.86; $P = 0.002$).[349] On the other hand, this pooled analysis showed increased rates of stroke using CABG vs. PCI at 5-year follow-up (RR 1.72; 95% CI 1.18–2.53; $P = 0.005$). Similarly, a meta-analysis—restricted to four RCTs covering 3052 patients, which compared PCI with use of

early-generation DES vs. CABG in diabetic patients with multivessel CAD—reported a higher risk of death and myocardial infarction with revascularization by early-generation DES (RR 1.51; 95% CI 1.09–2.10; $P = 0.01$) but a lower risk of stroke (2.3% vs. 3.8%; RR 0.59; 95% CI 0.39–0.90; $P = 0.01$).[350] A sensitivity analysis revealed that the superiority of CABG over early-generation DES for the endpoint MACCE was most pronounced among patients with high SYNTAX score, but not significant in those with low SYNTAX score. All RCTs have shown higher rates of repeat revascularization procedures after PCI compared with CABG, in diabetic patients.[106,346]

## 10.3 Revascularization with the use of percutaneous coronary intervention

A collaborative network meta-analysis has compared DES with BMS in 3852 diabetic patients.[351] The need for target-lesion revascularization was considerably lower with DES than with BMS [OR 0.29 for sirolimus-eluting stent; 0.38 for paclitaxel-eluting stent]. A more recent mixed-treatment comparison of 42 trials with 22 844 patient-years of follow-up assessed the efficacy and safety of several early and new-generation DES and BMS in patients with diabetes. Compared with BMS, all DES showed a rate of TVR that was lower by 37–69%. Compared with BMS, there were no differences in rate of death, myocardial infarction, or stent thrombosis for any DES in diabetic patients.[352] There are no robust data to support the use of any one DES over another in patients with diabetes.

## 10.4 Revascularization with the use of coronary artery bypass grafting

There is no direct, randomized evidence for or against the use of one vs. two IMA conduits in diabetic patients. Whether use of bilateral IMA increases the risk of deep sternal wound complications is still a matter of debate, although diabetic patients are particularly prone to sternal infections in bilateral IMA operations. However, observational evidence, with follow-up periods up to 30 years, suggests that bilateral IMA use improves long-term outcomes.[23,24] Pending the long-term results of the randomized Arterial Revascularisation Trial (ART) trial,[353] it is still not clear whether bilateral IMA grafting produces better outcomes, but the superior survival observed with bilateral IMA grafting has been seen not to depend on diabetic status.[354] In a recent analysis, there was no significant correlation with diabetic status over 15-year follow-up when using multiple arterial grafts.[355] Indeed, alternative strategies—including use of the radial artery in patients with an excessively high risk for sternal complications (e.g. obese patients)—have been shown to be safe during follow-up, and to prolong survival compared with using vein grafts.[356]

## 10.5 Antithrombotic pharmacotherapy

There is no indication that antithrombotic pharmacotherapy should differ between diabetic and non-diabetic patients undergoing revascularization. Although a correlation between diabetic status and efficacy of GP IIb/IIIa inhibitors was noted in earlier trials without concomitant use of thienopyridines, this was not confirmed in the more recent Early glycoprotein IIb/IIIa inhibition in non-ST-segment

Downloaded from http://eurheartj.oxfordjournals.org/ by guest on September 18, 2014

elevation acute coronary syndrome (EARLY-ACS) trial.[357] In the current context of use of oral $P2Y_{12}$ inhibitors, diabetic patients do not specifically benefit from the addition of GP IIb/IIIa inhibitors.

## 10.6  Anti-diabetic medications

Only a few specific trials of antidiabetic medications have been conducted in patients undergoing myocardial revascularization.

**Metformin**

Because of the risk of lactic acidosis in patients receiving iodinated contrast media, it is generally stated that administration of metformin should be suspended before angiography or PCI, and resumed 48 hours later, subject to adequate renal function. The plasma half-life of metformin is 6.2 hours; however, there is no convincing evidence for such a recommendation. Checking renal function after angiography in patients on metformin and witholding the drug when renal function deteriorates might be an acceptable alternative to automatic suspension of metformin. In patients with renal failure, metformin should preferably be stopped before the procedure. Accepted indicators for metformin-induced lactic acidosis are arterial pH <7.35, blood lactate >5 mmol/L (45 mg/dL), and detectable plasma metformin concentration. Accurate recognition of metformin-associated lactic acidosis and prompt initiation of haemodialysis are important steps towards rapid recovery.

**Other drugs**

Observational data have raised concern over the use of sulphonylureas in patients treated with primary PCI for acute myocardial infarction. Such concern has not been backed up by a *post hoc* analysis of the Diabetes, Insulin Glucose Infusion in Acute Myocardial Infarction (DIGAMI)-2 trial, although the number of patients undergoing primary PCI in this trial was low.[358] Arrhythmias and ischaemic complications were also less frequent in patients receiving gliclazide or glimepiride.[359] Thiazolidinediones may be associated with lower rates of restenosis after PCI with BMS,[360] but carry an increased risk of heart failure resulting from water retention in the kidney.

No trial has demonstrated that the administration of insulin or glucose–insulin–potassium improves PCI outcome after STEMI. Observational data in patients undergoing CABG suggest that use of a continuous intravenous (i.v.) insulin infusion to achieve moderately tight glycaemic control (6.6–9.9 mmol/L or 120–180 mg/dL) is independently associated with lower rates of mortality and major complications than those observed after tighter (6.6 mmol/L or 120 mg/dL) or more lenient (9.9 mmol/L or 180 mg/dL) glycaemic control.[361] In the BARI-2D trial, outcomes were similar in patients receiving insulin sensitization vs. insulin provision to control blood glucose. In the CABG group, administration of insulin was associated with more cardiovascular events than the insulin-sensitization medications.[139]

In the Saxagliptin and Cardiovascular Outcomes in Patients with Type 2 Diabetes Mellitus SAVOR-TIMI 53 trial, dipeptidyl peptidase 4 (DPP-4) inhibition with saxagliptin neither increased nor decreased the incidence of ischaemic events, although the rate of hospitalization for heart failure was increased.[362]

**Specific recommendations for revascularization in patients with diabetes**

| Recommendations | Class[a] | Level[b] | Ref[c] |
|---|---|---|---|
| In patients presenting with STEMI, primary PCI is recommended over fibrinolysis if it can be performed within recommended time limits. | I | A | 363 |
| In patients with NSTE-ACS, an early invasive strategy is recommended over non-invasive management. | I | A | 180,338, 364–366 |
| In stable patients with multivessel CAD and/or evidence of ischaemia, revascularization is indicated in order to reduce cardiac adverse events. | I | B | 93,367 |
| In patients with stable multivessel CAD and an acceptable surgical risk, CABG is recommended over PCI. | I | A | 106,175,349 |
| In patients with stable multivessel CAD and SYNTAX score ≤ 22, PCI should be considered as alternative to CABG. | IIa | B | 346,350 |
| New-generation DES are recommended over BMS. | I | A | 351,352 |
| Bilateral mammary artery grafting should be considered. | IIa | B | 368 |
| In patients on metformin, renal function should be carefully monitored for 2 to 3 days after coronary angiography/PCI. | I | C | |

[a]Class of recommendation.
[b]Level of evidence.
[c]References.

BMS = bare-metal stent; CABG = coronary artery bypass grafting; CAD = coronary artery disease; DES = drug-eluting stent; NSTE-ACS = non-ST-segment elevation acute coronary syndrome; PCI = percutaneous coronary intervention; STEMI = ST-segment elevation myocardial infarction.

# 11.  Revascularization in patients with chronic kidney disease

## 11.1  Evidence-base for revascularization

Myocardial revascularization is underused in patients with chronic kidney disease (CKD).[369–371] In all categories of kidney function (defined in the web addenda), observational studies suggest that CKD patients with multivessel disease who undergo revascularization have better survival than those who receive medical therapy.[372,373] Particularly among patients with ACS, large-scale registries indicate better short- and long-term survival with early revascularization than with medical therapy across all CKD stages.[371,374] When there is an indication for PCI, DES should be preferred over BMS, because of its lower risk of revascularization and the absence of safety concerns.[375,376] Notwithstanding, the use of contrast media during diagnostic and interventional vascular

Downloaded from http://eurheartj.oxfordjournals.org/ by guest on September 18, 2014

Downloaded from http://eurheartj.oxfordjournals.org/ by guest on September 18, 2014

procedures represents the most common cause of acute kidney injury in hospitalized patients. In addition, patients with CKD have frequent comorbidities that increase the risk of periprocedural ischaemic and bleeding events. Notably, there is little evidence from RCTs, as most therapeutic RCTs on revascularization have excluded CKD patients. Current treatment strategies are therefore based on retrospective analyses of RCTs and data from large registries.

### 11.1.1 Patients with moderate chronic kidney disease

Observational studies suggest an increased risk of perioperative and short-term (~12 months) fatal events but lower medium-to-long-term mortality after CABG compared with PCI.[377,378] The absolute risk for end-stage renal disease is smaller than that for fatal events in this patient population and the combined incidence of death or end-stage renal disease may remain lower after CABG at long-term follow-up. In the *post hoc* analysis of patients with CKD (25% of 1205 patients) in the randomized Arterial Revascularization Therapies Study (ARTS) trial, which compared CABG against multivessel PCI with the use of BMS, no difference was observed in the primary endpoint of death, myocardial infarction, or stroke (19% vs. 17%; HR 0.93; 95% CI 0.54–1.61; $P = 0.80$) as well as mortality after 3 years of follow-up; however, the risk of repeat revascularization was reduced in favour of CABG (25% vs. 8%; HR 0.28; 95% CI 0.14–0.54; $P = 0.01$).[379] There is some evidence that suggests that the off-pump approach may reduce the risk of perioperative acute renal failure and/or progression to end-stage renal disease in these patients.[380] Predictive tools have been proposed, which hold promise as a means of identifying CKD patients who are likely to derive the most benefit from one particular revascularization strategy, but these have not been systematically validated externally.[381]

### 11.1.2 Patients with severe chronic kidney disease and end-stage renal disease or in haemodialysis

In the absence of data from RCTs, results from a large cohort of 21 981 patients with end-stage renal disease (data from US Renal Data System) with poor 5-year survival (22–25%) suggest that CABG should be preferred over PCI for multivessel coronary revascularization in appropriately selected patients on maintenance dialysis.[382] Compared with PCI, CABG was associated with significantly lower risks for both death and the composite of death or myocardial infarction.[382] Selection of the most appropriate revascularization strategy must therefore account for the general condition and life expectancy of the patient, the least invasive approach being more appropriate in the most fragile and compromised patients.

Candidates for renal transplantation must be screened for myocardial ischaemia, and those with significant CAD should not be denied the potential benefit of myocardial revascularization. Renal transplant recipients have been reported to have similar long-term survival after CABG and PCI.[383]

## 11.2  Prevention of contrast-induced nephropathy

Especially if glomerular filtration rate (GFR) is <40 mL/min/1.73 m², all patients with CKD who undergo diagnostic catheterization should receive preventive hydration with isotonic saline, to be started

approximately 12 hours before angiography and continued for at least 24 hours afterwards to reduce the risk of contrast-induced nephropathy (CIN).[384,385] The implementation of high-dose statin before diagnostic catheterization has been shown to reduce the incidence of CIN and should be considered as an additional preventive measure in patients without contraindications.[386] The antioxidant ascorbic acid has been explored in oral and intravenous preparations, for protection against CIN. A recent meta-analysis of nine RCTs in 1536 patients suggested a somewhat lower risk of CIN among pre-existing CKD patients who received ascorbic acid, than in patients who received placebo or an alternate treatment (9.6% vs.16.8%, respectively; RR = 0.67; 95% CI 0.47 to 0.97; $P = 0.034$)[387] but more evidence is required to make definite recommendations. Although performing diagnostic and interventional procedures separately reduces the total volume exposure to contrast media, the risk of renal atheroembolic disease increases with multiple catheterizations. Therefore, in CKD patients with diffuse atherosclerosis, a single invasive approach (diagnostic angiography followed by *ad hoc* PCI) may be considered, but only if the contrast volume can be maintained <4 mL/kg. The risk of CIN increases significantly when the ratio of total contrast volume to GFR exceeds 3.7:1.[388,389] For patients undergoing CABG, the effectiveness of the implementation of pharmacological preventive measures—such as clonidine, fenoldopam, natriuretic peptides, N-acetylcysteine or elective pre-operative haemodialysis—remains unproven.

**Specific recommendations for patients with moderate or severe CKD**

| Recommendations | Class[a] | Level[b] | Ref[c] |
|---|---|---|---|
| CABG should be considered over PCI in patients with multivessel CAD and symptoms/ischaemia whose surgical risk profile is acceptable and life expectancy is beyond 1 year. | IIa | B | 25,382,390–392 |
| PCI should be considered over CABG in patients with multivessel CAD and symptoms/ischaemia whose surgical risk profile is high or life expectancy is less than 1 year. | IIa | B | 390,391 |
| It should be considered to delay CABG after coronary angiography until the effect of contrast media on renal function has subsided. | IIa | B | 393–395 |
| Off-pump CABG may be considered rather than on-pump CABG. | IIb | B | 396 |
| New-generation DES are recommended over BMS. | I | B | 375,376 |

[a]Class of recommendation.
[b]Level of evidence.
[c]References.
BMS = bare-metal stent; CABG = coronary artery bypass grafting; CAD = coronary artery disease; CKD = chronic kidney disease; DES = drug-eluting stent; PCI = percutaneous coronary intervention.

**Recommendations for prevention of contrast-induced nephropathy**

| Recommendations | Dose | Class[a] | Level[b] | Ref[c] |
|---|---|---|---|---|
| **Patients undergoing coronary angiography or MDCT** | | | | |
| Patients should be assessed for risk of contrast-induced AKI. | | IIa | C | |
| **Patients with moderate-to-severe CKD** | | | | |
| Hydration with isotonic saline is recommended.[d] | | I | A | 384,385,397 |
| Use of low-osmolar or iso-osmolar contrast media is recommended. | <350 mL or <4 mL/kg or total contrast volume/GFR <3.4. | I | A | 398–400 |
| Short-term, high-dose statin therapy should be considered. | Rosuvastatin 40/20 mg or atorvastatin 80 mg or simvastatin 80 mg. | IIa | A | 386,401 |
| Iso-osmolar contrast media should be considered over low-osmolar contrast media | | IIa | A | 398,399,402 |
| Volume of contrast media should be minimized. | | IIa | B | 388,389 |
| Furosemide with matched hydration may be considered over standard hydration in patients at very high risk for CIN or in cases where prophylactic hydration before the procedure cannot be accomplished. | Initial 250 mL intravenous bolus of normal saline over 30 min (reduced to ≤150 mL in case of LV dysfunction) followed by an i.v. bolus (0.25–0.5 mg/kg) of furosemide. Hydration infusion rate has to be adjusted to replace the patient's urine output. When the rate of urine output is >300 mL/h, patients undergo the coronary procedure. Matched fluid replacement maintained during the procedure and for 4 hours post-treatment. | IIb | A | 403,404 |
| N-Acetylcysteine administration instead of standard hydration is not indicated. | | III | A | 405 |
| Infusion of sodium bicarbonate 0.84% instead of standard hydration is not indicated. | | III | A | 384,406 |
| **Severe CKD** | | | | |
| Prophylactic haemofiltration 6 hours before complex PCI may be considered. | Fluid replacement rate 1000 mL/h without negative loss and saline hydration continued for 24 hours after the procedure. | IIb | B | 407–409 |
| Prophylactic renal replacement therapy is not recommended as a preventive measure. | | III | B | 409,410 |

[a]Class of recommendation.
[b]Level of evidence.
[c]References.
[d] Especially in patients with eGFR <40 mL/min/1.73 m².
AKI = acute kidney injury; CIN = contrast-induced nephropathy; CKD = chronic kidney disease; GFR = glomerular filtration rate; LV = left ventricular; MDCT = multidetector computed tomography; PCI = percutaneous coronary intervention.

Downloaded from http://eurheartj.oxfordjournals.org/ by guest on September 18, 2014

# 12.  Revascularization in patients requiring valve interventions

## 12.1  Primary indication for valve interventions

Overall, 40% of patients with valvular heart disease will have concomitant CAD. Coronary angiography is recommended in all patients with valvular heart disease requiring valve surgery, apart from young patients (men <40 years and pre-menopausal women) without risk factors for CAD or when the risks of angiography outweigh the benefits (e.g. in cases of aortic dissection, a large aortic vegetation in front of the coronary ostia, or occlusive prosthetic thrombosis leading to an unstable haemodynamic condition).[411]

In patients undergoing aortic valve replacement (AVR) who also have significant CAD, the combination of CABG and aortic valve surgery reduces the rates of perioperative myocardial infarction, perioperative mortality, late mortality, and morbidity, when compared with patients not undergoing simultaneous CABG.[412–415] This combined operation, however, carries an increased risk of mortality over isolated AVR.[11,416–418] In a contemporary analysis of a large cohort, the greater risk of the combined operation than with isolated AVR was associated with effects of pre-existing ischaemic myocardial damage and comorbidities.[419]

In patients with severe comorbidities, the Heart Team may opt for transcatheter valve interventions. Although a systematic review of observational studies has shown no significant impact of CAD on mortality in patients undergoing transcatheter aortic valve implantation

(TAVI),[420] a recent single-centre investigation found an increased risk of cardiovascular adverse events among patients with advanced CAD (SYNTAX score >22).[421] PCI, among patients with CAD undergoing TAVI, does not appear to increase the short-term risks of death, myocardial infarction, or stroke, compared with patients undergoing isolated TAVI; however, its impact on long-term prognosis is not well established.[422–425] The selection of lesions treated by PCI is usually based on clinical presentation and angiography, and functional methods of detecting ischaemia have not been validated among patients with severe aortic stenosis.[422,423,426–428] Currently, there is no conclusive evidence as to whether PCI should be performed as a staged intervention or during the same procedure, and the decision may be made on an individual basis according to the leading clinical problem, renal failure, and complexity of the underlying CAD.[422,424,425,428,429] Published experience with PCI and percutaneous mitral valve repair is currently limited to case reports.

Alternative treatments for high-risk patients also include 'hybrid' procedures, which involve a combination of scheduled surgery for valve replacement and planned PCI for myocardial revascularization. At present, however, the data on hybrid valve/PCI procedures are very limited, being confined to case reports and small case series.[430] Individual treatment decisions in these complex patients are best formulated by the Heart Team.

## 12.2  Primary indication for coronary revascularization

Many patients with CAD and reduced LV function have concomitant secondary mitral regurgitation. Observational data from the STICH trial suggest that adding mitral valve repair to CABG in patients with LV dysfunction (LVEF ≤35%) and moderate-to-severe mitral regurgitation offers better survival than CABG alone.[431] Likewise, in patients undergoing CABG for the clinically leading problem of CAD, aortic valves with moderate stenosis should be replaced.[411] Case-by-case decisions by the Heart Team are needed for patients with an indication for PCI and moderate-to-severe valve disease.

**Recommendations for combined valvular and coronary interventions**

| Recommendations | Class[a] | Level[b] | Ref[c] |
|---|---|---|---|
| **Diagnostic modalities** | | | |
| Coronary angiography is recommended before valve surgery in patients with severe valvular heart disease and any of the following:<br>• history of CAD<br>• suspected myocardial ischaemia<br>• LV systolic dysfunction<br>• in men aged over 40 years and in postmenopausal women<br>• ≥1 cardiovascular risk factor for CAD. | I | C | – |
| Coronary angiography is recommended in the evaluation of secondary mitral regurgitation. | I | C | – |
| CT angiography should be considered before valve surgery in patients with severe valvular heart disease and low probability for CAD or in whom conventional coronary angiography is technically not feasible or of high risk. | IIa | C | – |
| **Primary valve intervention and coronary revascularization** | | | |
| CABG is recommended in patients with a primary indication for aortic/mitral valve surgery and coronary artery diameter stenosis >70% in a major epicardial vessel. | I | C | – |
| CABG should be considered in patients with a primary indication for aortic/mitral valve surgery and coronary artery diameter stenosis 50–70% in a major epicardial vessel. | IIa | C | – |
| PCI should be considered in patients with a primary indication to undergo TAVI and coronary artery diameter stenosis >70% in proximal segments. | IIa | C | – |
| PCI should be considered in patients with a primary indication to undergo transcatheter mitral valve interventions and coronary artery diameter stenosis >70% in proximal segments. | IIa | C | – |
| **Primary revascularization and non-coronary intervention** | | | |
| Mitral valve surgery is indicated in patients with severe mitral regurgitation undergoing CABG, and LVEF >30%. | I | C | – |
| Mitral valve surgery should be considered in patients with moderate mitral regurgitation undergoing CABG to improve symptoms. | IIa | B | 432 |
| Repair of moderate-to-severe mitral regurgitation should be considered in patients with a primary indication for CABG and LVEF ≤ 35%. | IIa | B | 431 |
| Stress testing should be considered in patients with a primary indication for CABG and moderate mitral regurgitation to determine the extent of ischaemia and regurgitation. | IIa | C | – |
| Aortic valve surgery should be considered in patients with a primary indication for CABG and moderate aortic stenosis (defined as valve area 1.0–1.5 cm$^2$ [0.6 cm$^2$/m$^2$ or 0.9 cm$^2$/m$^2$ body surface area] or mean aortic gradient 25–40 mmHg in the presence of normal flow conditions). | IIa | C | – |

[a]Class of recommendation.
[b]Level of evidence.
[c]References.
CABG = coronary artery bypass grafting; CAD = coronary artery disease; CT = computed tomography; LV = left ventricular; LVEF = left ventricular ejection fraction; PCI = percutaneous coronary intervention; TAVI = transcatheter aortic valve implantation.

Downloaded from http://eurheartj.oxfordjournals.org/ by guest on September 18, 2014

# 13. Associated carotid/peripheral artery disease

## 13.1 Associated coronary and carotid artery disease

The prevalence of severe carotid artery stenosis increases with the severity of CAD and is an indicator of impaired prognosis.[433] Although the association between carotid artery stenosis and CAD is evident, the prevalence of significant carotid artery stenosis in the entire cohort remains relatively low. Conversely, up to 40% of patients undergoing carotid endarterectomy (CEA) have significant CAD and may benefit from pre-operative cardiac risk assessment.

### 13.1.1 Risk factors for stroke associated with myocardial revascularization

The incidence of stroke after CABG varies depending on age, co-morbidities and surgical technique. The FREEDOM trial, which compared PCI with CABG in diabetic patients with multivessel CAD, showed a 30-day rate of stroke of 1.8% after CABG and 0.3% after PCI ($P = 0.002$).[175] Similarly, a greater risk of stroke was reported in the SYNTAX trial, which diminished during long-term follow-up and was no longer significant at 5 years (CABG 3.7% vs. PCI 2.4%; $P = 0.09$).[17] In a meta-analysis of 19 randomized trials with 10 944 patients, the risk of stroke was lower among patients assigned to PCI than in those assigned to CABG after 30 days and at 1 year.[131] These findings indicate that CABG carries a greater periprocedural risk of stroke but that the long-term risk of cerebrovascular events persists with both treatments.[17] The most common cause of CABG-related stroke is embolization of atherothrombotic debris from the ascending aorta, particularly during aortic cannulation. The risk of periprocedural stroke after CABG in patients with carotid artery stenosis is associated with the severity of stenosis but even more with a history of stroke or transient ischaemic attack (TIA) (within 6 months).[434] There is a lack of strong evidence that CAD is a significant cause of perioperative stroke.[435] The extension of atherosclerotic disease to intracerebral and extracerebral territories, radiographic demonstration of previous stroke and aortic atheromatous disease, are the most important factors for predicting an increased risk of perioperative stroke.[435]

Although symptomatic carotid artery stenosis is associated with a greater risk of stroke, 50% of patients suffering strokes after CABG do not have significant carotid artery disease and 60% of territorial infarctions on CT scan/autopsy cannot be attributed to carotid disease alone. Furthermore, only around 40% of strokes following CABG are identified within the first day after surgery, while 60% of strokes occur after uneventful recovery from anaesthesia. In a recent study including 45 432 patients undergoing CABG, 1.6% experienced a stroke and risk factors for all strokes were age, smaller body surface area, emergency surgery, previous stroke, pre-operative atrial fibrillation (AF), and on-pump CABG with hypothermic circulatory arrest. For intraoperative strokes, additional risk factors were peripheral and carotid artery disease, previous cardiac surgery, worse clinical condition, LV dysfunction, left circumflex (LCx) coronary artery stenosis >70%, and on-pump CABG with arrested heart or hypothermic circulatory arrest.[436]

Although the risk of stroke is low among patients with carotid artery disease undergoing PCI, ACS, heart failure, and extensive atherosclerosis are independent risk factors for this adverse event. In a large registry of 348 092 PCI patients, the rates of stroke and TIA amounted to only 0.11% and did not differ between transfemoral and radial access.[437]

### 13.1.2 Preventive measures to reduce the risk of stroke after coronary artery bypass grafting

Detection of severe carotid artery bifurcation disease may lead to concomitant carotid revascularization in selected cases. Identification of an atherosclerotic aorta is believed to be an important step in reducing the risk of stroke after CABG. Pre-operative CT scan or intraoperative ultrasound epiaortic scanning—better than aortic palpation—can lead to modifications in the operative management that may reduce the risk of stroke associated with CABG.[438,439] There is conflicting evidence regarding the influence of off-pump CABG on the incidence of stroke.[440] A recent randomized trial showed no difference in the incidence of stroke between off-pump CABG and on-pump CABG at 30 days.[441] However, studies employing a 'minimal touch' technique for the aorta reported a lower risk of stroke and MACCE with off-pump CABG.[442,443]

Perioperative medical therapy plays a fundamental role in the prevention of neurological complications following CABG. Statins in combination with beta-blockers have shown a protective effect on the risk of stroke after CABG.[444]

**Carotid artery screening before CABG**

| Recommendations | Class[a] | Level[b] | Ref[c] |
|---|---|---|---|
| In patients undergoing CABG, Doppler ultrasound scanning is recommended in patients with a history of stroke/TIA or carotid bruit. | I | C | |
| Doppler ultrasound should be considered in patients with multivessel CAD, PAD, or >70 years of age. | IIa | C | |
| MRI, CT, or digital subtraction angiography may be considered if carotid artery stenosis by ultrasound is >70% and myocardial revascularization is contemplated. | IIb | C | |
| Screening for carotid stenosis is not indicated in patients with unstable CAD requiring emergency CABG with no recent stroke/TIA. | III | B | 433 |

[a]Class of recommendation.
[b]Level of evidence.
[c]References.
CABG = coronary artery bypass grafting; CAD = coronary artery disease; CT = computed tomography; MRI = magnetic resonance imaging; PAD = peripheral artery disease; TIA = transient ischaemic attack.

### 13.1.3 Carotid revascularization in patients scheduled for myocardial revascularization

In patients with previous TIA or stroke and the presence of carotid artery stenosis (50–99% in men; 70–99% in women), CEA performed by experienced teams may reduce the risk of perioperative stroke or death.[434] Conversely, isolated myocardial revascularization should be performed among patients with asymptomatic unilateral carotid artery stenosis because of the small risk reduction in stroke and death achieved by concomitant carotid revascularization (1% per year).[434] Carotid revascularization may be considered in

Downloaded from http://eurheartj.oxfordjournals.org/ by guest on September 18, 2014

Downloaded from http://eurheartj.oxfordjournals.org/ by guest on September 18, 2014

**Carotid artery revascularization in patients scheduled for CABG**

| Recommendations | Class[a] | Level[b] | Ref[c] |
|---|---|---|---|
| CEA or CAS should be performed by teams achieving a combined death/stroke rate at 30 days of:<br>    <3% in patients without previous neurological symptoms<br>    <6% in patients with previous neurological symptoms. | I | A | 434 |
| It is recommended to individualize the indication for carotid revascularization after discussion by a multidisciplinary team including a neurologist. | I | C | |
| The timing of the procedures (synchronous or staged) should be determined by local expertise and clinical presentation, targeting the most symptomatic territory first. | IIa | C | |
| **In patients with a <6-month history of TIA/stroke** | | | |
| Carotid revascularization is recommended for 70–99% carotid stenosis | I | C | |
| Carotid revascularization may be considered for 50–69% carotid stenosis depending on patient-specific factors and clinical presentation. | IIb | C | |
| **In patients with no previous TIA/stroke within 6 months** | | | |
| Carotid revascularization may be considered in men with bilateral 70–99% carotid stenosis or 70–99% carotid stenosis and contralateral occlusion. | IIb | C | |
| Carotid revascularization may be considered in men with 70–99% carotid stenosis and ipsilateral previous silent cerebral infarction. | IIb | C | |

[a]Class of recommendation.
[b]Level of evidence.
[c]References.
CABG = coronary artery bypass grafting; CAS = carotid artery stenting; CEA = carotid endarterectomy; TIA = transient ischaemic attack.
The term carotid artery stenosis refers to a stenosis of the extracranial portion of the internal carotid artery, and the degree of stenosis is according to the North American Symptomatic Carotid Endarterectomy Trial (NASCET) criteria.[451]

asymptomatic men with bilateral severe carotid artery stenosis or contralateral occlusion, provided that the risk of stroke or death within 30 days can be reliably documented to be <3% in the presence of a life expectancy >5 years. In women with asymptomatic carotid disease or patients with a life expectancy of <5 years, the benefit of carotid revascularization remains unclear.[434] In the absence of clear proof that staged or synchronous CEA or carotid artery stenting (CAS) is beneficial in patients undergoing CABG, patients should be assessed on an individual basis by a multidisciplinary team including a neurologist. This strategy is also valid for patients scheduled for PCI. The strategy of combining PCI with CAS in the same procedure in elective patients is not routinely recommended, except in the infrequent circumstance of concomitant acute severe carotid and coronary syndromes.

### 13.1.4 Type of revascularization in patients with associated carotid and coronary artery disease

Few patients scheduled for CABG require synchronous or staged carotid revascularization.[445–448] In the absence of randomized trials comparing management strategies in patients with concomitant CAD and carotid disease, the choice of carotid revascularization modality (CEA vs. CAS) should be based on patient comorbidities, supra-aortic vessel anatomy, degree of urgency for CABG and local expertise.[449] Operator proficiency impacts on results of both carotid revascularization methods but even more in CAS, with higher mortality rates in patients treated by low-volume operators or early in their experience.[450] If CAS is performed before elective CABG, the need for dual antiplatelet therapy (DAPT) usually delays cardiac surgery for 4–5 weeks.[451,452]

**Type of carotid artery revascularization**

| Recommendations | Class[a] | Level[b] | Ref[c] |
|---|---|---|---|
| Choice of carotid revascularization modality (CEA vs. CAS) in patients undergoing CABG should be based on patient comorbidities, supra-aortic vessel anatomy, urgency for CABG and local expertise. | IIa | B | 446,447<br>449,453 |
| ASA is recommended immediately before and after carotid revascularization. | I | A | 454 |
| Dual antiplatelet therapy with ASA and clopidogrel is recommended for patients undergoing CAS for a duration of at least 1 month. | I | B | 455,456 |
| CAS should be considered in patients with:<br>• post-radiation or post-surgical stenosis<br>• obesity, hostile neck, tracheostomy, laryngeal palsy<br>• stenosis at different carotid levels or upper internal carotid artery stenosis<br>• severe comorbidities contraindicating CEA. | IIa | C | |

[a]Class of recommendation.
[b]Level of evidence.
[c]References.
ASA = acetylsalicylic acid; CABG = coronary artery bypass grafting; CAS = carotid artery stenting; CEA = carotid endarterectomy.

## 13.2 Associated coronary and peripheral arterial disease

Peripheral artery disease (PAD) is an important predictor of adverse outcome after myocardial revascularization, and portends a poor long-term outcome.[457,458] Patients with clinical evidence of PAD are at increased risk for procedural complications after either PCI or CABG. When comparing the outcomes of CABG vs. PCI in patients with PAD and multivessel disease, CABG is associated with a trend for better survival. Risk-adjusted registry data have shown that patients with multivessel disease and PAD undergoing CABG have better survival at 3 years than similar patients undergoing PCI, in spite of higher in-hospital mortality. In the case of CABG, surgeons should avoid harvesting veins from legs that are affected by significant clinical symptoms of PAD; however, with no solid data available in this population, the two myocardial revascularization approaches are probably as complementary in patients with PAD as they are in other CAD patients.

**Non-cardiac vascular surgery in patients with associated coronary artery disease**

Patients scheduled for non-cardiac vascular surgery are at greater risk of cardiovascular morbidity and mortality due to a high incidence of underlying symptomatic or asymptomatic CAD.[451,459] Results of the largest RCT have demonstrated that, among 510 patients randomized to prophylactic myocardial revascularization (by either PCI or CABG) or to medical therapy alone, there is no advantage in terms of incidence of perioperative myocardial infarction, early or long-term mortality before major vascular surgery.[460] Patients included in this study had preserved LV function and SCAD. A RCT with 208 patients at moderate or high cardiac risk, who were scheduled for major vascular surgery, reported similar results: patients undergoing systematic pre-operative coronary angiography and revascularization had similar in-hospital outcomes but greater freedom from cardiovascular events at 4 years than with a selective strategy.[461] In summary, selected high-risk patients may benefit from staged or concomitant myocardial revascularization, with options varying from a one-stage surgical approach to combined PCI and peripheral endovascular repair or hybrid procedures.

RCTs involving high-risk patients, cohort studies, and meta-analyses provide consistent evidence, in patients undergoing high-risk non-cardiac vascular surgery or endovascular procedures, of lower incidences of cardiac mortality and myocardial infarction related to medical therapy including statins.[458] In summary, perioperative cardiovascular complications are common in PAD patients with associated CAD and result in significant morbidity following non-cardiac vascular surgery. All patients require pre-operative screening to identify and minimize immediate and future risk, with a careful focus on known CAD, risk factors for CAD, and functional capacity.[451,462]

# 14. Repeat revascularization and hybrid procedures

## 14.1 Early graft failure

Early graft failure after CABG is reported in up to 12% of grafts (left IMA 7%; saphenous vein graft 8%) as evaluated by intraoperative

**Management of patients with associated CAD and PAD**

| Recommendations | Class[a] | Level[b] | Ref[c] |
|---|---|---|---|
| In patients with ACS, it is recommended to postpone vascular surgery and first treat CAD, except when vascular surgery cannot be delayed due to a life- or limb-threatening condition | I | C | |
| The choice between CABG and PCI should follow the general recommendations for revascularization considering patterns of CAD, comorbidities, and clinical presentation. | I | C | |
| Prophylactic myocardial revascularization before high-risk vascular surgery may be considered in stable patients if they have persistent signs of extensive ischaemia or are at high cardiac risk.[d] | IIb | B | 461,462 |

[a]Class of recommendation.
[b]Level of evidence.
[c]References.
[d] High cardiac risk (reported cardiac risk often > 5%): 1) aortic and other major vascular surgery; 2) peripheral vascular surgery.[462]
ACS = acute coronary syndrome; CABG = coronary artery bypass grafting; CAD = coronary artery disease; PAD = peripheral artery disease; PCI = percutaneous coronary intervention.

angiographic control,[463] but only a minority, around 3%, are clinically apparent.[464] Graft failure can be due to conduit defects, anastomotic technical errors, poor native vessel run-off, or competitive flow with the native vessel. When clinically relevant, acute graft failure may result in myocardial infarction with consequently increased mortality and major cardiac events. The suspicion of graft failure should arise in the presence of ECG signs of ischaemia, ventricular arrhythmias, important biomarker modifications, new wall motion abnormalities, or haemodynamic instability.[465] Owing to the low specificity of ECG modifications and echocardiographic wall motion abnormalities during the post-operative course and the delay in appearance of biomarker changes, a careful assessment of all variables will influence the decision-making for angiographic evaluation.

Perioperative angiography is recommended in cases of suspected myocardial ischaemia to detect its cause and help decide on appropriate treatment.[463,465,466] In symptomatic patients, early graft failure can be identified as the cause of ischaemia in about 82% of cases.[467] In early post-operative graft failure, emergency PCI may limit the extent of myocardial infarction compared with re-do surgery.[467] The target for PCI is the body of the native vessel or the IMA graft, while the acutely occluded saphenous vein graft (SVG) and the anastomosis should be avoided due to concerns over embolization or perforation. Re-do surgery should be favoured if anatomy is unsuitable for PCI, or if several important grafts are occluded. Early mortality in the range of 9–15% has been reported

Downloaded from http://eurheartj.oxfordjournals.org/ by guest on September 18, 2014

**Table 9   Graft patency after CABG**

| Graft | Patency at 1 year | Patency at 4-5 years | Patency at ≥10 years | References |
|---|---|---|---|---|
| Saphenous vein graft | 75–95% | 65–85% | 32–71% | 473–477 |
| Radial artery | 92–96% | 90% | 63-83% | 473,474,478–480 |
| Left IMA | >95% | 90–95% | 88–95% | 475,480 |
| Right IMA | >95% | >90% | 65–90% | 475 |

CABG = coronary artery bypass grafting; IMA = internal mammary artery.

in this group of patients, without any difference between the two revascularization strategies.[467] In asymptomatic patients, repeat revascularization should be considered if the artery is of appropriate size and supplies a large territory of myocardium. The optimal treatment strategy in patients with acute graft failure should be decided by *ad hoc* consultation between cardiovascular surgeon and interventional cardiologist, on the basis of the patient's clinical condition and extent of myocardium at risk.

## 14.2  Disease progression and late graft failure

Ischaemia after CABG may be due to progression of disease in native vessels or disease of bypass grafts (*Table 9*). Repeat revascularization in these patients is indicated in the presence of significant symptoms despite medical treatment, and in asymptomatic patients with objective evidence of myocardial ischaemia (>10% LV).[54,143] The survival of patients with patent left IMA to LAD and ischaemia in the territories of the right- and circumflex arteries does not appear to be influenced by mechanical revascularization when compared with medical therapy alone.[468]

### Re-do coronary artery bypass grafting or percutaneous coronary intervention

Percutaneous coronary intervention in patients with previous CABG has worse acute and long-term outcomes than in patients without prior CABG. Re-do CABG has a two- to four-fold increased mortality compared with first-time CABG.[477,478] There are limited data comparing the efficacy of PCI vs. re-do CABG in patients with previous CABG. In the Angina With Extremely Serious Operative Mortality Evaluation (AWESOME) RCT and registry, overall in-hospital mortality was higher with re-do CABG than with PCI.[151,479] More recent observational data have shown similar long-term results in patients treated by re-do CABG and PCI, with a higher revascularization rate for the PCI group.[479,480] In view of the higher risk of procedural mortality with re-do CABG and the similar long-term outcome, PCI is the preferred revascularization strategy in patients with patent left internal mammary artery (LIMA) and amenable anatomy. CABG is preferred for patients with extensively diseased or occluded bypass grafts, reduced systolic LV function, several total occlusions of native arteries and absence of patent arterial grafts. The IMA is the conduit of choice for revascularization during re-do CABG.[481]

Percutaneous coronary intervention via the by-passed native artery should be the preferred approach provided the native vessel is not chronically occluded. Percutaneous coronary intervention for a chronic total occlusion (CTO) may be indicated when ischaemic symptoms are present with evidence of significant ischaemia and viable myocardium in the territory supplied. If PCI in the native vessel fails, PCI in the diseased SVG remains an option.

### Percutaneous coronary intervention for saphenous vein graft lesions

Percutaneous coronary intervention for SVGs is associated with an increased risk of distal coronary embolization, resulting in periprocedural myocardial infarction.[482] Percutaneous coronary intervention of de-novo SVG stenosis is considered a high-risk intervention because SVG atheroma is friable and more prone to distal embolization. A pooled analysis of five RCTs reported that GP IIb/IIIa inhibitors are less effective for interventions in SVGs than in native vessels.[483] Several different approaches have been evaluated to prevent distal embolization of particulate debris, including distal occlusion/aspiration, proximal occlusion, suction, filter devices or mesh-covered stents.[484] Unlike occlusive devices, distal protection using filters offers the inherent advantage of maintaining antegrade perfusion and the opportunity for contrast injections. Combined data, mostly from comparative studies between devices and surrogate endpoints, support the use of distal embolic protection during SVG PCI.[485,486] In an RCT comparing different distal-protection devices in SVG PCI, the only independent predictor of 30-day MACE was plaque volume, and not the type of protection device used.[487] Experience with other devices used for SVG PCI, such as mesh-based stents, is limited.[488]

Implantation of DES in SVG lesions is associated with a lower risk of repeat revascularization than with BMS.[489–497] In the Swedish Coronary Angiography and Angioplasty Registry (SCAAR) of 3063 procedures with 4576 stents—including BMS and DES in SVG lesions—the incidence of death was lower among patients who received DES.[489] However, no differences in terms of death, myocardial infarction, or stent thrombosis were observed in the randomized Is Drug-Eluting-Stenting Associated with Improved Results in Coronary Artery Bypass Grafts (ISAR-CABG) trial.[495]

Long-term results (up to 7 years post-procedure) of early-generation DES in SVG lesions are satisfactory, with no excess risk of stent thrombosis and maintained lower rate of restenosis than with BMS.[494,496] Compared with PCI of native coronary vessels, patients undergoing PCI of SVGs have impaired long-term clinical outcomes.[498]

Downloaded from http://eurheartj.oxfordjournals.org/ by guest on September 18, 2014

## 14.3 Acute percutaneous coronary intervention failure

Most PCI-related complications (including dissections, vessel occlusion, intracoronary thrombosis, and coronary perforation) are successfully treated in the catheterization laboratory;[499,500] on-site or stand-by surgery is therefore not required during these procedures. The need for urgent surgery to manage PCI-related complications is uncommon and only required in patients with major complications that cannot be adequately resolved by percutaneous techniques.[499,500] This is mainly confined to patients with a large, evolving myocardial infarction due to iatrogenic vessel occlusion that cannot be salvaged percutaneously, and to those with iatrogenic cardiac tamponade with failed pericardiocentesis or recurrent tamponade.[499,500] When severe haemodynamic instability is present, IABP or mechanical circulatory assistance may be desirable before emergency surgery.

## 14.4 Repeat percutaneous coronary intervention

Recurrence of symptoms or ischaemia after PCI is the result of restenosis, incomplete initial revascularization, or disease progression. Infrequently, patients may require repeat PCI due to late and very late stent thrombosis.

### Restenosis

Restenosis associated with angina or ischaemia should be treated by repeat revascularization and repeat PCI remains the strategy of choice for these patients if technically feasible. Originally, balloon angioplasty was frequently used in this setting, with good initial results but high rates of recurrence.[501,502] Bare-metal stents provided superior early results in patients with in-stent restenosis but produced unfavourable late outcomes and were therefore reserved for patients with suboptimal initial results after balloon angioplasty or for those with large vessels.[501,502] Ablative techniques (including rotational atherectomy and laser) have failed to improve results in such patients. Although brachytherapy was effective for in-stent restenosis, it never achieved widespread use, mainly due to logistical issues. Currently DES implantation is recommended in patients with BMS or DES in-stent restenosis. In this setting, the results from DES are superior to those obtained with balloon angioplasty, BMS implantation or brachytherapy.[501–505] Drug-coated balloons are also effective in these patients and are particularly attractive when more than two stent layers are already present in the vessel. Drug-coated balloons are superior to balloon angioplasty and give results similar to early-generation DES in patients with BMS or DES in-stent restenosis.[506–512] The use of intracoronary imaging may provide insights into the underlying mechanisms of in-stent restenosis. The presence of an underexpanded stent should, if possible, be corrected during the repeat procedure. In patients with recurrent episodes of diffuse in-stent restenosis—and in those with associated multivessel disease, especially in the presence of other complex lesions such as chronic total occlusions—CABG should be considered before a new PCI attempt.

### Disease progression

Patients with symptomatic disease progression after PCI account for up to 50% of re-interventions.[513,514] They should be managed using criteria similar to patients without previous revascularization if angiographic and functional results of previous interventions remain satisfactory. Percutaneous coronary intervention is an excellent therapy for these patients but care should be taken to identify the sites of prior patent stents as, occasionally, these may complicate re-interventions in the same vessel. Preventive pharmacological strategies should be maximized in this population.

### Stent thrombosis

Although stent thrombosis is very rare it may have devastating clinical consequences. Stent thrombosis usually presents as a large myocardial infarction and patients should undergo emergency primary PCI.[515] Owing to the rarity of this complication, the interventional strategy of choice remains unsettled but the use of thromboaspiration and intracoronary IIb/IIIa platelet inhibitors is frequently advocated. Aggressive, high-pressure balloon dilation should be used to correct underlying, stent-related, predisposing, mechanical problems.[516] In this challenging setting, it has been suggested that intracoronary diagnostic techniques be used to correct mechanical problems and optimize final results.[516,517] While optical coherence tomography (OCT) provides superior near-field resolution to intravascular ultrasound imaging (IVUS) and is able to identify red thrombus, thrombus shadowing may interfere with imaging of the underlying structures.[516] Some patients with very late stent thrombosis actually have neoatherosclerosis as the underlying pathological substrate, and this can be recognized with intracoronary imaging.[516] Although the value of repeat stenting in patients with stent thrombosis is under debate and should be avoided when satisfactory results are obtained with balloon dilation, a new stent may be required to overcome edge-related dissections and adjacent lesions or to optimize final results.[517] Detection and correction of any predisposing thrombogenic milieu remains important during these interventions.[516]

Adequate inhibition of platelet aggregation is of great importance in minimizing the risk of stent thrombosis, as well as its recurrence. Hence, in patients presenting with stent thrombosis, particular care should be taken to select the most appropriate P2Y$_{12}$ inhibitor and ensure the importance of compliance by adequate patient information. There is no evidence to suggest that platelet function testing is effective in guiding the decision-making process with respect to type of P2Y$_{12}$ inhibitor in this specific setting. Since prasugrel and ticagrelor lower the risk of primary ST,[341,518] these agents should be preferred over clopidogrel, if clinically indicated. Duration of treatment should be at least 12 months after the acute event and potentially longer if well tolerated. In cases where these new agents are not available or contra-indicated, doubling the dose of clopidogrel may be reasonable.[519]

## 14.5 Hybrid procedures

Hybrid myocardial revascularization is a planned intervention combining cardiac surgery with a catheter-based intervention performed within a predefined time.[520–523] Procedures can be performed consecutively in a hybrid operating room, or sequentially on separate occasions in the conventional surgical and PCI environments. The Heart Team discussion and the design of a joint strategy are critical for these patients. Hybrid procedures consisting of IMA to LAD and PCI of other territories appear reasonable when PCI of the LAD is not an option or is unlikely to portend good long-term results or when achieving a complete revascularization during CABG might be associated with an increased surgical risk.[520,521] Although in most centres the number of hybrid procedures is relatively small, it

Downloaded from http://eurheartj.oxfordjournals.org/ by guest on September 18, 2014

## Repeat revascularization

| Recommendations | Class[a] | LoE[b] | Ref[c] |
|---|---|---|---|
| **Early post-operative ischaemia and graft failure** | | | |
| Coronary angiography is recommended for patients with:<br>• symptoms of ischaemia and/or abnormal biomarkers suggestive of perioperative myocardial infarction<br>• ischaemic ECG changes indicating large area of risk<br>• new significant wall motion abnormalities<br>• haemodynamic instability. | I | C | |
| It is recommended to make the decision on redo CABG or PCI by *ad hoc* consultation in the Heart Team and based on feasibility of revascularization, area at risk, comorbidities and clinical status. | I | C | |
| PCI should be considered over re-operation in patients with early ischaemia after CABG if technically feasible. | IIa | C | |
| If PCI is performed, revascularization of the native vessels or IMA grafts rather than occluded or heavily diseased SVGs should be considered. | IIa | C | |
| **Disease progression and late graft failure** | | | |
| Repeat revascularization is indicated in patients with severe symptoms or extensive ischaemia despite medical therapy if technically feasible. | I | B | 54,143 |
| PCI should be considered as a first choice if technically feasible, rather than re-do CABG. | IIa | C | |
| PCI of the bypassed native artery should be the preferred approach, if technically feasible. | IIa | C | |
| IMA, if available, is the conduit of choice for re-do CABG. | I | B | 481 |
| Re-do CABG should be considered for patients without a patent IMA graft to the LAD. | IIa | B | 481 |
| Re-do CABG may be considered in patients with lesions and anatomy not suitable for revascularization by PCI. | IIb | C | |
| PCI may be considered in patients with patent IMA graft if technically feasible. | IIb | C | |
| DES are recommended for PCI of SVGs. | I | A | 489–495 |
| Distal protection devices are recommended for PCI of SVG lesions if technically feasible. | I | B | 484,485 |
| **Restenosis** | | | |
| Repeat PCI is recommended, if technically feasible. | I | C | |
| DES are recommended for the treatment of in-stent re-stenosis (within BMS or DES). | I | A | 501,502,508 511,524 |
| Drug-coated balloons are recommended for the treatment of in-stent restenosis (within BMS or DES). | I | A | 507– 511,524 |
| IVUS and/or OCT should be considered to detect stent-related mechanical problems. | IIa | C | |
| **Stent thrombosis** | | | |
| Emergency PCI is recommended to restore stent and vessel patency and myocardial reperfusion. | I | C | |
| DAPT with use of potent P2Y$_{12}$ inhibitors (prasugrel or ticagrelor) is recommended over clopidogrel | I | C | |
| Adjunctive thrombus aspiration and high-pressure balloon dilation should be considered. | IIa | C | |
| IVUS and/or OCT should be considered to detect stent-related mechanical problems. | IIa | C | |
| **Hybrid procedures** | | | |
| Hybrid procedure, defined as consecutive or combined surgical and percutaneous revascularization may be considered in specific patient subsets at experienced centres. | IIb | C | |

[a]Class of recommendation.
[b]Level of evidence.
[c]References.

BMS = bare-metal stent; CABG = coronary artery bypass grafting; CTO = chronic total occlusions; DAPT = dual antiplatelet therapy; DES = drug-eluting stent; ECG = electrocardiogram; IMA = internal mammary artery; LAD = left anterior descending artery; IVUS = intravascular ultrasound; LV = left ventricular; OCT = optical coherence tomography; PCI = percutaneous coronary intervention;
SVG = saphenous vein graft.

Downloaded from http://eurheartj.oxfordjournals.org/ by guest on September 18, 2014

remains important to consider when they may be clinically indicated. Options include:

(1) Selected patients with single-vessel disease of the LAD, or in multivessel disease but with poor surgical targets except for the LAD territory, in whom minimally invasive direct coronary artery bypass grafting (MIDCAB) can be performed to graft the LAD using the LIMA. The remaining lesions in other vessels are subsequently treated by PCI.
(2) Patients who had previous CABG and now require valve surgery, and who have at least one important patent graft (e.g. IMA to LAD) and one or two occluded grafts with a native vessel suitable for PCI.
(3) Combination of revascularization with non-sternotomy valve intervention (e.g. PCI and minimally invasive mitral valve repair, or PCI and transapical aortic valve implantation).

In addition, some patients with complex multivessel disease presenting with STEMI initially require primary PCI of the culprit vessel, but subsequently may require complete surgical revascularization. A similar situation occurs when patients with combined valvular and CAD require urgent revascularization with PCI. Finally, when a heavily calcified aorta is found in the operating room the surgeon may elect not to attempt complete revascularization and to offer delayed PCI.

# 15.  Arrhythmias

## 15.1  Ventricular arrhythmias

### 15.1.1  Revascularization for prevention of sudden cardiac death in patients with stable coronary artery disease and reduced left ventricular function

Revascularization plays an important role in reducing the frequency of ventricular arrhythmias in normal and mildly reduced LV function (CASS study,[525] European Coronary Surgery Study).[109] Thus, revascularization significantly decreased the risk for sudden cardiac death in patients with CAD and LVEF <35% [Studies of Left Ventricular Dysfunction (SOLVD)].[526] Likewise, simultaneous ICD implantation during CABG did not improve survival in patients with reduced LV function (CABG Patch).[527] Conversely, an adjusted increased risk of ventricular tachycardia (VT) or ventricular fibrillation (VF) of 5% or 8%, respectively, was observed with every 1-year increment of time elapsed from revascularization, irrespective of the mode of revascularization, potentially related to a gradual progression of CAD (Multicenter Automatic Defibrillator Implantation Trial – Cardiac Resynchronization Therapy (MADIT-CRT).[528] Indirect evidence for a protective effect of coronary revascularization in terms of sudden cardiac death is provided by retrospective analysis of data from the Multicentre Automatic Defibrillator Implantation Trial II (MADIT II) and Sudden Cardiac Death in Heart Failure Trial (SCD-HEFT) studies, in which ICD implantation was performed for primary prophylaxis of sudden cardiac death in patients with CAD and an ejection fraction <30–35%, respectively. In these studies, ICD implantation did not reduce sudden death if revascularization had been performed within 6 months (MADIT II)[608] or 2 years (SCD-HEFT)[529] prior to ICD implantation. Finally, the STICH trial, which investigated the effect of revascularization (CABG) in patients with reduced LV function (<35%) revealed a non-significant trend towards lower overall mortality in the CABG group but a significant benefit in cardiovascular endpoints (e.g. death from cardiac causes including sudden death).[112] Because of the protective effect of revascularisation of ventricular arrhythmias, patients with ischaemic LV dysfunction (LVEF <35%) who are considered for primary preventive ICD implantation should be evaluated for residual ischaemia and for potential revascularization targets.

Since revascularization by CABG led to a 46% risk reduction of sudden cardiac death in the SOLVD study, and in view of the low risk for sudden cardiac death within 2 years after revascularization in MADIT-II, reassessment of LV function up to 6 months after revascularization may be considered before primary preventive ICD implantation in patients with CAD and LVEF <35%. This is based on the observation that reverse LV remodelling and improvement of LV function may occur up to 6 months after revascularization procedures.[530,531]

### 15.1.2  Revascularization for treatment of electrical storm

Electrical storm is a life-threatening syndrome related to incessant ventricular arrhythmias, which is most frequently observed in patients with ischaemic heart disease, advanced systolic heart failure, valve disease, corrected congenital heart disease, and genetic disorders such as Brugada syndrome, early repolarisation and long-QT syndromes. In the MADIT-II study, the occurrence of interim post-enrolment ischaemic events (angina or myocardial infarction) was independently predictive of the electrical storm, although there was no close correlation between the timing of the two.[532] Urgent coronary angiography and revascularization should be part of the management of patients with electrical storm, as well as antiarrhythmic drug therapy and/or ablation of ventricular tachycardia.

### 15.1.3  Revascularization after out-of-hospital cardiac arrest

Approximately 70% of survivors of out-of-hospital cardiac arrest have CAD, with acute vessel occlusion observed in 50%.[533] Multiple non-randomized studies suggest that emergency coronary angiography and PCI after out-of-hospital cardiac arrest yields a favourable survival rate of up to 60% at 1 year, which is considerably higher than the 25% overall survival rate in patients with aborted cardiac arrest.[534,535] More recent data suggest that almost one-quarter of patients, resuscitated from cardiac arrest but without ST-segment elevation, show a culprit lesion (either vessel occlusion or irregular lesion).[536,537] Notably, in the prospective Parisian Region Out of Hospital Cardiac Arrest (PROCAT) registry, 96% of patients with STEMI and 58% without STEMI after out-of-hospital cardiac arrest revealed at least one significant coronary artery lesion, and hospital survival rates were significantly higher if immediate PCI was performed successfully.[538,539] Thus, in survivors of out-of-hospital cardiac arrest, early coronary angiography and PCI—if appropriate—should be performed irrespective of the ECG pattern if no obvious non-cardiac cause of the arrhythmia is present.[540]

## 15.2  Atrial arrhythmias

### 15.2.1  Atrial fibrillation complicating percutaneous coronary intervention

New-onset AF in patients undergoing PCI occurs in 2–6% of procedures and increases with age, pre-existing heart failure, acute myocardial infarction and arterial hypertension.[541–544] Notably, new-onset AF (defined as change from sinus rhythm at admission to AF during/after PCI) typically occurs during the first 4 days after acute myocardial infarction and is associated with impaired prognosis, more than doubling the risk of death, congestive heart failure and stroke.

The use of oral anticoagulation in addition to antiplatelet therapy appears to decrease the risk of stroke after PCI as found in observational studies.[543,545,546] Information on the duration of new-onset AF after PCI is scarce but most of these episodes are probably of paroxysmal nature or are terminated by cardioversion during the hospital stay. It is not clear whether AF represents an independent risk factor for cardiovascular events after PCI, or merely mirrors the severity of underlying heart disease. Antithrombotic treatment for stroke prevention, in patients with AF occurring during or after PCI, should follow the guidelines for antithrombotic treatment of AF that occurs outside the setting of PCI, although prospective studies are scarce (see section 18). A potentially higher bleeding risk in this patient population should be assessed as outlined in the ESC Guidelines for AF.[547]

### 15.2.2  Atrial fibrillation complicating coronary artery bypass grafting

Continuous telemetry during the entire hospital stay revealed that new-onset post-operative AF may occur in one-third of patients undergoing isolated CABG.[548] The presence of post-operative AF after CABG is independently associated with increased cardiac morbidity and mortality, prolonged hospitalization, increased healthcare expenditure, and poor long-term prognosis.[549,550] Several attempts to prevent and manage post-operative AF have been evaluated, including magnesium, statins, steroids and antioxidative drugs.[547]

Downloaded from http://eurheartj.oxfordjournals.org/ by guest on September 18, 2014

Pre-operative anti-arrhythmic drug treatment may be initiated but will have to be weighed against side-effects. Beta-blockers significantly decrease the risk of AF after CABG.[551–557] Because beta-blockers are effective for prevention of post-operative AF and can be applied with low risk, they are recommended for decreasing the incidence of AF after CABG; however, beta blockers may be discontinued after CABG if AF was not present and other reasons for beta-blockade do not apply (e.g. reduced LV systolic function). The optimum treatment period before discontinuing beta blockade is unknown but a three-month period seems reasonable, given the fact that the occurrence of post-operative AF declines rapidly after CABG.[631]

Amiodarone is effective in preventing post-operative AF,[552,558,559] but may cause bradycardia.

### 15.2.3 Post-operative atrial fibrillation and stroke risk

Post-operative AF carries a two- to fourfold increased risk for embolic events. A recent analysis of >16 000 patients undergoing CABG revealed that oral anticoagulation, initiated at discharge in 20% of patients with post-operative AF, led to a 22% relative risk reduction for death.[560] In patients with post-operative AF, the cumulative risk for embolic death increases during the first year after CABG and continues to increase until 2 years after surgery before plateauing, thus indicating that stroke risk in CABG patients with post-operative AF is not just a perioperative issue. Antithrombotic treatment for stroke prevention in patients with post-operative AF should follow the Guidelines for antithrombotic treatment of AF occurring outside the setting of CABG.[547] Anticoagulation with heparin or non-vitamin K antagonist oral anticoagulants (NOAC) should be initiated if post-operative AF persists for more than 48 hours and should be maintained for at least 4 weeks after restoration of sinus rhythm; longer in the case of stroke risk factors.[547] The absence of documented AF during follow-up—even on subsequent intensified monitoring for AF and stroke risk—should not necessarily result in withholding anticoagulation therapy in light of the high incidence of asymptomatic 'silent' AF episodes.[561] There are no data on whether prophylactic intraoperative ablation of AF has an impact on the occurrence of post-operative AF.

## 15.3 Concomitant surgical procedures for atrial fibrillation or stroke treatment

The original cut-and-sew 'maze' procedure for AF, described by Cox et al.,[562] included removal or ligation of the left atrial appendage (LAA). In addition, a retrospective analysis demonstrated that surgical LAA occlusion independent of intraoperative AF surgery reduces the risk of stroke.[563] Likewise, transcatheter LAA occlusion in the Watchman Left Atrial Appendage System for Embolic Protection in Patients with Atrial Fibrillation (PROTECT AF) trial was non-inferior to oral anticoagulation with vitamin K antagonists in patients with AF.[564] Whether surgical LAA obliteration (which does not employ a prosthesis in direct contact with the blood, thus potentially obviating the need for prolonged antiplatelet/ anticoagulation therapy) reduces stroke risk has not yet been investigated in randomized, prospective studies. Currently, concomitant surgical LAA obliteration may be considered to reduce stroke risk in CABG patients with a history of AF, but randomized studies are needed to further clarify this issue. Removal or closure of the LAA should be considered as an adjunct to anticoagulation and not as an alternative for anticoagulant therapy until more and longer-term data are available.

**Recommendations for treatment of arrhythmias after revascularization**

| Recommendations | Class[a] | Level[b] | Ref[c] |
|---|---|---|---|
| Beta-blockers are recommended to decrease the incidence of atrial fibrillation after CABG in the absence of contraindications. | I | A | 553–556, 560 |
| Pre-operative administration of amiodarone should be considered as prophylactic therapy for patients at high-risk for AF. | IIa | A | 551,552, 565 |
| The risk of stroke and embolism is increased in patients with new-onset atrial fibrillation during/after PCI despite antiplatelet therapy. Therefore, anticoagulation should be considered following the guidelines for antithrombotic therapy of atrial fibrillation occurring outside the setting of PCI. | IIa | C | - |
| Percutaneous LAA closure and antiplatelet therapy may be considered in patients with atrial fibrillation undergoing PCI if a high stroke risk and contraindication for long-term combined antiplatelet + oral anticoagulation therapy is present. | IIb | B | 564,566 |
| Since the risk of stroke and embolism is increased in patients with new-onset atrial fibrillation after CABG, anticoagulation should be considered for at least 3 months, with reassessment of stroke risk thereafter. | IIa | C | |
| Concomitant surgical occlusion/ removal of the LAA during CABG may be considered for stroke reduction in atrial fibrillation patients. | IIb | C | |

**Recommendations for prevention of ventricular arrhythmias by revascularization**

| Recommendations | Class[a] | Level[b] | Ref[c] |
|---|---|---|---|
| In survivors of out-of-hospital cardiac arrest, immediate coronary angiography and revascularization, if appropriate, should be considered irrespective of the ECG pattern if no obvious non-coronary cause of the arrhythmia is present. | IIa | B | 534–539, 567 |
| In patients with electrical storm, urgent coronary angiography and revascularization as required should be considered. | IIa | C | |
| In patients with CAD and LVEF <35%, testing for residual ischaemia and subsequent revascularization should be considered prior to primary prophylactic ICD implantation. After revascularization, assessment for reverse LV remodelling up to 6 months should be considered prior to primary prophylactic ICD implantation. | IIa | B | 109,112, 526–530, 568 |

[a]Class of recommendation.
[b]Level of evidence.
[c]References.
AF = atrial fibrillation; CABG = coronary artery bypass grafting; CAD = coronary artery disease; ECG = electrocardiogram; ICD = implantable cardioverter defibrillator; LV = left ventricular; LVEF = left ventricular ejection fraction; LAA = left atrial appendage; PCI = percutaneous coronary intervention.

Downloaded from http://eurheartj.oxfordjournals.org/ by guest on September 18, 2014

# 16. Procedural aspects of coronary artery bypass grafting

## 16.1 Pre-operative management

Most patients admitted for surgical revascularization are already medically treated with angiotensin-converting enzyme (ACE) inhibitors, statins, antiplatelet drugs, beta-blockers, and/or other anti-anginal drugs. Beta-blockers should not be stopped to avoid acute ischaemia and statins should be continued until surgery—or initiated if not previously introduced. Angiotensin-converting enzyme inhibitors might be discontinued 1–2 days before CABG, to avoid the potential deleterious consequences of peri-operative hypotension.

The section on antithrombotic and antiplatelet therapy (section 18) will cover perioperative care around CABG relating to this particular aspect.

## 16.2 Blood management

### 16.2.1 Blood salvage interventions

There is strong evidence that use of cell-savers reduces allogenic blood product exposure (OR 0.63; 95% CI 0.43–0.94; $P < 0.02$) but also reduces red blood cells and the mean volume of total allogenic blood products transfused per patient ($P < 0.002$).[569]

### 16.2.2 Pharmacological strategies

Antifibrinolytic drugs are effective in reducing blood loss, the need for allogenic red blood cell transfusion, and the need for re-operation due to continued post-operative bleeding in cardiac surgery.[570] Lysine analogues (e.g. tranexamic acid) are effective and relatively free from serious adverse events.

### 16.2.3 Blood transfusion

There is ample evidence that the number of transfused red blood cell units is an independent risk factor for worse outcomes after cardiac surgery.[573] Transfusion trigger to a target haematocrit of around 24% is as safe as a liberal strategy of 30% with respect to 30-day mortality and complications.[573] Platelet transfusion should be considered in patients recently exposed to $P2Y_{12}$ inhibitors if there are clinical signs of poor haemostasis.

## 16.3 Surgical procedures

### 16.3.1 Conduit harvest

#### Saphenous vein harvest

Saphenous vein harvest can be accomplished using open and endoscopic techniques. Endoscopic vein graft harvesting, as well as radial artery harvesting, have been introduced into clinical practice in the past decade. While a reduced rate of leg wound infection and impaired wound healing are well documented in almost all studies, short- and long-term patency of endoscopically harvested vein grafts, compared with openly harvested grafts, has been challenged.[574,575] Although there is no unequivocal evidence concerning patency rates, most recent data from meta-analyses and randomized and non-randomized trials do not demonstrate

inferior clinical outcomes with endoscopic vein harvest.[576–579] Endoscopic vein graft harvest should be undertaken by experienced surgeons or physician assistants with appropriate training and reasonable caseload.[580–582] Endoscopic radial harvesting is likewise possible but robust clinical-scientific evidence concerning its safety and efficacy is scarce.[583] If performed 'open', the 'no-touch' SVG harvesting technique may reduce graft injury and improve patency.[584,585]

#### Mammary artery harvesting

Internal mammary arteries are dissected from the chest wall, either as a pedicle or as an isolated (skeletonized) vessel. While the skeletonized technique has a higher theoretical potential for injury during harvest, the benefits include a longer conduit, more versatility (sequential anastomosis), higher blood flow and, most importantly, fewer wound healing problems.[586–590]

### 16.3.2 Coronary vessel

Coronary artery bypass grafting aims at revascularizing coronary arteries with a flow-reducing luminal stenosis, supplying a viable and sizable area that is otherwise at risk.

The patency of a bypass graft is influenced by the characteristics of the anastomosed vessel, the run-off area, the graft material, its manipulation, and its construction.[1] Important coronary characteristics are the internal lumen size, the severity of proximal stenosis, the quality of the wall at the site of anastomosis, and the distal vascular bed.

### 16.3.3 Completeness of revascularization

Ideally, a generally accepted definition of completeness of myocardial revascularization would comprise (i) the size of the vessel, (ii) the severity of the lesion, (iii) the ischaemic burden caused by the lesion and (iv) the viability of the depending myocardial territory.[591–593] Current surgical practice is based on an anatomical definition of complete revascularization, defined as bypass grafting to all epicardial vessels ≥1.5 mm with a diameter reduction ≥50% in at least one angiographic view.[594] However, in other clinical trials, several different definitions of completeness of revascularization have been used. Coronary artery bypass graft patients with incomplete revascularization had an outcome that was either similar[595–599] or inferior[594,598,600,601] to that of patients with complete revascularization. A pivotal interventional study has shown superior results from FFR-guided functionally complete revascularization than those obtained by anatomically complete revascularization by PCI.[50] Currently, however, these results cannot be extrapolated to this group of CABG patients.[53]

### 16.3.4 Construction of central anastomosis

Use of *in situ* grafts, still connected to their native take-off (LIMA, right IMA, right gastroepiploic artery) avoids the need for a proximal anastomosis. If free conduits (vein grafts, radial artery) are used, additional central anastomosis for arterial inflow into the bypass vessels is utilized in the majority of cases. Partial or total aortic cross-clamping allows the construction of central anastomoses to the ascending aorta. With a higher atherosclerotic risk

Downloaded from http://eurheartj.oxfordjournals.org/ by guest on September 18, 2014

## Procedural aspects of CABG

| Recommendations | Class[a] | Level[b] | Ref.[c] |
|---|---|---|---|
| It is recommended to perform procedures in a hospital structure and by a team specialized in cardiac surgery, using written protocols. | I | B | 635,636 |
| Endoscopic vein harvesting should be considered to reduce the incidence of leg wound complications. | IIa | A | 577,578,580–582, 637,638 |
| Routine skeletonized IMA dissection should be considered. | IIa | B | 586–589 |
| Skeletonized IMA dissection is recommended in patients with diabetes or when bilateral IMAs are harvested. | I | B | 586–589 |
| Complete myocardial revascularization is recommended. | I | B | 594,598,600 |
| Arterial grafting with IMA to the LAD system is recommended. | I | B | 602,603,639 |
| Bilateral IMA grafting should be considered in patients <70 years of age. | IIa | B | 165,606–610,640, 641 |
| Use of the radial artery is recommended only for target vessels with high-degree stenosis. | I | B | 618,642 |
| Total arterial revascularization is recommended in patients with poor vein quality independently of age. | I | C | - |
| Total arterial revascularization should be considered in patients with reasonable life expectancy. | IIa | B | 643 |
| Minimization of aortic manipulation is recommended. | I | B | 442,644 |
| Off-pump CABG should be considered for subgroups of high-risk patients in high-volume off-pump centres. | IIa | B | 626,627,629 |
| Off-pump CABG and/or no-touch on-pump techniques on the ascending aorta are recommended in patients with significant atherosclerotic disease of the ascending aorta in order to prevent perioperative stroke. | I | B | 443 |
| Minimally invasive CABG should be considered in patients with isolated LAD lesions. | IIa | C | |
| Electrocardiogram-triggered CT scans or epiaortic scanning of the ascending aorta should be considered in patients over 70 years of age and/or with signs of extensive generalized atherosclerosis. | IIa | C | – |
| Routine intraoperative graft flow measurement should be considered. | IIa | C | – |

[a]Class of recommendation.
[b]Level of evidence.
[c]Reference(s).
CABG = coronary artery bypass grafting; CT = computed tomography; IMA = internal mammary artery; LAD = left anterior descending.

Downloaded from http://eurheartj.oxfordjournals.org/ by guest on September 18, 2014

profile, the likelihood of atherosclerotic changes in the ascending aorta increases and requires strategies that reduce or avoid manipulation. A single cross-clamp technique may be preferred to multiple manipulations, with the aim of reducing atheroembolic events, but a strict no-touch technique most effectively reduces embolization of atherosclerotic material.[442] In this situation, grafts are anastomosed end-to-side in a Y- or T-shaped configuration to the IMAs, to facilitate arterial inflow. Devices for clampless aortic anastomoses are also available.

### 16.3.5  Bypass grafts

The long-term benefit of CABG is maximized with the use of arterial grafts, specifically the IMA.[602,603] Available grafts include the IMA, radial, and gastroepiploic arteries, although the latter is seldomly used in current practice.[17,18] Except in rare circumstances, almost all patients should receive at least one arterial graft—the LIMA— preferentially to the LAD.[602,604]

Data from non-randomized studies reveal unequivocally that the use of bilateral IMA is associated with improved long-term survival, as well as fewer non-fatal events such as myocardial infarction, recurrent angina, and need for re-operation.[165,368,605–610] These advantages have also been demonstrated for diabetic patients. Conversely, BIMA grafting is associated with a small increase in

sternal dehiscence and increased rate of mediastinitis; obese and diabetic patients being at particular risk.[368,586,605,611–614] Thus BIMA grafting is recommended if life expectancy exceeds 5 years and to avoid aortic manipulation.

The radial artery constitutes a reasonable alternative as the second arterial graft, in patients in whom BIMA grafting is contraindicated (e.g. obese, diabetic, old women). Available evidence indicates its superiority (in terms of survival and non-fatal events) over the saphenous vein,[615–617] but inferiority to use of the IMA.[606] This patency is strongly related to target vessel size and severity of stenosis. Numerous studies have demonstrated a strong, adverse influence on radial artery patency when the native coronary artery stenosis is <70%.[618] Furthermore, using radial artery grafts increases the number of arterial anastomoses beyond the use of both IMA and helps to achieve total arterial revascularization.

Graft flow measurement may be useful in confirming or excluding a technical graft problem indicated by haemodynamic instability or inability to wean the patient from cardiopulmonary bypass, new regional wall motion abnormalities on transoesophageal echocardiography, or ventricular arrhythmias.[619] It has also been shown to reduce the rate of adverse events and graft failure, although interpretation can be challenging in sequential grafts and T-grafts.[619,620]

### 16.3.6  On-pump and off-pump procedures

Despite improved techniques and experience, part of the morbidity related to CABG is caused by the extracorporeal circulation (cardiopulmonary bypass) and access for cardiopulmonary bypass, prompting the off-pump approach. Two recent large, international, randomized trials have shown no difference in 30-day or 1-year clinical outcomes between on- and off-pump surgery, when performed by experienced surgeons.[441,621,622] There is also enough evidence to conclude that, for most patients and surgeons, on-pump CABG provides the best—or equal—short- and long-term outcomes.[621–625] For some surgeons, off-pump CABG is associated with inferior early and late graft patency rates and possibly compromised long-term survival; however, complete off-pump procedures in the hands of highly trained teams appear to be associated with a reduced risk of early morbidity, such as stroke, wound and respiratory infections, as well as fewer transfusions and shorter hospital stay.[626–629] In the subgroup of patients with end-stage CKD, there is some evidence that off-pump CABG is associated with lower in-hospital mortality and need for new renal replacement therapy.[380]

In the subgroup of patients with atherosclerotic changes of the ascending aorta, a 'no-touch technique'—avoiding any manipulations of the ascending aorta either on- or off-pump—is essential to reduce the risk of stroke.[443] The consistent cross-over rate of around 5% from on-pump CABG to off-pump CABG in high-quality RCTs suggests the necessity of routine ECG-gated CT scans of the thoracic aorta before bypass surgery in patients over 70 years of age or those with other risk factors for extensive atherosclerosis.

### 16.3.7  Minimally invasive procedures

Minimally invasive direct coronary artery bypass may represent an attractive alternative to a sternotomy.[630] It has a similar safety and efficacy profile to conventional on- and off-pump CABG, with markedly reduced post-operative length of stay and an early quality-of-life benefit, although spreading of the ribs is associated with increased post-operative pain.[631–633]

## 16.4  Reporting perioperative outcome

Perioperative reporting of outcome after CABG procedures should be done on a risk-adjusted basis. Early clinical outcome at 3 months after CABG is characterized by a 1–2% mortality rate and a 1–2% morbidity rate for each of the following events: stroke, renal, pulmonary and cardiac failure, bleeding, and wound infections. The early risk period after CABG extends up to 3 months, is multifactorial, and depends on the interface between technical variability and patient comorbidity.[634]

# 17.  Procedural aspects of percutaneous coronary intervention

## 17.1  Percutaneous coronary intervention devices

### 17.1.1  Balloon angioplasty

Plain balloon angioplasty has been displaced in the treatment of de novo coronary lesions after demonstration of the superiority of BMS and, more recently, DES in terms of repeat revascularization.[645] Its contribution to the treatment of in-stent restenosis has also diminished after recent studies demonstrated the advantages of DES and drug-coated balloons for this indication.[505,511] However, balloon angioplasty might be a valuable PCI option in all patients in whom implantation of stents is technically not achievable, or in a vessel that is too small to be stented (<2.0 mm), and in patients with critical stenoses who require urgent surgery.

### 17.1.2  Coronary stents

#### Bare-metal stents

Coronary stents are very effective in repairing dissections and have eliminated the need for urgent CABG due to abrupt vessel closure. Fully covered stents can be life-saving in the rare event of coronary perforation. The contribution of BMS is its approximately 30% lower rate of restenosis than with plain balloon angioplasty.[645] Although many efforts have been made to further reduce restenosis by modification of stent design and materials, thinning of stent struts has been the only proven modification capable of reducing restenosis of BMS.[646,647] Bare-metal stents have been associated with favourable outcomes in terms of mortality, myocardial infarction, and stent thrombosis.[124] However, owing to a 20–30% rate of recurrence of angiographic stenosis within 6–9 months after implantation, restenosis with BMS has often been referred to as the 'Achilles' heel' of PCI.[645] There is no indication for BMS over new-generation DES, irrespective of patient and lesion subset. Similarly, there is no clear evidence of a difference between DES and BMS in the risk of stent thrombosis following unplanned disruption of DAPT.[648]

#### Early-generation drug-eluting stents

The risk of restenosis with BMS led to the development of DES, which consist of a metallic stent platform with controlled release of antiproliferative drugs, mostly controlled by surface polymers. Early-generation DES released sirolimus (e.g. Cypher®)[649] or paclitaxel (e.g. Taxus®).[650] Both in native vessels and saphenous vein bypass grafts, DES potently reduced angiographic and ischaemia-driven TVR.[124,495] Thus, the risk of clinical restenosis with the use of early-generation DES was 50–70% lower than with BMS, corresponding to a number-needed-to-treat of approximately 7–8.[124] In RCTs, no significant differences were observed in the long-term rates of death or myocardial infarction after use of DES or BMS.[124,199] Despite the superior anti-restenotic efficacy of early-generation DES over BMS, concerns have been generated by studies showing an increased propensity for very late stent thrombosis.[244,651,652] Although early-generation DES represented an important advance in the field of PCI,[653] they currently play an irrelevant role in the treatment of CAD and are largely supplanted by new-generation DES.[3]

#### New-generation drug-eluting stents

New-generation DES are characterized by thin-strut, metallic platforms that release limus-based antiproliferative drugs from durable polymers with improved biocompatibility and lower polymer mass,[654,655] biodegradable polymers,[654,656–658] or polymer-free surfaces.[659,660] Recent studies have shown the superiority of several new-generation DES over early-generation DES, not only with respect to efficacy but also safety.[128,129,661,662] New-generation DES have addressed previous concerns of very late

Downloaded from http://eurheartj.oxfordjournals.org/ by guest on September 18, 2014

stent thrombosis and are at least as safe as bare-metal stents during long-term follow-up. *Table 10* displays a list of Conformité Européenne (CE)-approved new-generation DES, supported by RCT evidence with clinical endpoints. *Table 11* shows a list of CE-approved new-generation DES, the proven efficacy of which was based on angiographic findings from studies with or without a control group. These tables only provide a temporary 'snapshot' of available products, as new devices will be introduced or new evidence of established devices will become available.

#### Indications for new-generation DES

Increased efficacy and safety of new-generation DES have enabled their unrestricted use in patients with CAD and an indication for PCI, including patients with diabetes, multivessel and LM disease, acute myocardial infarction, SVG and restenotic lesions, and chronic total occlusions.[3] New-generation DES should therefore be considered by default in all clinical conditions and lesion subsets. Among patients who require anticoagulation with NOACs, undergo non-cardiac surgery, experience bleeding complications, or are non-compliant with medication intake, previous concerns relating to differences in the duration of DAPT and risks associated with DAPT cessation are not substantiated in recent data sets.[648,663]

#### 17.1.3 Bioresorbable stents

Completely bioresorbable stents, which dissolve after fulfilling their support function in the lesion site of the coronary vessel, have been a perennial aim since the introduction of the metallic stents. The combination of resorbable stent platforms with drug-eluting properties has enhanced the efficacy of these devices. Current stent platforms are based on two technologies: the manufacturing of drug-eluting, bioresorbable, polymer-based stents and drug-eluting, resorbable, metallic (magnesium) stents.[684] The resorption process of the stent platforms takes from several months to 2 years, depending on polymer composition. To date, bioresorbable stents have been shown to dissolve completely over time, to restore the vasomotion of treated segments, and to result in positive remodelling with late lumen enlargement. In small series of patients with relatively simple lesions, early results are promising and appear to be similar to new-generation DES.[685–687] However, confirmation in large-scale RCTs is required to establish the indications for these devices. *Table 12* includes the list of devices approved for use in Europe.

#### 17.1.4 Drug-coated balloons

The rationale of using drug-coated balloons is based on the concept that, with highly lipophilic drugs, even short contact times between the balloon surface and the vessel wall are sufficient for effective drug delivery. Using a paclitaxel-coated balloon, three RCTs, Paclitaxel-Coated Balloon Catheter I (PACCOCATH-I) and PAC-COCATH—II,[507,508] and Paclitaxel-Eluting PTCA—Catheter In Coronary Disease (PEPCAD)-II,[689] have targeted in-stent restenosis following BMS implantation, while three others have targeted in-stent restenosis in patients predominantly treated with DES eluting limus-analogues.[509–511] By virtue of the positive results achieved without additional stent implantation, drug-coated balloons may represent an attractive option for patients with restenosis after

implantation of DES, although it is not known whether they are as safe and effective for this indication as new-generation DES that elute limus analogues.

In the randomized PEPCAD III study, the combination of a drug-coated balloon with cobalt chromium stent implantation was inferior to a sirolimus-eluting stent for *de novo* indications.[690] Also, the Drug Eluting Balloon in Acute Myocardial Infarction (DEB-AMI) trial showed that drug-coated balloons followed by BMS implantation were inferior to paclitaxel-eluting stents in patients with STEMI.[691] A recent angiographic study suggested that drug-coated balloons may serve as an alternative to paclitaxel-eluting stents for the treatment of lesions in small coronary vessels;[692] however, the role of drug-coated balloons in this setting has not been evaluated against more effective, new-generation DES with limus analogues. There are various types of drug-coated balloons approved for use in Europe and their main characteristics are listed in *Table 13*. Most of the differences are related to the drug carrier, whereas paclitaxel is currently the sole active drug used. Although specifically designed comparative studies are lacking, one cannot assume a class effect for all drug-coated balloons.[693]

#### 17.1.5 Other devices

Although routine use of rotational atherectomy did not improve outcomes after DES,[698] such a device might technically be required in cases of tight and calcified lesions, to allow subsequent passage of balloons and stents. There is a resurgence in the use of rotational atherectomy for the purpose of optimal lesion preparation among patients undergoing implantation of bioresorbable stents.

## 17.2 Adjunctive invasive diagnostic tools

### 17.2.1 Intravascular ultrasound

Coronary angiography is unable to visualize the atherosclerotic involvement of the arterial wall. Intravascular ultrasound imaging allows a real-time, tomographic assessment of lumen area and plaque composition, size, and distribution. As a result of diffuse disease and remodelling, coronary angiography underestimates the extent and severity of the disease compared with IVUS.[699] Although invasive by nature, IVUS is the established standard for accurate measurement of plaque burden, and the technique has been systematically used to determine the influence of different drugs on coronary plaque progression or regression.[700,701]

Several RCTs addressed the potential of IVUS in reducing restenosis and adverse events after BMS implantation—with conflicting results. Most of these RCTs focussed on optimizing stent expansion using IVUS. Findings from meta-analyses subsequently suggested that better clinical and angiographic results may be obtained under IVUS guidance.[702–704] In the DES era, a threshold of stent expansion (5.0–5.5 $mm^2$) was proposed to predict the occurrence of late events. In the subset of patients with LM disease, observational studies suggest that IVUS-guided stent implantation is associated with improved survival during long-term clinical follow-up.[705] The use of intracoronary imaging has also been advocated in patients with stent failure, including restenosis and stent thrombosis, in order to explicate and correct underlying mechanical factors. In a multicentre all-comers study to establish the frequency, predictors, and timing

Downloaded from http://eurheartj.oxfordjournals.org/ by guest on September 18, 2014

**Table 10**   CE-approved new-generation DES recommended for clinical use based on randomized trials with a primary clinical endpoint (in alphabetical order)

| DES | Stent platform | Polymer coating | Drug | References |
|---|---|---|---|---|
| **Based on durable polymer coatings** | | | | |
| Promus element | Platinum–chrome | PBMA and PVDF-HFP | Everolimus | 664,665 |
| Resolute | Cobalt–chrome | PBMA, PHMA, PVP, and PVA | Zotarolimus | 655,665,666 |
| Xience | Cobalt–chrome | PBMA and PVDF-HFP | Everolimus | 247, 654,667 |
| **Based on biodegradable polymer coatings** | | | | |
| Biomatrix | Stainless steel | PDLLA | Biolimus A9 | 248, 668 |
| Nobori | Stainless steel | PDLLA | Biolimus A9 | 656,658,669 |
| Yukon Choice PC | Stainless steel | PDLLA | Sirolimus | 657 |
| Orsiro | Cobalt–chrome | PLLA | Sirolimus | 961 |
| Ultimaster | Cobalt–chrome | PDLLA and PCL | Sirolimus | 960 |

CE = Conformité Européenne; DES = drug-eluting stent; PBMA = poly n-butyl methacrylate; PDLLA = poly(d,l)-lactic acid; PHMA = polyhexyl methacrylate; PLLA = poly-L-lactic acid; PVA = polyvinyl acetate; PVDF-HFP = poly(vinylidene fluoride-cohexafluoropropylene).

**Table 11**   CE-approved DES with angiographic efficacy data from randomized or non-randomized studies (in alphabetical order)

| DES | Stent platform | Polymer coating | Drug | References |
|---|---|---|---|---|
| **Based on durable polymer coatings** | | | | |
| DESyne Nx | Cobalt–chrome | PBMA | Novolimus | 670 |
| STENTYS | Nitinol | PSU and PVP | Paclitaxel | 671 |
| **Based on biodegradable polymer coatings** | | | | |
| Axxess | Nitinol | PDLLA | Biolimus A9 | 672,673 |
| BioMime | Cobalt–chrome | PLLA and PLGA | Sirolimus | 674 |
| Combo | Stainless steel | PDLLA and PLGA + Additional coating with anti-CD34 | Sirolimus | 675 |
| DESyne BD | Cobalt–chrome | PLLA | Novolimus | |
| Infinnium | Stainless steel | PLLA, PLGA, PCL, and PVP | Paclitaxel | 676 |
| MiStent | Cobalt–chrome | PLGA | Crystalline sirolimus | 677 |
| Supralimus Core | Cobalt–chrome | PLLA, PLGA, PCL, and PVP | Sirolimus | 678,679 |
| Synergy | Platinum-chrome | PLGA | Everolimus | 680 |
| **Polymer-free** | | | | |
| Amazonia Pax | Cobalt–chrome | – | Paclitaxel | |
| BioFreedom | Stainless steel | – | Biolimus A9 | |
| Cre8 | Cobalt–chrome | – | Sirolimus | 681 |
| Yukon Choice PF | Stainless steel | – | Sirolimus | 682,683 |

CE = Conformité Européenne; DES = drug-eluting stent; PBMA = poly n-butyl methacrylate; PCL = poly(L-lactide co-ε-caprolactone); PDLLA = poly(d,l)-lactic acid; PLGA = poly(lactide-co-glycolide); PLLA = poly-L-lactic acid; PSU = polysulfone; PVP = polyvinylpyrrolidone.

Downloaded from http://eurheartj.oxfordjournals.org/ by guest on September 18, 2014

**Table 12**   Bioresorbable stents providing drug-elution with angiographic efficacy data from non-randomized studies (in alphabetical order)

| Device | Delivery platform | Polymer | Drug | References |
|---|---|---|---|---|
| Absorb BVS | PLLA | PDLLA | Everolimus | 685,686 |
| DESolve | PLLA | PLLA | Novolimus | 688 |
| DREAMS | Magnesium alloy | PLGA | Paclitaxel (revised version Sirolimus) | 687 |

PDLLA = poly(d,l)-lactic acid; PLGA = poly(lactide-co-glycolide); PLLA = poly-L-lactic acid.

**Table 13**   CE-approved drug-coated balloons (in alphabetical order)

| Device | Carrier | Drug | References |
|---|---|---|---|
| Danubio | BTHC | Paclitaxel | – |
| Dior II | Shellac | Paclitaxel | 694,695 |
| Elutax | – | Paclitaxel | 693 |
| IN.PACT Falcon | Urea | Paclitaxel | 692 |
| Moxy | Polysorbate | Paclitaxel | 696 |
| Pantera Lux | BTHC | Paclitaxel | 697 |
| Protégé NC | BTHC | Paclitaxel | – |
| SeQuent Please | Iopromide | Paclitaxel | 507–511 |

BTHC = butyryl-tri-hexyl citrate; CE = Conformité Européenne.

Downloaded from http://eurheartj.oxfordjournals.org/ by guest on September 18, 2014

of stent thrombosis, a pre-specified substudy compared outcomes of IVUS against angiographic guidance of DES implantation.[706] IVUS-guided DES implantation (pre- and post-PCI in 63% of included cases) was performed in 3349 of 8583 patients (39%). In propensity-adjusted multivariable analysis, IVUS guidance was associated with reduced rates of definite or probable stent thrombosis (adjusted HR 0.40; 95% CI 0.21–0.73; P = 0.003), myocardial infarction (adjusted HR 0.66; 95% CI 0.49–0.88; P = 0.004), and MACE (adjusted HR 0.70; 95% CI 0.55–0.88; P = 0.003) at 1 year. Notable limitations of this study were the lack of randomization and lack of pre-specified guidelines for performing and acting on IVUS findings.

In addition to conventional grey-scale IVUS, other ultrasound-based techniques have been used to provide additional diagnostic insights. Assessment of plaque composition may be further improved by analysis of the complete radiofrequency signal using different diagnostic algorithms, including those used in 'virtual histology'.

### 17.2.2 Optical coherence tomography

Optical coherence tomography is a light-based modality of intravascular imaging with higher spatial resolution than IVUS (15 vs. 150 μm) and is ideally suited to accurate detection of intraluminal structures. Plaque composition, including the presence of lipid pools and intraluminal thrombi, can also be determined.[707] Notably, this is the only technique capable of providing accurate measurements of the thickness of the fibrous cap and to detect even minor cap disruptions.[707,708] Early stages of cardiac allograft vasculopathy are frequently angiographically silent, yet can be visualized with OCT or IVUS and are associated with important prognostic implications.[708] Optical coherence tomography requires complete blood clearance from the lumen for imaging, has a limited penetration on the vessel wall and is therefore unable to assess the complete plaque burden. After stent implantation, OCT is more accurate than IVUS in detecting subtle morphological details including malapposition, residual thrombus, plaque prolapse, and residual dissections, although the clinical significance of these findings remains to be determined.[709,710] During longitudinal follow-up investigations, OCT is more accurate than IVUS for assessing even neointimal thickness, strut apposition, and coverage. These findings are important surrogate markers of the efficacy and safety of DES and are frequently used to compare new DES. A recent retrospective and observational study suggested that OCT-guided stenting might improve clinical outcomes.[711] Owing to its very high resolution, OCT is used to reveal the underlying mechanisms in patients with stent failure, including in-stent restenosis and stent thrombosis.[516] Likewise, intrastent neointimal tissue may be characterized, including the detection of

neoatherosclerosis, which represents a potential link between in-stent restenosis and stent thrombosis.[516,712] Further studies are needed to define the clinical value of OCT.

### 17.2.3 Pressure-derived fractional flow reserve

Fractional flow reserve is the current standard of care for the functional assessment of lesion severity.[713] Imaging techniques provide useful information (i.e. minimal lumen area) but FFR is able to provide a physiological assessment. Initial studies suggested that the cut-off figure of 0.75 was reliable for identifying ischaemia-producing lesions, but subsequently the 0.80 criterion has gained widespread acceptance and its clinical role has been validated in outcome studies. Fractional flow reserve evaluation is valuable in patients undergoing diagnostic coronary angiography without prior non-invasive functional testing in the presence of borderline lesions and in patients with multivessel disease. The concept of avoiding unnecessary treatment of lesions that are not haemodynamically relevant was demonstrated in the DEFER and Fractional Flow Reserve Vs. Angiography for Multivessel Evaluation (FAME) trials.[50,51] More recently, the FAME II trial demonstrated that, in patients with SCAD, FFR-guided PCI using DES resulted in less need for urgent revascularization than with medical treatment.[54] While FFR requires maximal and stable hyperaemia—usually obtained by intravenous adenosine—new methods and indices [including instantaneous wave-free ratio (iFR)] that do not rely on the concept of maximal hyperaemia have been proposed, in order to simplify studies and facilitate a wider adoption of physiological assessment. Further studies will need to confirm the value of these new indices in clinical decision-making.[714] Fractional flow reserve can also be ascertained along the entire coronary tree using the anatomical information obtained by multislice CT.[715,716] Although appealing, owing to its non-invasive nature, CT-derived FFR requires further clinical validation before its clinical use may be justified.

**Recommendations for the clinical value of intracoronary diagnostic techniques**

| Recommendations | Class[a] | Level[b] | Ref.[c] |
|---|---|---|---|
| FFR to identify haemodynamically relevant coronary lesion(s) in stable patients when evidence of ischaemia is not available. | I | A | 50,51,713 |
| FFR-guided PCI in patients with multivessel disease. | IIa | B | 54 |
| IVUS in selected patients to optimize stent implantation. | IIa | B | 702,703,706 |
| IVUS to assess severity and optimize treatment of unprotected left main lesions. | IIa | B | 705 |
| IVUS or OCT to assess mechanisms of stent failure. | IIa | C | |
| OCT in selected patients to optimize stent implantation. | IIb | C | |

[a]Class of recommendation.
[b]Level of evidence.
[c]Reference.
FFR = fractional flow reserve; IVUS = intravascular ultrasound; OCT = optical coherence tomography. PCI = percutaneous coronary intervention.

## 17.3  Specific lesion subsets

### 17.3.1  Bifurcation stenosis

Bifurcation lesions are common and represent 10–15% of all coronary interventions.[717] Coronary bifurcation lesions are defined as stenosis of a main branch at the origin of a side branch, with or without lesions extending into the ostium of the side branch. They are best described according to the Medina classification, which uses the three components of a bifurcation: the main branch proximal, the main branch distal, and the side branch, giving a binary value (1 or 0) according to whether or not each of the segments previously defined is compromised.[29]

PCI of bifurcation lesions is technically challenging, owing to multiple factors that include anatomical variability related to bifurcation site, plaque burden and morphology, bifurcation angle, and branch diameter.[718–724] Also, bifurcation anatomy may have dynamic variability during PCI, with plaque shift or dissection causing side-branch occlusion and requiring adjustments in the interventional approach.[720]

Despite many attempts with a variety of different stenting techniques (T-stenting, V-stenting, crush and its modifications, culotte, etc.), the optimal strategy for every anatomical subset has not yet been established. Variables to be considered are plaque distribution, size, and downstream territory of each vessel (main and side branch), and the bifurcation angle. Stent implantation in the main vessel only, followed by provisional balloon angioplasty with or without stenting of the side branch, seems preferable to routine stenting of both vessels,[725,726] although some studies have reported similar or improved results with specific strategies of complex stenting.[727–732] Fractional flow reserve data from side branches suggest that angiography overestimates the functional severity of side-branch stenosis. Final 'kissing' balloon dilation is recommended when two stents are eventually required, with no advantage from final kissing with the one-stent technique.[733,734] Several stents, designed specifically for treatment of bifurcation lesions, have undergone extensive evaluation with good angiographic and clinical results, especially with side branch size >2.5 mm.

**Percutaneous coronary intervention for left main bifurcations**

Significant unprotected LM disease is observed in 5–7% of patients undergoing coronary angiography. For bifurcation and LM lesions, DES are preferred, with special attention to adequate sizing and deployment. Unprotected distal LM bifurcation PCI is a challenging percutaneous procedure and has worse long-term clinical outcome than the favourable results obtained with ostial- or shaft-LM lesions.[735,736] There are few systematic data supporting a specific stenting technique for LM bifurcation lesions.[737]

### 17.3.2  Chronic total coronary occlusion

Chronic total occlusion is defined as complete vessel occlusion with TIMI 0 flow within the occluded segment and an estimated occlusion duration of ≥3 months.[738] In a consecutive series of patients without previous CABG surgery or recent myocardial infarction, who underwent angiography, totally occluded vessels were observed in 25% of cases.[739] Patients with CTO underwent PCI less frequently than those without CTO (11% vs. 36%, respectively; $P < 0.0001$) but were more frequently assigned to CABG or medical therapy.[739]

Downloaded from http://eurheartj.oxfordjournals.org/ by guest on September 18, 2014

Treatment of CTOs should be considered in the presence of symptoms or objective evidence of viability/ischaemia in the territory of the occluded artery. Given the usually high procedural contrast volume, the potential long-term risk of radiation exposure and contrast-induced nephropathy should be considered. Ad hoc PCI is not recommended for CTOs. Observational studies suggest that successfully revascularized CTOs confer a long-term survival advantage over failed revascularization.[740–742,743,744] In addition, better relief of angina and functional status was observed after successful CTO recanalization.[745] In the post hoc analysis of 4-year results of the SYNTAX trial, the presence of CTO was the strongest independent predictor of incomplete revascularization (46.6% in the PCI arm), and had an adverse effect on clinical outcomes, including mortality.[594]

The procedural success rate is lower for PCI of CTO than for non-CTO lesions, with a similar rate of complications.[746,747] In a meta-analysis of 13 studies encompassing 7288 patients, recanalization was successful in 69% of cases (ranging from 51–74%).[743] Success rates are strongly dependent on operator skills, experience with specific procedural techniques, and the availability of dedicated equipment (specialized guide wires and catheters or very low profile CTO balloons). Bilateral angiography and IVUS can be very helpful, as can special techniques such as guide-anchoring, various retrograde approaches, and specific wiring manipulation techniques, including parallel or anchoring wire.[748] A retrograde approach via collateral pathways offers an additional possibility of success after failure of antegrade crossing, especially for right coronary artery and LAD occlusions.[749] In general, this technique is not regarded as a first-line approach and is generally reserved for previous failed attempts. The overall success rate with the retrograde approach in a multicentre registry of 175 patients was 83.4%.[750]

In recently published systematic reviews and one RCT with long-term follow-up, DES provided superior clinical outcome to BMS, mainly due to a lower risk of revascularization.[751–754]

### 17.3.3 Ostial lesions

Ostial disease is defined as a lesion arising within 3 mm of the vessel origin. It may be classified by location as aorto-ostial, non-aorto-ostial, or branch-ostial.[755] Coronary ostial lesions are frequently not a manifestation of coronary atherosclerosis, but rather related to aortitis or radiation exposure.[756–758]

Ostial lesions are usually recognized as fibrotic, calcified, and relatively rigid.[759,760] Aorto-ostial disease is resistant to dilation and prone to recoil, due to the greater thickness of muscular and elastic tissue in the aortic wall.[755] Coronary stents—particularly DES—have improved procedural efficacy and safety.

In ostial coronary lesions, additional judgement and caution is essential before proceeding to PCI:[755]

(1) In aorto-ostial lesions coronary spasm has to be absent;
(2) In ostial LAD or LCx stenoses, a decision must be made on whether to attempt precise positioning of the stent at the ostium of the artery or whether stenting across the LCx/LAD ostium into the LM artery is preferable.

Lesion assessment with IVUS may be helpful, particularly in LM ostial stenosis, including assessment of the degree of calcification, need for adjunctive devices and assessment of stent expansion. Fractional flow reserve measurement may also be valuable in the assessment of angiographically borderline aorto-ostial and side-branch ostial

lesions,[761] taking special care to avoid a wedge position of the guiding catheter and using intravenous, rather than intracoronary, adenosine.

Proper selection of the guiding catheter is important in aorto-ostial lesions, to avoid deep intubation and compromise of coronary flow.

Preparation and debulking of the lesion with rotational atherectomy and special balloons, cutting or scoring, may be useful in highly calcified, rigid ostial lesions.[762–765]

Drug eluting stents are the default devices for ostial lesions.

The accurate positioning of the stent, precisely in the coronary ostium, may be technically challenging and some specialized techniques have been described that achieve the optimal stent placement.[766–768]

Treatment of restenotic and saphenous vein graft lesions are discussed in section 14.

### Recommendations for the treatment of specific lesion subsets

| Recommendations | Class[a] | Level[b] | Ref[c] |
|---|---|---|---|
| DES should be considered for PCI of ostial lesions. | IIa | B | 769–772 |
| For PCI of bifurcation lesions, stent implantation in the main vessel only, followed by provisional balloon angioplasty with or without stenting of the side branch, should be the preferred treatment. | IIa | A | 725–731 |
| Percutaneous recanalization of CTOs should be considered in patients with expected ischaemia reduction in a corresponding myocardial territory and/or angina relief. | IIa | B | 740–743, 745 |
| Retrograde recanalization of CTOs may be considered after a failed antegrade approach or as the primary approach in selected patients. | IIb | C | |

[a]Class of recommendation.
[b]Level of evidence.
[c]References.

CTO = chronic total occlusion; DES = drug-eluting stent; PCI = percutaneous coronary intervention.

# 18. Antithrombotic treatments

The choice, initiation, combination, and duration of antithrombotic strategies for myocardial revascularization depend on the clinical setting [SCAD, NSTE-ACS, STEMI], and the urgency and mode (PCI vs. CABG) of the intervention. To maximize the effectiveness of therapy and reduce the hazard of bleeding, ischaemic and bleeding risks should be evaluated on an individual basis.

## 18.1 Percutaneous coronary intervention in stable coronary artery disease

### 18.1.1 Oral antiplatelet therapy

Dual antiplatelet therapy includes a 150–300 mg oral loading dose of acetylsalicylic acid (ASA) (or 80–150 mg i.v.) followed by 75–100 mg per os (p.o.) daily plus a clopidogrel 300–600 mg loading dose followed by 75 mg daily.[773–775] Acetylsalicylic acid acts via irreversible inhibition of platelet cyclo-oxygenase-1 (COX-1), which is normally complete with chronic dosing ≥75 mg/day. Contrary to the

Downloaded from http://eurheartj.oxfordjournals.org/ by guest on September 18, 2014

Downloaded from http://eurheartj.oxfordjournals.org/ by guest on September 18, 2014

antiplatelet effects, the gastrointestinal side-effects of ASA increase at higher doses. The optimal risk–benefit ratio appears to be achieved with an ASA dosage of 75–150 mg/day.[774,776]

There is no evidence of benefit for systematic clopidogrel pre-loading before diagnostic coronary angiography in SCAD.[777] A loading dose of 600 mg or more is recommended in patients scheduled for elective PCI if coronary anatomy is known. The use of a higher maintenance dose (150 mg) has been proposed in patients with high thrombotic risk (e.g. in diabetes, after recurrent myocardial infarction, after early and late stent thrombosis, for complex lesions, or in life-threatening situations should occlusion occur); however, no studies have established a short- or long-term benefit of a 150 mg daily maintenance dose. Specifically, the Gauging Responsiveness with A VerifyNow assay: Impact on Thrombosis And Safety (GRAV-ITAS) trial failed to show a benefit of doubling the clopidogrel maintenance dose in subjects deemed to be non-responders.[778]

Lifelong single antiplatelet therapy is recommended. Patients should be instructed not to prematurely discontinue oral antiplatelet therapy after stenting, due to the risks of stent thrombosis and myocardial infarction.[774,779] Data from the Patterns of Non-Adherence to Anti-Platelet Regimens In Stented Patients (PARIS) registry indicate that cardiac events after cessation of DAPT depend on the clinical circumstances and reason for cessation and that they attenuate over time.[648] Half of the cases in which treatment was discontinued within 2 years of stent implantation were due to a physician's guidance, and did not result in any adverse effect. Disruptions due to

bleeding or non-compliance represented 14% of the cessations and were associated with a substantially increased risk of MACE, although this association largely attenuated after 30 days. Although the overall contribution of DAPT cessation to cardiac risk was small—thereby challenging existing paradigms for extension of antiplatelet treatment in otherwise stable patients after PCI—these findings highlights the need for patient education.

### 18.1.2 Intravenous antiplatelet therapy
Recent trials did not demonstrate additional benefit from GP IIb/IIIa inhibitors after a clopidogrel loading dose of 600 mg.[780–782] Anecdotal experience, however, suggests that GP IIb/IIIa inhibitors may be beneficial in 'bail-out' situations (intraprocedure thrombus formation, slow flow, threatened vessel closure).[86] The use of cangrelor is reviewed in section 18.4.2.

### 18.1.3 Anticoagulation
The Randomized Evaluation in PCI Linking Angiomax to Reduced Clinical Events (REPLACE)-2 trial demonstrated that outcome with bivalirudin and provisional GP IIb/IIIa blockade is similar to that of unfractionated heparin (UFH) plus planned GP IIb/IIIa inhibition during PCI for SCAD.[783] Subsequently, Intracoronary Stenting and Antithrombotic Regimen–Rapid Early Action for Coronary Treatment (ISAR-REACT) 3, performed in patients pre-treated with clopidogrel, showed similar net clinical outcomes to bivalirudin and UFH,[784] but UFH dosage was higher (140 U/kg) than recommended,

### Recommendations for antithrombotic treatment in SCAD patients undergoing PCI

| Recommendations for PCI | Class[a] | Level[b] | Ref[c] |
|---|---|---|---|
| **Pretreatment with antiplatelet therapy** | | | |
| Treatment with 600 mg clopidogrel is recommended in elective PCI patients once anatomy is known and decision to proceed with PCI preferably 2 hours or more before the procedure. | I | A | 789–792 |
| Pretreatment with clopidogrel may be considered in patients with high probability for significant CAD. | IIb | C | |
| In patients on a maintenance dose of 75 mg clopidogrel, a new loading dose of 600 mg or more may be considered once the indication for PCI is confirmed. | IIb | C | |
| **Antiplatelet therapy during PCI** | | | |
| ASA is indicated before elective therapy | I | B | 776,793,794 |
| ASA oral loading dose of 150–300 mg (or 80-150 mg i.v.) is recommended if not pre-treated. | I | C | |
| Clopidogrel (600 mg loading dose or more, 75 mg daily maintenance dose) is recommended for elective stenting. | I | A | 795–798 |
| GP IIb/IIIa antagonists should be considered only for bail-out. | IIa | C | |
| **Antiplatelet therapy after stenting** | | | |
| DAPT is indicated for at least 1 month after BMS implantation. | I | A | 791,799–801 |
| DAPT is indicated for 6 months after DES implantation. | I | B | 799,802,803 |
| Shorter DAPT duration (<6 months) may be considered after DES implantation in patients at high bleeding risk. | IIb | B | 804,805 |
| Life-long single antiplatelet therapy, usually ASA, is recommended. | I | A | 776,794 |
| Instruction of patients about the importance of complying with antiplatelet therapy is recommended. | I | C | - |
| DAPT may be used for more than 6 months in patients at high ischaemic risk and low bleeding risk. | IIb | C | - |
| **Anticoagulant therapy** | | | |
| Unfractionated heparin 70–100 U/kg. | I | B | 806 |
| Bivalirudin (0.75 mg/kg bolus, followed by 1.75 mg/kg/hour for up to 4 hours after the procedure) in case of heparin-induced thrombocytopenia. | I | C | - |
| Bivalirudin (0.75 mg/kg bolus, followed by 1.75 mg/kg/hour during the procedure) in patients at high bleeding risk. | IIa | A | 783–785 |
| Enoxaparin i.v. 0.5 mg/kg. | IIa | B | 786,788,807 |

[a]Class of recommendation.
[b]Level of evidence.
[c]References.
ASA = acetylsalicylic acid; BMS = bare-metal stent; CAD = coronary artery disease; DAPT = dual antiplatelet therapy; DES = drug-eluting stent; GP = glycoprotein; i.v. = intravenous; PAD = peripheral artery disease; PCI = percutaneous coronary intervention; SCAD = stable coronary artery disease.

leading to an excess in major bleeding in patients preferentially undergoing procedures via femoral access. In view of the primary endpoint results and a trend towards a lower risk of myocardial infarction, anticoagulation with UFH with an i.v. bolus of 70–100 U/kg remains the standard anticoagulant treatment for elective PCI. Among PCI patients with negative biomarkers, bivalirudin reduced bleeding without affecting mortality and might therefore be considered for use in patients at high risk for bleeding.[785]

The Safety and Efficacy of Intravenous Enoxaparin in Elective Percutaneous Coronary Intervention Randomized Evaluation (STEEPLE) trial has demonstrated lower bleeding with intravenous enoxaparin (0.5 mg/kg; $P = 0.01$; 0.75 mg/kg; $P = 0.05$) and 57% less major bleeding with both doses ($P < 0.01$ for both), when compared with UFH with similar efficacy.[786] Yet a significant benefit with respect to the primary endpoint was found only in the low-dose arm, which was stopped prematurely because of a non-significant trend towards excess mortality not related to ischaemic events and not confirmed at one year of follow-up.[787] A recent meta-analysis confirmed the favourable safety profile.[788]

## 18.2  Non-ST-segment elevation acute coronary syndrome

High ischaemic risk is associated with dynamic ST-segment and troponin changes (primary indications), diabetes status, a GRACE score >140, LV function <40%, creatinine clearance <60 mL/min, recent PCI, and post-myocardial infarction angina (secondary indicators).[180] Bleeding risk can be assessed using risk scores, which may remain valid despite the increased use of the radial route to perform PCI.[808,809]

### 18.2.1  Oral antiplatelet therapy
Dual antiplatelet therapy includes ASA with an oral loading dose of 150–300 mg (or 80–150 mg i.v.), followed by 75–100 mg p.o. daily, and a P2Y$_{12}$-receptor antagonist, as discussed below.[774]

**Prasugrel and ticagrelor**
Prasugrel (60 mg loading and 10 mg daily maintenance dose), a prodrug that irreversibly blocks the P2Y$_{12}$ platelet receptor with a faster onset and a more potent antiplatelet inhibition, has been tested in the TRial to Assess Improvement in Therapeutic Outcomes by Optimizing Platelet InhibitioN with Prasugrel–Thrombolysis In Myocardial Infarction 38 (TRITON-TIMI-38) trial against the 300 mg loading dose of clopidogrel—both started in the catheterization laboratory after diagnostic angiography in thienopyridine-naïve patients—and proved beneficial with respect to a composite ischaemic outcome.[518] Patients with NSTE-ACS treated conservatively were not included in this study. Recurrent cardiovascular events were fewer in prasugrel-treated patients (from 11.2% to 9.3%; RRR 0.82; 95% CI 0.73–0.93; $P = 0.002$), mostly driven by a significantly lower risk for myocardial infarction (from 9.2% to 7.1%; RRR 23.9%; 95% CI 12.7–33.7; $P < 0.001$). Severe bleeding complications were more common with prasugrel than with clopidogrel (TIMI non-CABG major bleeding 2.4% vs. 1.8%, respectively; HR 1.32; 95% CI 1.03–1.68; $P = 0.03$), driven mostly by an increase in spontaneous bleeds (1.6% vs. 1.1%, respectively; HR 1.51; 95% CI 1.09–2.08; $P = 0.01$), but also in fatal bleeding (0.4% vs. 0.1%, respectively; HR 4.19; 95% CI 1.58–11.11; $P = 0.002$). Bleeding was also increased in prasugrel-treated patients referred for early CABG. Excluding patients with a higher bleeding risk, prasugrel offers significant

benefit over clopidogrel with respect to cardiovascular events (HR 0.74; 95% CI 0.66–0.84; $P < 0.001$) without significantly increasing major bleeding (HR 1.24; 95% CI 0.91–1.69; $P = 0.17$).[518] In diabetic patients presenting with ACS, prasugrel confers a particularly greater treatment effect than clopidogrel, without significantly increased bleeding.[337] Prasugrel should be considered in patients who present with stent thrombosis despite adherence to clopidogrel therapy.[810] Prasugrel is contraindicated in patients with prior stroke or TIA. Treatment with prasugrel is generally not recommended for patients of ≥75 years of age. If, after a careful individual risk–benefit evaluation by the prescribing physician, treatment is deemed necessary in the ≥75 years age- or low body weight (<60 kg) groups then, following a loading dose of 60 mg, a reduced maintenance dose of 5 mg should be prescribed.

Alternatively, ticagrelor can be administered.[811] Ticagrelor [180 mg loading dose; 90 mg b.i.d. (twice daily) daily maintenance dose] a cyclopentyltriazolopyrimidine, is an oral, reversibly binding P2Y$_{12}$ inhibitor with a plasma half-life of approximately 6–12 hours. The Study of Platelet Inhibition and Patient Outcomes (PLATO) study randomly assigned ACS patients—with or without prior loading with clopidogrel and irrespective of strategy (invasive vs. non-invasive)—to treatment with ticagrelor or clopidogrel and showed significantly superior results in favour of ticagrelor in the composite ischaemic endpoint (11.7% in the clopidogrel group and 9.8% in the ticagrelor group; HR 0.84; 95% CI 0.77–0.92; $P < 0.001$) and mortality (from 5.1% to 4.0%, respectively; HR 0.79; 95% CI 0.69–0.91; $P = 0.001$).[341] Patients undergoing PCI, with moderate- to high-risk NSTE-ACS, were allowed to receive an additional blinded 300 mg loading dose of clopidogrel (total loading dose 600 mg) or its placebo after the initial loading dose. Those patients with a final diagnosis of non-ST-segment elevation myocardial infarction (NSTEMI) had a significantly lower primary endpoint result with ticagrelor than with clopidogrel (11.4% vs. 13.9%, respectively; HR 0.83, CI 0.73–0.94) in contrast to patients with a final diagnosis of unstable angina (8.6% vs. 9.1%, respectively; HR 0.96, CI 0.75–1.22). The rate of TIMI major non-CABG-related bleeding was similar to that with prasugrel in the TRITON-TIMI 38 trial and was higher, at 2.8%, in the ticagrelor group, than the 2.2% of the clopidogrel group (HR 1.25; 95% CI 1.03–1.53; $P = 0.03$). TIMI major CABG-related bleeding occurred in 5.3% of the patients in the ticagrelor group and in 5.8% in the clopidogrel group. There was no difference in the overall rates of fatal haemorrhage (0.3% in both groups) despite a higher rate of fatal intracranial haemorrhage in the ticagrelor group (0.1% vs. 0.001%; $P = 0.02$). Ticagrelor was associated with an increased rate of adverse effects including dyspnoea, increased frequency of ventricular pauses, and asymptomatic increases in uric acid.[180]

**Clopidogrel**
Clopidogrel is a prodrug that is converted in active metabolites through a two-step reaction involving cytochrome P450 (CYP450) enzymes, leading to an irreversible blockade of the P2Y$_{12}$ receptor. Compared with prasugrel and ticagrelor, this conversion results in a slower onset of action and a larger variability in oral bioavailability. The Clopidogrel and Aspirin Optimal Dose Usage to Reduce Recurrent Events – Seventh Organization to Assess Strategies in Ischemic Syndromes 7 (CURRENT-OASIS) 7 trial tested whether a double-dose regimen of clopidogrel (600 mg loading dose followed by 150 mg maintenance dose from day 2 to day 7, then 75 mg maintenance dose) was superior to a standard-dose regimen of clopidogrel (300 mg loading dose followed by 75 mg maintenance dose) in ACS patients (treated

Downloaded from http://eurheartj.oxfordjournals.org/ by guest on September 18, 2014

conservatively and invasively). Overall, the higher dose regimen was no more effective than the conventional dosage, with a similar 30-day rate of the composite endpoint of cardiovascular death, myocardial infarction, or stroke (4.2% vs. 4.4%, respectively; HR 0.94; 95% CI 0.83–1.06; $P = 0.30$), but was associated with increased 30-day rates of TIMI major bleeding (1.7% vs. 1.3%; HR 1.26; 95% CI 1.03–1.54; $P = 0.03$) and the need for blood transfusion (2.2% vs. 1.7%; HR 1.28, 1.07–1.54; $P = 0.01$).[519] The primary efficacy endpoint did not differ according to ASA dose (high vs. low) nor did the safety endpoint, major bleeding. When analysing the results from the pre-specified subgroup of 17 263 patients with ACS who underwent PCI, the double-dose regimen of clopidogrel led to 14% fewer cardiovascular events (3.9% vs. 4.5%; HR 0.86; 95% CI 0.74–0.99; $P = 0.039$); however, the $P$-value for interaction was 0.03 and did not meet the pre-specified criterion ($P < 0.01$) that rendered these results statistically significant. Therefore, the benefit was formally restricted to the 31% lower risk of stent thrombosis (1.6% vs. 2.3%; HR 0.69; 95% CI 0.56–0.87; $P = 0.001$).[812] Major bleeding was more common with double-dose than with standard-dose clopidogrel (1.6% vs. 1.1%; HR 1.41; 95% CI, 1.09–1.83; $P = 0.009$). It is difficult to disentangle the impact of the chosen strategy of a short (1 week) treatment period with 150 mg. High-dose and low-dose ASA did not differ for the primary efficacy outcome (4.1% vs. 4.2%, respectively; HR 0.98; 95% CI 0.84–1.13; $P = 0.76$) and the safety outcome major bleeding (1.5% vs. 1.3%; HR 1.18; 95% CI, 0.92–1.53; $P = 0.20$). Based on these findings, the high-dose clopidogrel regimen of 600 mg loading dose and 150 mg maintenance dose in the first week may be considered only when prasugrel and ticagrelor are not available or if they are contraindicated.

### 18.2.2  Intravenous antiplatelet therapy

In the era before DAPT, trials of adequately dosed GP IIb/IIIa inhibitors in patients undergoing balloon angioplasty and coronary stent implantation demonstrated a lower incidence of composite ischaemic events in favour of GP IIb/IIIa treatment in combination with UFH, than with UFH alone, primarily through a reduction in myocardial infarction.[813] In the ISAR-REACT 2 trial, this benefit—according to the primary endpoint of death, myocardial infarction, or urgent TVR within 30 days—was maintained despite clopidogrel pre-treatment with a loading dose of 600 mg in patients with NSTEMI (13.1% vs. 18.3%; RR 0.71; 95% CI 0.54–0.95; $P = 0.02$), but not in unstable angina without biomarker protein elevation (4.6% vs. 4.6%; RR 0.99; 95% CI 0.56–1.76; $P = 0.98$).[814]

The ACUITY trial—which compared a regimen of bivalirudin alone (with bail-out GP IIb/IIIa inhibitors in 7.4%) against UFH plus GP IIb/IIIa inhibitors—found a significant benefit of bivalirudin alone with respect to the primary 30-day composite endpoint of ischaemic and bleeding complications (10.1% vs. 11.7%, respectively; RR 0.86; 95% CI 0.77–0.97; $P = 0.02$), driven by a reduction in major bleeding complications (3.0% vs. 5.7%, respectively; RR 0.53; 95% CI 0.43–0.65; $P < 0.001$) without a significant increase in ischaemic complications (7.8% vs. 7.3%, respectively; RR 1.08; 95% CI 0.93–1.24; $P = 0.32$).[815] This benefit of bivalirudin was found regardless of whether GP IIb/IIIa inhibitors were administered downstream or upstream and was maintained during 1-year follow-up.[816] The more recent ISAR-REACT 4 trial in PCI patients with NSTEMI did not find a significant benefit of UFH with abciximab, compared with bivalirudin alone. The primary endpoint of death, recurrent myocardial infarction, urgent TVR, or major bleeding within 30 days occurred in 10.9% of patients in the heparin-plus-abciximab group, as opposed to 11.0% in the bivalirudin group (RR 0.99; 95% CI 0.74–1.32; $P = 0.94$).[817] However, heparin plus abciximab was associated with significantly more major bleeding than bivalirudin (4.6% vs. 2.6%, respectively; RR 1.84; 95% CI 1.10–3.07; $P = 0.02$).

Consistent with ACUITY and ISAR-REACT 4, the EARLY-ACS trial did not confirm a benefit from upstream eptifibatide, with or without clopidogrel pre-treatment (9.3% vs. 10.0%, respectively; OR 0.92; 95% CI 0.80–1.06; $P = 0.23$), but was associated with a higher bleeding risk with eptifibatide (TIMI major haemorrhage 2.6% vs. 1.8%, respectively; OR 1.42; 95% CI 1.07–1.89; $P = 0.02$).[357]

In TRITON-TIMI 38, 7414 patients (54.5% of the total study population) received a GP IIb/IIIa inhibitor and, in terms of reducing the risk of cardiovascular death, myocardial infarction or stroke, a consistent advantage was observed from prasugrel when compared with clopidogrel, irrespective of the use of GP IIb/IIIa inhibitors (with GP IIb/IIIa inhibitors: HR 0.76; 95% CI 0.64–0.90; without GP IIb/IIIa inhibitors: HR 0.78; 95% CI 0.63–0.97; $P$-value for interaction 0.83). The risk of TIMI major or minor bleeding was not significantly different with either prasugrel or clopidogrel, regardless of whether or not patients were treated with GP IIb/IIIa inhibitors ($P$-value for correlation 0.19).[818]

Overall, there is no evidence for an additional benefit of routine upstream use of GP IIb/IIIa inhibitors in NSTE-ACS patients scheduled for coronary angiography.

### 18.2.3  Anticoagulation

A general rule is to avoid crossover between antithrombins (with the exception of adding UFH to fondaparinux)—especially between UFH and low-molecular-weight heparin (LMWH)[819,820]—and to discontinue antithrombins after PCI except in specific situations (e.g. LV aneurysm and/or thrombus, AF, prolonged bed rest, deferred sheath removal).

Among patients with high-risk ACS—as evidenced by positive biomarkers, ST-segment changes, or a GRACE risk score >140 with an intended urgent or early invasive strategy—bivalirudin plus provisional GP IIb/IIIa receptor inhibitors is recommended as an alternative to UFH plus GP IIb/IIIa receptor inhibitors, particularly in patients with a high risk of bleeding. ACUITY demonstrated the superiority of bivalirudin over UFH or low molecular weight heparin (LMWH) plus GP IIb/IIIa inhibitor, a regimen previously shown to be superior to heparin alone.[815] For patients with NSTEMI undergoing PCI, ISAR-REACT 4 presented additional evidence in favour of bivalirudin, with a better safety profile than the combination of UFH and abciximab. The use of bivalirudin preserves the option for bail-out GP IIb/IIIa inhibition.[817] However, in lower-risk patients pre-treated with clopidogrel, bivalirudin does not appear to offer an advantage over heparin.[821] We acknowledge that most of the evidence in support of bivalirudin is derived from trials in which the comparator was UFH plus GP IIb/IIIa inhibitor, a combination that is no longer routinely applied.

A substantial number of patients will undergo catheterization after a conservative treatment phase. Many of these patients will be on fondaparinux, an indirect factor Xa inhibitor, as recommended by current guidelines based on the Optimal Antiplatelet Strategy for Interventions (OASIS)-5 trial.[180,822] In this trial, the combined ischaemic event rate was similar, but severe bleeding complications were significantly lower with fondaparinux than with enoxaparin. This favourable net clinical outcome included reduced long-term mortality and stroke rates. Because of a higher rate of catheter thrombosis in patients undergoing PCI treated with fondaparinux alone, full-dose

Downloaded from http://eurheartj.oxfordjournals.org/ by guest on September 18, 2014

ESC/EACTS Guidelines

**Recommendations for antithrombotic treatment in patients with NSTE-ACS undergoing PCI**

| Recommendations | Class[a] | Level[b] | Ref[c] |
|---|---|---|---|
| **Antiplatelet therapy** | | | |
| ASA is recommended for all patients without contraindications at an initial oral loading dose of 150–300 mg (or 80–150 mg i.v.), and at a maintenance dose of 75–100 mg daily long-term regardless of treatment strategy. | I | A | 774,776,794 |
| A P2Y$_{12}$ inhibitor is recommended in addition to ASA, and maintained over 12 months unless there are contraindications such as excessive risk of bleeding. Options are: | I | A | 337,341,825 |
| • Prasugrel (60 mg loading dose, 10 mg daily dose) in patients in whom coronary anatomy is known and who are proceeding to PCI if no contraindication. | I | B | 337 |
| • Ticagrelor (180 mg loading dose, 90 mg twice daily) for patients at moderate-to-high risk of ischaemic events, regardless of initial treatment strategy including those pre-treated with clopidogrel if no contraindication. | I | B | 341 |
| • Clopidogrel (600 mg loading dose, 75 mg daily dose), only when prasugrel or ticagrelor are not available or are contraindicated. | I | B | 812,825 |
| GP IIb/IIIa antagonists should be considered for bail-out situation or thrombotic complications. | IIa | C | |
| Pre-treatment with prasugrel in patients in whom coronary anatomy not known, is not recommended. | III | B | 826 |
| Pre-treatment with GP IIb/IIIa antagonists in patients in not known, is not recommended. | III | A | 357,815 |
| **Anticoagulant therapy** | | | |
| Anticoagulation is recommended for all patients in addition to antiplatelet therapy during PCI. | I | A | 180 |
| The anticoagulation is selected according to both ischaemic and bleeding risks, and according to the efficacy–safety profile of the chosen agent. | I | C | |
| Bivalirudin (0.75 mg/kg bolus, followed by 1.75 mg/kg/hour for up to 4 hours after the procedure) is recommended as alternative to UFH plus GP IIb/IIIa receptor inhibitor during PCI. | I | A | 815–817 |
| UFH is recommended as anticoagulant for PCI if patients cannot receive bivalirudin. | I | C | |
| In patients on fondaparinux (2.5 mg daily s.c.), a single bolus UFH (85 IU/kg, or 60 IU/kg in the case of concomitant use of GP IIb/IIIa receptor inhibitors) is indicated during PCI. | I | B | 827 |
| Enoxaparin should be considered as anticoagulant for PCI in patients pre-treated with subcutaneous enoxaparin. | IIa | B | 788 |
| Discontinuation of anticoagulation should be considered after an invasive procedure unless otherwise indicated. | IIa | C | |
| Crossover of UFH and LMWH is not recommended. | III | B | 820 |

[a]Class of recommendation.
[b]Level of evidence.
[c]Reference(s).
ASA = acetylsalicylic acid; GP = glycoprotein; i.v. = intravenous; LMWH = low-molecular-weight heparin; NSTE-ACS = non-ST-segment elevation acute coronary syndrome; PCI = percutaneous coronary intervention; UFH = unfractionated heparin.

Downloaded from http://eurheartj.oxfordjournals.org/ by guest on September 18, 2014

intravenous UFH (85 U/kg) must be added to prevent formation of catheter thrombi.[823]

Earlier studies on ACS patients receiving predominantly conservative treatment demonstrated the superiority of enoxaparin over UFH.[824] The more recent studies in the setting of PCI did not find an advantage of enoxaparin over UFH when pre-randomization anticoagulation was not consistent with the study treatment or when there was a post-randomization cross-over.[819,820] A benefit of enoxaparin over UFH in reducing mortality and bleeding complications was recently reported in a meta-analysis covering NSTE-ACS patients.[788]

## 18.3 ST-segment elevation myocardial infarction

Patients undergoing primary PCI should receive a combination of DAPT with ASA and a P2Y$_{12}$ receptor blocker as early as possible before angiography, and a parenteral anticoagulant.

### 18.3.1 Oral antiplatelet therapy
An oral loading dose of ASA 150–300 mg (or i.v. 80–150 mg) followed by 75–100 mg p.o. daily should be given to ensure inhibition of TXA2-dependent platelet aggregation.[887]

The preferred P2Y$_{12}$ inhibitors are prasugrel (60 mg p.o. loading dose; 10 mg maintenance dose) and ticagrelor (180 mg p.o. loading dose; 90 mg maintenance dose b.i.d.).[341,518] In the pre-specified sub-groups of patients with STEMI undergoing PCI in the TRITON–TIMI 38 trial, the benefit of prasugrel was consistent for the primary end-point at 15 months (prasugrel 10.0% vs. clopidogrel 12.4%; HR 0.79; 95% CI 0.65–0.97; $P$ = 0.02), without a significant increase in non-CABG-related bleeding risk (2.4% vs. 2.1%, respectively; HR 1.11; 95% CI 0.70–1.77; $P$ = 0.65). There was a lower risk of stent thrombosis (1.6% vs. 2.8%, respectively; HR 0.58; 95% CI 0.36–0.93; $P$ = 0.02), as well as of cardiovascular mortality (1.4% vs. 2.4%, respectively; HR 0.61; 95% CI 0.37–1.00; $P$ = 0.047)[828] in favour of prasugrel at 30-day and 15-month follow-up (2.4% vs. 3.4%, respectively; HR 0.74; 95% CI 0.50–1.09; $P$ = 0.129). Notably, two-thirds of STEMI patients underwent PCI as the primary revascularization strategy and one-third underwent late or secondary PCI after fibrinolysis or lack of early revascularization. Prasugrel is contraindicated in patients with prior stroke or TIA. Treatment with prasugrel is generally not recommended for patients aged 75 years or more. In the ≥75 years age group—if treatment is deemed necessary after a careful, individual risk–benefit evaluation by the prescribing physician—then, following a loading dose of

60 mg, a reduced maintenance dose of 5 mg should be prescribed.[811] In patients with body weight less than 60 kg, a maintenance dose of 5 mg is also recommended; this was shown to result in lower platelet reactivity—to a similar extent to prasugrel 10 mg/day in high body weight patients—and in greater platelet inhibition and lower HPR than with clopidogrel 75 mg/day, with similar bleeding rates.[829]

In the subset of patients with STEMI randomized in the PLATO trial, the benefit of ticagrelor over clopidogrel for the primary endpoint (9.4% vs. 10.8%, respectively; HR 0.87; 95% CI 0.75–1.01; $P = 0.07$; $P$ for correlation 0.29),[823] was consistent with the overall results, without higher risk of bleeding (TIMI non-CABG major 2.5% vs. 2.2%, respectively; HR 1.09; 95% CI 0.80–1.48; $P = 0.60$) but with a trend towards a lower risk of cardiovascular mortality at one year (4.7% vs. 5.4%, respectively; HR 0.84; 95% CI 0.69–1.03; $P = 0.07$). In a pooled analysis of 48 599 patients, of whom 94% presented with acute coronary syndrome and 84% had PCI, novel P2Y$_{12}$ inhibitors—including prasugrel and ticagrelor—have been associated with a mortality benefit and no significant excess of major bleeding among STEMI patients.[830]

Importantly, the more potent agents (prasugrel and ticagrelor) should not be used in patients with prior haemorrhagic stroke or with moderate-to-severe liver disease. When neither of these agents is available (or if they are contraindicated), clopidogrel 600 mg p.o. should be given instead, according to the pre-specified PCI analysis of CURRENT-OASIS 7.[812]

### 18.3.2   Intravenous antiplatelet therapy

Several trials—performed before the use of pre-loading with thienopyridines and mostly using abciximab (i.v. bolus followed by infusion of 0.125 µg/kg/min up to a maximum of 10 µg/min for 12 hours)—documented clinical benefits from GP IIb/IIIa inhibitors as adjunct to primary PCI performed with UFH,[242,831–833] including a significant 1-year survival benefit that was revealed in a meta-analysis of GP IIb/IIIa inhibitors with abciximab.[831]

The large Facilitated Intervention with Enhanced Reperfusion Speed to Stop Events (FINESSE) study tested whether or not upstream administration at the time of first medical contact might improve the clinical efficacy of GP IIb/IIIa inhibitors, compared with administration at the time of primary PCI. In this trial, patients were randomly assigned to upstream abciximab vs. abciximab in the catheterization laboratory.[271] Upstream vs. in-cath-lab administration of abciximab had no significant effect on the primary endpoint of death, recurrent myocardial infarction, and heart failure, but significantly increased the risk of bleeding. In subgroup analyses, a benefit was observed with early use of abciximab in patients recruited by the ambulance system or in high-risk patients presenting rapidly at 'spoke' centres and requiring transfer for primary PCI.[834] The randomized, double-blind Continuing TIrofiban in Myocardial infarction Evaluation (On-TIME-2) trial, using high-dose tirofiban, demonstrated a significant benefit of upstream compared with downstream provisional administration on the primary surrogate endpoint of ST-segment resolution and on the primary composite clinical endpoint of death, recurrent myocardial infarction, urgent target vessel re-intervention or thrombotic bail-out.[835] However, the clinical benefit was related predominantly to a reduction in the perceived need for bail-out tirofiban. After pooling the On-TIME-2 data with the 414 patients of an open-label run-in phase, using the same inclusion and exclusion criteria and concomitant treatment, the rate of MACE was significantly reduced by systematic high-dose tirofiban versus no tirofiban or placebo (5.8% vs. 8.6%; $P = 0.043$), with reduced mortality (2.2% vs. 4.1%, respectively; $P = 0.051$) and no increased risk of major bleeding (3.4% vs. 2.9%, respectively; $P = 0.58$).[836] It remains unclear whether the effects observed in On-TIME-2 are due to upstream vs. downstream administration or due to systematic vs. provisional administration. However, time from symptom onset to study drug in FINESSE was twice as long as in On-TIME 2;[837] only about 40% of patients needed to be transferred from a hospital without a catheterization facility to a hospital with such a facility, and a handful were recruited by the ambulance system. This may account for the differences between the two trials.

Intracoronary—as compared with intravenous—administration of GP IIb/IIIa inhibitors has been tested in several small studies and was associated with some benefits, which have not been confirmed in larger trials.[838,839]

In the event of angiographic evidence of large thrombus, slow- or no-reflow, and other thrombotic complications, use of GP IIb/IIIa inhibitors as bail-out therapy appears reasonable, although this has not been tested in a randomized trial.

### 18.3.3   Anticoagulation

In the Harmonizing Outcomes with Revascularization and Stents in Acute Myocardial Infarction (HORIZONS-AMI) trial, an RCT involving 3602 patients with STEMI, bivalirudin with bail-out GP IIb/IIIa inhibitors (in 7.2% of patients) was found superior to systematic GP IIb/IIIa inhibitors (mostly abciximab) plus UFH in respect of the two primary endpoints of net adverse clinical events (9.2% vs. 12.1%, respectively; RR 0.76; 95% CI 0.63–0.92; $P = 0.005$) and major bleeding (4.9% vs. 8.3%, respectively; RR 0.60; 95% CI 0.46–0.77; $P < 0.001$).[840] The clinical benefit comprised a significant survival benefit from bivalirudin as compared with the GP IIb/IIIa inhibitor arm, both at 30 days and at 3 years (2.1% vs. 3.1%, respectively; $P = 0.049$ and 5.9% vs. 7.7%; $P = 0.03$; respectively). However, there was a higher incidence of stent thrombosis during the first 24 hours in the bivalirudin group (1.3% vs. 0.3%; $P < 0.001$), which diminished during follow-up, while pre-randomization UFH and 600 mg clopidogrel loading dose were independent predictors of lower risk of acute and subacute stent thrombosis. The more recent, open-label European Ambulance Acute Coronary Syndrome Angiography (EUROMAX) trial compared a strategy of pre-hospital bivalirudin with UFH or LMWH with optional use of glycoprotein IIb/IIIa inhibitors (69%) in 2218 STEMI patients, with frequent use of radial access (47%) and pre-treatment with P2Y$_{12}$ inhibitors (98%).[841] The primary endpoint of death or non-CABG major bleeding at 30 days was significantly lower with pre-hospital administration of bivalirudin than with UFH plus optional GP IIb/IIIa inhibitors (5.1% vs. 8.5%, respectively; RR 0.60; 95% CI 0.43–0.82; $P < 0.001$). There were no differences in death (2.9% vs. 3.1%, respectively; RR 0.96; 95% CI 0.60–1.54; $P = 0.86$), but there was a lower risk of major bleeding (2.6% vs. 6.0%, respectively; RR 0.43; 95% CI 0.28–0.66; $P < 0.001$) mainly driven by differences in blood transfusion, whereas rates of TIMI major bleeding were not significantly reduced (1.3% vs. 2.1%, respectively; RR 0.62; 95% CI 0.32–1.20; $P = 0.15$). Sensitivity analyses showed results to be consistent without significant interactions with arterial access site; however, stent thrombosis was more frequent in the bivalirudin group

Downloaded from http://eurheartj.oxfordjournals.org/ by guest on September 18, 2014

**Recommendations for antithrombotic treatment in patients with STEMI undergoing primary PCI**

| Recommendations | Class[a] | Level[b] | Ref[c] |
|---|---|---|---|
| **Antiplatelet therapy** | | | |
| ASA is recommended for all patients without contraindications at an initial oral loading dose of 150–300 mg (or 80–150 mg i.v.) and at a maintenance dose of 75–100 mg daily long-term regardless of treatment strategy. | I | A | 776,794 |
| A P2Y$_{12}$ inhibitor is recommended in addition to ASA and maintained over 12 months unless there are contraindications such as excessive risk of bleeding. | I | A | – |
| • Prasugrel (60 mg loading dose, 10 mg daily dose) if no contraindication | I | B | 828 |
| • Ticagrelor (180 mg loading dose, 90 mg twice daily) if no contraindication | I | B | 823 |
| • Clopidogrel (600 mg loading dose, 75 mg daily dose), only when prasugrel or ticagrelor are not available or are contraindicated. | I | B | 812 |
| It is recommended to give P2Y$_{12}$ inhibitors at the time of first medical contact. | I | B | 777,846–848 |
| GP IIb/IIIa inhibitors should be considered for bail-out or evidence of no-reflow or a thrombotic complication. | IIa | C | |
| Upstream use of a GP IIb/IIIa inhibitor (vs. in-lab use) may be considered in high-risk patients undergoing transfer for primary PCI. | IIb | B | 271,834, 835,849 |
| **Anticoagulants** | | | |
| Anticoagulation is recommended for all patients in addition to antiplatelet therapy during PCI. | I | A | – |
| The anticoagulation is selected according to both ischaemic and bleeding risks, and according to the efficacy–safety profile of the chosen agent. | I | C | |
| Unfractionated heparin: 70–100 U/kg i.v. bolus when no GP IIb/IIIa inhibitor is planned; 50–70 U/kg i.v. bolus with GPIIb/IIIa inhibitor. | I | C | |
| Bivalirudin 0.75 mg/kg i.v. bolus followed by i.v. infusion of 1.75 mg/kg/h for up to 4 hours after the procedure. | IIa | A | 243,840,841 |
| Enoxaparin i.v. 0.5 mg/kg with or without GP IIb/IIIa inhibitor. | IIa | B | 788, 842–844,850 |

[a]Class of recommendation.
[b]Level of evidence.
[c]Reference(s).
ASA = acetylsalicylic acid; GP = glycoprotein; i.v. = intravenous; PCI = percutaneous coronary intervention; STEMI = ST-segment elevation myocardial infarction.

Downloaded from http://eurheartj.oxfordjournals.org/ by guest on September 18, 2014

(1.6% vs. 0.5%, respectively; RR 2.89; 95% CI 1.14–7.29; *P* = 0.02) at 30 days, solely driven by a difference during the first 24 hours, which was paralleled by a trend towards a higher rate of re-infarction (1.7% vs. 0.9%, respectively; RR 1.93; 95% CI 0.90–4.14; *P* = 0.08) despite use of novel P2Y$_{12}$ inhibitors in more than half of the patients. The mortality benefit observed in the HORIZONS-AMI trial was not confirmed by EUROMAX, and the excess of stent thrombosis remained despite prolonged infusion of bivalirudin. The How Effective are Antithrombotic Therapies in PPCI (HEAT-PCI) study is a single-centre randomised trial comparing bivalirudin and unfractionated heparin in 1829 STEMI patients planned to undergo primary PCI.[842] The study represents contemporary practice with restriction of GPIIb/IIIa inhibitors to bail-out situations (in 15% of the randomised patients population), the frequent use of novel P2Y$_{12}$ inhibitors (89% of the patients), radial approach and predominant DES implantation. Among the 1812 patients included in the final analysis, 1491 actually underwent primary PCI. The primary efficacy outcome measure, a composite of all-cause mortality, stroke, recurrent infarction and unplanned target lesion revascularisation, was higher in the bivalirudin than in the UFH group (8.7% vs. 5.7%, respectively; HR 1.52; 95% CI 1.09–2.13; *P* = 0.01) including an increase in stent thrombosis (3.4% vs. 0.9%, respectively, RR 3.91; 95% CI 1.61–9.52; *P* = 0.001) but no significant difference in mortality (5.1% vs. 4.3%, respectively). The primary safety outcome—defined as major BARC 3-5 bleeding—was 3.5% in the bilvalirudin group vs. 3.1% in the UFH group (*P* = 0.59). The Bavarian Reperfusion Alternatives Evaluation (BRAVE) 4 trial examined the question of whether a strategy of prasugrel plus bivalirudin (*n* = 269) was superior to a strategy with clopidogrel plus UFH (*n* = 275) in primary PCI STEMI patients

and was interrupted due to slow patient recruitment.[843] The primary endpoint—a composite of death, myocardial infarction, unplanned revascularization of the infarct-related artery, stent thrombosis, stroke or major bleeding evaluated at 30 days—occurred in 15.6% vs. 14.5%, respectively (RR 1.09; 95% CI 0–1.79; *P* = 0.68), the secondary composite ischaemic endpoint (death, myocardial infarction, revascularization of the infarct-related artery, stent thrombosis or stroke) was seen in 4.8% vs. 5.5%, respectively (RR 0.89; 95% CI 0.40–1.96; *P* = 0.89) and the secondary bleeding endpoint (non-CABG related bleeding according to the HORIZONS-AMI definition) in 14.1% vs. 12.0%, respectively (RR 1.18; 95% CI 0.74–1.88 *P* = 0.54). In summary, recent trials comparing bivalirudin with UFH without systematic use of GPIIb/IIIa antagonists uphold concerns over an excess risk for acute stent thrombosis with bivalirudin, while differences in major bleeding are small.

Enoxaparin [0.5 mg/kg i.v. followed by subcutaneous (s.c.) treatment] was compared with UFH in one randomized, open-label trial, known as Acute STEMI Treated with primary PCI and intravenous enoxaparin Or UFH to Lower ischaemic and bleeding events at short- and Long-term follow-up (ATOLL) trial. The primary composite endpoint of 30-day death, complication of myocardial infarction, procedural failure, and major bleeding was not significantly lower for the enoxaparin arm (−17%; *P* = 0.063), but there were reductions in the composite main secondary endpoint of death, recurrent myocardial infarction or ACS, or urgent revascularization, and in other secondary composite endpoints—such as death, or resuscitated cardiac arrest and death, or complication of myocardial infarction. There was no indication of higher incidence of bleeding from use of enoxaparin over UFH. In the per-protocol analysis of the ATOLL

trial—pertinent to more than 87% of the study population—i.v. enoxaparin was superior to UFH in reducing the primary endpoint (RR 0.76; 95% CI 0.62−0.94; $P = 0.012$) but also ischaemic endpoints, mortality (RR 0.36; 95% CI 0.18−0.74; $P = 0.003$) and major bleedings (RR 0.46; 95% CI 0.21−1.01; $P = 0.050$), contributing to the improvement of the net clinical benefit (RR 0.46; 95% CI 0.3−0.74; $P = 0.0002$) in patients undergoing primary PCI. Based on these considerations, enoxaparin may be considered as an alternative to UFH as anticoagulant to primary PCI.[844]

Use of fondaparinux in the context of primary PCI was associated with potential harm in the OASIS-6 trial and is therefore not recommended.[845] In particular, when used alone during primary PCI, fondaparinux is associated with the risk of catheter thrombosis. Thus, an additional anticoagulant with anti-IIa activity (unfractionated heparin or enoxaparin) should be administered.

## 18.4  Points of interest and special conditions

### 18.4.1  Pre-treatment with P2Y$_{12}$ inhibitors
**Clopidogrel**
The concept of pre-treatment with P2Y$_{12}$-receptor blockers is based on the observation that the risk of PCI depends on the intra-procedural level of platelet inhibition. The three largest clinical studies supporting this concept are (i) Clopidogrel in Unstable Angina to Prevent Recurrent Events (CURE), with the PCI-CURE subset, (ii) Clopidogrel for the Reduction of Events During Observation (CREDO) with the subset of patients with sufficient delay between intake of clopidogrel 300 mg and PCI, and (iii) Do Tirofiban and Reo- Pro Give Similar Efficacy Outcome Trial (TARGET), with its non-randomized treatment towards a background of GP IIb/IIIa inhibition.[791,825,851] Additional circumstantial evidence for pre-treatment with P2Y$_{12}$-receptor blockers comes from the notion that benefit of GP IIb/IIIa inhibition over placebo in historic studies is mitigated in more recent studies with systematic upstream P2Y$_{12}$-receptor inhibition.[269,817,821]

A recent meta-analysis evaluated the relationships of clopidogrel pre-treatment vs. no treatment with mortality and major bleeding among patients undergoing PCI. Pre-treatment with clopidogrel had no effect on death (OR 0.80; 95% CI 0.57−1.11) or the risk of major bleeding (OR 1.18; 95% CI 0.93−1.50) but the risk of major cardiac events was significantly reduced (OR 0.77; 95% CI 0.66−0.89; $P < 0.001$).[777] There was substantial heterogeneity according to the type of clinical presentation of SCAD, NSTE-ACS, and STEMI, suggesting the lack of a consistent treatment effect—especially with respect to mortality—across the entire clinical spectrum. The benefit of pre-treatment was greater with increasing severity of clinical presentation.

In particular, clopidogrel pre-loading did not improve ischaemic outcomes in PCI for SCAD, with a trend towards more bleedings.[777] In NSTE-ACS, there was a significant reduction in major cardiovascular events (OR 0.78; 95% CI 0.66−0.91; $P = 0.002$) driven mainly by myocardial infarction, with a trend towards more TIMI major bleeds (OR 1.28; 95% CI 0.98−1.67; $P = 0.07$). In primary PCI for STEMI, a single trial has evaluated the administration of DAPT before hospital admission, rather than in hospital, and has been terminated prematurely due to slow recruitment, with a trend towards a higher proportion of TIMI 2 or 3 flow and fewer

ischaemic events in the pre-treatment group.[846] However, this common practice in Europe is supported by a lower mortality (OR 0.50; 95% CI 0.26−0.96) without significant excess in major bleedings (OR 0.78; 95% CI 0.42−1.45).[777]

**Prasugrel and ticagrelor**
A Comparison of Prasugrel at the Time of Percutaneous Coronary Intervention (PCI) Or as Pre-treatment At the Time of Diagnosis in Patients With Non-ST-Elevation Myocardial Infarction (NSTEMI) (the ACCOAST study) is the largest and the only pre-treatment study that has investigated the use of prasugrel (30 mg) vs. placebo before PCI in 4033 NSTE-ACS patients. Overall, 69% of patients underwent PCI and 5% CABG. When PCI was performed, an additional dose of 30 mg prasugrel was given after diagnostic coronary angiography in the pre-treatment group and 60 mg prasugrel was given in the placebo group. The primary endpoint—a composite of cardiovascular death, myocardial infarction, stroke, urgent revascularization, and bail-out GP IIb/IIIa inhibitor use at 7 days—was similar for both groups (HR with pre-treatment, 1.02; 95% CI 0.84−1.25; $P = 0.81$). The rate of the safety endpoint of TIMI major bleeding, through day 7, was higher with pre-treatment (HR 1.90; 95% CI 1.19−3.02; $P = 0.006$). The study was stopped one month before the end of enrolment due to an excess of major bleeding, and further highlights the lack of benefit of pre-treatment in NSTE-ACS patients.[826] Pre-treatment with 30 mg prasugrel, with an average time delay of 6 hours before angiography, led to a much faster and more profound inhibition of platelet aggregation than a 600 mg clopidogrel loading dose as given in Anti-platelet therapy for Reduction of MYocardial Damage during Angioplasty (ARMYDA)-5.[789] Within one hour after PCI, there was a catch-up phenomenon of the pharmacodynamic profile of pre-treatment and in-lab treatment group with 60 mg prasugrel. These very different pharmacodynamic profiles may account for the excess of periprocedural major bleedings reported in the pre-treatment group, namely access site-related bleeds and pericardium drainage. No such dramatic differences were observed with 600 mg clopidogrel, with which safety profiles of in-lab vs. pre-treatment were similar.[789]

A pre-treatment strategy, compared with a delayed administration of ticagrelor, has not so far been tested. In PLATO, all patients had received pre-treatment with clopidogrel or ticagrelor, irrespective of treatment strategy (invasive vs. non-invasive) and patients undergoing PCI had received P2Y$_{12}$ receptor inhibitors at a median of 4 hours prior to the intervention. Therefore, the risk−benefit ratio of pre-treatment using ticagrelor prior to diagnostic coronary angiography is not known.

### 18.4.2  Intravenous P2Y$_{12}$ inhibitors
Cangrelor is a direct reversible, short-acting (half-life 3 min) P2Y$_{12}$ inhibitor that does not require metabolic conversion, although it is not available for oral administration. It has been used during PCI with mixed results. In Cangrelor vs. Standard Therapy to Achieve Optimal Management of Platelet Inhibition (CHAMPION)-PHOENIX, a double-blind, placebo-controlled trial, 11 145 patients who were undergoing either urgent or elective PCI and received guideline-recommended therapy, were randomized to receive a bolus and infusion of cangrelor (30 µg/kg; 4 µg/kg/min) or a loading

Downloaded from http://eurheartj.oxfordjournals.org/ by guest on September 18, 2014

Downloaded from http://eurheartj.oxfordjournals.org/ by guest on September 18, 2014

dose of 300 mg or 600 mg of clopidogrel. The rate of the primary efficacy endpoint—defined as a composite of death, myocardial infarction, ischaemia-driven revascularization, or stent thrombosis at 48 hours after randomization—was 4.7% in the cangrelor group and 5.9% in the clopidogrel group (adjusted OR 0.78; 95% CI 0.66–0.93; P = 0.005).[852] Stent thrombosis developed in 0.8% of the patients in the cangrelor group and in 1.4% in the clopidogrel group (OR 0.62; 95% CI 0.43–0.90; P = 0.01). Severe bleeding at 48 hours did not differ significantly. Although the universal definition of myocardial infarction was used, the incidence of Q-wave myocardial infarction did not differ between the study groups.[852] The pre-specified pooled analysis of patient-level data from the three cangrelor trials (CHAMPION-PCI, CHAMPION-PLATFORM, and CHAMPION-PHOENIX) confirmed the lower rates of PCI periprocedural thrombotic complications (3.8% for cangrelor vs. 4.7% for control; OR 0.81; 95% CI 0.71–0.91; P = 0.0007) and of stent thrombosis (0.5% vs. 0.8%, respectively; OR 0.59; 95% CI 0.43–0.80; P = 0.0008) with no difference in Global Utilization of Streptokinase and Tissue Plasminogen Activator for Occluded Coronary Arteries (GUSTO) major bleeding.[853] These early benefits were maintained at 30 days and found to be consistent across all the pre-specified subgroups. There was no correlation between treatment effect and clinical presentation and there was a significant lower incidence of Q-wave myocardial infarction in favour of cangrelor. Altogether, cangrelor seems to be a good therapeutic option in P2Y$_{12}$ inhibitor-naïve patients undergoing coronary stent implantation. It should be pointed out that there was no effect on mortality and that the benefit of cangrelor was mainly derived from preventing intraprocedural stent thrombosis.[853]

In addition, the use of cangrelor allows platelet inhibition to be maintained up to surgery in patients discontinuing oral antiplatelet therapy, without any excess of perioperative bleeding, in contrast to interruption of oral P2Y$_{12}$ several days before CABG surgery.[854]

Cangrelor has not yet been approved by the European Medical Agency or the Federal Drug Administration and therefore no specific recommendation about its use can be given.

### 18.4.3 Anticoagulation after percutaneous coronary intervention in acute coronary syndrome patients

The recent trial known as Anti-Xa Therapy to Lower cardiovascular events in Addition to Standard therapy in subjects with Acute Coronary Syndrome–Thrombolysis In Myocardial Infarction 51 (ATLAS ACS 2–TIMI 51) demonstrated that the addition of rivaroxaban—either 2.5 mg or 5.0 mg, twice daily—to ASA and clopidogrel among ACS patients lowered the composite primary efficacy endpoint of cardiovascular death, myocardial infarction, and stroke (9.1% vs. 10.7%, respectively; HR 0.84; 95% CI 0.74–0.96; P = 0.008) but was associated with a near four-fold increased risk of non-CABG-associated major bleeding (2.1% vs. 0.6%, respectively; HR 3.96; 95% CI 2.46–6.38; P < 0.001) and an increased risk of intracranial haemorrhage.[855] The twice-daily 2.5 mg dose of rivaroxaban resulted in significantly lower rates of all-cause and cardiovascular mortality, which was not observed with the twice-daily 5.0 mg dose. The composite of definite and probable stent thrombosis was lower in the pooled (1.9% vs. 1.5%, respectively; HR 0.65; P = 0.017) and 2.5 mg twice-daily groups (1.9% vs. 1.5%, respectively; HR 0.61; P = 0.023) with a trend towards lower incidences in the

5 mg twice-daily treatment group (1.9% vs. 1.5%, respectively; HR 0.70; P = 0.089).[856] The ATLAS ACS 2-TIMI 51 trial did not test the combination of rivaroxaban with prasugrel or ticagrelor, which might be associated with an even higher bleeding risk. This trial suggests that low-dose rivaroxaban (2.5 mg twice daily) may be considered in patients who receive ASA and clopidogrel after ACS, particularly after STEMI.[857] However, a phase III trial of apixaban, another factor Xa antagonist, the Apixaban for Prevention of Acute Ischemic and Safety Events (APPRAISE-2),[858] which compared full-dose apixaban (5 mg b.i.d.) in combination with DAPT against DAPT alone, was stopped early due to safety concerns related to an excess bleeding risk in the absence of a benefit in ischaemic outcomes in high-risk ACS patients. Notably, the study population carried higher comorbidities and the apixaban dose regimen was the full dose used to prevent cardioembolic stroke in non-valvular atrial fibrillation. Finally, darexaban and dabigatran were both tested in phase II dose-ranging trials in post-ACS patients.[859,860] In both cases, dose-dependent increases in major bleeding were observed, but there was no sign of added efficacy when adding anticoagulant therapy to antiplatelet therapy in this setting. Conversely, the phase II dose-ranging trials with rivaroxaban and apixaban demonstrated a dose-dependent higher incidence in major bleeding but a significantly lower rate of death, myocardial infarction or stroke than with placebo for revaroxaban and a trend for apixaban.[861,862] Pharmacological features of direct oral anticoagulants are summarized in Table 14.

In conclusion, the role of direct oral anticoagulants in combination with DAPT in secondary prevention of ACS is promising, but interpretation of the totality of evidence for the class of oral anticoagulants is inconclusive and requires further study.

### 18.4.4 Anticoagulation during percutaneous coronary intervention in patients on oral anticoagulation

A sizeable proportion of patients (6–8%) undergoing PCI have an indication for long-term oral anticoagulation with a vitamin K antagonist (VKA) or NOAC, due to various conditions such as moderate-to-high embolic risk AF, mechanical heart valves, or venous thromboembolism. Interruption of VKA therapy may expose the patient to an increased risk of thromboembolic episodes.[863] Percutaneous coronary intervention may be a delicate process under full VKA anticoagulation or NOAC.

In elective PCI, no additional anticoagulation is needed if the international normalized ratio (INR) is >2.5. Radial access should be the preferred choice, to reduce the risk of periprocedural bleeding. PCI without interruption of VKAs, to avoid bridging therapy that may lead to more bleeding or ischaemic complications, should be the preferred strategy. The use of GP IIb/IIIa inhibitors, unless for bail-out, should be also avoided.

Primary PCI in patients on therapeutic oral anticoagulation should be performed via a radial approach with use of additional parenteral anticoagulation, regardless of the timing of the last dose of oral anticoagulant. Given its short-term action of 25 minutes and lower bleeding risk bivalirudin—used during the procedure and discontinued immediately after primary PCI—may be preferred over UFH or enoxaparin, especially when patients are exposed to dabigatran. Enoxaparin should be the preferred parenteral anticoagulant in cases of prior exposure to direct anti-Xa inhibitors (rivaroxaban or

**Table 14   Pharmacological features of novel oral anticoagulants**

|  | Dabigatran | Rivaroxaban | Apixaban |
|---|---|---|---|
| Target | Factor IIa (thrombin) | Factor Xa | Factor Xa |
| $T_{max}$ (hours) | 0.5–2 | 2–4 | 3–4 |
| Cytochrome $P_{450}$ metabolism | None | 32% (CYP3I4,J2J) | Minimal (CYP 3A4, 3A5) |
| Bioavailability (%) | 6.5 | 80 (100 with food) | 50 |
| Drug transporters | P-glycoprotein | P-glycoprotein BRCP | P-glycoprotein BRCP |
| Protein binding (%) | 35 | 93 | 87 |
| Half-life (h) | 12–14 | 9–13 | 8–15 |
| Renal excretion (%) | 80 | 33 | 27 |
| Dose regimen | 110 and 150 mg *b.i.d.* | 2.5 and 5 mg *b.i.d.* | 2.5 and 5 mg *b.i.d.* |

Tmax = time to reach peak plasma concentration; b.i.d. = bis in diem (twice daily); BRCP = breast cancer resistance protein.

Downloaded from http://eurheartj.oxfordjournals.org/ by guest on September 18, 2014

apixaban) to avoid cross-over. Unless for bail-out situations, glyco-protein IIb/IIIa inhibitors should generally be avoided.

### 18.4.5 Antithrombotic therapy after percutaneous coronary intervention in patients requiring oral anticoagulation

Long-term exposure of patients to triple therapy is associated with a high risk of bleeding.[864] Fatal bleeds represent 1 in 10 of all bleeds, of which half are of intracranial origin and half from the gastrointestinal tract.[865] Evidence is too weak to provide clear guidance.[866,867] Triple therapy, consisting of ASA, clopidogrel, and (N)OAC after PCI, should only be given if a compelling indication exists (i.e. paroxysmal, persistent, or permanent AF with Cardiac failure, Hypertension, Age $\geq$75 [Doubled], Diabetes, Stroke [Doubled] – Vascular disease, Age 65–74 and Sex category [Female] (CHA$_2$DS$_2$-VASc) score $\geq$2; mechanical valves; recent or recurrent history of deep venous thrombosis or pulmonary embolism).

Triple therapy should be limited in duration, depending on the clinical setting, thromboembolic (CHA$_2$DS$_2$-VASc score) and bleeding risks Hypertension, Abnormal renal/liver function, Stroke, Bleeding history or predisposition, Labile INR, Elderly, Drugs/alcohol (HAS-BLED) score. The use of prasugrel or ticagrelor as part of triple therapy should be avoided, given the lack of established benefit and the greater risk of major bleeding compared with clopidogrel (HR 4.6; 95% CI 1.9–11.4; $P < 0.001$) in an observational study.[868] Gastric protection should be implemented with a proton pump inhibitor. The dose intensity of oral anticoagulation should be carefully monitored with a target INR of 2.0–2.5 in the case of vitamin K antagonists and use of lower tested dose for stroke prevention in the case of NOACs (dabigatran 110 mg b.i.d.; rivaroxaban 15 mg once daily, etc.). Recommendations on stent type (DES vs. BMS) are difficult in the absence of conclusive data. Although DAPT is routinely recommended for a duration of at least 1 month after BMS and for

6 months after DES, the risk of stent thrombosis (and other ischaemic endpoints) between 1 and 12 months after stenting appears similar with both stent platforms.[124,352,869] In addition, recent data on the risk of adverse events among patients who have ceased DAPT medication[648] and patients undergoing non-cardiac surgery suggest no differences between BMS and DES.[663] Until data from randomized trials become available, this task force recommends the use of new-generation DES over BMS in patients requiring oral anticoagulation who are at low bleeding risk (HAS-BLED score $\leq$2). Among patients undergoing PCI who require oral anticoagulation and have a high bleeding risk (HAS-BLED score $\geq$3) the choice between BMS and new-generation DES needs to be decided on an individual basis.

Omission of ASA while maintaining clopidogrel has been evaluated in the What is the Optimal antiplatElet and anticoagulant therapy in patients with oral anticoagulation and coronary StenTing (WOEST) trial, which randomized 573 patients either to dual therapy with oral anticoagulation and clopidogrel (75 mg daily) or to triple therapy with oral anticoagulation, clopidogrel, and ASA 80 mg daily. Treatment was continued for 1 month after BMS placement in 35% of the patients and for 1 year after DES placement in the remaining 65%; follow-up was for 1 year.[870] Percutaneous coronary intervention was performed on VKA in half of the patients and one-third presented with NSTE-ACS. The primary endpoint of any TIMI bleeding was significantly lower in the dual therapy arm (19.5% vs. 44.9%; HR 0.36; 95% CI 0.26–0.50; $P < 0.001$). The rates of myocardial infarction, stroke, TVR, or stent thrombosis did not differ significantly, but all-cause mortality was lower in the dual therapy group (dual 2.5% vs. triple 6.4%; $P = 0.027$) at 1 year. However, differences were driven by minor bleeding, as major bleeding was not significantly lower, femoral access was used in the majority of patients (74%), and triple therapy was extended to 1 year. Although the trial was too small to assess ischaemic outcomes, dual therapy with clopidogrel and oral anticoagulants may

Downloaded from http://eurheartj.oxfordjournals.org/ by guest on September 18, 2014

**Recommendations for antithrombotic treatment in patients undergoing PCI who require oral anticoagulation**

| Recommendations | Class[a] | Level[b] | Ref[c] |
|---|---|---|---|
| In patients with a firm indication for oral anticoagulation (e.g. atrial fibrillation with $CHA_2DS_2$-VASc score ≥2, venous thromboembolism, LV thrombus, or mechanical valve prosthesis), oral anticoagulation is recommended in addition to antiplatelet therapy. | I | C | |
| New-generation DES are preferred over BMS among patients requiring oral anticoagulation if bleeding risk is low (HAS-BLED ≤2). | IIa | C | |
| In patients with SCAD and atrial fibrillation with $CHA_2DS_2$-VASc score ≥2 at low bleeding risk (HAS-BLED ≤2), initial triple therapy of (N)OAC and ASA (75–100 mg/day) and clopidogrel 75 mg/day should be considered for a duration of at least one month after BMS or new-generation DES followed by dual therapy with (N)OAC and aspirin 75–100 mg/day or clopidogrel (75 mg/day) continued up to 12 months. | IIa | C | |
| DAPT should be considered as alternative to initial triple therapy for patients with SCAD and atrial fibrillation with a $CHA_2DS_2$-VASc score ≤1. | IIa | C | |
| In patients with ACS and atrial fibrillation at low bleeding risk (HAS-BLED≤2), initial triple therapy of (N)OAC and ASA (75–100 mg/day) and clopidogrel 75 mg/day should be considered for a duration of 6 months irrespective of stent type followed by (N)OAC and aspirin 75–100 mg/day or clopidogrel (75 mg/day) continued up to 12 months. | IIa | C | |
| In patients requiring oral anticoagulation at high bleeding risk (HAS BLED ≥3), triple therapy of (N)OAC and ASA (75–100 mg/day) and clopidogrel 75 mg/day should be considered for a duration of one month followed by (N)OAC and aspirin 75–100 mg/day or clopidogrel (75 mg/day) irrespective of clinical setting (SCAD or ACS) and stent type (BMS or new-generation DES). | IIa | C | |
| Dual therapy of (N)OAC and clopidogrel 75 mg/day may be considered as an alternative to initial triple therapy in selected patients. | IIb | B | 865,870 |
| The use of ticagrelor and prasugrel as part of initial triple therapy is not recommended | III | C | |
| **Anticoagulation therapy after PCI in ACS patient** | | | |
| In selected patients who receive ASA and clopidogrel, low-dose rivaroxaban (2.5 mg twice daily) may be considered in the setting of PCI for ACS if the patient is at low bleeding risk. | IIb | B | 855 |
| **Anticoagulation during PCI in patients on oral anticoagulation** | | | |
| It is recommended to use additional parenteral anticoagulation, regardless of the timing of the last dose of (N)OAC. | I | C | |
| Periprocedural parenteral anticoagulants (bivalirudin, enoxaparin or UFH) should be discontinued immediately after primary PCI. | IIa | C | |

[a]Class of recommendation.
[b]Level of evidence.
[c]References.

ACS = acute coronary syndrome; ASA = acetylsalicylic acid; BMS = bare-metal stent; $CHA_2DS_2$-VASc = Cardiac failure, Hypertension, Age ≥75 [Doubled], Diabetes, Stroke [Doubled]−Vascular disease, Age 65−74 and Sex category [Female]); DAPT = dual antiplatelet therapy; DES = drug-eluting stent; (N)OAC = (non-vitamin K antagonist) oral anticoagulant; HAS-BLED = hypertension, abnormal renal/liver function, stroke, bleeding history or predisposition, labile INR, elderly, drugs/alcohol; INR = international normalized ratio; LV = left ventricular; PCI = percutaneous coronary intervention; SCAD = stable coronary artery disease; UFH = unfractionated heparin.

be considered as an alternative to triple therapy in patients with high bleeding risk.

### 18.4.6 Duration of dual antiplatelet therapy after percutaneous coronary intervention

In the pivotal studies establishing the value of early-generation DES, the duration of DAPT was 2−3 months for the sirolimus-eluting stent and 6 months for the paclitaxel-eluting stent. Following concerns of a greater risk of stent thrombosis and ischaemic adverse events,[651] several guideline documents recommended DAPT for 1 year or longer after DES implantation.[779] Detailed analyses comparing early-generation DES with BMS confirmed no safety issue, with similar rates of death, and myocardial infarction, during long-term follow-up throughout 5 years with heterogeneous duration of DAPT, ranging from 2 months up to 1 year.[124,649,650] Although very late stent thrombosis was more frequent, this infrequent event was offset by a somewhat lower rate of early stent thrombosis and a lower risk of myocardial infarction related to repeat revascularization. More recently, new-generation DES have been shown to have a safety profile similar to or even better than BMS, including the risk of very late stent thrombosis.[125,129−132]

Currently available data do not support prolonging DAPT following DES beyond 1 year. A randomized trial called The Zotarolimus-Eluting Stent, Sirolimus-Eluting Stent, or PacliTaxel-Eluting Stent Implantation for Coronary Lesions - Late Coronary Arterial Thrombotic Events/REAL-world Patients Treated with Drug-Eluting Stent Implantation and Late Coronary Arterial Thrombotic Events (ZEST-LATE/REAL-LATE) assigned stable patients, 1 year after DES implantation, to continuation with clopidogrel plus ASA or to ASA alone.[871] After a median follow-up of 19 months, there was a non-significantly higher rate of myocardial infarction, stroke, and death in the patients who continued clopidogrel treatment than in those who stopped clopidogrel at random assignment 1 year after implantation.

Several randomized trials including Efficacy of Xience/Promus Vs. Cypher in rEducing Late Loss After stenting (EXCELLENT),[803] Real Safety and Efficacy of a 3-month Dual Antiplatelet Therapy Following Zotarolimus-eluting Stents Implantation (RESET),[805] Optimized Duration of Clopidogrel Therapy Following Treatment With the Zotarolimus-Eluting Stent inReal-WorldClinicalPractice (OPTIMIZE)[804] and PROlonging Dual Antiplatelet Treatment In Patients With Coronary Artery Disease After Graded Stent-

induced Intimal Hyperplasia studY (PRODIGY),[799] compared short duration (3–6 months) of DAPT against extended duration (12–24 months) and consistently showed a lack of benefit in terms of ischaemic outcome but a higher risk of bleeding. A recent meta-analysis of data comparing brief vs. prolonged DAPT (beyond 12 months) duration concluded that extension of DAPT beyond 6 months increased the risk of bleeding without reducing ischaemic events.[802] It should be pointed out that none of these trials were powered for ischaemic endpoints; all were open-label and the time from stenting to randomization varied. Therefore, weighing the quality of available evidence is difficult and these inferences need be confirmed by continuing large-scale trials including Intracoronary Stenting and Antithrombotic Regimen: Safety And eFficacy of a 6-month DAT after drug-Eluting stenting (ISAR-SAFE; NCT00661206) and DAPT (NCT00977938).

In view of the well-established risks of bleeding associated with DAPT beyond 12 months, and the lack of evidence of a benefit in the prevention of ischaemic complications, routine extension of DAPT beyond 6 months after new-generation DES implantation in SCAD cannot be recommended based on currently available data. Observational data from new-generation zotarolimus-eluting and everolimus-eluting stents suggest that even shorter durations of DAPT may be sufficient.[872,873] In the OPTIMIZE trial, clinical non-inferiority of 3 months vs. 12 months of DAPT was assessed in patients undergoing PCI with zotarolimus-eluting stents.[804] The rate of net adverse clinical events did not differ between short-term DAPT and extended-duration DAPT (6.0% vs. 5.8%, respectively; risk difference, 0.17; 95% CI −1.52 to 1.86). Rates of bleeding, major or otherwise, were not statistically different. Owing to the paucity of high-quality data for a 3-month (or shorter) duration of DAPT with new-generation DES, this regimen should be reserved for patients at high risk of bleeding or requiring oral anticoagulation.

In patients undergoing myocardial revascularization for high-risk ACS, DAPT is recommended for 1 year, irrespective of stent type. This recommendation is based on the early CURE study—which demonstrated a continuously increasing benefit of DAPT over ASA during the entire study follow-up period—as well as the more recent results of TRITON-TIMI 38 and PLATO, which showed a continuously increasing benefit of DAPT with the new more potent $P2Y_{12}$-receptor blockers. After stenting for ACS, particularly STEMI, extended DAPT reduces the risk of stent thrombosis, re-infarction, and cardiovascular mortality,[825] and more potent DAPTs are associated with the greatest post-ACS clinical benefits of any type.[830] It is important to inform patients and their physicians about the need to avoid premature discontinuation of DAPT.

In summary, it is recommended that DAPT be administered for at least 1 month after BMS implantation in SCAD,[86] for 6 months after new-generation DES implantation in SCAD,[86] and for up to 1 year in patients after ACS, irrespective of revascularization strategy.[180]

### 18.4.7 Drug interactions: a clopidogrel-related topic

Those statins which are substrates of the CYP3A4 isoform (i.e, simvastatin, atorvastatin and lovastatin) may interact with clopidogrel metabolism, a drug interaction that has little, if any, clinical relevance.

European and USA regulatory agencies have issued warnings about diminished clopidogrel action when combined with proton pump inhibitors (especially omeprazole and esomeprazole). Treatment with proton pump inhibitors should be carefully considered in patients with previous gastrointestinal complications or risk factors for GI bleedings (e.g. the elderly, concomitant use of warfarin, glucocorticoids, non-steroidal anti-inflammatory drugs, or *Helicobacter pylori* infection) who require DAPT. Several studies have shown a proton pump inhibitor-related impact on the pharmacodynamics of antithrombotic drugs, whereas few studies support significant effects on clinical outcomes. There is insufficient data to discourage the use of proton pump inhibitors in patients treated with ASA, prasugrel, ticagrelor, dabigatran, or one of the oral factor Xa inhibitors (rivaroxaban and apixaban). By far the most extensively investigated proton pump inhibitor interaction is with clopidogrel. Notwithstanding, potential interactions between the antiplatelet effect of clopidogrel and proton pump inhibitors are controversial, without firm conclusions on clinical implications. Clopidogrel is most often prescribed with ASA, and patients on DAPT have an increased risk of gastrointestinal bleeding; however, proton pump inhibitors should not be used automatically in these patients but should be prescribed to patients with previous gastrointestinal complications or who are at an increased risk of bleeding. Pharmacodynamic studies—but not clinical outcome studies—support the use of newer proton pump inhibitors such as pantoprazole instead of omeprazole.[874]

### 18.4.8 Renal dysfunction

Renal dysfunction is present in 30–40% of patients with CAD and the extent of CKD is strongly related to the risk of in-hospital adverse outcomes. Impaired clinical outcomes of patients with CKD are possibly explained by more frequent pre-existing cardiovascular disease, more extended atherothrombosis, a more serious presentation of ACS, lower revascularization rates, and under-utilization of evidence-based therapies, with potential overdosing of medication in patients whose metabolism and excretion depend on renal function. Creatinine clearance should be calculated with the Cockcroft–Gault formula, to comply with drug labelling and avoid overdosing with antithrombotics—a frequent situation in patients with CKD—leading to increased bleeding risk.[875,876] In patients referred for acute PCI, the first dose of an antithrombotic drug does not usually add to the risk of bleeding in the case of CKD. Repeated infusion or intake might lead to drug accumulation and increased bleeding risk. Accordingly, in the absence of contraindications, patients with CKD should receive the same first-line treatment as any other patient. Thereafter, dose adaptation with respect to kidney function is essential and specific antithrombotic agents may be preferred (*Table 15*). It is important, in minimizing the risk of CIN, to ensure proper hydration during and after primary PCI and to limit the dose of contrast agents (see section 11.4).

Renal dysfunction was one of several risk criteria that had to be considered in the PLATO study and only patients with end-stage renal failure requiring dialysis were excluded. Patients with CKD

Downloaded from http://eurheartj.oxfordjournals.org/ by guest on September 18, 2014

**Table 15   Antithrombotic drugs dose adjustment in patients with CKD**

| | Recommendations |
|---|---|
| ASA | No dose adjustment. |
| Clopidogrel | No dose adjustment. |
| Prasugrel | No dose adjustment. No experience with end-stage renal disease/dialysis. |
| Ticagrelor | No dose adjustment. No experience with end-stage renal disease/dialysis. |
| Enoxaparin | No adjustment needed for i.v. use in particular for PCI. Dose adjustment for subcutaneous injection in patients with creatinine clearance <30 mL/min: half dose. |
| Unfractionated heparin | No adjustment of bolus dose. |
| Fondaparinux | Contra-indicated in patients with severe renal impairment (GFR <20 mL/min). |
| Bivalirudin | • In patients with moderate renal insufficiency (GFR 30–59 mL/min) a lower initial infusion rate of 1.4 mg/kg/h should be given.<br>• In patients with severe renal insufficiency (GFR <30 mL/min) bivalirudin should not be used.<br>• No reduction in the bolus dose is needed. |
| Abciximab | No specific recommendation. Careful consideration of bleeding risk. |
| Eptifibatide | • In patients with moderate renal insufficiency (GFR ≥30 to <50 mL/min), an i.v. bolus of 180 μg/kg should be administered, followed by a continuous infusion dose of 1.0 μg/kg/min for the duration of therapy.<br>• In patients with severe renal insufficiency (GFR <30 mL/min) eptifibatide is contra-indicated. |
| Tirofiban | In patients with severe renal insufficiency (GFR <30 mL/min) the infusion dose should be reduced to 50% (0.05 mcg/kg/min). |

ASA = acetylsalicylic acid; CKD = chronic kidney disease; GFR = glomerular filtration rate; i.v. = intravenous; o.d. = omni diem (every day); s.c. = subcutaneous; PCI = percutaneous coronary intervention.

Downloaded from http://eurheartj.oxfordjournals.org/ by guest on September 18, 2014

(21%) did particularly benefit from ticagrelor, with a 23% RRR for the primary ischaemic endpoint (compared with a non-significant 10% lower figure in patients without CKD), and an even more pronounced 4.0% absolute and 28% RRR in all-cause mortality.[877]

### 18.4.9  Surgery in patients on dual antiplatelet therapy

Management of patients on DAPT who are referred for surgical procedures depends on the level of emergency and the thrombotic and bleeding risk of the individual patient (*Figure 4*).[878] Most surgical procedures can be performed on DAPT or at least on ASA alone with acceptable rates of bleeding. A multidisciplinary approach is required (cardiologist, anaesthesiologist, haematologist, and surgeon) to determine the patient's risk (bleeding and thrombosis) and to choose the best strategy. Indeed, surgery-related bleeding increases 30-day and long-term mortality.[573]

Observational data from a large cohort study (124 844 BMS or DES implantations) indicate that the strongest risk factors for MACE following non-cardiac surgery are the need for non-elective surgery, a history of myocardial infarction within 6 months of surgery and advanced cardiac disease. While timing of surgery was associated with MACE during the first 6 months after PCI, this was no longer apparent beyond 6 months.[663] Notably, stent type (BMS vs. DES) was not associated with MACE after surgery. In order to reduce the risk of bleeding and thrombosis, it is recommended that elective non-cardiac surgery be delayed until completion of the full course of recommended DAPT (ideally 6 months in SCAD and 1 year in ACS patients) and that surgery be performed without

discontinuation of aspirin, if possible. Shorter duration of DAPT may be justifiable if surgery cannot be delayed.

In preparation for surgical procedures with high-to-very-high bleeding risk, it is recommended that clopidogrel be discontinued 5 days before surgery to reduce bleeding and the need for transfusion, while maintaining ASA throughout the perioperative period.[879] Prasugrel should be stopped 7 days before surgery, based on its prolonged and more effective platelet inhibition than clopidogrel. Interestingly, despite higher levels of observed TIMI major bleeding (OR 4.73; 95% CI 1.9–11.8), platelet transfusion, and surgical re-exploration for bleeding, prasugrel was associated with a lower rate of death after CABG than with clopidogrel in the small subgroup of patients in the TRITON-TIMI 38 trial (2.3% vs. 8.7%, respectively; adjusted OR 0.26; *P* = 0.025).[880] Most cases of CABG were planned and undertaken after discharge from the qualifying event, and the study drug was usually resumed after CABG. In the PLATO trial, in the subgroup of patients undergoing CABG within 7 days after the last study drug intake (3–5 days), ticagrelor, compared with clopidogrel, was also associated with lower all-cause mortality (4.6% vs. 9.2%, respectively; *P* = 0.002) without excess risk of CABG-related bleeding.[881] More than half of the cases of CABG were undertaken during the qualifying event. This was accounted for by fewer deaths associated with bleeding and infection as well as fewer ischaemic events. A total of 37% did not restart study medication within 7 days of discharge.

Accordingly, withdrawal of P2Y$_{12}$ inhibitors is not recommended in high-risk cohorts, such as those with continuing ischaemia and high-risk anatomy (e.g. LM or severe proximal multivessel disease). These

Downloaded from http://eurheartj.oxfordjournals.org/ by guest on September 18, 2014



**Figure 4** Pre-operative management of patients considered for/undergoing surgery under DAPT. ASA = acetylsalicylic acid; DAPT = dual anti-platelet therapy.

patients should undergo CABG while maintaining $P2Y_{12}$ inhibition, while paying particular attention to reducing bleeding. It may be reasonable—though only in patients whose risk of bleeding is very high—to withhold $P2Y_{12}$ inhibitors before surgery, even among those with active ischaemia, and to consider bridging strategies (see below). Dual antiplatelet therapy should be resumed as soon as possible, including a loading dose for clopidogrel, ticagrelor, or prasugrel (if possible within 24 hours of surgery), although the optimal timing for resumption of medication following CABG surgery remains uncertain.

Treatment monitoring, using bedside tests, has been suggested as an option for guiding interruption of treatment, rather than use of an arbitrary, specified period. Platelet inhibitory response to clopidogrel determines CABG-related bleeding,[882] and a strategy based on pre-operative platelet function testing, to determine the timing of CABG in clopidogrel-treated patients, led to ~50% shorter waiting time than recommended in the current Guidelines.[883] For these reasons, the 2012 update of the Society of Thoracic Surgeons guidelines suggested that a delay of even a day or two is reasonable, to decrease bleeding and thrombotic risk in ACS patients.[879]

In very high-risk situations, such as in the first weeks after stent implantation, it has been suggested that, 5 days before surgery, a patient

may be switched from clopidogrel to a reversible antiplatelet agent with a short half-life (e.g. the i.v. GP IIb/IIIa inhibitors tirofiban or eptifibatide, stopping the infusion 4 hours before surgery,[884] but there is no clinical evidence, based solely on pharmacokinetic or pharmacodynamic studies, to support this approach. In the Bridging Anticoagulation in Patients who Require Temporary Interruption of Warfarin Therapy for an Elective Invasive Procedure or Surgery (BRIDGE) study, the use of cangrelor, an intravenous, reversible $P2Y_{12}$ platelet inhibitor for bridging thienopyridine-treated patients to CABG surgery, was evaluated against placebo.[854] Oral $P2Y_{12}$ inhibitors were stopped 48 hours before CABG. Cangrelor resulted in a higher rate of maintenance of platelet inhibition (primary endpoint, $P2Y_{12}$ reaction units <240; 98.8% (83/84) vs. 19.0% (16/84), respectively; RR 5.2; 95% CI 3.3–8.1; $P < 0.001$). Bridging with a prolonged infusion of cangrelor did not increase major bleeding before surgery.

The substitution of DAPT with LMWH or UFH is ineffective.[885] In surgical procedures with low-to-moderate bleeding risk, surgeons should be encouraged to operate while maintaining DAPT.

Resuming clopidogrel after CABG appears to be safe and effective according to a recent meta-analysis of five randomized trials and six observational studies that included 25 728 patients who, when

clopidogrel was added to ASA, as opposed to ASA alone, showed a better early vein graft patency (RR 0.59; 95% CI 0.43–0.82; $P$ = 0.02) and lower in-hospital or 30-day mortality (0.8% vs. 1.9%; $P < 0.0001$).[886] The mortality benefit after CABG in PLATO and in TRITON-TIMI 38 suggests that ticagrelor and prasugrel may be restarted after CABG; however, the evidence is limited, with only one-third of patients restarting ticagrelor in PLATO and no randomized evaluation.[881]

### 18.4.10 Antiplatelet therapy monitoring and genetic testing

Platelet function testing has provided a measure of certainty to the understanding of cardiovascular diseases: agents that provide powerful and consistent inhibition of $P2Y_{12}$-mediated reactivity reduce post-procedural myocardial infarction and stent thrombosis, confirming the mechanistic hypothesis that $P2Y_{12}$-receptor signalling is a major component of pathophysiological thrombus formation in patients with ACS treated with PCI.[774] In the Assessment of Dual AntiPlatelet Therapy with Drug-Eluting Stents (ADAPT-DES) trial—the largest observational platelet function study conducted to date—close to 50% of 30-day post-PCI stent thrombosis was attributable to high platelet reactivity, defined as a $P2Y_{12}$ reaction unit value of >208 when using the VerifyNow® bedside test.[887] However, even if on-treatment platelet reactivity appears as a reliable and independent measure of the risk of future events,[888,889] the concept of selective, intensive antiplatelet therapy based on a measured drug effect has never been successfully proven.[890] Randomized trials examining the platelet function test hypothesis, namely GRAVITAS and Testing Platelet Reactivity In Patients Undergoing Elective Stent Placement on Clopidogrel to Guide Alternative Therapy With Prasugrel (TRIGGER-PCI), have been limited by low event rates, insufficient pharmacodynamic intervention, potential selection bias for low-risk patients, and an intervention in patients deemed to be non-responders after stent placement.[778,891] The recent Assessment by a double Randomization of a Conventional antiplatelet strategy vs. a monitoring-guided strategy for drug-eluting stent implantation and, of Treatment Interruption vs. Continuation one year after stenting (ARCTIC) trial, which randomized the use of a bedside platelet function test, with repeated measures of ASA and clopidogrel response before and after platelet function test, with numerous pharmacodynamic interventions in poor responders (including the use of GP IIb/IIIa inhibitors, reloading, and switching to more potent $P2Y_{12}$ inhibitors) was neutral.[892] This study was appropriately powered, with a significantly more aggressive pharmacological intervention in non-responders leading to a two-fold reduction in the rate of non-responders. In summary, measuring treatment response by platelet function assays should be limited to clinical research but should not be routinely used in clinical practice.

Genetic variability in metabolism and absorption of clopidogrel is a key factor, responsible for the inefficient generation of the active drug metabolite. The two-step hepatic cytochrome P450 (CYP)-dependant oxidative metabolism of the prodrug appears to be of particular importance. Pharmacogenomic analyses have identified loss-of-function variant alleles of CYP 2C19—and specifically the 2C19*2 allele—as the predominant genetic mediators of the antiplatelet effect of

clopidogrel. Carriers have been shown to have lower active metabolite levels of clopidogrel, higher platelet reactivity and associated poorer outcomes.[893–896] Rapid and accurate point-of-care genetic tests are available to identify these alleles. There are pending questions about the role of such testing, such as patient selection and whether personalized treatment based on genotype has a positive impact on clinical outcome and economy.[897] At present, genetic testing cannot be recommended in routine clinical practice, due to insufficient prospective data.

In conclusion, platelet function testing or genetic testing may be considered in specific high-risk situations (e.g. history of stent thrombosis; compliance issue; suspicion of resistance; high bleeding risk).

### 18.4.11 Patients with hypersensitivity to acetylsalicylic acid

In patients with ASA hypersensitivity, and in whom ASA therapy is necessary, a rapid desensitization procedure may be performed.[898] Clopidogrel 75 mg daily is an appropriate alternative in patients who are intolerant of, or allergic to, ASA as long-term treatment.[899] Alternatively, in cases of aspirin intolerance, a more potent, novel $P2Y_{12}$ inhibitor (prasugrel or ticagrelor) may be preferred over clopidogrel as single antiplatelet therapy for a limited duration (one to six months) after PCI.

### 18.4.12 Heparin-induced thrombocytopaenia

In patients with a history of heparin-induced thrombocytopaenia, neither UFH nor LMWH should be used, owing to concerns over cross-reactivity. In this case, bivalirudin is the best option for anticoagulation; other possible options are argatroban, hirudin, lepirudin, and danaparoid.

**General recommendations on antiplatelet therapy**

| Recommendations | Class[a] | Level[b] | Ref[c] |
|---|---|---|---|
| A proton pump inhibitor in combination with DAPT is recommended in patients with a history of gastrointestinal haemorrhage or peptic ulcer, and appropriate for patients with multiple other risk factors (e.g. *Helicobacter pylori* infection, age ≥65 years, and concurrent use of anticoagulants, NSAIDs, or steroids). | I | A | 900,901 |
| Clopidogrel 75 mg daily is indicated as an alternative in case of ASA intolerance in patients with SCAD. | I | B | 899 |
| Platelet function testing or genetic testing may be considered in specific high-risk situations (e.g. history of stent thrombosis; compliance issue; suspicion of resistance; high bleeding risk). | IIb | C | |
| Routine platelet function testing or genetic testing (clopidogrel and ASA) to adjust antiplatelet therapy before or after elective stenting is not recommended. | III | A | 778,892 |

Downloaded from http://eurheartj.oxfordjournals.org/ by guest on September 18, 2014

| Recommendations | Class[a] | Level[b] | Ref[c] |
|---|---|---|---|
| **Treatment interruption** | | | |
| It is recommended not to interrupt antiplatelet therapy within the recommended duration of treatment. | I | C | |
| In patients on P2Y$_{12}$ inhibitors who need to undergo non-emergency major surgery (including CABG), it should be considered to postpone surgery for at least 5 days after cessation of ticagrelor or clopidogrel, and for 7 days for prasugrel, if clinically feasible and unless the patient is at high risk of ischaemic events should be considered. | IIa | C | |
| It should be considered to resume clopidogrel after CABG surgery as soon as considered safe. | IIa | C | |
| It should be considered to resume ticagrelor or prasugrel after CABG surgery as soon as considered safe. | IIa | C | |
| Platelet function testing should be used to guide antiplatelet therapy interruption rather than arbitrary use of a specified period of delay in patients undergoing CABG surgery. | IIa | C | |

[a]Class of recommendation.
[b]Level of evidence.
[c]References.
ASA = acetylsalicylic acid; CABG = coronary artery bypass grafting; DAPT = dual antiplatelet therapy; NSAID = non-steroidal anti-inflammatory drug; SCAD = stable coronary artery disease.

# 19.  Volume–outcome relationship for revascularization procedures

Operator experience influences outcomes, in particular in critical, complex situations. The greater total experience of an entire hospital team—consisting of supporting members in the operating room or catheterization laboratory and those responsible for post-operative care—results in favourable outcomes. Therefore, the Leapfrog initiative has promoted PCI and CABG in high-volume centres.[902]

## 19.1  Coronary artery bypass grafting

A meta-analysis, evaluating the impact of hospital volume on in-hospital mortality, showed that among seven studies comprising 1 470 990 patients in 2040 hospitals, high-volume hospitals had lower mortality rates (OR 0.85; 95% confidence interval 0.83–0.91) even after adjustment for differences in case-mix.[903] The volume of cases handled by a particular hospital may be high, but the number of procedures per surgeon may vary, making the surgeon–volume relationship a better marker. Although a recent study reported no significant difference in rates of in-hospital complications and 5-year mortality between surgical trainees and consultant surgeons after multivariable adjustment for differences in baseline characteristics (HR 1.02; 95% CI 0.87–1.20),[904] the data

substantiating a relationship is quite strong. Birkmeyer and co-authors found that surgeons' case volume, as a continuous variable, was inversely related to operative mortality (adjusted OR 1.36; 95% CI 1.28–1.45).[905] Moreover, when hospital case volume was taken into account, the impact of the surgeon's case volume changed only marginally and remained a strong predictor (adjusted OR 1.33; 95% CI 1.25–1.42). Hospital volume itself had an OR of 1.13 (95% CI 1.03–1.24) if corrected for surgeon volume. It has been suggested, especially for the technically more challenging procedure of off-pump CABG, that surgical experience is of importance.[906]

Although the evidence accumulated over the years indicates that both surgeon- and hospital case volumes matter,[907] several studies suggest that quality measures are more important than volume per se and high volume does not necessarily result in better quality.[908,909] Statistics on the rate of use of an IMA and on perioperative use of medication, and allowing data collection and monitoring by national registries, are several examples of these quality measures, all of which have been shown to be vital for improvement of outcomes. An observational cohort study of 81 289 CABG procedures performed by 1451 surgeons at 164 hospitals in North Carolina, USA, reported that missing quality indicators strongly predicted hospital mortality, irrespective of surgeon- or hospital case volume.[910]

Taking into consideration these data, the current American College of Cardiology Foundation/American Heart Association (ACCF/AHA) guidelines on CABG surgery provide a IIb recommendation that cardiac surgery programmes with less than 125 CABG procedures annually be affiliated with high-volume tertiary centres [level of evidence (LoE) C].[285]

## 19.2  Percutaneous coronary intervention

Numerous studies have investigated the relationship between volume of procedures and outcomes of PCI, suggesting a volume–outcome relationship at operator level, as well as institutional level.[903,911–915] In a meta-analysis of 10 studies including over 1.3 million patients undergoing PCI at 1746 institutions between 1984 and 2005, treatment at high-volume centres was associated with a 13% RRR for in-hospital mortality (OR 0.87; 95% CI 0.83–0.91) compared with treatment at low-volume centres.[903] Using a meta-regression analysis of mean study year, the effect size did not attenuate appreciably over time. These findings are consistent with a population-based study from the PCI reporting system of New York, indicating that hospital case volumes of <400 PCIs per year and operator case volumes of <75 PCIs per year were associated with impaired outcomes.[911] Some have suggested that procedural outcomes were levelled by technological improvements in PCI material, with progressive narrowing of outcome disparities and complication rates between high-volume and low-volume centres in the case of elective procedures.[916] However, findings from studies carried out in the coronary stent era indicate that both operator- and hospital-volume experience continue to correlate with outcomes, with a relationship suggesting that the best outcomes are obtained with high-volume operators practising in high-volume institutions.[912,917]

Among patients with ACS, particularly STEMI, operator and hospital volume play an important role. A large study in the USA reported that, in a cohort of 36 535 patients undergoing primary PCI, shorter

Downloaded from http://eurheartj.oxfordjournals.org/ by guest on September 18, 2014

**Recommendations for training, proficiency, and operator/institutional competence in CABG and PCI**

| Recommendations | Class[a] | Level[b] | Ref[c] |
|---|---|---|---|
| It should be considered that trainees in cardiac surgery perform at least 200 CABG procedures under supervision before being independent. | IIa | C | |
| CABG should be performed with an annual institutional volume of at least 200 CABG cases. | IIa | C | |
| Routine use of the internal mammary artery at a rate >90% is recommended. | I | B | 162,924 |
| Routine reporting of CABG outcome data to national registries and/or the EACTS database is recommended. | I | C | |
| Physicians training in interventional cardiology should complete formal training according to a 1–2 year curriculum at institutions with at least 800 PCIs per year and an established 24-hour/7-day service for the treatment of patients with ACS. | IIa | C | |
| Physicians training in interventional cardiology should have performed at least 200 PCI procedures as first or only operator with one-third of PCI procedures in emergency or ACS patients under supervision before becoming independent. | IIa | C | |
| National Societies of the ESC should develop recommendations on annual operator and institutional PCI volume. This Task Force recommends, the operator and hospital volumes listed below: | IIa | C | |
| • PCI for ACS should be performed by trained operators with an annual volume of at least 75 procedures at institutions performing at least 400 PCI per year with an established 24-hour/7-day service for the treatment of patients with ACS.<br>• PCI for SCAD should be performed by trained operators with an annual volume of at least 75 procedures at institutions performing at least 200 PCI per year.<br>• Institutions with an annual volume of fewer than 400 PCI should consider collaboration in networks with high-volume institutions (more than 400 PCI per year), with shared written protocols and exchange of operators and support staff. | IIa | C | |
| Non-emergency high-risk PCI procedures, such as distal LM disease, complex bifurcation stenosis, single remaining patent coronary artery, and complex chronic total occlusions, should be performed by adequately experienced operators at centres that have access to circulatory support and intensive care treatment, and preferentially have cardiovascular surgery on-site. | IIa | C | |

[a]Class of recommendation.
[b]Level of evidence.
[c]References.

ACS = acute coronary syndromes; CABG = coronary artery bypass grafting; EACTS = European Association for Cardio-Thoracic Surgery; EAPCI = European Association for Percutaneous Cardiovascular Interventions; ESC = European Society of Cardiology; LM = left main; PCI = percutaneous coronary intervention; SCAD = stable coronary artery disease.

Downloaded from http://eurheartj.oxfordjournals.org/ by guest on September 18, 2014

door-to-balloon times and lower in-hospital mortality resulted in institutions with higher primary PCI volumes.[918] Similar results were observed in three more recent European observational studies.[914,919,920] In another analysis of 29 513 patients with acute myocardial infarction who underwent primary PCI, treatment in high-volume centres was associated with a significantly lower door-to-balloon time than at medium- and low-volume centres (88 vs. 90 vs. 98 minutes, respectively; $P$-value for trend <0.001), although in-hospital mortality did not differ significantly (OR 1.22; 95% CI 0.78–1.91 for low-volume centres, and OR 1.14; 95% CI 0.78–1.66 for high-volume centres).[921] Nallamothu and colleagues showed a direct relationship between degree of an institution's specialization (operator and hospital experience, 24-hour/7-day availability, early activation of catheterization laboratory, written processes for emergency care) and outcomes in terms of in-hospital mortality among patients with acute myocardial infarction undergoing primary PCI.[913]

Current ACCF/AHA guidelines recommend that elective PCI should be performed by operators with annual case volumes of at least 75 procedures, at high-volume centres handling at least 400 procedures per year (Class I C) or, alternatively, by operators with annual volume of at least 75 procedures at centres handling at least 200 procedures per year (Class IIa C). In the case of primary PCI, it is recommended that, annually, operators should perform at least 75 elective procedures and ideally 11 primary PCI procedures in institutions that perform more than 400 elective PCIs per year and more

than 36 primary procedures for STEMI.[922] The ESC Guidelines on STEMI recommend that primary PCI should be performed only in centres providing 24-hour/7-day coverage.[201] Owing to the continuing expansion of knowledge pertinent to PCI, increasing demands on technical skills needed to independently and expertly perform PCI, and the importance of Heart Teams in the management of patients with CAD, the ESC/EACTS Task Force on myocardial revascularization has issued recommendations on operator training and competence.

**Training in interventional cardiology**

A European training programme in interventional cardiology has been proposed by the European Association for Percutaneous Cardiovascular Interventions (EAPCI) in order to ensure high quality of patient care and clinical excellence.[923] The programme should last 1–2 years at high-volume institutions that handle at least 800 PCIs per year and that have established 24-hour/7-day service for the treatment of patients with ACS.

During the programme, trainees should perform at least 200 PCI procedures as first- or only operator, acting under supervision for one-third (>66) of these procedures in emergency or ACS patients before becoming independent. Additionally, trainees are required to attend at least 30 days (240 hours) of formal learning, including attendance at accredited national and international courses in interventional cardiology.[923]

**Long-term medical therapy after myocardial revascularization to improve prognosis and recommendations for lifestyle changes and participation in cardiac rehabilitation programmes**

| Recommendations | Class[a] | Level[b] | Ref.[c] |
|---|---|---|---|
| **Coronary artery disease** | | | |
| Statin therapy with an LDL-C goal <70 mg/dL (<1.8 mmol/L) is indicated to start and continue in all patients with CAD after revascularization, unless contraindicated. | I | A | 926–928 |
| Low-dose ASA (75–100 mg/day) is recommended in all patients with CAD.[d] | I | A | 774,794 |
| In patients who cannot tolerate ASA, clopidogrel is recommended as an alternative. | I | B | 899 |
| ACE inhibitors are recommended in all patients with CAD if there is presence of other conditions (e.g. heart failure, hypertension or diabetes). ARBs are an alternative, if ACE inhibitors are not tolerated. | I | A | 929–935 |
| All patients should be advised on lifestyle changes (including smoking cessation, regular physical activity, and a healthy diet). | I | A | 936,937 |
| Participation in a cardiac rehabilitation programme to modify lifestyle habits and increase adherence to treatment should be considered for all patients requiring hospitalization or invasive intervention after an acute ischaemic event or after coronary bypass surgery. | IIa | A | 925, 938–943 |
| **Coronary artery disease and hypertension** | | | |
| A systolic blood pressure goal <140 mmHg should be considered in patients with CAD. | IIa | A | 944–946 |
| A DBP goal of <90 mmHg is recommended in all patients. In patients with diabetes a DBP goal <85 mmHg is recommended. | I | A | 947,948 |
| **Coronary artery disease and type 2 diabetes** | | | |
| A target for HbA$_{1c}$ of <7.0% is recommended, which is particularly well established for the prevention of microvascular disease. | I | A | 949,950 |
| **Coronary artery disease and chronic heart failure** | | | |
| It is recommended to start and continue ACE-inhibitors in all patients with heart failure or myocardial infarction with LVEF <40%, unless contraindicated. | I | A | 929,930 |
| ARBs are indicated in patients who are intolerant of ACE inhibitors and have heart failure or myocardial infarction with LVEF <40%. | I | A | 931,932 |
| Beta-blocker therapy is indicated in all patients with heart failure or LV dysfunction, unless contraindicated. | I | A | 951–954 |
| Aldosterone receptor antagonist therapy is indicated in patients with persisting symptoms (NYHA class II–IV) and an EF <35%, despite treatment with an ACE inhibitor (or an ARB) and a beta-blocker. | I | A | 955–957 |
| Ivabradine should be considered to reduce the risk of hospitalization for heart failure in patients in sinus rhythm with an EF <35%, a heart rate >70 b.p.m., and persisting symptoms (NYHA class II–IV) despite treatment with an evidence- based dose of a beta-blocker (or maximum tolerated), ACE inhibitor (or ARB), and a mineralocorticoid receptor antagonist (or ARB). | IIa | B | 958,959 |

[a]Class of recommendation.
[b]Level of evidence.
[c]References.
[d]For antithrombotic therapy in addition to ASA after PCI see section 18.
ACE = angiotensin-converting enzyme; ARB = angiotensin receptor blocker; ASA = acetylsalicylic acid; b.p.m. = beats per minute; CAD = coronary artery disease; DBP = diastolic blood pressure; EF = ejection fraction; HbA$_{1c}$ = glycated haemoglobin A1c; LDL-C = low-density lipoprotein cholesterol; LVEF = left ventricular ejection fraction; NYHA = New York Heart Association; PCI = percutaneous coronary intervention.

Downloaded from http://eurheartj.oxfordjournals.org/ by guest on September 18, 2014

# 20.  Medical therapy, secondary prevention, and strategies for follow-up

Myocardial revascularization must be accompanied by medical therapy and other secondary prevention strategies for risk factor modification and permanent lifestyle changes.[925] Secondary prevention and cardiac rehabilitation are an integral part of the management strategy after revascularization, because such measures reduce future morbidity and mortality in a cost-effective way and can further ameliorate symptoms.

Although the need to detect restenosis has diminished in the DES era, the recurrence of symptoms due to disease progression or restenosis deserves attention. Likewise, the durability of CABG results has increased with the use of arterial grafts, and ischaemia stems mainly from SVG attrition and/or progression of CAD in native vessels.

# 21.  Addenda

ESC National Cardiac Societies actively involved in the review process of the 2014 ESC/EACTS Guidelines on myocardial revascularization:

**Austria**, Austrian Society of Cardiology, Franz Weidinger; **Azerbaijan**, Azerbaijan Society of Cardiology, Firdovsi Ibrahimov; **Belgium**, Belgian Society of Cardiology, Victor Legrand; **Bosnia and Herzegovina**, Association of Cardiologists of Bosnia &

**Strategies for follow-up and management in patients after myocardial revascularization**

| Recommendations | Class[a] | Level[b] | Ref[c] |
|---|---|---|---|
| **Asymptomatic patients** | | | |
| Early imaging testing should be considered in specific patient subsets.[d] | IIa | C | |
| Routine stress testing may be considered >2 years after PCI and >5 years after CABG. | IIb | C | |
| After high-risk PCI (e.g. unprotected LM stenosis) late (3–12 months) control angiography may be considered, irrespective of symptoms. | IIb | C | |
| **Symptomatic patients** | | | |
| It is recommended to reinforce medical therapy and lifestyle changes in patients with low-risk findings[e] at stress testing. | I | C | |
| With intermediate- to high-risk findings[e] at stress testing, coronary angiography is recommended. | I | C | |

[a]Class of recommendation.
[b]Level of evidence.
[c]References.
[d]Specific patient subsets indicated for early stress testing with imaging:
– patients with safety-critical professions (e.g. pilots, drivers, divers) and competitive athletes;
– patients engaging in recreational activities for which high oxygen consumption is required;
– patients resuscitated from sudden death;
– patients with incomplete or suboptimal revascularization, even if asymptomatic;
– patients with a complicated course during revascularization (perioperative myocardial infarction, extensive dissection during PCI, endarterectomy during CABG, etc.);
– patients with diabetes (especially those requiring insulin);
– patients with multivessel disease and residual intermediate lesions, or with silent ischaemia.
[e]Intermediate- and high-risk findings at stress imaging are ischaemia at low workload, early onset ischaemia, multiple zones of high-grade wall motion abnormality, or reversible perfusion defect.
CABG = coronary artery bypass grafting; LM = left main; PCI = percutaneous coronary intervention.

Herzegovina, Ibrahim Terzić; **Bulgaria,** Bulgarian Society of Cardiology, Arman Postadzhiyan; **Croatia,** Croatian Cardiac Society, Bosko Skoric; **Cyprus,** Cyprus Society of Cardiology, Georgios M. Georgiou; **Czech Republic,** Czech Society of Cardiology, Michael Zelizko; **Denmark,** Danish Society of Cardiology, Anders Junker; **Estonia,** Estonian Society of Cardiology, Jaan Eha; **Finland,** Finnish Cardiac Society, Hannu Romppanen; **France,** French Society of Cardiology, Jean-Louis Bonnet; **Georgia,** Georgian Society of Cardiology, Alexander Aladashvili; **Germany,** German Cardiac Society, Rainer Hambrecht; **Hungary,** Hungarian Society of Cardiology, Dávid Becker; **Iceland,** Icelandic Society of Cardiology, Thorarinn Gudnason; **Israel,** Israel Heart Society, Amit Segev; **Italy,** Italian Federation of Cardiology, Raffaele Bugiardini; **Kazakhstan,** Association of Cardiologists of Kazakhstan, Orazbek Sakhov; **Kyrgyzstan,** Kyrgyz Society of Cardiology, Aibek Mirrakhimov; **Luxembourg,** Luxembourg Society of Cardiology, Bruno Pereira; **Malta,** Maltese Cardiac Society, Herbert Felice; **Norway,** Norwegian Society of Cardiology, Thor Trovik; **Poland,** Polish Cardiac Society, Dariusz Dudek; **Portugal,** Portuguese Society of Cardiology, Hélder Pereira; **Serbia,** Cardiology Society of Serbia, Milan A. Nedeljkovic; **Slovakia,** Slovak Society of Cardiology, Martin Hudec; **Spain,** Spanish Society of Cardiology, Angel Cequier; **Sweden,** Swedish Society of Cardiology, David Erlinge; **Switzerland,** Swiss Society of Cardiology, Marco Roffi; **The Former Yugoslav Republic of Macedonia,** Macedonian FYR Society of Cardiology, Sasko Kedev; **Tunisia,** Tunisian Society of Cardiology and Cardio-Vascular Surgery, Faouzi Addad; **Turkey,** Turkish Society of Cardiology, Aylin Yildirir; **United Kingdom,** British Cardiovascular Society, John Davies.

Downloaded from http://eurheartj.oxfordjournals.org/ by guest on September 18, 2014




The CME text '2014 ESC/EACTS Guidelines on myocardial revascularization' is accredited by the European Board for Accreditation in Cardiology (EBAC). EBAC works according to the quality standards of the European Accreditation Council for Continuing Medical Education (EACCME), which is an institution of the European Union of Medical Specialists (UEMS). In compliance with EBAC/EACCME Guidelines, all authors participating in this programme have disclosed any potential conflicts of interest that might cause a bias in the article. The Organizing Committee is responsible for ensuring that all potential conflicts of interest relevant to the programme are declared to the participants prior to the CME activities.
  CME questions for this article are available at: European Heart Journal http://www.oxforde-learning.com/eurheartj and European Society of Cardiology http://www.escardio.org/guidelines.

## References

1. Head SJ, Kieser TM, Falk V, Huysmans HA, Kappetein AP. Coronary artery bypass grafting: Part 1:the evolution over the first 50 years. *Eur Heart J* 2013;**34**(37): 2862–2872.
2. Gruntzig A. Transluminal dilatation of coronary-artery stenosis. *Lancet* 1978; **1**(8058):263.
3. Stefanini GG, Holmes DR Jr. Drug-eluting coronary-artery stents. *N Engl J Med* 2013;**368**(3):254–265.
4. Windecker S, Stortecky S, Stefanini GG, da Costa B, Rutjes AW, di Nisio M, Siletta MG, Maione A, Alfonso F, Clemmensen P, Collet JP, Cremer J, Falk F, Filippatos G, Hamm C, Head SJ, Kappetein AP, Kastrati A, Knuuti J, Landmesser U, Laufer G, Neumann FJ, Richter D, Schauerte P, Sousa-Uva M, Taggart D, Torracca L, Valgimigli M, Wijns W, Witkowski A, Kolh P, Juni P. *Revascularisation vs. Medical Treatment in Patients With Stable Coronary Artery Disease: A Network Meta-Analysis. BMJ.* 2014 Jun 23;348:g3859.
5. Head SJ, Kaul S, Mack MJ, Serruys PW, Taggart DP, Holmes DR Jr., Leon MB, Marco J, Bogers AJ, Kappetein AP. The rationale for Heart Team decision-making for patients with stable, complex coronary artery disease. *Eur Heart J* 2013;**34**(32): 2510–2518.
6. Head SJ, Holmes DR Jr., Mack MJ, Serruys PW, Mohr FW, Morice MC, Colombo A, Kappetein AP, Investigators S. Risk profile and 3-year outcomes from the SYNTAX percutaneous coronary intervention and coronary artery bypass grafting nested registries. *JACC Cardiovasc Interv* 2012;**5**(6):618–625.
7. Nashef SA, Roques F, Michel P, Gauducheau E, Lemeshow S, Salamon R. European system for cardiac operative risk evaluation (EuroSCORE). *Eur J Cardiothorac Surg* 1999;**16**(1):9–13.
8. Roques F, Michel P, Goldstone AR, Nashef SA. The logistic EuroSCORE. *Eur Heart J* 2003;**24**(9):881–882.
9. Siregar S, Groenwold RH, de Heer F, Bots ML, van der Graaf Y, van Herwerden LA. Performance of the original EuroSCORE. *Eur J Cardiothorac Surg* 2012;**41**(4): 746–754.

Downloaded from http://eurheartj.oxfordjournals.org/ by guest on September 18, 2014

10. Hickey GL, Grant SW, Murphy GJ, Bhabra M, Pagano D, McAllister K, Buchan I, Bridgewater B. Dynamic trends in cardiac surgery: why the logistic EuroSCORE is no longer suitable for contemporary cardiac surgery and implications for future risk models. *Eur J Cardiothorac Surg* 2013;**43**(6):1146–1152.

11. Nashef SA, Roques F, Sharples LD, Nilsson J, Smith C, Goldstone AR, Lockowandt U. EuroSCORE II. *Eur J Cardiothorac Surg* 2012;**41**(4):734–744; discussion 744–745.

12. Biancari F, Vasques F, Mikkola R, Martin M, Lahtinen J, Heikkinen J. Validation of EuroSCORE II in patients undergoing coronary artery bypass surgery. *Ann Thorac Surg* 2012;**93**(6):1930–1935.

13. Chalmers J, Pullan M, Fabri B, McShane J, Shaw M, Mediratta N, Poullis M. Validation of EuroSCORE II in a modern cohort of patients undergoing cardiac surgery. *Eur J Cardiothorac Surg* 2013;**43**(4):688–694.

14. Grant SW, Hickey GL, Dimarakis I, Trivedi U, Bryan A, Treasure T, Cooper G, Pagano D, Buchan I, Bridgewater B. How does EuroSCORE II perform in UK cardiac surgery; an analysis of 23 740 patients from the Society for Cardiothoracic Surgery in Great Britain and Ireland National Database. *Heart* 2012;**98**(21):1568–1572.

15. Shahian DM, O'Brien SM, Filardo G, Ferraris VA, Haan CK, Rich JB, Normand SL, DeLong ER, Shewan CM, Dokholyan RS, Peterson ED, Edwards FH, Anderson RP, Society of Thoracic Surgeons Quality Measurement Task F. The Society of Thoracic Surgeons 2008 cardiac surgery risk models: part 3: valve plus coronary artery bypass grafting surgery. *Ann Thorac Surg* 2009;**88**(1 Suppl):S43–62.

16. Shahian DM, O'Brien SM, Filardo G, Ferraris VA, Haan CK, Rich JB, Normand SL, DeLong ER, Shewan CM, Dokholyan RS, Peterson ED, Edwards FH, Anderson RP, Society of Thoracic Surgeons Quality Measurement Task F. The Society of Thoracic Surgeons 2008 cardiac surgery risk models: part 1: coronary artery bypass grafting surgery. *Ann Thorac Surg* 2009;**88**(1 Suppl):S2–22.

17. Mohr FW, Morice MC, Kappetein AP, Feldman TE, Stahle E, Colombo A, Mack MJ, Holmes DR Jr., Morel MA, Van Dyck N, Houle VM, Dawkins KD, Serruys PW. Coronary artery bypass graft surgery vs. percutaneous coronary intervention in patients with three-vessel disease and left main coronary disease: 5-year follow-up of the randomised, clinical SYNTAX trial. *Lancet* 2013;**381**(9867):629–638.

18. Mohr FW, Rastan AJ, Serruys PW, Kappetein AP, Holmes DR, Pomar JL, Westaby S, Leadley K, Dawkins KD, Mack MJ. Complex coronary anatomy in coronary artery bypass graft surgery: impact of complex coronary anatomy in modern bypass surgery? Lessons learned from the SYNTAX trial after two years. *J Thorac Cardiovasc Surg* 2011;**141**(1):130–140.

19. Genereux P, Palmerini T, Caixeta A, Cristea E, Mehran R, Sanchez R, Lazar D, Jankovic I, Corral MD, Dressler O, Fahy MP, Parise H, Lansky AJ, Stone GW. SYNTAX score reproducibility and variability between interventional cardiologists, core laboratory technicians, and quantitative coronary measurements. *Circ Cardiovasc Interv* 2011;**4**(6):553–561.

20. Papadopoulou SL, Girasis C, Dharampal A, Farooq V, Onuma Y, Rossi A, Morel MA, Krestin GP, Serruys PW, de Feyter PJ, Garcia Garcia HM. CT-SYNTAX score: a feasibility and reproducibility Study. *JACC Cardiovasc Imaging* 2013;**6**(3):413–415.

21. Peterson ED, Dai D, DeLong ER, Brennan JM, Singh M, Rao SV, Shaw RE, Roe MT, Ho KK, Klein LW, Krone RJ, Weintraub WS, Brindis RG, Rumsfeld JS, Spertus JA, Participants NR. Contemporary mortality risk prediction for percutaneous coronary intervention: results from 588,398 procedures in the National Cardiovascular Data Registry. *J Am Coll Cardiol* 2010;**55**(18):1923–1932.

22. Ranucci M, Castelvecchio S, Menicanti L, Frigiola A, Pelissero G. Risk of assessing mortality risk in elective cardiac operations: age, creatinine, ejection fraction, and the law of parsimony. *Circulation* 2009;**119**(24):3053–3061.

23. Wykrzykowska JJ, Garg S, Onuma Y, de Vries T, Goedhart D, Morel MA, van Es GA, Buszman P, Linke A, Ischinger T, Klauss V, Corti R, Eberli F, Wijns W, Morice MC, di Mario C, van Geuns RJ, Juni P, Windecker S, Serruys PW. Value of age, creatinine, and ejection fraction (ACEF score) in assessing risk in patients undergoing percutaneous coronary interventions in the 'All-Comers' LEADERS trial. *Circ Cardiovasc Interv* 2011;**4**(1):47–56.

24. Farooq V, Vergouwe Y, Raber L, Vranckx P, Garcia-Garcia H, Diletti R, Kappetein AP, Morel MA, de Vries T, Swart M, Valgimigli M, Dawkins KD, Windecker S, Steyerberg EW, Serruys PW. Combined anatomical and clinical factors for the long-term risk stratification of patients undergoing percutaneous coronary intervention: the Logistic Clinical SYNTAX score. *Eur Heart J* 2012;**33**(24):3098–3104.

25. Farooq V, van Klaveren D, Steyerberg EW, Meliga E, Vergouwe Y, Chieffo A, Kappetein AP, Colombo A, Holmes DR Jr., Mack M, Feldman T, Morice MC, Stahle E, Onuma Y, Morel MA, Garcia-Garcia HM, van Es GA, Dawkins KD, Mohr FW, Serruys PW. Anatomical and clinical characteristics to guide decision making between coronary artery bypass surgery and percutaneous coronary intervention for individual patients: development and validation of SYNTAX score II. *Lancet* 2013;**381**(9867):639–650.

26. Weintraub WS, Grau-Sepulveda MV, Weiss JM, O'Brien SM, Peterson ED, Kolm P, Zhang Z, Klein LW, Shaw RE, McKay C, Ritzenthaler LL, Popma JJ, Messenger JC,

Shahian DM, Grover FL, Mayer JE, Shewan CM, Garratt KN, Moussa ID, Dangas GD, Edwards FH. Comparative effectiveness of revascularization strategies. *N Engl J Med* 2012;**366**(16):1467–1476.

27. Shahian DM, O'Brien SM, Sheng S, Grover FL, Mayer JE, Jacobs JP, Weiss JM, Delong ER, Peterson ED, Weintraub WS, Grau-Sepulveda MV, Klein LW, Shaw RE, Garratt KN, Moussa ID, Shewan CM, Dangas GD, Edwards FH. Predictors of long-term survival after coronary artery bypass grafting surgery: results from the Society of Thoracic Surgeons Adult Cardiac Surgery Database (the ASCERT study). *Circulation* 2012;**125**(12):1491–1500.

28. Weintraub WS, Grau-Sepulveda MV, Weiss JM, Delong ER, Peterson ED, O'Brien SM, Kolm P, Klein LW, Shaw RE, McKay C, Ritzenthaler LL, Popma JJ, Messenger JC, Shahian DM, Grover FL, Mayer JE, Garratt KN, Moussa ID, Edwards FH, Dangas GD. Prediction of long-term mortality after percutaneous coronary intervention in older adults: results from the National Cardiovascular Data Registry. *Circulation* 2012;**125**(12):1501–1510.

29. Medina A, Suarez de Lezo J, Pan M. [A new classification of coronary bifurcation lesions]. *Rev Esp Cardiol* 2006;**59**(2):183.

30. Sianos G, Morel MA, Kappetein AP, Morice MC, Colombo A, Dawkins K, van den Brand M, Van Dyck N, Russell ME, Mohr FW, Serruys PW. The SYNTAX Score: an angiographic tool grading the complexity of coronary artery disease. *EuroIntervention* 2005;**1**(2):219–227.

31. Beauchamp T, Childress J. *Principles of Biomedical Ethics.* 4th ed. New York: Oxford University Press; 1994.

32. Tong BC, Huber JC, Ascheim DD, Puskas JD, Ferguson TB Jr., Blackstone EH, Smith PK. Weighting composite endpoints in clinical trials: essential evidence for the Heart Team. *Ann Thorac Surg* 2012;**94**(6):1908–1913.

33. Chandrasekharan DP, Taggart DP. Informed consent for interventions in stable coronary artery disease: problems, etiologies, and solutions. *Eur J Cardiothorac Surg* 2011;**39**(6):912–917.

34. Filardo G, Maggioni AP, Mura G, Valagussa F, Valagussa L, Schweiger C, Ballard DJ, Liberati A. The consequences of under-use of coronary revascularization; results of a cohort study in Northern Italy. *Eur Heart J* 2001;**23**(8):654–662.

35. Yates MT, Soppa GK, Valencia O, Jones S, Firoozi S, Jahangiri M. Impact of European Society of Cardiology and European Association for Cardiothoracic Surgery Guidelines on Myocardial Revascularization on the activity of percutaneous coronary intervention and coronary artery bypass graft surgery for stable coronary artery disease. *J Thorac Cardiovasc Surg* 2014;**147**(2):606–610.

36. OECD. Health at a glance. In: OECD Publishing; 2009.

37. Hannan EL, Cozzens K, Samadashvili Z, Walford G, Jacobs AK, Holmes DR Jr., Stamato NJ, Sharma S, Venditti FJ, Fergus I, King SB 3rd. Appropriateness of coronary revascularization for patients without acute coronary syndromes. *J Am Coll Cardiol* 2012;**59**(21):1870–1876.

38. Frutkin AD, Lindsey JB, Mehta SK, House JA, Spertus JA, Cohen DJ, Rumsfeld JS, Marso SP, Ncdr. Drug-eluting stents and the use of percutaneous coronary intervention among patients with class I indications for coronary artery bypass surgery undergoing index revascularization: analysis from the NCDR (National Cardiovascular Data Registry). *JACC Cardiovasc Interv* 2009;**2**(7):614–621.

39. Epstein AJ, Polsky D, Yang F, Yang L, Groeneveld PW. Coronary revascularization trends in the United States, 2001–2008. *JAMA* 2011;**305**(17):1769–1776.

40. Hannan EL, Racz MJ, Gold J, Cozzens K, Stamato NJ, Powell T, Hibberd M, Walford G, American College of C, American Heart A. Adherence of catheterization laboratory cardiologists to American College of Cardiology/American Heart Association guidelines for percutaneous coronary interventions and coronary artery bypass graft surgery: what happens in actual practice? *Circulation* 2010;**121**(2):267–275.

41. Denvir MA, Pell JP, Lee AJ, Rysdale J, Prescott RJ, Eteiba H, Walker A, Mankad P, Starkey IR. Variations in clinical decision-making between cardiologists and cardiac surgeons: a case for management by multidisciplinary teams? *J Cardiothorac Surg* 2006;**1**:2.

42. Long J, Luckraz H, Thekkudan J, Maher A, Norell M. Heart Team discussion in managing patients with coronary artery disease: outcome and reproducibility. *Interact Cardiovasc Thorac Surg* 2012;**14**(5):594–598.

43. Sobolev BG, Fradet G, Kuramoto L, Rogula B. The occurrence of adverse events in relation to time after registration for coronary artery bypass surgery: a population-based observational study. *J Cardiothorac Surg* 2013;**8**:74.

44. Graham MM, Knudtson ML, O'Neill BJ, Ross DB. Treating the right patient at the right time: Access to cardiac catheterization, percutaneous coronary intervention and cardiac surgery. *Can J Cardiol* 2006;**22**(8):679–683.

45. Hannan EL, Samadashvili Z, Walford G, Holmes DR, Jacobs A, Sharma S, Katz S, King SB 3rd. Predictors and outcomes of ad hoc vs. non-ad hoc percutaneous coronary interventions. *JACC Cardiovasc Interv* 2009;**2**(4):350–356.

46. Nallamothu BK, Krumholz HM. Putting ad hoc PCI on pause. *JAMA* 2010;**304**(18):2059–2060.

47. Montalescot G, Sechtem U, Achenbach S, Andreotti F, Arden C, Budaj A, Bugiardini R, Crea F, Cuisset T, Di Mario C, Ferreira JR, Gersh BJ, Gitt AK,

Downloaded from http://eurheartj.oxfordjournals.org/ by guest on September 18, 2014

Hulot JS, Marx N, Opie LH, Pfisterer M, Prescott E, Ruschitzka F, Sabate M, Senior R, Taggart DP, van der Wall EE, Vrints CJ, Zamorano JL, Baumgartner H, Bax JJ, Bueno H, Dean V, Deaton C, Erol C, Fagard R, Ferrari R, Hasdai D, Hoes AW, Kirchhof P, Knuuti J, Kolh P, Lancellotti P, Linhart A, Nihoyannopoulos P, Piepoli MF, Ponikowski P, Sirnes PA, Tamargo JL, Tendera M, Torbicki A, Wijns W, Windecker S, Valgimigli M, Claeys MJ, Donner-Banzhoff N, Frank H, Funck-Brentano C, Gaemperli O, Gonzalez-Juanatey JR, Hamilos M, Husted S, James SK, Kervinen K, Kristensen SD, Maggioni AP, Pries AR, Romeo F, Ryden L, Simoons ML, Steg PG, Timmis A, Yildirir A. 2013 ESC guidelines on the management of stable coronary artery disease: The Task Force on the management of stable coronary artery disease of the European Society of Cardiology. *Eur Heart J* 2013;**34**(38):2949–3003.

48. Knuuti J, Bengel F, Bax JJ, Kaufmann PA, Le Guludec D, Perrone Filardi P, Marcassa C, Ajmone Marsan N, Achenbach S, Kitsiou A, Flotats A, Eeckhout E, Minn H, Hesse B. Risks and benefits of cardiac imaging: an analysis of risks related to imaging for coronary artery disease. *Eur Heart J* 2014;**35**(10):633–638.

49. Hulten E, Villines TC, Cheezum MK, Berman DS, Dunning A, Achenbach S, Al-Mallah M, Budoff MJ, Cademartiri F, Callister TQ, Chang HJ, Cheng VY, Chinnaiyan K, Chow BJ, Cury RC, Delago A, Feuchtner G, Hadamitzky M, Hausleiter J, Kaufmann PA, Karlsberg RP, Kim YJ, Leipsic J, Lin FY, Maffei E, Plank F, Raff GL, Labounty TM, Shaw LJ, Min JK, Investigators C. Usefulness of coronary computed tomography angiography to predict mortality and myocardial infarction among Caucasian, African and East Asian ethnicities (from the CONFIRM [Coronary CT Angiography Evaluation For Clinical Outcomes: An International Multicenter] Registry). *Am J Cardiol* 2013;**111**(4):479–485.

50. Tonino PA, De Bruyne B, Pijls NH, Siebert U, Ikeno F, van't Veer M, Klauss V, Manoharan G, Engstrom T, Oldroyd KG, Ver Lee PN, MacCarthy PA, Fearon WF, Investigators FS. Fractional flow reserve vs. angiography for guiding percutaneous coronary intervention. *N Engl J Med* 2009;**360**(3):213–224.

51. Pijls NH, van Schaardenburgh P, Manoharan G, Boersma E, Bech JW, van't Veer M, Bar F, Hoorntje J, Koolen J, Wijns W, de Bruyne B. Percutaneous coronary intervention of functionally nonsignificant stenosis: 5-year follow-up of the DEFER Study. *J Am Coll Cardiol* 2007;**49**(21):2105–2111.

52. Botman KJ, Pijls NH, Bech JW, Aarnoudse W, Peels K, van Straten B, Penn O, Michels HR, Bonnier H, Koolen JJ. Percutaneous coronary intervention or bypass surgery in multivessel disease? A tailored approach based on coronary pressure measurement. *Catheter Cardiovasc Interv* 2004;**63**(2):184–191.

53. Toth G, De Bruyne B, Casselman F, De Vroey F, Pyxaras S, Di Serafino L, Van Praet F, Van Mieghem C, Stockman B, Wijns W, Degrieck I, Barbato E. Fractional flow reserve-guided vs. angiography-guided coronary artery bypass graft surgery. *Circulation* 2013;**128**(13):1405–1411.

54. De Bruyne B, Pijls NH, Kalesan B, Barbato E, Tonino PA, Piroth Z, Jagic N, Mobius-Winkler S, Rioufol G, Witt N, Kala P, MacCarthy P, Engstrom T, Oldroyd KG, Mavromatis K, Manoharan G, Verlee P, Frobert O, Curzen N, Johnson JB, Juni P, Fearon WF, Investigators FT. Fractional flow reserve-guided PCI vs. medical therapy in stable coronary disease. *N Engl J Med* 2012;**367**(11):991–1001.

55. Allman KC, Shaw LJ, Hachamovitch R, Udelson JE. Myocardial viability testing and impact of revascularization on prognosis in patients with coronary artery disease and left ventricular dysfunction: a meta-analysis. *J Am Coll Cardiol* 2002;**39**(7):1151–1158.

56. Beanlands RS, Nichol G, Huszti E, Humen D, Racine N, Freeman M, Gulenchyn KY, Garrard L, deKemp R, Guo A, Ruddy TD, Benard F, Lamy A, Iwanochko RM, Investigators P-. F-18-fluorodeoxyglucose positron emission tomography imaging-assisted management of patients with severe left ventricular dysfunction and suspected coronary disease: a randomized, controlled trial (PARR-2). *J Am Coll Cardiol* 2007;**50**(20):2002–2012.

57. Meijboom WB, Meijs MF, Schuijf JD, Cramer MJ, Mollet NR, van Mieghem CA, Nieman K, van Werkhoven JM, Pundziute G, Weustink AC, de Vos AM, Pugliese F, Rensing B, Jukema JW, Bax JJ, Prokop M, Doevendans PA, Hunink MG, Krestin GP, de Feyter PJ. Diagnostic accuracy of 64-slice computed tomography coronary angiography: a prospective, multicenter, multivendor study. *J Am Coll Cardiol* 2008;**52**(25):2135–2144.

58. Miller JM, Rochitte CE, Dewey M, Arbab-Zadeh A, Niinuma H, Gottlieb I, Paul N, Clouse ME, Shapiro EP, Hoe J, Lardo AC, Bush DE, de Roos A, Cox C, Brinker J, Lima JA. Diagnostic performance of coronary angiography by 64-row CT. *N Engl J Med* 2008;**359**(22):2324–2336.

59. Sarno G, Decraemer I, Vanhoenacker PK, De Bruyne B, Hamilos M, Cuisset T, Wyffels E, Bartunek J, Heyndrickx GR, Wijns W. On the inappropriateness of noninvasive multidetector computed tomography coronary angiography to trigger coronary revascularization: a comparison with invasive angiography. *JACC Cardiovasc Interv* 2009;**2**(6):550–557.

60. Schuijf JD, Wijns W, Jukema JW, Decramer I, Atsma DE, de Roos A, Stokkel MP, Dibbets-Schneider P, van der Wall EE, Bax JJ. A comparative regional analysis of coronary atherosclerosis and calcium score on multislice CT vs. myocardial perfusion on SPECT. *J Nucl Med* 2006;**47**(11):1749–55.

61. Budoff MJ, Dowe D, Jollis JG, Gitter M, Sutherland J, Halamert E, Scherer M, Bellinger R, Martin A, Benton R, Delago A, Min JK. Diagnostic performance of 64-multidetector row coronary computed tomographic angiography for evaluation of coronary artery stenosis in individuals without known coronary artery disease: results from the prospective multicenter ACCURACY (Assessment by Coronary Computed Tomographic Angiography of Individuals Undergoing Invasive Coronary Angiography) trial. *J Am Coll Cardiol* 2008;**52**(21):1724–1732.

62. Neglia D, Rovai D, Caselli C, Kaufmann P, Lombardi M, Lorenzoni V, Marinelli M, Nekolla D, Pietila M, Scholte A, Sicari R, Teresinska A, Zamorano J, Underwood R, Knuuti J, For the EVINCI Investigators. Detection of obstructive coronary artery disease by non invasive anatomical and functional imaging. Results of the multicenter European EVINCI study. *Circulation* 2013.

63. Elhendy A, Shub C, McCully RB, Mahoney DW, Burger KN, Pellikka PA. Exercise echocardiography for the prognostic stratification of patients with low pretest probability of coronary artery disease. *Am J Med* 2001;**111**(1):18–23.

64. Elhendy A, Mahoney DW, Burger KN, McCully RB, Pellikka PA. Prognostic value of exercise echocardiography in patients with classic angina pectoris. *Am J Cardiol* 2004;**94**(5):559–563.

65. Sicari R, Pasanisi E, Venneri L, Landi P, Cortigiani L, Picano E, Echo Persantine International Cooperative Study G. Stress echo results predict mortality: a large-scale multicenter prospective international study. *J Am Coll Cardiol* 2003;**41**(4):589–595.

66. Giri S, Shaw LJ, Murthy DR, Travin MI, Miller DD, Hachamovitch R, Borges-Neto S, Berman DS, Waters DD, Heller GV. Impact of diabetes on the risk stratification using stress single-photon emission computed tomography myocardial perfusion imaging in patients with symptoms suggestive of coronary artery disease. *Circulation* 2002;**105**(1):32–40.

67. Mc Ardle BA, Dowsley TF, deKemp RA, Wells GA, Beanlands RS. Does rubidium-82 PET have superior accuracy to SPECT perfusion imaging for the diagnosis of obstructive coronary disease? A systematic review and meta-analysis. *J Am Coll Cardiol* 2012;**60**(18):1828–1837.

68. Shaw LJ, Hendel R, Borges-Neto S, Lauer MS, Alazraki N, Burnette J, Krawczynska E, Cerqueira M, Maddahi J, Myoview Multicenter R. Prognostic value of normal exercise and adenosine (99m)Tc-tetrofosmin SPECT imaging: results from the multicenter registry of 4,728 patients. *J Nucl Med* 2003;**44**(2):134–139.

69. Bateman TM, Heller GV, McGhie AI, Friedman JD, Case JA, Bryngelson JR, Hertenstein GK, Moutray KL, Reid K, Cullom SJ. Diagnostic accuracy of rest/stress ECG-gated Rb-82 myocardial perfusion PET: comparison with ECG-gated Tc-99m sestamibi SPECT. *J Nucl Cardiol* 2006;**13**(1):24–33.

70. Parker MW, Iskandar A, Limone B, Perugini A, Kim H, Jones C, Calamari B, Coleman CI, Heller GV. Diagnostic accuracy of cardiac positron emission tomography vs. single photon emission computed tomography for coronary artery disease: a bivariate meta-analysis. *Circ Cardiovasc Imaging* 2012;**5**(6):700–707.

71. Nandalur KR, Dwamena BA, Choudhri AF, Nandalur MR, Carlos RC. Diagnostic performance of stress cardiac magnetic resonance imaging in the detection of coronary artery disease: a meta-analysis. *J Am Coll Cardiol* 2007;**50**(14):1343–1353.

72. Schwitter J, Wacker CM, van Rossum AC, Lombardi M, Al-Saadi N, Ahlstrom H, Dill T, Larsson HB, Flamm SD, Marquardt M, Johansson L. MR-IMPACT: comparison of perfusion-cardiac magnetic resonance with single-photon emission computed tomography for the detection of coronary artery disease in a multicentre, multivendor, randomized trial. *Eur Heart J* 2008;**29**(4):480–489.

73. Schwitter J, Wacker CM, Wilke N, Al-Saadi N, Sauer E, Huettle K, Schonberg SO, Luchner A, Strohm O, Ahlstrom H, Dill T, Hoebel N, Simor T, Investigators M-I. MR-IMPACT II: Magnetic Resonance Imaging for Myocardial Perfusion Assessment in Coronary artery disease Trial: perfusion-cardiac magnetic resonance vs. single-photon emission computed tomography for the detection of coronary artery disease: a comparative multicentre, multivendor trial. *Eur Heart J* 2013;**34**(10):775–781.

74. Jahnke C, Nagel E, Gebker R, Kokocinski T, Kelle S, Manka R, Fleck E, Paetsch I. Prognostic value of cardiac magnetic resonance stress tests: adenosine stress perfusion and dobutamine stress wall motion imaging. *Circulation* 2007;**115**(13):1769–1776.

75. Korosoglou G, Elhmidi Y, Steen H, Schellberg D, Riedle N, Ahrens J, Lehrke S, Merten C, Lossnitzer D, Radeleff J, Zugck C, Giannitsis E, Katus HA. Prognostic value of high-dose dobutamine stress magnetic resonance imaging in 1,493 consecutive patients: assessment of myocardial wall motion and perfusion. *J Am Coll Cardiol* 2010;**56**(15):1225–1234.

76. Dorbala S, Di Carli MF, Beanlands RS, Merhige ME, Williams BA, Veledar E, Chow BJ, Min JK, Pencina MJ, Berman DS, Shaw LJ. Prognostic value of stress myocardial perfusion positron emission tomography: results from a multicenter observational registry. *J Am Coll Cardiol* 2013;**61**(2):176–184.

77. Murthy VL, Naya M, Foster CR, Gaber M, Hainer J, Klein J, Dorbala S, Blankstein R, Di Carli MF. Association between coronary vascular dysfunction and cardiac

Downloaded from http://eurheartj.oxfordjournals.org/ by guest on September 18, 2014

mortality in patients with and without diabetes mellitus. *Circulation* 2012;**126**(15): 1858–1868.

78. Kajander S, Joutsiniemi E, Saraste M, Pietila M, Ukkonen H, Saraste A, Sipila HT, Teras M, Maki M, Airaksinen J, Hartiala J, Knuuti J. Cardiac positron emission tomography/computed tomography imaging accurately detects anatomically and functionally significant coronary artery disease. *Circulation* 2010;**122**(6):603–613.

79. Pazhenkottil AP, Nkoulou RN, Ghadri JR, Herzog BA, Kuest SM, Husmann L, Wolfrum M, Goetti R, Buechel RR, Gaemperli O, Luscher TF, Kaufmann PA. Impact of cardiac hybrid single-photon emission computed tomography/computed tomography imaging on choice of treatment strategy in coronary artery disease. *Eur Heart J* 2011;**32**(22):2824–2829.

80. Danad I, Raijmakers PG, Appelman YE, Harms HJ, de Haan S, van den Oever ML, Heymans MW, Tulevski II, van Kuijk C, Hoekstra OS, Lammertsma AA, Lubberink M, van Rossum AC, Knaapen P. Hybrid imaging using quantitative H215O PET and CT-based coronary angiography for the detection of coronary artery disease. *J Nucl Med* 2013;**54**(1):55–63.

81. Schaap J, de Groot JA, Nieman K, Meijboom WB, Boekholdt SM, Post MC, Van der Heyden JA, de Kroon TL, Rensing BJ, Moons KG, Verzijlbergen JF. Hybrid myocardial perfusion SPECT/CT coronary angiography and invasive coronary angiography in patients with stable angina pectoris lead to similar treatment decisions. *Heart* 2013;**99**(3):188–194.

82. Fiechter M, Ghadri JR, Wolfrum M, Kuest SM, Pazhenkottil AP, Nkoulou RN, Herzog BA, Gebhard C, Fuchs TA, Gaemperli O, Kaufmann PA. Downstream resource utilization following hybrid cardiac imaging with an integrated cadmium-zinc-telluride/64-slice CT device. *Eur J Nucl Med Mol Imaging* 2012; **39**(3):430–436.

83. van Werkhoven JM, Heijenbrok MW, Schuijf JD, Jukema JW, van der Wall EE, Schreur JH, Bax JJ. Combined non-invasive anatomical and functional assessment with MSCT and MRI for the detection of significant coronary artery disease in patients with an intermediate pre-test likelihood. *Heart* 2010;**96**(6):425–431.

84. Ryden L, Grant PJ, Anker SD, Berne C, Cosentino F, Danchin N, Deaton C, Escaned J, Hammes HP, Huikuri H, Marre M, Marx N, Mellbin L, Ostergren J, Patrono C, Seferovic P, Uva MS, Taskinen MR, Tendera M, Tuomilehto J, Valensi P, Zamorano JL, Achenbach S, Baumgartner H, Bax JJ, Bueno H, Dean V, Erol C, Fagard R, Ferrari R, Hasdai D, Hoes AW, Kirchhof P, Knuuti J, Kolh P, Lancellotti P, Linhart A, Nihoyannopoulos P, Piepoli MF, Ponikowski P, Sirnes PA, Tamargo JL, Torbicki A, Wijns W, Windecker S, De Backer G, Ezquerra EA, Avogaro A, Badimon L, Baranova E, Betteridge J, Ceriello A, Funck-Brentano C, Gulba DC, Kjekshus JK, Lev E, Mueller C, Neyses L, Nilsson PM, Perk J, Reiner Z, Sattar N, Schachinger V, Scheen A, Schirmer H, Stromberg A, Sudzhaeva S, Viigimaa M, Vlachopoulos C, Xuereb RG. ESC Guidelines on diabetes, prediabetes, and cardiovascular diseases developed in collaboration with the EASD: the Task Force on diabetes, pre-diabetes, and cardiovascular diseases of the European Society of Cardiology (ESC) and developed in collaboration with the European Association for the Study of Diabetes (EASD). *Eur Heart J* 2013;**34**(39): 3035–3087.

85. Kolh P, Wijns W, Danchin N, Di Mario C, Falk V, Folliguet T, Garg S, Huber K, James S, Knuuti J, Lopez-Sendon J, Marco J, Menicanti L, Ostojic M, Piepoli MF, Pirlet C, Pomar JL, Reifart N, Ribichini FL, Schalij MJ, Sergeant P, Serruys PW, Silber S, Sousa Uva M, Taggart D. Guidelines on myocardial revascularization. *Eur J Cardiothorac Surg* 2010;**38 Suppl**:S1–S52.

86. Wijns W, Kolh P, Danchin N, Di Mario C, Falk V, Folliguet T, Garg S, Huber K, James S, Knuuti J, Lopez-Sendon J, Marco J, Menicanti L, Ostojic M, Piepoli MF, Pirlet C, Pomar JL, Reifart N, Ribichini FL, Schalij MJ, Sergeant P, Serruys PW, Silber S, Sousa Uva M, Taggart D, Vahanian A, Auricchio A, Bax J, Ceconi C, Dean V, Filippatos G, Funck-Brentano C, Hobbs R, Kearney P, McDonagh T, Popescu BA, Reiner Z, Sechtem U, Sirnes PA, Tendera M, Vardas PE, Widimsky P, Alfieri O, Dunning J, Elia S, Kappetein P, Lockowandt U, Sarris G, Vouhe P, von Segesser L, Agewall S, Aladashvili A, Alexopoulos D, Antunes MJ, Atalar E, Brutel de la Riviere A, Doganov A, Eha J, Fajadet J, Ferreira R, Garot J, Halcox J, Hasin Y, Janssens S, Kervinen K, Laufer G, Legrand V, Nashef SA, Neumann FJ, Niemela K, Nihoyannopoulos P, Noc M, Piek JJ, Pirk J, Rozenman Y, Sabate M, Starc R, Thielmann M, Wheatley DJ, Windecker S, Zembala M. Guidelines on myocardial revascularization: The Task Force on Myocardial Revascularization of the European Society of Cardiology (ESC) and the European Association for Cardio-Thoracic Surgery (EACTS). *Eur Heart J* 2010;**31**(20):2501–2555.

87. Deb S, Wijeysundera HC, Ko DT, Tsubota H, Hill S, Fremes SE. Coronary artery bypass graft surgery vs percutaneous interventions in coronary revascularization: a systematic review. *JAMA* 2013;**310**(19):2086–2095.

88. Spertus JA, Salisbury AC, Jones PG, Conaway DG, Thompson RC. Predictors of quality-of-life benefit after percutaneous coronary intervention. *Circulation* 2004; **110**(25):3789–3794.

89. Coronary angioplasty vs. medical therapy for angina: the second Randomised Intervention Treatment of Angina (RITA-2) trial. RITA-2 trial participants. *Lancet* 1997; **350**(9076):461–468.

90. Trial of invasive vs. medical therapy in elderly patients with chronic symptomatic coronary-artery disease: a randomised trial. *Lancet* 2001;**358**(9286): 951–957.

91. Boden WE, O'Rourke RA, Teo KK, Hartigan PM, Maron DJ, Kostuk WJ, Knudtson M, Dada M, Casperson P, Harris CL, Chaitman BR, Shaw L, Gosselin G, Nawaz S, Title LM, Gau G, Blaustein AS, Booth DC, Bates ER, Spertus JA, Berman DS, Mancini GB, Weintraub WS, Group CTR. Optimal medical therapy with or without PCI for stable coronary disease. *N Engl J Med* 2007;**356**(15):1503–1516.

92. Erne P, Schoenenberger AW, Burckhardt D, Zuber M, Kiowski W, Buser PT, Dubach P, Resink TJ, Pfisterer M. Effects of percutaneous coronary interventions in silent ischemia after myocardial infarction: the SWISSI II randomized controlled trial. *JAMA* 2007;**297**(18):1985–1991.

93. Frye RL, August P, Brooks MM, Hardison RM, Kelsey SF, MacGregor JM, Orchard TJ, Chaitman BR, Genuth SM, Goldberg SH, Hlatky MA, Jones TL, Molitch ME, Nesto RW, Sako EY, Sobel BE. A randomized trial of therapies for type 2 diabetes and coronary artery disease. *N Engl J Med* 2009;**360**(24):2503–2515.

94. Hueb W, Lopes N, Gersh BJ, Soares PR, Ribeiro EE, Pereira AC, Favarato D, Rocha AS, Hueb AC, Ramires JA. Ten-year follow-up survival of the Medicine, Angioplasty, or Surgery Study (MASS II): a randomized controlled clinical trial of 3 therapeutic strategies for multivessel coronary artery disease. *Circulation* 2010; **122**(10):949–957.

95. Wijeysundera HC, Nallamothu BK, Krumholz HM, Tu JV, Ko DT. Meta-analysis: effects of percutaneous coronary intervention vs. medical therapy on angina relief. *Ann Intern Med* 2010;**152**(6):370–379.

96. Pursnani S, Korley F, Gopaul R, Kanade P, Chandra N, Shaw RE, Bangalore S. Percutaneous coronary intervention vs. optimal medical therapy in stable coronary artery disease: a systematic review and meta-analysis of randomized clinical trials. *Circ Cardiovasc Interv* 2012;**5**(4):476–490.

97. Hachamovitch R, Rozanski A, Shaw LJ, Stone GW, Thomson LE, Friedman JD, Hayes SW, Cohen I, Germano G, Berman DS. Impact of ischaemia and scar on the therapeutic benefit derived from myocardial revascularization vs. medical therapy among patients undergoing stress-rest myocardial perfusion scintigraphy. *Eur Heart J* 2011;**32**(8):1012–1024.

98. Sajadieh A, Nielsen OW, Rasmussen V, Hein HO, Hansen JF. Prevalence and prognostic significance of daily-life silent myocardial ischaemia in middle-aged and elderly subjects with no apparent heart disease. *Eur Heart J* 2005;**26**(14): 1402–1409.

99. Shaw LJ, Berman DS, Maron DJ, Mancini GB, Hayes SW, Hartigan PM, Weintraub WS, O'Rourke RA, Dada M, Spertus JA, Chaitman BR, Friedman J, Slomka P, Heller GV, Germano G, Gosselin G, Berger P, Kostuk WJ, Schwartz RG, Knudtson M, Veledar E, Bates ER, McCallister B, Teo KK, Boden WE, Investigators C. Optimal medical therapy with or without percutaneous coronary intervention to reduce ischemic burden: results from the Clinical Outcomes Utilizing Revascularization and Aggressive Drug Evaluation (COURAGE) trial nuclear substudy. *Circulation* 2008;**117**(10):1283–1291.

100. Stergiopoulos K, Boden WE, Hartigan P, Mobius-Winkler S, Hambrecht R, Hueb W, Hardison RM, Abbott JD, Brown DL. Percutaneous Coronary Intervention Outcomes in Patients With Stable Obstructive Coronary Artery Disease and Myocardial Ischemia: A Collaborative Meta-analysis of Contemporary Randomized Clinical Trials. *JAMA Intern Med* 2014;**174**(2):232–240.

101. Min JK, Dunning A, Lin FY, Achenbach S, Al-Mallah M, Budoff MJ, Cademartiri F, Callister TQ, Chang HJ, Cheng V, Chinnaiyan K, Chow BJ, Delago A, Hadamitzky M, Hausleiter J, Kaufmann P, Maffei E, Raff G, Shaw LJ, Villines T, Berman DS. Age- and sex-related differences in all-cause mortality risk based on coronary computed tomography angiography findings results from the International Multicenter CONFIRM (Coronary CT Angiography Evaluation for Clinical Outcomes: An International Multicenter Registry) of 23,854 patients without known coronary artery disease. *J Am Coll Cardiol* 2011;**58**(8):849–860.

102. Min JK, Shaw LJ, Devereux RB, Okin PM, Weinsaft JW, Russo DJ, Lippolis NJ, Berman DS, Callister TQ. Prognostic value of multidetector coronary computed tomographic angiography for prediction of all-cause mortality. *J Am Coll Cardiol* 2007;**50**(12):1161–1170.

103. Califf RM, Armstrong PW, Carver JR, D'Agostino RB, Strauss WE. 27th Bethesda Conference: matching the intensity of risk factor management with the hazard for coronary disease events. Task Force 5. Stratification of patients into high, medium and low risk subgroups for purposes of risk factor management. *J Am Coll Cardiol* 1996;**27**(5):1007–1019.

104. Prasad A, Rihal CS, Lennon RJ, Singh M, Jaffe AS, Holmes DR Jr. Significance of periprocedural myonecrosis on outcomes after percutaneous coronary intervention: an analysis of preintervention and postintervention troponin T levels in 5487 patients. *Circ Cardiovasc Interv* 2008;**1**(1):10–19.

105. Bangalore S, Pursnani S, Kumar S, Bagos PG. Percutaneous coronary intervention vs. optimal medical therapy for prevention of spontaneous myocardial infarction in subjects with stable ischemic heart disease. *Circulation* 2013;**127**(7):769–781.

Downloaded from http://eurheartj.oxfordjournals.org/ by guest on September 18, 2014

106. Hlatky MA, Boothroyd DB, Bravata DM, Boersma E, Booth J, Brooks MM, Carrie D, Clayton TC, Danchin N, Flather M, Hamm CW, Hueb WA, Kahler J, Kelsey SF, King SB, Kosinski AS, Lopes N, McDonald KM, Rodriguez A, Serruys P, Sigwart U, Stables RH, Owens DK, Pocock SJ. Coronary artery bypass surgery compared with percutaneous coronary interventions for multivessel disease: a collaborative analysis of individual patient data from ten randomised trials. *Lancet* 2009; **373**(9670):1190–1197.

107. Jeremias A, Kaul S, Rosengart TK, Gruberg L, Brown DL. The impact of revascularization on mortality in patients with nonacute coronary artery disease. *Am J Med* 2009;**122**(2):152–161.

108. Yusuf S, Zucker D, Peduzzi P, Fisher LD, Takaro T, Kennedy JW, Davis K, Killip T, Passamani E, Norris R et al. Effect of coronary artery bypass graft surgery on survival: overview of 10-year results from randomised trials by the Coronary Artery Bypass Graft Surgery Trialists Collaboration. *Lancet* 1994;**344**(8922):563–570.

109. Long-term results of prospective randomised study of coronary artery bypass surgery in stable angina pectoris. European Coronary Surgery Study Group. *Lancet* 1982;**2**(8309):1173–1180.

110. Eleven-year survival in the Veterans Administration randomized trial of coronary bypass surgery for stable angina. The Veterans Administration Coronary Artery Bypass Surgery Cooperative Study Group. *N Engl J Med* 1984;**311**(22):1333–1339.

111. Myocardial infarction and mortality in the coronary artery surgery study (CASS) randomized trial. *N Engl J Med* 1984;**310**(12):750–758.

112. Velazquez EJ, Lee KL, Deja MA, Jain A, Sopko G, Marchenko A, Ali IS, Pohost G, Gradinac S, Abraham WT, Yii M, Prabhakaran D, Szwed H, Ferrazzi P, Petrie MC, O'Connor CM, Panchavinnin P, She L, Bonow RO, Rankin GR, Jones RH, Rouleau JL. Coronary-artery bypass surgery in patients with left ventricular dysfunction. *N Engl J Med* 2011;**364**(17):1607–1616.

113. Pitt B, Waters D, Brown WV, van Boven AJ, Schwartz L, Title LM, Eisenberg D, Shurzinske L, McCormick LS. Aggressive lipid-lowering therapy compared with angioplasty in stable coronary artery disease. Atorvastatin vs. Revascularization Treatment Investigators. *N Engl J Med* 1999;**341**(2):70–76.

114. Zeymer U, Uebis R, Vogt A, Glunz HG, Vohringer HF, Harmjanz D, Neuhaus KL. Randomized comparison of percutaneous transluminal coronary angioplasty and medical therapy in stable survivors of acute myocardial infarction with single vessel disease: a study of the Arbeitsgemeinschaft Leitende Kardiologische Krankenhausarzte. *Circulation* 2003;**108**(11):1324–1328.

115. Hochman JS, Lamas GA, Buller CE, Dzavik V, Reynolds HR, Abramsky SJ, Forman S, Ruzyllo W, Maggioni AP, White H, Sadowski Z, Carvalho AC, Rankin JM, Renkin JP, Steg PG, Mascette AM, Sopko G, Pfisterer ME, Leor J, Fridrich V, Mark DB, Knatterud GL. Coronary intervention for persistent occlusion after myocardial infarction. *N Engl J Med* 2006;**355**(23):2395–2407.

116. Nishigaki K, Yamazaki T, Kitabatake A, Yamaguchi T, Kanmatsuse K, Kodama I, Takekoshi N, Tomoike H, Hori M, Matsuzaki M, Takeshita A, Shimbo T, Fujiwara H. Percutaneous coronary intervention plus medical therapy reduces the incidence of acute coronary syndrome more effectively than initial medical therapy only among patients with low-risk coronary artery disease a randomized, comparative, multicenter study. *JACC Cardiovasc Interv* 2008;**1**(5):469–479.

117. Bucher HC, Hengstler P, Schindler C, Guyatt GH. Percutaneous transluminal coronary angioplasty vs. medical treatment for non-acute coronary heart disease: meta-analysis of randomised controlled trials. *BMJ* 2000;**321**(7253):73–77.

118. Katritsis DG, Ioannidis JP. Percutaneous coronary intervention vs. conservative therapy in nonacute coronary artery disease: a meta-analysis. *Circulation* 2005; **111**(22):2906–2912.

119. Schomig A, Mehilli J, de Waha A, Seyfarth M, Pache J, Kastrati A. A meta-analysis of 17 randomized trials of a percutaneous coronary intervention-based strategy in patients with stable coronary artery disease. *J Am Coll Cardiol* 2008;**52**(11):894–904.

120. Trikalinos TA, Alsheikh-Ali AA, Tatsioni A, Nallamothu BK, Kent DM. Percutaneous coronary interventions for non-acute coronary artery disease: a quantitative 20-year synopsis and a network meta-analysis. *Lancet* 2009;**373**(9667):911–918.

121. Hannan EL, Samadashvili Z, Cozzens K, Walford G, Jacobs AK, Holmes DR Jr., Stamato NJ, Gold JP, Sharma S, Venditti FJ, Powell T, King SB 3rd. Comparative outcomes for patients who do and do not undergo percutaneous coronary intervention for stable coronary artery disease in New York. *Circulation* 2012;**125**(15):1870–1879.

122. Shaw LJ, Weintraub WS, Maron DJ, Hartigan PM, Hachamovitch R, Min JK, Dada M, Mancini GB, Hayes SW, O'Rourke RA, Spertus JA, Kostuk W, Gosselin G, Chaitman BR, Knudtson M, Friedman J, Slomka P, Germano G, Bates ER, Teo KK, Boden WE, Berman DS. Baseline stress myocardial perfusion imaging results and outcomes in patients with stable ischemic heart disease randomized to optimal medical therapy with or without percutaneous coronary intervention. *Am Heart J* 2012;**164**(2):243–250.

123. Stergiopoulos K, Brown DL. Initial coronary stent implantation with medical therapy vs.medical therapy alone for stable coronary artery disease: meta-analysis of randomized controlled trials. *Arch Intern Med* 2012;**172**(4):312–319.

124. Stettler C, Wandel S, Allemann S, Kastrati A, Morice MC, Schomig A, Pfisterer ME, Stone GW, Leon MB, de Lezo JS, Goy JJ, Park SJ, Sabate M, Suttorp MJ, Kelbaek H, Spaulding C, Menichelli M, Vermeersch P, Dirksen MT, Cervinka P, Petronio AS, Nordmann AJ, Diem P, Meier B, Zwahlen M, Reichenbach S, Trelle S, Windecker S, Juni P. Outcomes associated with drug-eluting and bare-metal stents: a collaborative network meta-analysis. *Lancet* 2007;**370**(9591):937–948.

125. Bangalore S, Kumar S, Fusaro M, Amoroso N, Attubato MJ, Feit F, Bhatt DL, Slater J. Short- and long-term outcomes with drug-eluting and bare-metal coronary stents: a mixed-treatment comparison analysis of 117 762 patient-years of follow-up from randomized trials. *Circulation* 2012;**125**(23):2873–2891.

126. Dangas GD, Serruys PW, Kereiakes DJ, Hermiller J, Rizvi A, Newman W, Sudhir K, Smith RS Jr., Cao S, Theodoropoulos K, Cutlip DE, Lansky AJ, Stone GW. Meta-analysis of everolimus-eluting vs. paclitaxel-eluting stents in coronary artery disease: final 3-year results of the SPIRIT clinical trials program (Clinical Evaluation of the Xience V Everolimus Eluting Coronary Stent System in the Treatment of Patients With De Novo Native Coronary Artery Lesions). *JACC Cardiovasc Interv* 2013;**6**(9):914–922.

127. Baber U, Mehran R, Sharma SK, Brar S, Yu J, Suh JW, Kim HS, Park SJ, Kastrati A, de Waha A, Krishnan P, Moreno P, Sweeny J, Kim MC, Suleman J, Pyo R, Wiley J, Kovacic J, Kini AS, Dangas GD. Impact of the everolimus-eluting stent on stent thrombosis: a meta-analysis of 13 randomized trials. *J Am Coll Cardiol* 2011; **58**(15):1569–1577.

128. Stefanini GG, Byrne RA, Serruys PW, de Waha A, Meier B, Massberg S, Juni P, Schomig A, Windecker S, Kastrati A. Biodegradable polymer drug-eluting stents reduce the risk of stent thrombosis at 4 years in patients undergoing percutaneous coronary intervention: a pooled analysis of individual patient data from the ISAR-TEST 3, ISAR-TEST 4, and LEADERS randomized trials. *Eur Heart J* 2012; **33**(10):1214–1222.

129. Stefanini GG, Baber U, Windecker S, Morice MC, Sartori S, Leon MB, Stone GW, Serruys PW, Wijns W, Weisz G, Camenzind E, Steg PG, Smits PC, Kandzari D, Von Birgelen C, Galatius S, Jeger RV, Kimura T, Mikhail G, Itchhaporia D, Mehta L, Ortega R, Kim HS, Valgimigli M, Kastrati A, Chieffo A, Mehran R. Safety and efficacy of drug-eluting stents in women: a patient-level pooled analysis of randomised trials. *Lancet* 2013;**382**(9908):1879–1888.

130. Stefanini GG, Kalesan B, Serruys PW, Heg D, Buszman P, Linke A, Ischinger T, Klauss V, Eberli F, Wijns W, Morice MC, Di Mario C, Corti R, Antoni D, Sohn HY, Eerdmans P, van Es GA, Meier B, Windecker S, Juni P. Long-term clinical outcomes of biodegradable polymer biolimus-eluting stents vs. durable polymer sirolimus-eluting stents in patients with coronary artery disease (LEADERS): 4 year follow-up of a randomised non-inferiority trial. *Lancet* 2011;**378**(9807):1940–1948.

131. Palmerini T, Biondi-Zoccai G, Della Riva D, Stettler C, Sangiorgi D, D'Ascenzo F, Kimura T, Briguori C, Sabate M, Kim HS, De Waha A, Kedhi E, Smits PC, Kaiser C, Sardella G, Marullo A, Kirtane AJ, Leon MB, Stone GW. Stent thrombosis with drug-eluting and bare-metal stents: evidence from a comprehensive network meta-analysis. *Lancet* 2012;**379**(9824):1393–1402.

132. Bangalore S, Toklu B, Amoroso N, Fusaro M, Kumar S, Hannan EL, Faxon DP, Feit F. Bare metal stents, durable polymer drug eluting stents, and biodegradable polymer drug eluting stents for coronary artery disease: mixed treatment comparison meta-analysis. *BMJ* 2013;**347**:f6625.

133. Kaiser C, Galatius S, Erne P, Eberli F, Alber H, Rickli H, Pedrazzini G, Hornig B, Bertel O, Bonetti P, De Servi S, Brunner-La Rocca HP, Ricard I, Pfisterer M. Drug-eluting vs. bare-metal stents in large coronary arteries. *N Engl J Med* 2010; **363**(24):2310–2319.

134. Bittl JA, He Y, Jacobs AK, Yancy CW, Normand SL. Bayesian methods affirm the use of percutaneous coronary intervention to improve survival in patients with unprotected left main coronary artery disease. *Circulation* 2013;**127**(22):2177–2185.

135. Dzavik V, Ghali WA, Norris C, Mitchell LB, Koshal A, Saunders LD, Galbraith PD, Hui W, Faris P, Knudtson ML. Long-term survival in 11,661 patients with multivessel coronary artery disease in the era of stenting: a report from the Alberta Provincial Project for Outcome Assessment in Coronary Heart Disease (APPROACH) Investigators. *Am Heart J* 2001;**142**(1):119–126.

136. Smith PK, Califf RM, Tuttle RH, Shaw LK, Lee KL, Delong ER, Lilly RE, Sketch MH Jr., Peterson ED, Jones RH. Selection of surgical or percutaneous coronary intervention provides differential longevity benefit. *Ann Thorac Surg* 2006;**82**(4):1420–1428; discussion 1428–1429.

137. Hannan EL, Wu C, Walford G, Culliford AT, Gold JP, Smith CR, Higgins RS, Carlson RE, Jones RH. Drug-eluting stents vs. coronary-artery bypass grafting in multivessel coronary disease. *N Engl J Med* 2008;**358**(4):331–341.

138. Caracciolo EA, Davis KB, Sopko G, Kaiser GC, Corley SD, Schaff H, Taylor HA, Chaitman BR. Comparison of surgical and medical group survival in patients with left main equivalent coronary artery disease. Long-term CASS experience. *Circulation* 1995;**91**(9):2335–2344.

139. Chaitman BR, Hardison RM, Adler D, Gebhart S, Grogan M, Ocampo S, Sopko G, Ramires JA, Schneider D, Frye RL, Bypass Angioplasty Revascularization

Downloaded from http://eurheartj.oxfordjournals.org/ by guest on September 18, 2014

Investigation 2 Diabetes Study G. The Bypass Angioplasty Revascularization Investigation 2 Diabetes randomized trial of different treatment strategies in type 2 diabetes mellitus with stable ischemic heart disease: impact of treatment strategy on cardiac mortality and myocardial infarction. *Circulation* 2009;**120**(25):2529–2540.

140. Passamani E, Davis KB, Gillespie MJ, Killip T. A randomized trial of coronary artery bypass surgery. Survival of patients with a low ejection fraction. *N Engl J Med* 1985;**312**(26):1665–1671.

141. Jones RH, Kesler K, Phillips HR 3rd, Mark DB, Smith PK, Nelson CL, Newman MF, Reves JG, Anderson RW, Califf RM. Long-term survival benefits of coronary artery bypass grafting and percutaneous transluminal angioplasty in patients with coronary artery disease. *J Thorac Cardiovasc Surg* 1996;**111**(5):1013–1025.

142. Baker DW, Jones R, Hodges J, Massie BM, Konstam MA, Rose EA. Management of heart failure. III. The role of revascularization in the treatment of patients with moderate or severe left ventricular systolic dysfunction. *JAMA* 1994;**272**(19):1528–1534.

143. Hachamovitch R, Hayes SW, Friedman JD, Cohen I, Berman DS. Comparison of the short-term survival benefit associated with revascularization compared with medical therapy in patients with no prior coronary artery disease undergoing stress myocardial perfusion single photon emission computed tomography. *Circulation* 2003;**107**(23):2900–2907.

144. Davies RF, Goldberg AD, Forman S, Pepine CJ, Knatterud GL, Geller N, Sopko G, Pratt C, Deanfield J, Conti CR. Asymptomatic Cardiac Ischemia Pilot (ACIP) study two-year follow-up: outcomes of patients randomized to initial strategies of medical therapy vs. revascularization. *Circulation* 1997;**95**(8):2037–2043.

145. Thomas S, Gokhale R, Boden WE, Devereaux PJ. A meta-analysis of randomized controlled trials comparing percutaneous coronary intervention with medical therapy in stable angina pectoris. *Can J Cardiol* 2013;**29**(4):472–482.

146. Coronary angioplasty vs. coronary artery bypass surgery: the Randomized Intervention Treatment of Angina (RITA) trial. *Lancet* 1993;**341**(8845):573–580.

147. Hamm CW, Reimers J, Ischinger T, Rupprecht HJ, Berger J, Bleifeld W. A randomized study of coronary angioplasty compared with bypass surgery in patients with symptomatic multivessel coronary disease. German Angioplasty Bypass Surgery Investigation (GABI). *N Engl J Med* 1994;**331**(16):1037–1043.

148. King SB 3rd, Lembo NJ, Weintraub WS, Kosinski AS, Barnhart HX, Kutner MH, Alazraki NP, Guyton RA, Zhao XQ. A randomized trial comparing coronary angioplasty with coronary bypass surgery. Emory Angioplasty vs. Surgery Trial (EAST). *N Engl J Med* 1994;**331**(16):1044–1050.

149. First-year results of CABRI (Coronary Angioplasty vs. Bypass Revascularisation Investigation). CABRI Trial Participants. *Lancet* 1995;**346**(8984):1179–1184.

150. Comparison of coronary bypass surgery with angioplasty in patients with multivessel disease. The Bypass Angioplasty Revascularization Investigation (BARI) Investigators. *N Engl J Med* 1996;**335**(4):217–225.

151. Morrison DA, Sethi G, Sacks J, Henderson W, Grover F, Sedlis S, Esposito R, Ramanathan K, Weiman D, Saucedo J, Antakli T, Paramesh V, Pett S, Vernon S, Birjiniuk V, Welt F, Krucoff M, Wolfe W, Lucke JC, Mediratta S, Booth D, Barbiere C, Lewis D, Angina With Extremely Serious Operative Mortality E. Percutaneous coronary intervention vs. coronary artery bypass graft surgery for patients with medically refractory myocardial ischemia and risk factors for adverse outcomes with bypass: a multicenter, randomized trial. Investigators of the Department of Veterans Affairs Cooperative Study #385, the Angina With Extremely Serious Operative Mortality Evaluation (AWESOME). *J Am Coll Cardiol* 2001;**38**(1):143–149.

152. Rodriguez A, Bernardi V, Navia J, Baldi J, Grinfeld L, Martinez J, Vogel D, Grinfeld R, Delacasa A, Garrido M, Oliveri R, Mele E, Palacios I, O'Neill W. Argentine Randomized Study: Coronary Angioplasty with Stenting vs. Coronary Bypass Surgery in patients with Multiple-Vessel Disease (ERACI II): 30-day and one-year follow-up results. ERACI II Investigators. *J Am Coll Cardiol* 2001;**37**(1):51–58.

153. Serruys PW, Unger F, Sousa JE, Jatene A, Bonnier HJ, Schonberger JP, Buller N, Bonser R, van den Brand MJ, van Herwerden LA, Morel MA, van Hout BA. Comparison of coronary-artery bypass surgery and stenting for the treatment of multivessel disease. *N Engl J Med* 2001;**344**(15):1117–1124.

154. Coronary artery bypass surgery vs. percutaneous coronary intervention with stent implantation in patients with multivessel coronary artery disease (the Stent or Surgery trial): a randomised controlled trial. *Lancet* 2002;**360**(9338):965–970.

155. Eefting F, Nathoe H, van Dijk D, Jansen E, Lahpor J, Stella P, Suyker W, Diephuis J, Suryapranata H, Ernst S, Borst C, Buskens E, Grobbee D, de Jaegere P. Randomized comparison between stenting and off-pump bypass surgery in patients referred for angioplasty. *Circulation* 2003;**108**(23):2870–2876.

156. Thiele H, Oettel S, Jacobs S, Hambrecht R, Sick P, Gummert JF, Mohr FW, Schuler G, Falk V. Comparison of bare-metal stenting with minimally invasive bypass surgery for stenosis of the left anterior descending coronary artery: a 5-year follow-up. *Circulation* 2005;**112**(22):3445–3450.

157. Serruys PW, Morice MC, Kappetein AP, Colombo A, Holmes DR, Mack MJ, Stahle E, Feldman TE, van den Brand M, Bass EJ, Van Dyck N, Leadley K, Dawkins KD, Mohr FW. Percutaneous coronary intervention vs. coronary-artery bypass grafting for severe coronary artery disease. *N Engl J Med* 2009;**360**(10):961–972.

158. Boudriot E, Thiele H, Walther T, Liebetrau C, Boeckstegers P, Pohl T, Reichart B, Mudra H, Beier F, Gansera B, Neumann FJ, Gick M, Zietak T, Desch S, Schuler G, Mohr FW. Randomized comparison of percutaneous coronary intervention with sirolimus-eluting stents vs. coronary artery bypass grafting in unprotected left main stem stenosis. *J Am Coll Cardiol* 2011;**57**(5):538–545.

159. Park SJ, Kim YH, Park DW, Yun SC, Ahn JM, Song HG, Lee JY, Kim WJ, Kang SJ, Lee SW, Lee CW, Park SW, Chung CH, Lee JW, Lim DS, Rha SW, Lee SG, Gwon HC, Kim HS, Chae IH, Jang JS, Jeong MH, Tahk SJ, Seung KB. Randomized trial of stents vs. bypass surgery for left main coronary artery disease. *N Engl J Med* 2011;**364**(18):1718–1727.

160. Kapoor JR, Gienger AL, Ardehali R, Varghese R, Perez MV, Sundaram V, McDonald KM, Owens DK, Hlatky MA, Bravata DM. Isolated disease of the proximal left anterior descending artery comparing the effectiveness of percutaneous coronary interventions and coronary artery bypass surgery. *JACC Cardiovasc Interv* 2008;**1**(5):483–491.

161. Aziz O, Rao C, Panesar SS, Jones C, Morris S, Darzi A, Athanasiou T. Meta-analysis of minimally invasive internal thoracic artery bypass vs. percutaneous revascularisation for isolated lesions of the left anterior descending artery. *BMJ* 2007;**334**(7594):617.

162. Loop FD, Lytle BW, Cosgrove DM, Stewart RW, Goormastic M, Williams GW, Golding LA, Gill CC, Taylor PC, Sheldon WC *et al*. Influence of the internal-mammary-artery graft on 10-year survival and other cardiac events. *N Engl J Med* 1986;**314**(1):1–6.

163. Cameron A, Davis KB, Green GE, Myers WO, Pettinger M. Clinical implications of internal mammary artery bypass grafts: the Coronary Artery Surgery Study experience. *Circulation* 1988;**77**(4):815–819.

164. Lytle BW, Blackstone EH, Sabik JF, Houghtaling P, Loop FD, Cosgrove DM. The effect of bilateral internal thoracic artery grafting on survival during 20 postoperative years. *Ann Thorac Surg* 2004;**78**(6):2005–2012; discussion 2012–2014.

165. Kurlansky PA, Traad EA, Dorman MJ, Galbut DL, Zucker M, Ebra G. Thirty-year follow-up defines survival benefit for second internal mammary artery in propensity-matched groups. *Ann Thorac Surg* 2010;**90**(1):101–108.

166. Taggart DP, Kaul S, Boden WE, Ferguson TB Jr., Guyton RA, Mack MJ, Sergeant PT, Shemin RJ, Smith PK, Yusuf S. Revascularization for unprotected left main stem coronary artery stenosis stenting or surgery. *J Am Coll Cardiol* 2008;**51**(9):885–892.

167. Mehilli J, Kastrati A, Byrne RA, Bruskina O, Iijima R, Schulz S, Pache J, Seyfarth M, Massberg S, Laugwitz KL, Dirschinger J, Schomig A. Paclitaxel- vs. sirolimus-eluting stents for unprotected left main coronary artery disease. *J Am Coll Cardiol* 2009;**53**(19):1760–1768.

168. Morice MC, Serruys PW, Kappetein AP, Feldman TE, Stahle E, Colombo A, Mack MJ, Holmes DR, Torracca L, van Es GA, Leadley K, Dawkins KD, Mohr F. Outcomes in patients with de novo left main disease treated with either percutaneous coronary intervention using paclitaxel-eluting stents or coronary artery bypass graft treatment in the Synergy Between Percutaneous Coronary Intervention with TAXUS and Cardiac Surgery (SYNTAX) trial. *Circulation* 2010;**121**(24):2645–2653.

169. Morice MC, Serruys PW, Kappetein AP, Feldman TE, Stahle E, Colombo A, Mack MJ, Holmes DR, Choi JW, Ruzyllo W, Religa G, Huang J, Roy K, Dawkins KD, Mohr F. Five-Year Outcomes in Patients with Left Main Disease Treated with Either Percutaneous Coronary Intervention or Coronary Artery Bypass Grafting in the SYNTAX Trial. *Circulation* 2014;**129**:2388–2394.

170. Capodanno D, Stone GW, Morice MC, Bass TA, Tamburino C. Percutaneous coronary intervention vs. coronary artery bypass graft surgery in left main coronary artery disease: a meta-analysis of randomized clinical data. *J Am Coll Cardiol* 2011;**58**(14):1426–1432.

171. Buszman PE, Buszman PP, Kiesz RS, Bochenek A, Trela B, Konkolewska M, Wallace-Bradley D, Wilczynski M, Banasiewicz-Szkrobka I, Peszek-Przybyla E, Krol M, Kondys M, Milewski K, Wiernek S, Debinski M, Zurakowski A, Martin JL, Tendera M. Early and long-term results of unprotected left main coronary artery stenting: the LE MANS (Left Main Coronary Artery Stenting) registry. *J Am Coll Cardiol* 2009;**54**(16):1500–1511.

172. Park DW, Kim YH, Yun SC, Lee JY, Kim WJ, Kang SJ, Lee SW, Lee CW, Kim JJ, Choo SJ, Chung CH, Lee JW, Park SW, Park SJ. Long-term outcomes after stenting vs. coronary artery bypass grafting for unprotected left main coronary artery disease: 10-year results of bare-metal stents and 5-year results of drug-eluting stents from the ASAN-MAIN (ASAN Medical Center-Left MAIN Revascularization) Registry. *J Am Coll Cardiol* 2010;**56**(17):1366–1375.

173. Sipahi I, Akay MH, Dagdelen S, Blitz A, Alhan C. Coronary Artery Bypass Grafting vs. Percutaneous Coronary Intervention and Long-term Mortality and Morbidity in Multivessel Disease: Meta-analysis of Randomized Clinical Trials of the Arterial Grafting and Stenting Era. *JAMA Intern Med* 2014;**174**(2):223–230.

174. Bravata DM, Gienger AL, McDonald KM, Sundaram V, Perez MV, Varghese R, Kapoor JR, Ardehali A, Owens DK, Hlatky MA. Systematic review: the comparative

effectiveness of percutaneous coronary interventions and coronary artery bypass graft surgery. *Ann Intern Med* 2007;**147**(10):703–716.

175. Farkouh ME, Domanski M, Sleeper LA, Siami FS, Dangas G, Mack M, Yang M, Cohen DJ, Rosenberg Y, Solomon SD, Desai AS, Gersh BJ, Magnuson EA, Lansky A, Boineau R, Weinberger J, Ramanathan K, Sousa JE, Rankin J, Bhargava B, Buse J, Hueb W, Smith CR, Muratov V, Bansilal S, King S 3rd, Bertrand M, Fuster V, Investigators FT. Strategies for multivessel revascularization in patients with diabetes. *N Engl J Med* 2012;**367**(25):2375–2384.

176. Head SJ, Davierwala PM, Serruys PW, Redwood SR, Colombo A, Mack MJ, Morice MC, Holmes DR, Feldman TE, Staehle E, Underwood P, Dawkins KD, Kappetein AP, Mohr FW. Coronary artery bypass grafting vs. percutaneous coronary intervention for patients with three-vessel disease: final five-year follow-up of the SYNTAX trial. *Eur Heart J*. Published online 21 May 2014; doi: 10.1093/eurheartj/ehu213.

177. Wu C, Camacho FT, Zhao S, Wechsler AS, Culliford AT, Lahey SJ, King SB 3rd, Walford G, Gold JP, Smith CR, Jordan D, Higgins RS, Hannan EL. Long-term mortality of coronary artery bypass graft surgery and stenting with drug-eluting stents. *Ann Thorac Surg* 2013;**95**(4):1297–1305.

178. Blazek S, Holzhey D, Jungert C, Borger MA, Fuernau G, Desch S, Eitel I, de Waha S, Lurz P, Schuler G, Mohr FW, Thiele H. Comparison of bare-metal stenting with minimally invasive bypass surgery for stenosis of the left anterior descending coronary artery: 10-year follow-up of a randomized trial. *JACC Cardiovasc Interv* 2013;**6**(1):20–26.

179. Thiele H, Neumann-Schniedewind P, Jacobs S, Boudriot E, Walther T, Mohr FW, Schuler G, Falk V. Randomized comparison of minimally invasive direct coronary artery bypass surgery vs. sirolimus-eluting stenting in isolated proximal left anterior descending coronary artery stenosis. *J Am Coll Cardiol* 2009;**53**(25):2324–2331.

180. Hamm CW, Bassand JP, Agewall S, Bax J, Boersma E, Bueno H, Caso P, Dudek D, Gielen S, Huber K, Ohman M, Petrie MC, Sonntag F, Uva MS, Storey RF, Wijns W, Zahger D, Guidelines ESCCfP. ESC Guidelines for the management of acute coronary syndromes in patients presenting without persistent ST-segment elevation: The Task Force for the management of acute coronary syndromes (ACS) in patients presenting without persistent ST-segment elevation of the European Society of Cardiology (ESC). *Eur Heart J* 2011;**32**(23):2999–3054.

181. Mehta SR, Cannon CP, Fox KA, Wallentin L, Boden WE, Spacek R, Widimsky P, McCullough PA, Hunt D, Braunwald E, Yusuf S. Routine vs. selective invasive strategies in patients with acute coronary syndromes: a collaborative meta-analysis of randomized trials. *JAMA* 2005;**293**(23):2908–2917.

182. Bavry AA, Kumbhani DJ, Rassi AN, Bhatt DL, Askari AT. Benefit of early invasive therapy in acute coronary syndromes: a meta-analysis of contemporary randomized clinical trials. *J Am Coll Cardiol* 2006;**48**(7):1319–1325.

183. O'Donoghue M, Boden WE, Braunwald E, Cannon CP, Clayton TC, de Winter RJ, Fox KA, Lagerqvist B, McCullough PA, Murphy SA, Spacek R, Swahn E, Wallentin L, Windhausen F, Sabatine MS. Early invasive vs.conservative treatment strategies in women and men with unstable angina and non-ST-segment elevation myocardial infarction: a meta-analysis. *JAMA* 2008;**300**(1):71–80.

184. Fox KA, Clayton TC, Damman P, Pocock SJ, de Winter RJ, Tijssen JG, Lagerqvist B, Wallentin L. Long-term outcome of a routine vs. selective invasive strategy in patients with non-ST-segment elevation acute coronary syndrome a meta-analysis of individual patient data. *J Am Coll Cardiol* 2010;**55**(22):2435–2445.

185. Katritsis DG, Siontis GC, Kastrati A, van't Hof AW, Neumann FJ, Siontis KC, Ioannidis JP. Optimal timing of coronary angiography and potential intervention in non-ST-elevation acute coronary syndromes. *Eur Heart J* 2011;**32**(1):32–40.

186. Navarese EP, Gurbel PA, Andreotti F, Tantry U, Jeong YH, Kozinski M, Engstrom T, Di Pasquale G, Kochman W, Ardissino D, Kedhi E, Stone GW, Kubica J. Optimal timing of coronary invasive strategy in non-ST-segment elevation acute coronary syndromes: a systematic review and meta-analysis. *Ann Intern Med* 2013;**158**(4):261–270.

187. Mehta SR, Granger CB, Boden WE, Steg PG, Bassand JP, Faxon DP, Afzal R, Chrolavicius S, Jolly SS, Widimsky P, Avezum A, Rupprecht HJ, Zhu J, Col J, Natarajan MK, Horsman C, Fox KA, Yusuf S, Investigators T. Early vs. delayed invasive intervention in acute coronary syndromes. *N Engl J Med* 2009;**360**(21):2165–2175.

188. Soraja P, Gersh BJ, Cox DA, McLaughlin MG, Zimetbaum P, Costantini C, Stuckey T, Tcheng JE, Mehran R, Lansky AJ, Grines CL, Stone GW. Impact of multivessel disease on reperfusion success and clinical outcomes in patients undergoing primary percutaneous coronary intervention for acute myocardial infarction. *Eur Heart J* 2007;**28**(14):1709–1716.

189. Ben-Gal Y, Moses JW, Mehran R, Lansky AJ, Weisz G, Nikolsky E, Argenziano M, Williams MR, Colombo A, Aylward PE, Stone GW. Surgical vs. percutaneous revascularization for multivessel disease in patients with acute coronary syndromes: analysis from the ACUITY (Acute Catheterization and Urgent Intervention Triage Strategy) trial. *JACC Cardiovasc Interv* 2010;**3**(10):1059–1067.

190. Palmerini T, Genereux P, Caixeta A, Cristea E, Lansky A, Mehran R, Dangas G, Lazar D, Sanchez R, Fahy M, Xu K, Stone GW. Prognostic value of the SYNTAX

score in patients with acute coronary syndromes undergoing percutaneous coronary intervention: analysis from the ACUITY (Acute Catheterization and Urgent Intervention Triage StrategY) trial. *J Am Coll Cardiol* 2011;**57**(24):2389–2397.

191. Brener SJ, Milford-Beland S, Roe MT, Bhatt DL, Weintraub WS, Brindis RG. Culprit-only or multivessel revascularization in patients with acute coronary syndromes: an American College of Cardiology National Cardiovascular Database Registry report. *Am Heart J* 2008;**155**(1):140–146.

192. Hannan EL, Samadashvili Z, Walford G, Jacobs AK, Stamato NJ, Venditti FJ, Holmes DR Jr., Sharma S, King SB 3rd. Staged vs. one-time complete revascularization with percutaneous coronary intervention for multivessel coronary artery disease patients without ST-elevation myocardial infarction. *Circ Cardiovasc Interv* 2013;**6**(1):12–20.

193. Rosner GF, Kirtane AJ, Genereux P, Lansky AJ, Cristea E, Gersh BJ, Weisz G, Parise H, Fahy M, Mehran R, Stone GW. Impact of the presence and extent of incomplete angiographic revascularization after percutaneous coronary intervention in acute coronary syndromes: the Acute Catheterization and Urgent Intervention Triage Strategy (ACUITY) trial. *Circulation* 2012;**125**(21):2613–2620.

194. Monteiro P. Impact of early coronary artery bypass graft in an unselected acute coronary syndrome patient population. *Circulation* 2006;**114**(1 Suppl):I467–I472.

195. Parikh SV, de Lemos JA, Jessen ME, Brilakis ES, Ohman EM, Chen AY, Wang TY, Peterson ED, Roe MT, Holper EM. Timing of in-hospital coronary artery bypass graft surgery for non-ST-segment elevation myocardial infarction patients results from the National Cardiovascular Data Registry ACTION Registry-GWTG (Acute Coronary Treatment and Intervention Outcomes Network Registry-Get With The Guidelines). *JACC Cardiovasc Interv* 2010;**3**(4):419–427.

196. Greenhalgh J, Hockenhull J, Rao N, Dundar Y, Dickson RC, Bagust A. Drug-eluting stents vs. bare metal stents for angina or acute coronary syndromes. *Cochrane Database Syst Rev* 2010(5):CD004587.

197. Amsterdam EA, Kirk JD, Diercks DB, Lewis WR, Turnipseed SD. Immediate exercise testing to evaluate low-risk patients presenting to the emergency department with chest pain. *J Am Coll Cardiol* 2002;**40**(2):251–256.

198. Nyman I, Wallentin L, Areskog M, Areskog NH, Swahn E. Risk stratification by early exercise testing after an episode of unstable coronary artery disease. The RISC Study Group. *Int J Cardiol* 1993;**39**(2):131–142.

199. Kirtane AJ, Gupta A, Iyengar S, Moses JW, Leon MB, Applegate R, Brodie B, Hannan E, Harjai K, Jensen LO, Park SJ, Perry R, Racz M, Saia F, Tu JV, Waksman R, Lansky AJ, Mehran R, Stone GW. Safety and efficacy of drug-eluting and bare metal stents: comprehensive meta-analysis of randomized trials and observational studies. *Circulation* 2009;**119**(25):3198–3206.

200. Moses JW, Mehran R, Nikolsky E, Lasala JM, Corey W, Albin G, Hirsch C, Leon MB, Russell ME, Ellis SG, Stone GW. Outcomes with the paclitaxel-eluting stent in patients with acute coronary syndromes: analysis from the TAXUS-IV trial. *J Am Coll Cardiol* 2005;**45**(8):1165–1171.

201. Steg PG, James SK, Atar D, Badano LP, Blomstrom-Lundqvist C, Borger MA, Di Mario C, Dickstein K, Ducrocq G, Fernandez-Aviles F, Gershlick AH, Giannuzzi P, Halvorsen S, Huber K, Juni P, Kastrati A, Knuuti J, Lenzen MJ, Mahaffey KW, Valgimigli M, van 't Hof A, Widimsky P, Zahger D. ESC Guidelines for the management of acute myocardial infarction in patients presenting with ST-segment elevation. *Eur Heart J* 2012;**33**(20):2569–2619.

202. Gershlick AH, Banning AP, Myat A, Verheugt FW, Gersh BJ. Reperfusion therapy for STEMI: is there still a role for thrombolysis in the era of primary percutaneous coronary intervention? *Lancet* 2013;**382**(9892):624–632.

203. Miedema MD, Newell MC, Duval S, Garbereich RF, Handran CB, Larson DM, Mulder S, Wang YL, Lips DL, Henry TD. Causes of delay and associated mortality in patients transferred with ST-segment-elevation myocardial infarction. *Circulation* 2011;**124**(15):1636–1644.

204. Herrin J, Miller LE, Turkmani DF, Nsa W, Drye EE, Bernheim SM, Ling SM, Rapp MT, Han LF, Bratzler DW, Bradley EH, Nallamothu BK, Ting HH, Krumholz HM. National performance on door-in to door-out time among patients transferred for primary percutaneous coronary intervention. *Arch Intern Med* 2011;**171**(21):1879–1886.

205. Wang TY, Nallamothu BK, Krumholz HM, Li S, Roe MT, Jollis JG, Jacobs AK, Holmes DR, Peterson ED, Ting HH. Association of door-in to door-out time with reperfusion delays and outcomes among patients transferred for primary percutaneous coronary intervention. *JAMA* 2011;**305**(24):2540–2547.

206. O'Gara PT, Kushner FG, Ascheim DD, Casey DE Jr., Chung MK, de Lemos JA, Ettinger SM, Fang JC, Fesmire FM, Franklin BA, Granger CB, Krumholz HM, Linderbaum JA, Morrow DA, Newby LK, Ornato JP, Ou N, Radford MJ, Tamis-Holland JE, Tommaso CL, Tracy CM, Woo YJ, Zhao DX, Anderson JL, Jacobs AK, Halperin JL, Albert NM, Brindis RG, Creager MA, DeMets D, Guyton RA, Hochman JS, Kovacs RJ, Ohman EM, Stevenson WG, Yancy CW. 2013 ACCF/AHA guideline for the management of ST-elevation myocardial infarction: a report of the American College of Cardiology Foundation/American Heart Association Task Force on Practice Guidelines. *Circulation* 2013;**127**(4):e362–e425.

Downloaded from http://eurheartj.oxfordjournals.org/ by guest on September 18, 2014

Downloaded from http://eurheartj.oxfordjournals.org/ by guest on September 18, 2014

207. Boersma E, Maas AC, Deckers JW, Simoons ML. Early thrombolytic treatment in acute myocardial infarction: reappraisal of the golden hour. *Lancet* 1996; **348**(9030):771–775.

208. Boersma E. Does time matter? A pooled analysis of randomized clinical trials comparing primary percutaneous coronary intervention and in-hospital fibrinolysis in acute myocardial infarction patients. *Eur Heart J* 2006;**27**(7):779–788.

209. Keeley EC, Boura JA, Grines CL. Comparison of primary and facilitated percutaneous coronary interventions for ST-elevation myocardial infarction: quantitative review of randomised trials. *Lancet* 2006;**367**(9510):579–588.

210. Bonnefoy E, Lapostolle F, Leizorovicz A, Steg G, McFadden EP, Dubien PY, Cattan S, Boullenger E, Machecourt J, Lacroute JM, Cassagnes J, Dissait F, Touboul P. Primary angioplasty vs. prehospital fibrinolysis in acute myocardial infarction: a randomised study. *Lancet* 2002;**360**(9336):825–829.

211. Bonnefoy E, Steg PG, Boutitie F, Dubien PY, Lapostolle F, Roncalli J, Dissait F, Vanzetto G, Leizorowicz A, Kirkorian G, Mercier C, McFadden EP, Touboul P. Comparison of primary angioplasty and pre-hospital fibrinolysis in acute myocardial infarction (CAPTIM) trial: a 5-year follow-up. *Eur Heart J* 2009;**30**(13): 1598–1606.

212. Morrison LJ, Verbeek PR, McDonald AC, Sawadsky BV, Cook DJ. Mortality and prehospital thrombolysis for acute myocardial infarction: A meta-analysis. *JAMA* 2000; **283**(20):2686–2692.

213. Steg PG, Bonnefoy E, Chabaud S, Lapostolle F, Dubien PY, Cristofini P, Leizorovicz A, Touboul P. Impact of time to treatment on mortality after prehospital fibrinolysis or primary angioplasty: data from the CAPTIM randomized clinical trial. *Circulation* 2003;**108**(23):2851–2856.

214. Pinto DS, Frederick PD, Chakrabarti AK, Kirtane AJ, Ullman E, Dejam A, Miller DP, Henry TD, Gibson CM. Benefit of transferring ST-segment-elevation myocardial infarction patients for percutaneous coronary intervention compared with administration of onsite fibrinolytic therapy: the importance of being timely. *Circulation* 2011;**124**(23): 2512–2521.

215. Armstrong PW, Gershlick AH, Goldstein P, Wilcox R, Danays T, Lambert Y, Sulimov V, Rosell Ortiz F, Ostojic M, Welsh RC, Carvalho AC, Nanas J, Arntz HR, Halvorsen S, Huber K, Grajek S, Fresco C, Bluhmki E, Regelin A, Vandenberghe K, Bogaerts K, Van de Werf F. Fibrinolysis or primary PCI in ST-segment elevation myocardial infarction. *N Engl J Med* 2013;**368**(15): 1379–1387.

216. Bates ER, Jacobs AK. Time to treatment in patients with STEMI. *N Engl J Med* 2013; **369**(10):889–892.

217. Luepker RV, Raczynski JM, Osganian S, Goldberg RJ, Finnegan JR Jr., Hedges JR, Goff DC Jr., Eisenberg MS, Zapka JG, Feldman HA, Labarthe DR, McGovern PG, Cornell CE, Proschan MA, Simons-Morton DG. Effect of a community intervention on patient delay and emergency medical service use in acute coronary heart disease: The Rapid Early Action for Coronary Treatment (REACT) Trial. *JAMA* 2000;**284**(1):60–67.

218. Kristensen SD, Laut KG, Fajadet J, Kaifoszova Z, Kala P, Di Mario C, Wijns W, Clemmensen P, Agladze V, Antoniades L, Alhabib KF, De Boer MJ, Claeys MJ, Deleanu D, Dudek D, Erglis A, Gilard M, Goktekin O, Guagliumi G, Gudnason T, Hansen KW, Huber K, James S, Janota T, Jennings S, Kajander O, Kanakakis J, Karamfiloff KK, Kedev S, Kornowski R, Ludman PF, Merkely B, Milicic D, Najafov R, Nicolini FA, Noc M, Ostojic M, Pereira H, Radovanovic D, Sabate M, Sobhy M, Sokolov M, Studencan M, Terzic I, Wahler S, Widimsky P. Reperfusion therapy for ST elevation acute myocardial infarction in Europe: current status in 37 ESC countries. *Eur Heart J* 2014;**35**:1957–1970.

219. Andersen HR, Nielsen TT, Rasmussen K, Thuesen L, Kelbaek H, Thayssen P, Abildgaard U, Pedersen F, Madsen JK, Grande P, Villadsen AB, Krusell LR, Haghfelt T, Lomholt P, Husted SE, Vigholt E, Kjaergard HK, Mortensen LS. A comparison of coronary angioplasty with fibrinolytic therapy in acute myocardial infarction. *N Engl J Med* 2003;**349**(8):733–742.

220. Dalby M, Bouzamondo A, Lechat P, Montalescot G. Transfer for primary angioplasty vs. immediate thrombolysis in acute myocardial infarction: a meta-analysis. *Circulation* 2003;**108**(15):1809–1814.

221. Hochman JS, Sleeper LA, Webb JG, Sanborn TA, White HD, Talley JD, Buller CE, Jacobs AK, Slater JN, Col J, McKinlay SM, LeJemtel TH. Early revascularization in acute myocardial infarction complicated by cardiogenic shock. SHOCK Investigators. Should We Emergently Revascularize Occluded Coronaries for Cardiogenic Shock. *N Engl J Med* 1999;**341**(9):625–634.

222. Mehilli J, Kastrati A, Schulz S, Frungel S, Nekolla SG, Moshage W, Dotzer F, Huber K, Pache J, Dirschinger J, Seyfarth M, Martinoff S, Schwaiger M, Schomig A. Abciximab in patients with acute ST-segment-elevation myocardial infarction undergoing primary percutaneous coronary intervention after clopidogrel loading: a randomized double-blind trial. *Circulation* 2009;**119**(14):1933–1940.

223. Busk M, Kaltoft A, Nielsen SS, Bottcher M, Rehling M, Thuesen L, Botker HE, Lassen JF, Christiansen EH, Krusell LR, Andersen HR, Nielsen TT, Kristensen SD. Infarct size and myocardial salvage after primary angioplasty in patients presenting with symptoms for <12 h. vs. 12–72 h. *Eur Heart J* 2009;**30**(11):1322–1330.

224. Schomig A, Mehilli J, Antoniucci D, Ndrepepa G, Markwardt C, Di Pede F, Nekolla SG, Schlotterbeck K, Schuhlen H, Pache J, Seyfarth M, Martinoff S, Benzer W, Schmitt C, Dirschinger J, Schwaiger M, Kastrati A. Mechanical reperfusion in patients with acute myocardial infarction presenting more than 12 hours from symptom onset: a randomized controlled trial. *JAMA* 2005;**293**(23): 2865–2872.

225. Kalla K, Christ G, Karnik R, Malzer R, Norman G, Prachar H, Schreiber W, Unger G, Glogar HD, Kaff A, Laggner AN, Maurer G, Mlczoch J, Slany J, Weber HS, Huber K. Implementation of guidelines improves the standard of care: the Viennese registry on reperfusion strategies in ST-elevation myocardial infarction (Vienna STEMI registry). *Circulation* 2006;**113**(20):2398–2405.

226. Henry TD, Sharkey SW, Burke MN, Chavez IJ, Graham KJ, Henry CR, Lips DL, Madison JD, Menssen KM, Mooney MR, Newell MC, Pedersen WR, Poulose AK, Traverse JH, Unger BT, Wang YL, Larson DM. A regional system to provide timely access to percutaneous coronary intervention for ST-elevation myocardial infarction. *Circulation* 2007;**116**(7):721–728.

227. Nallamothu BK, Krumholz HM, Ko DT, LaBresh KA, Rathore S, Roe MT, Schwamm L. Development of systems of care for ST-elevation myocardial infarction patients: gaps, barriers, and implications. *Circulation* 2007;**116**(2):e68–e72.

228. Widimsky P, Wijns W, Fajadet J, de Belder M, Knot J, Aaberge L, Andrikopoulos G, Baz JA, Betriu A, Claeys M, Danchin N, Djambazov S, Erne P, Hartikainen J, Huber K, Kala P, Klinceva M, Kristensen SD, Ludman P, Ferre JM, Merkely B, Milicic D, Morais J, Noc M, Opolski G, Ostojic M, Radovanovic D, De Servi S, Stenestrand U, Studencan M, Tubaro M, Vasiljevic Z, Weidinger F, Witkowski A, Zeymer U. Reperfusion therapy for ST elevation acute myocardial infarction in Europe: description of the current situation in 30 countries. *Eur Heart J* 2010;**31**(8):943–957.

229. Knot J, Widimsky P, Wijns W, Stenestrand U, Kristensen SD, Van THA, Weidinger F, Janzon M, Norgaard BL, Soerensen JT, van de Wetering H, Thygesen K, Bergsten PA, Digerfeldt C, Potgieter A, Tomer N, Fajadet J. How to set up an effective national primary angioplasty network: lessons learned from five European countries. *EuroIntervention* 2009;**5**(3):299, 301–309.

230. Bradley EH, Herrin J, Wang Y, Barton BA, Webster TR, Mattera JA, Roumanis SA, Curtis JP, Nallamothu BK, Magid DJ, McNamara RL, Parkosewich J, Loeb JM, Krumholz HM. Strategies for reducing the door-to-balloon time in acute myocardial infarction. *N Engl J Med* 2006;**355**(22):2308–2320.

231. Pinto DS, Kirtane AJ, Nallamothu BK, Murphy SA, Cohen DJ, Laham RJ, Cutlip DE, Bates ER, Frederick PD, Miller DP, Carrozza JP Jr., Antman EM, Cannon CP, Gibson CM. Hospital delays in reperfusion for ST-elevation myocardial infarction: implications when selecting a reperfusion strategy. *Circulation* 2006;**114**(19): 2019–2025.

232. Steg PG, Cambou JP, Goldstein P, Durand E, Sauval P, Kadri Z, Blanchard D, Lablanche JM, Gueret P, Cottin Y, Juliard JM, Hanania G, Vaur L, Danchin N. Bypassing the emergency room reduces delays and mortality in ST elevation myocardial infarction: the USIC 2000 registry. *Heart* 2006;**92**(10):1378–1383.

233. Cavender MA, Milford-Beland S, Roe MT, Peterson ED, Weintraub WS, Rao SV. Prevalence, predictors, and in-hospital outcomes of non-infarct artery intervention during primary percutaneous coronary intervention for ST-segment elevation myocardial infarction (from the National Cardiovascular Data Registry). *Am J Cardiol* 2009;**104**(4):507–513.

234. Kornowski R, Mehran R, Dangas G, Nikolsky E, Assali A, Claessen BE, Gersh BJ, Wong SC, Witzenbichler B, Guagliumi G, Dudek D, Fahy M, Lansky AJ, Stone GW. Prognostic impact of staged vs. "one-time" multivessel percutaneous intervention in acute myocardial infarction: analysis from the HORIZONS-AMI (harmonizing outcomes with revascularization and stents in acute myocardial infarction) trial. *J Am Coll Cardiol* 2011;**58**(7):704–711.

235. Politi L, Sgura F, Rossi R, Monopoli D, Guerri E, Leuzzi C, Bursi F, Sangiorgi GM, Modena MG. A randomised trial of target-vessel vs. multi-vessel revascularisation in ST-elevation myocardial infarction: major adverse cardiac events during long-term follow-up. *Heart* 2010;**96**(9):662–667.

236. Di Mario C, Mara S, Flavio A, Imad S, Antonio M, Anna P, Emanuela P, Stefano DS, Angelo R, Stefania C, Anna F, Carmelo C, Antonio C, Monzini N, Bonardi MA. Single vs.multivessel treatment during primary angioplasty: results of the multicentre randomised HEpacoat for culPrit or multivessel stenting for Acute Myocardial Infarction (HELP AMI) Study. *Int J Cardiovasc Intervent* 2004;**6**(3–4):128–133.

237. Jolly SS, Yusuf S, Cairns J, Niemela K, Xavier D, Widimsky P, Budaj A, Niemela M, Valentin V, Lewis BS, Avezum A, Steg PG, Rao SV, Gao P, Afzal R, Joyner CD, Chrolavicius S, Mehta SR. Radial vs. femoral access for coronary angiography and intervention in patients with acute coronary syndromes (RIVAL): a randomised, parallel group, multicentre trial. *Lancet* 2011;**377**(9775):1409–1420.

238. Romagnoli E, Biondi-Zoccai G, Sciahbasi A, Politi L, Rigattieri S, Pendenza G, Summaria F, Patrizi R, Borghi A, Di Russo C, Moretti C, Agostoni P, Loschiavo P, Lioy E, Sheiban I, Sangiorgi G. Radial vs. femoral randomized investigation in ST-segment elevation acute coronary syndrome: the RIFLE-STEACS (Radial Vs. Femoral Randomized Investigation in ST-Elevation Acute Coronary Syndrome) study. *J Am Coll Cardiol* 2012;**60**(24):2481–2489.

239. Baklanov DV, Kaltenbach LA, Marso SP, Subherwal SS, Feldman DN, Garratt KN, Curtis JP, Messenger JC, Rao SV. The prevalence and outcomes of transradial percutaneous coronary intervention for ST-segment elevation myocardial infarction: analysis from the National Cardiovascular Data Registry (2007 to 2011). *J Am Coll Cardiol* 2013;**61**(4):420–426.

240. Hamon M, Pristipino C, Di Mario C, Nolan J, Ludwig J, Tubaro M, Sabate M, Mauri-Ferre J, Huber K, Niemela K, Haude M, Wijns W, Dudek D, Fajadet J, Kiemeneij F. Consensus document on the radial approach in percutaneous cardiovascular interventions: position paper by the European Association of Percutaneous Cardiovascular Interventions and Working Groups on Acute Cardiac Care** and Thrombosis of the European Society of Cardiology. *EuroIntervention* 2013;**8**(11):1242–1251.

241. Nordmann AJ, Hengstler P, Harr T, Young J, Bucher HC. Clinical outcomes of primary stenting vs. balloon angioplasty in patients with myocardial infarction: a meta-analysis of randomized controlled trials. *Am J Med* 2004;**116**(4):253–262.

242. Stone GW, Grines CL, Cox DA, Garcia E, Tcheng JE, Griffin JJ, Guagliumi G, Stuckey T, Turco M, Carroll JD, Rutherford BD, Lansky AJ. Comparison of angioplasty with stenting, with or without abciximab, in acute myocardial infarction. *N Engl J Med* 2002;**346**(13):957–966.

243. Stone GW, Witzenbichler B, Guagliumi G, Peruga JZ, Brodie BR, Dudek D, Kornowski R, Hartmann F, Gersh BJ, Pocock SJ, Dangas G, Wong SC, Fahy M, Parise H, Mehran R. Heparin plus a glycoprotein IIb/IIIa inhibitor vs. bivalirudin monotherapy and paclitaxel-eluting stents vs. bare-metal stents in acute myocardial infarction (HORIZONS-AMI): final 3-year results from a multicentre, randomised controlled trial. *Lancet* 2011;**377**(9784):2193–2204.

244. Kalesan B, Pilgrim T, Heinimann K, Raber L, Stefanini GG, Valgimigli M, da Costa BR, Mach F, Luscher TF, Meier B, Windecker S, Juni P. Comparison of drug-eluting stents with bare metal stents in patients with ST-segment elevation myocardial infarction. *Eur Heart J* 2012;**33**(8):977–987.

245. Nakazawa G, Finn AV, Vorpahl M, Ladich ER, Kolodgie FD, Virmani R. Coronary responses and differential mechanisms of late stent thrombosis attributed to first-generation sirolimus- and paclitaxel-eluting stents. *J Am Coll Cardiol* 2011;**57**(4):390–398.

246. Hofma SH, Brouwer J, Velders MA, van't Hof AW, Smits PC, Quere M, de Vries CJ, van Boven AJ. Second-generation everolimus-eluting stents vs. first-generation sirolimus-eluting stents in acute myocardial infarction. 1-year results of the randomized XAMI (XienceV Stent vs. Cypher Stent in Primary PCI for Acute Myocardial Infarction) trial. *J Am Coll Cardiol* 2012;**60**(5):381–387.

247. Sabate M, Cequier A, Iniguez A, Serra A, Hernandez-Antolin R, Mainar V, Valgimigli M, Tespili M, den Heijer P, Bethencourt A, Vazquez N, Gomez-Hospital JA, Baz JA, Martin-Yuste V, van Geuns RJ, Alfonso F, Bordes P, Tebaldi M, Masotti M, Silvestro A, Backx B, Brugaletta S, van Es GA, Serruys PW. Everolimus-eluting stent vs. bare-metal stent in ST-segment elevation myocardial infarction (EXAMINATION): 1 year results of a randomised controlled trial. *Lancet* 2012;**380**(9852):1482–1490.

248. Raber L, Kelbaek H, Ostojic M, Baumbach A, Heg D, Tuller D, von Birgelen C, Roffi M, Moschovitis A, Khattab AA, Wenaweser P, Bonvini R, Pedrazzini G, Kornowski R, Weber K, Trelle S, Luscher TF, Taniwaki M, Matter CM, Meier B, Juni P, Windecker S. Effect of biolimus-eluting stents with biodegradable polymer vs.bare-metal stents on cardiovascular events among patients with acute myocardial infarction: the COMFORTABLE AMI randomized trial. *JAMA* 2012;**308**(8):777–787.

249. Sabate M, Raber L, Heg D, Brugaletta S, Kelbaek H, Cequier A, Ostojic M, Iniguez A, Tuller D, Serra A, Baumbach A, von Birgelen C, Hernandez-Antolin R, Roffi M, Mainar V, Valgimigli M, Serruys PW, Juni P, Windecker S. Comparison of Newer-Generation Drug-Eluting With Bare-Metal Stents in Patients With Acute ST-Segment Elevation Myocardial Infarction: A Pooled Analysis of the EXAMINATION (clinical Evaluation of the Xience-V stent in Acute Myocardial INFArcTION) and COMFORTABLE-AMI (Comparison of Biolimus Eluted From an Erodible Stent Coating With Bare Metal Stents in Acute ST-Elevation Myocardial Infarction) Trials. *JACC Cardiovasc Interv* 2014;**7**(1):55–63.

250. Vlaar PJ, Svilaas T, van der Horst IC, Diercks GF, Fokkema ML, de Smet BJ, van den Heuvel AF, Anthonio RL, Jessurun GA, Tan ES, Suurmeijer AJ, Zijlstra F. Cardiac death and reinfarction after 1 year in the Thrombus Aspiration during Percutaneous coronary intervention in Acute myocardial infarction Study (TAPAS): a 1-year follow-up study. *Lancet* 2008;**371**(9628):1915–1920.

251. Sardella G, Mancone M, Bucciarelli-Ducci C, Agati L, Scardala R, Carbone I, Francone M, Di Roma A, Benedetti G, Conti G, Fedele F. Thrombus aspiration during primary percutaneous coronary intervention improves myocardial reperfusion and reduces infarct size: the EXPIRA (thrombectomy with export catheter in infarct-related artery during primary percutaneous coronary intervention) prospective, randomized trial. *J Am Coll Cardiol* 2009;**53**(4):309–315.

252. De Luca G, Dudek D, Sardella G, Marino P, Chevalier B, Zijlstra F. Adjunctive manual thrombectomy improves myocardial perfusion and mortality in patients undergoing primary percutaneous coronary intervention for ST-elevation myocardial infarction: a meta-analysis of randomized trials. *Eur Heart J* 2008;**29**(24):3002–3010.

253. Costopoulos C, Gorog DA, Di Mario C, Kukreja N. Use of thrombectomy devices in primary percutaneous coronary intervention: a systematic review and meta-analysis. *Int J Cardiol* 2013;**163**(3):229–241.

254. De Luca G, Navarese EP, Suryapranata H. A meta-analytic overview of thrombectomy during primary angioplasty. *Int J Cardiol* 2013;**166**(3):606–612.

255. Bavry AA, Kumbhani DJ, Bhatt DL. Role of adjunctive thrombectomy and embolic protection devices in acute myocardial infarction: a comprehensive meta-analysis of randomized trials. *Eur Heart J* 2008;**29**(24):2989–3001.

256. Frobert O, Lagerqvist B, Olivecrona GK, Omerovic E, Gudnason T, Maeng M, Aasa M, Angeras O, Calais F, Danielewicz M, Erlinge D, Hellsten L, Jensen U, Johansson AC, Karegren A, Nilsson J, Robertson L, Sandhall L, Sjogren I, Ostlund O, Harnek J, James SK. Thrombus aspiration during ST-segment elevation myocardial infarction. *N Engl J Med* 2013;**369**(17):1587–1597.

257. Ali A, Cox D, Dib N, Brodie B, Berman D, Gupta N, Browne K, Iwaoka R, Azrin M, Stapleton D, Setum C, Popma J. Rheolytic thrombectomy with percutaneous coronary intervention for infarct size reduction in acute myocardial infarction: 30-day results from a multicenter randomized study. *J Am Coll Cardiol* 2006;**48**(2):244–252.

258. Migliorini A, Stabile A, Rodriguez AE, Gandolfo C, Rodriguez Granillo AM, Valenti R, Parodi G, Neumann FJ, Colombo A, Antoniucci D. Comparison of AngioJet rheolytic thrombectomy before direct infarct artery stenting with direct stenting alone in patients with acute myocardial infarction. The JETSTENT trial. *J Am Coll Cardiol* 2010;**56**(16):1298–1306.

259. Stone GW, Webb J, Cox DA, Brodie BR, Qureshi M, Kalynych A, Turco M, Schultheiss HP, Dulas D, Rutherford BD, Antoniucci D, Krucoff MW, Gibbons RJ, Jones D, Lansky AJ, Mehran R. Distal microcirculatory protection during percutaneous coronary intervention in acute ST-segment elevation myocardial infarction: a randomized controlled trial. *JAMA* 2005;**293**(9):1063–1072.

260. Botker HE, Kharbanda R, Schmidt MR, Bottcher M, Kaltoft AK, Terkelsen CJ, Munk K, Andersen NH, Hansen TM, Trautner S, Lassen JF, Christiansen EH, Krusell LR, Kristensen SD, Thuesen L, Nielsen SS, Rehling M, Sorensen HT, Redington AN, Nielsen TT. Remote ischaemic conditioning before hospital admission, as a complement to angioplasty, and effect on myocardial salvage in patients with acute myocardial infarction: a randomised trial. *Lancet* 2010;**375**(9716):727–734.

261. Ibanez B, Macaya C, Sanchez-Brunete V, Pizarro G, Fernandez-Friera L, Mateos A, Fernandez-Ortiz A, Garcia-Ruiz JM, Garcia-Alvarez A, Iniguez A, Jimenez-Borreguero J, Lopez-Romero P, Fernandez-Jimenez R, Goicolea J, Ruiz-Mateos B, Bastante T, Arias M, Iglesias-Vazquez JA, Rodriguez MD, Escalera N, Acebal C, Cabrera JA, Valenciano J, Perez de Prado A, Fernandez-Campos MJ, Casado I, Garcia-Rubira JC, Garcia-Prieto J, Sanz-Rosa D, Cuellas C, Hernandez-Antolin R, Albarran A, Fernandez-Vazquez F, de la Torre-Hernandez JM, Pocock S, Sanz G, Fuster V. Effect of Early Metoprolol on Infarct Size in ST-Segment-Elevation Myocardial Infarction Patients Undergoing Primary Percutaneous Coronary Intervention: The Effect of Metoprolol in Cardioprotection During an Acute Myocardial Infarction (METOCARD-CNIC) Trial. *Circulation* 2013;**128**(14):1495–1503.

262. van Werkum JW, Heestermans AA, Zomer AC, Kelder JC, Suttorp MJ, Rensing BJ, Koolen JJ, Brueren BR, Dambrink JH, Hautvast RW, Verheugt FW, ten Berg JM. Predictors of coronary stent thrombosis: the Dutch Stent Thrombosis Registry. *J Am Coll Cardiol* 2009;**53**(16):1399–1409.

263. Stone GW, Abizaid A, Silber S, Dizon JM, Merkely B, Costa RA, Kornowski R, Wojdyla R, Maehara A, Dressler O, Brener SJ, Bar E, Dudek D. Prospective, Randomized, Multicenter Evaluation of a Polyethylene Terephthalate Micronet Mesh-Covered Stent (MGuard) in ST-Segment Elevation Myocardial Infarction: The MASTER Trial. *J Am Coll Cardiol* 2012;**60**:1975–1984.

264. Hannan EL, Samadashvili Z, Walford G, Holmes DR Jr., Jacobs AK, Stamato NJ, Venditti FJ, Sharma S, King SB 3rd. Culprit vessel percutaneous coronary intervention vs. multivessel and staged percutaneous coronary intervention for ST-segment elevation myocardial infarction patients with multivessel disease. *JACC Cardiovasc Interv* 2010;**3**(1):22–31.

265. Toma M, Buller CE, Westerhout CM, Fu Y, O'Neill WW, Holmes DR Jr., Hamm CW, Granger CB, Armstrong PW. Non-culprit coronary artery percutaneous coronary intervention during acute ST-segment elevation myocardial infarction: insights from the APEX-AMI trial. *Eur Heart J* 2010;**31**(14):1701–1707.

266. Vlaar PJ, Mahmoud KD, Holmes DR Jr., van Valkenhoef G, Hillege HL, van der Horst IC, Zijlstra F, de Smet BJ. Culprit vessel only vs. multivessel and staged percutaneous coronary intervention for multivessel disease in patients presenting with ST-segment elevation myocardial infarction: a pairwise and network meta-analysis. *J Am Coll Cardiol* 2011;**58**(7):692–703.

267. Wald DS, Morris JK, Wald NJ, Chase AJ, Edwards RJ, Hughes LO, Berry C, Oldroyd KG. Randomized trial of preventive angioplasty in myocardial infarction. *N Engl J Med* 2013;**369**(12):1115–1123.

Downloaded from http://eurheartj.oxfordjournals.org/ by guest on September 18, 2014

Downloaded from http://eurheartj.oxfordjournals.org/ by guest on September 18, 2014

268. Palmerini T, Biondi-Zoccai G, Della Riva D, Mariani A, Sabate M, Valgimigli M, Frati G, Kedhi E, Smits PC, Kaiser C, Genereux P, Galatius S, Kirtane AJ, Stone GW. Clinical outcomes with drug-eluting and bare-metal stents in patients with ST-segment elevation myocardial infarction: evidence from a comprehensive network meta-analysis. J Am Coll Cardiol 2013;62(6):496–504.

269. Kastrati A, Dibra A, Spaulding C, Laarman GJ, Menichelli M, Valgimigli M, Di Lorenzo E, Kaiser C, Tierala I, Mehilli J, Seyfarth M, Varenne O, Dirksen MT, Percoco G, Varricchio A, Pittl U, Syvanne M, Suttorp MJ, Violini R, Schomig A. Meta-analysis of randomized trials on drug-eluting stents vs. bare-metal stents in patients with acute myocardial infarction. Eur Heart J 2007;28(22):2706–2713.

270. Karrowni W, Vyas A, Giacomino B, Schweizer M, Blevins A, Girotra S, Horwitz PA. Radial vs. femoral access for primary percutaneous interventions in ST-segment elevation myocardial infarction patients: a meta-analysis of randomized controlled trials. JACC Cardiovasc Interv 2013;6(8):814–823.

271. Ellis SG, Tendera M, de Belder MA, van Boven AJ, Widimsky P, Janssens L, Andersen HR, Betriu A, Savonitto S, Adamus J, Peruga JZ, Kosmider M, Katz O, Neunteufl T, Jorgova J, Dorobantu M, Grinfeld L, Armstrong P, Brodie BR, Herrmann HC, Montalescot G, Neumann FJ, Effron MB, Barnathan ES, Topol EJ. Facilitated PCI in patients with ST-elevation myocardial infarction. N Engl J Med 2008;358(21):2205–2217.

272. Cantor WJ, Fitchett D, Borgundvaag B, Ducas J, Heffernan M, Cohen EA, Morrison LJ, Langer A, Dzavik V, Mehta SR, Lazzam C, Schwartz B, Casanova A, Goodman SG. Routine early angioplasty after fibrinolysis for acute myocardial infarction. N Engl J Med 2009;360(26):2705–2718.

273. Di Mario C, Dudek D, Piscione F, Mielecki W, Savonitto S, Murena E, Dimopoulos K, Manari A, Gaspardone A, Ochala A, Zmudka K, Bolognese L, Steg PG, Flather M. Immediate angioplasty vs. standard therapy with rescue angioplasty after thrombolysis in the Combined Abciximab REteplase Stent Study in Acute Myocardial Infarction (CARESS-in-AMI): an open, prospective, randomised, multicentre trial. Lancet 2008;371(9612):559–568.

274. Bohmer E, Hoffmann P, Abdelnoor M, Arnesen H, Halvorsen S. Efficacy and safety of immediate angioplasty vs. ischemia-guided management after thrombolysis in acute myocardial infarction in areas with very long transfer distances results of the NORDISTEMI (NORwegian study on DIstrict treatment of ST-elevation myocardial infarction). J Am Coll Cardiol 2010;55(2):102–110.

275. Fernandez-Aviles F, Alonso JJ, Castro-Beiras A, Vazquez N, Blanco J, Alonso-Briales J, Lopez-Mesa J, Fernandez-Vazquez F, Calvo I, Martinez-Elbal L, San Roman JA, Ramos B. Routine invasive strategy within 24 hours of thrombolysis vs. ischaemia-guided conservative approach for acute myocardial infarction with ST-segment elevation (GRACIA-1): a randomised controlled trial. Lancet 2004;364(9439):1045–1053.

276. Le May MR, Wells GA, Labinaz M, Davies RF, Turek M, Leddy D, Maloney J, McKibbin T, Quinn B, Beanlands RS, Glover C, Marquis JF, O'Brien ER, Williams WL, Higginson LA. Combined angioplasty and pharmacological intervention vs. thrombolysis alone in acute myocardial infarction (CAPITAL AMI study). J Am Coll Cardiol 2005;46(3):417–424.

277. Scheller B, Hennen B, Hammer B, Walle J, Hofer C, Hilpert V, Winter H, Nickenig G, Bohm M. Beneficial effects of immediate stenting after thrombolysis in acute myocardial infarction. J Am Coll Cardiol 2003;42(4):634–641.

278. Borgia F, Goodman SG, Halvorsen S, Cantor WJ, Piscione F, Le May MR, Fernandez-Aviles F, Sanchez PL, Dimopoulos K, Scheller B, Armstrong PW, Di Mario C. Early routine percutaneous coronary intervention after fibrinolysis vs. standard therapy in ST-segment elevation myocardial infarction: a meta-analysis. Eur Heart J 2010;31(17):2156–2169.

279. Collet JP, Montalescot G, Le May M, Borentain M, Gershlick A. Percutaneous coronary intervention after fibrinolysis: a multiple meta-analyses approach according to the type of strategy. J Am Coll Cardiol 2006;48(7):1326–1335.

280. D'Souza SP, Mamas MA, Fraser DG, Fath-Ordoubadi F. Routine early coronary angioplasty vs. ischaemia-guided angioplasty after thrombolysis in acute ST-elevation myocardial infarction: a meta-analysis. Eur Heart J 2011;32(8):972–982.

281. Desch S, Eitel I, Rahimi K, de Waha S, Schuler G, Thiele H. Timing of invasive treatment after fibrinolysis in ST elevation myocardial infarction: a meta-analysis of immediate or early routine vs. deferred or ischemia-guided randomised controlled trials. Heart 2010;96(21):1695–1702.

282. Gershlick AH, Stephens-Lloyd A, Hughes S, Abrams KR, Stevens SE, Uren NG, de Belder A, Davis J, Pitt M, Banning A, Baumbach A, Shiu MF, Schofield P, Dawkins KD, Henderson RA, Oldroyd KG, Wilcox R. Rescue angioplasty after failed thrombolytic therapy for acute myocardial infarction. N Engl J Med 2005;353(26):2758–2768.

283. Hochman JS, Sleeper LA, White HD, Dzavik V, Wong SC, Menon V, Webb JG, Steingart R, Picard MH, Menegus MA, Boland J, Sanborn T, Buller CE, Modur S, Forman R, Desvigne-Nickens P, Jacobs AK, Slater JN, LeJemtel TH. One-year survival following early revascularization for cardiogenic shock. JAMA 2001;285(2):190–192.

284. Ellis SG, da Silva ER, Heyndrickx G, Talley JD, Cernigliaro C, Steg G, Spaulding C, Nobuyoshi M, Erbel R, Vassanelli C et al. Randomized comparison of rescue angioplasty with conservative management of patients with early failure of thrombolysis for acute anterior myocardial infarction. Circulation 1994;90(5):2280–2284.

285. Hillis LD, Smith PK, Anderson JL, Bittl JA, Bridges CR, Byrne JG, Cigarroa JE, Disesa VJ, Hiratzka LF, Hutter AM Jr., Jessen ME, Keeley EC, Lahey SJ, Lange RA, London MJ, Mack MJ, Patel MR, Puskas JD, Sabik JF, Selnes O, Shahian DM, Trost JC, Winniford MD. 2011 ACCF/AHA Guideline for Coronary Artery Bypass Graft Surgery: a report of the American College of Cardiology Foundation/American Heart Association Task Force on Practice Guidelines. Circulation 2011;124(23):e652–e735.

286. Weiss ES, Chang DD, Joyce DL, Nwakanma LU, Yuh DD. Optimal timing of coronary artery bypass after acute myocardial infarction: a review of California discharge data. J Thorac Cardiovasc Surg 2008;135(3):503–11, 511 e1–e3.

287. McMurray JJ, Adamopoulos S, Anker SD, Auricchio A, Bohm M, Dickstein K, Falk V, Filippatos G, Fonseca C, Gomez-Sanchez MA, Jaarsma T, Kober L, Lip GY, Maggioni AP, Parkhomenko A, Pieske BM, Popescu BA, Ronnevik PK, Rutten FH, Schwitter J, Seferovic P, Stepinska J, Trindade PT, Voors AA, Zannad F, Zeiher A. ESC Guidelines for the diagnosis and treatment of acute and chronic heart failure 2012: The Task Force for the Diagnosis and Treatment of Acute and Chronic Heart Failure 2012 of the European Society of Cardiology. Developed in collaboration with the Heart Failure Association (HFA) of the ESC. Eur Heart J 2012;33(14):1787–1847.

288. Velazquez EJ, Williams JB, Yow E, Shaw LK, Lee KL, Phillips HR, O'Connor CM, Smith PK, Jones RH. Long-term survival of patients with ischemic cardiomyopathy treated by coronary artery bypass grafting vs. medical therapy. Ann Thorac Surg 2012;93(2):523–530.

289. Bonow RO, Maurer G, Lee KL, Holly TA, Binkley PF, Desvigne-Nickens P, Drozdz J, Farsky PS, Feldman AM, Doenst T, Michler RE, Berman DS, Nicolau JC, Pellikka PA, Wrobel K, Alotti N, Asch FM, Favaloro LE, She L, Velazquez EJ, Jones RH, Panza JA, Investigators ST. Myocardial viability and survival in ischemic left ventricular dysfunction. N Engl J Med 2011;364(17):1617–1625.

290. Ling LF, Marwick TH, Flores DR, Jaber WA, Brunken RC, Cerqueira MD, Hachamovitch R. Identification of therapeutic benefit from revascularization in patients with left ventricular systolic dysfunction: inducible ischemia vs. hibernating myocardium. Circ Cardiovasc Imaging 2013;6(3):363–372.

291. Di Donato M, Castelvecchio S, Menicanti L. End-systolic volume following surgical ventricular reconstruction impacts survival in patients with ischaemic dilated cardiomyopathy. Eur J Heart Fail 2010;12(4):375–381.

292. Jones RH, Velazquez EJ, Michler RE, Sopko G, Oh JK, O'Connor CM, Hill JA, Menicanti L, Sadowski Z, Desvigne-Nickens P, Rouleau JL, Lee KL. Coronary bypass surgery with or without surgical ventricular reconstruction. N Engl J Med 2009;360(17):1705–1717.

293. Oh JK, Velazquez EJ, Menicanti L, Pohost GM, Bonow RO, Lin G, Hellkamp AS, Ferrazzi P, Wos S, Rao V, Berman D, Bochenek A, Cherniavsky A, Rogowski J, Rouleau JL, Lee KL, Investigators S. Influence of baseline left ventricular function on the clinical outcome of surgical ventricular reconstruction in patients with ischaemic cardiomyopathy. Eur Heart J 2013;34(1):39–47.

294. Michler RE, Rouleau JL, Al-Khalidi HR, Bonow RO, Pellikka PA, Pohost GM, Holly TA, Oh JK, Dagenais F, Milano C, Wrobel K, Pirk J, Ali IS, Jones RH, Velazquez EJ, Lee KL, Di Donato M. Insights from the STICH trial: change in left ventricular size after coronary artery bypass grafting with and without surgical ventricular reconstruction. J Thorac Cardiovasc Surg 2013;146(5):1139–1145 e6.

295. Dor V, Civaia F, Alexandrescu C, Sabatier M, Montiglio F. Favorable effects of left ventricular reconstruction in patients excluded from the Surgical Treatments for Ischemic Heart Failure (STICH) trial. J Thorac Cardiovasc Surg 2011;141(4):905–916, 916 e1–e4.

296. Lindholm MG, Kober L, Boesgaard S, Torp-Pedersen C, Aldershvile J, Trandolapril Cardiac Evaluation study g. Cardiogenic shock complicating acute myocardial infarction; prognostic impact of early and late shock development. Eur Heart J 2003;24(3):258–265.

297. Katz JN, Stebbins AL, Alexander JH, Reynolds HR, Pieper KS, Ruzyllo W, Werdan K, Geppert A, Dzavik V, Van de Werf F, Hochman JS, Investigators T. Predictors of 30-day mortality in patients with refractory cardiogenic shock following acute myocardial infarction despite a patent infarct artery. Am Heart J 2009;158(4):680–687.

298. Zeymer U, Vogt A, Zahn R, Weber MA, Tebbe U, Gottwik M, Bonzel T, Senges J, Neuhaus KL, Arbeitsgemeinschaft Leitende Kardiologische K. Predictors of in-hospital mortality in 1333 patients with acute myocardial infarction complicated by cardiogenic shock treated with primary percutaneous coronary intervention (PCI); Results of the primary PCI registry of the Arbeitsgemeinschaft Leitende Kardiologische Krankenhausartze (ALKK). Eur Heart J 2004;25(4):322–328.

299. Dzavik V, Sleeper LA, Cocke TP, Moscucci M, Saucedo J, Hosat S, Jiang X, Slater J, LeJemtel T, Hochman JS, Investigators S. Early revascularization is associated with improved survival in elderly patients with acute myocardial infarction complicated

Downloaded from http://eurheartj.oxfordjournals.org/ by guest on September 18, 2014

by cardiogenic shock: a report from the SHOCK Trial Registry. *Eur Heart J* 2003; **24**(9):828–837.

300. Kantrowitz A, Tjonneland S, Freed PS, Phillips SJ, Butner AN, Sherman JL Jr. Initial clinical experience with intraaortic balloon pumping in cardiogenic shock. *JAMA* 1968;**203**(2):113–118.

301. Thiele H, Zeymer U, Neumann FJ, Ferenc M, Olbrich HG, Hausleiter J, Richardt G, Hennersdorf M, Empen K, Fuernau G, Desch S, Eitel I, Hambrecht R, Fuhrmann J, Bohm M, Ebelt H, Schneider S, Schuler G, Werdan K, Investigators I-SIT. Intraaortic balloon support for myocardial infarction with cardiogenic shock. *N Engl J Med* 2012;**367**(14):1287–1296.

302. Thiele H, Zeymer U, Neumann FJ, Ferenc M, Olbrich HG, Hausleiter J, de Waha A, Richardt G, Hennersdorf M, Empen K, Fuernau G, Desch S, Eitel I, Hambrecht R, Lauer B, Bohm M, Ebelt H, Schneider S, Werdan K, Schuler G. Intra-aortic balloon counterpulsation in acute myocardial infarction complicated by cardiogenic shock (IABP-SHOCK II): final 12 month results of a randomised, open-label trial. *Lancet* 2013;**382**(9905):1638–1645.

303. Burkhoff D, Cohen H, Brunckhorst C, O'Neill WW, TandemHeart Investigators G. A randomized multicenter clinical study to evaluate the safety and efficacy of the TandemHeart percutaneous ventricular assist device vs. conventional therapy with intraaortic balloon pumping for treatment of cardiogenic shock. *Am Heart J* 2006;**152**(3):469 e1–e8.

304. Kar B, Basra SS, Shah NR, Loyalka P. Percutaneous circulatory support in cardiogenic shock: interventional bridge to recovery. *Circulation* 2012;**125**(14): 1809–1817.

305. Thiele H, Sick P, Boudriot E, Diederich KW, Hambrecht R, Niebauer J, Schuler G. Randomized comparison of intra-aortic balloon support with a percutaneous left ventricular assist device in patients with revascularized acute myocardial infarction complicated by cardiogenic shock. *Eur Heart J* 2005;**26**(13):1276–1283.

306. Seyfarth M, Sibbing D, Bauer I, Frohlich G, Bott-Flugel L, Byrne R, Dirschinger J, Kastrati A, Schomig A. A randomized clinical trial to evaluate the safety and efficacy of a percutaneous left ventricular assist device vs. intra-aortic balloon pumping for treatment of cardiogenic shock caused by myocardial infarction. *J Am Coll Cardiol* 2008;**52**(19):1584–1588.

307. Cheng JM, den Uil CA, Hoeks SE, van der Ent M, Jewbali LS, van Domburg RT, Serruys PW. Percutaneous left ventricular assist devices vs. intra-aortic balloon pump counterpulsation for treatment of cardiogenic shock: a meta-analysis of controlled trials. *Eur Heart J* 2009;**30**(17):2102–2108.

308. Kirklin JK, Naftel DC, Kormos RL, Stevenson LW, Pagani FD, Miller MA, Baldwin JT, Young JB. The Fourth INTERMACS Annual Report: 4,000 implants and counting. *J Heart Lung Transplant* 2012;**31**(2):117–126.

309. Kirklin JK, Naftel DC, Kormos RL, Stevenson LW, Pagani FD, Miller MA, Timothy Baldwin J, Young JB. Fifth INTERMACS annual report: risk factor analysis from more than 6,000 mechanical circulatory support patients. *J Heart Lung Transplant* 2013;**32**(2):141–156.

310. Kirklin JK, Naftel DC, Pagani FD, Kormos RL, Stevenson L, Miller M, Young JB. Long-term mechanical circulatory support (destination therapy): on track to compete with heart transplantation? *J Thorac Cardiovasc Surg* 2012;**144**(3):584–603; discussion 597–598.

311. Cohn JN, Guiha NH, Broder MI, Limas CJ. Right ventricular infarction. Clinical and hemodynamic features. *Am J Cardiol* 1974;**33**(2):209–214.

312. Dell'Italia LJ, Starling MR, Crawford MH, Boros BL, Chaudhuri TK, O'Rourke RA. Right ventricular infarction: identification by hemodynamic measurements before after volume loading correlation with noninvasive techniques. *J Am Coll Cardiol* 1984;**4**(5):931–939.

313. Goldstein JA. Pathophysiology and management of right heart ischemia. *J Am Coll Cardiol* 2002;**40**(5):841–853.

314. Goldstein JA, Barzilai B, Rosamond TL, Eisenberg PR, Jaffe AS. Determinants of hemodynamic compromise with severe right ventricular infarction. *Circulation* 1990;**82**(2):359–368.

315. Lorell B, Leinbach RC, Pohost GM, Gold HK, Dinsmore RE, Hutter AM Jr., Pastore JO, Desanctis RW. Right ventricular infarction. Clinical diagnosis and differentiation from cardiac tamponade and pericardial constriction. *Am J Cardiol* 1979; **43**(3):465–471.

316. Jacobs AK, Leopold JA, Bates E, Mendes LA, Sleeper LA, White H, Davidoff R, Boland J, Modur S, Forman R, Hochman JS. Cardiogenic shock caused by right ventricular infarction: a report from the SHOCK registry. *J Am Coll Cardiol* 2003;**41**(8): 1273–1279.

317. Hochman JS, Buller CE, Sleeper LA, Boland J, Dzavik V, Sanborn TA, Godfrey E, White HD, Lim J, LeJemtel T. Cardiogenic shock complicating acute myocardial infarction:etiologies, management and outcome: a report from the SHOCK Trial Registry. SHould we emergently revascularize Occluded Coronaries for cardiogenic shock? *J Am Coll Cardiol* 2000;**36**(3 Suppl A):1063–1070.

318. Brodie BR, Stuckey TD, Hansen C, Bradshaw BH, Downey WE, Pulsipher MW. Comparison of late survival in patients with cardiogenic shock due to right ventricular infarction vs. left ventricular pump failure following primary percutaneous

coronary intervention for ST-elevation acute myocardial infarction. *Am J Cardiol* 2007;**99**(4):431–435.

319. Zeymer U, Neuhaus KL, Wegscheider K, Tebbe U, Molhoek P, Schroder R. Effects of thrombolytic therapy in acute inferior myocardial infarction with or without right ventricular involvement. HIT-4 Trial Group. Hirudin for Improvement of Thrombolysis. *J Am Coll Cardiol* 1998;**32**(4):876–881.

320. The effects of tissue plasminogen activator, streptokinase, or both on coronary-artery patency, ventricular function, and survival after acute myocardial infarction. The GUSTO Angiographic Investigators. *N Engl J Med* 1993;**329**(22): 1615–1622.

321. Kinn JW, O'Neill WW, Benzuly KH, Jones DE, Grines CL. Primary angioplasty reduces risk of myocardial rupture compared to thrombolysis for acute myocardial infarction. *Cathet Cardiovasc Diagn* 1997;**42**(2):151–157.

322. Moreno R, Lopez-Sendon J, Garcia E, Perez de Isla L, Lopez de Sa E, Ortega A, Moreno M, Rubio R, Soriano J, Abeytua M, Garcia-Fernandez MA. Primary angioplasty reduces the risk of left ventricular free wall rupture compared with thrombolysis in patients with acute myocardial infarction. *J Am Coll Cardiol* 2002;**39**(4): 598–603.

323. Menon V, Webb JG, Hillis LD, Sleeper LA, Abboud R, Dzavik V, Slater JN, Forman R, Monrad ES, Talley JD, Hochman JS. Outcome and profile of ventricular septal rupture with cardiogenic shock after myocardial infarction: a report from the SHOCK Trial Registry. SHould we emergently revascularize Occluded Coronaries in cardiogenic shock? *J Am Coll Cardiol* 2000;**36**(3 Suppl A):1110–1116.

324. Thiele H, Kaulfersch C, Daehnert I, Schoenauer M, Eitel I, Borger M, Schuler G. Immediate primary transcatheter closure of postinfarction ventricular septal defects. *Eur Heart J* 2009;**30**(1):81–88.

325. Zhu XY, Qin YW, Han YL, Zhang DZ, Wang P, Liu YF, Xu YW, Jing QM, Xu K, Gersh BJ, Wang XZ. Long-term efficacy of transcatheter closure of ventricular septal defect in combination with percutaneous coronary intervention in patients with ventricular septal defect complicating acute myocardial infarction: a multicentre study. *EuroIntervention* 2013;**8**(11):1270–1276.

326. Assenza GE, McElhinney DB, Valente AM, Pearson DD, Volpe M, Martucci G, Landzberg MJ, Lock JE. Transcatheter closure of post-myocardial infarction ventricular septal rupture. *Circ Cardiovasc Interv* 2013;**6**(1):59–67.

327. Slater J, Brown RJ, Antonelli TA, Menon V, Boland J, Col J, Dzavik V, Greenberg M, Menegus M, Connery C, Hochman JS. Cardiogenic shock due to cardiac free-wall rupture or tamponade after acute myocardial infarction: a report from the SHOCK Trial Registry. Should we emergently revascularize occluded coronaries for cardiogenic shock? *J Am Coll Cardiol* 2000;**36**(3 Suppl A):1117–1122.

328. Lopez-Sendon J, Gonzalez A, Lopez de Sa E, Coma-Canella I, Roldan I, Dominguez F, Maqueda I, Martin Jadraque L. Diagnosis of subacute ventricular wall rupture after acute myocardial infarction: sensitivity and specificity of clinical, hemodynamic and echocardiographic criteria. *J Am Coll Cardiol* 1992;**19**(6): 1145–1153.

329. Menon V, Hochman JS, Stebbins A, Pfisterer M, Col J, Anderson RD, Hasdai D, Holmes DR, Bates ER, Topol EJ, Califf RM, Ohman EM. Lack of progress in cardiogenic shock: lessons from the GUSTO trials. *Eur Heart J* 2000;**21**(23):1928–1936.

330. Chevalier P, Burri H, Fahrat F, Cucherat M, Jegaden O, Obadia JF, Kirkorian G, Touboul P. Perioperative outcome and long-term survival of surgery for acute post-infarction mitral regurgitation. *Eur J Cardiothorac Surg* 2004;**26**(2):330–335.

331. Hochman JS, Sleeper LA, Webb JG, Dzavik V, Buller CE, Aylward P, Col J, White HD, Investigators S. Early revascularization and long-term survival in cardiogenic shock complicating acute myocardial infarction. *JAMA* 2006;**295**(21): 2511–2515.

332. Sjauw KD, Engstrom AE, Vis MM, van der Schaaf RJ, Baan J Jr., Koch KT, de Winter RJ, Piek JJ, Tijssen JG, Henriques JP. A systematic review and meta-analysis of intra-aortic balloon pump therapy in ST-elevation myocardial infarction: should we change the guidelines? *Eur Heart J* 2009;**30**(4):459–468.

333. Buerke M, Prondzinsky R, Lemm H, Dietz S, Buerke U, Ebelt H, Bushnaq H, Silber RE, Werdan K. Intra-aortic balloon counterpulsation in the treatment of infarction-related cardiogenic shock:review of the current evidence. *Artif Organs* 2012;**36**(6):505–511.

334. Frye RL, August P, Brooks MM, Hardison RM, Kelsey SF, MacGregor JM, Orchard TJ, Chaitman BR, Genuth SM, Goldberg SH, Hlatky MA, Jones TL, Molitch ME, Nesto RW, Sako EY, Sobel BE. A randomized trial of therapies for type 2 diabetes and coronary artery disease. *N Engl J Med* 2009;**360**(24):2503–2515.

335. Shaw LJ, Cerqueira MD, Brooks MM, Althouse AD, Sansing VV, Beller GA, Pop-Busui R, Taillefer R, Chaitman BR, Gibbons RJ, Heo J, Iskandrian AE. Impact of left ventricular function and the extent of ischemia and scar by stress myocardial perfusion imaging on prognosis and therapeutic risk reduction in diabetic patients with coronary artery disease: results from the Bypass Angioplasty Revascularization Investigation 2 Diabetes (BARI 2D) trial. *Journal of Nuclear Cardiology* 2012; **19**(4):658–669.

336. Brooks MM, Chaitman BR, Nesto RW, Hardison RM, Feit F, Gersh BJ, Krone RJ, Sako EY, Rogers WJ, Garber AJ, King SB 3rd, Davidson CJ, Ikeno F, Frye RL. Clinical,

angiographic risk stratification differential impact on treatment outcomes in the Bypass Angioplasty Revascularization Investigation 2 Diabetes (BARI 2D) trial. *Circulation* 2012;**126**(17):2115–2124.

337. Wiviott SD, Braunwald E, Angiolillo DJ, Meisel S, Dalby AJ, Verheugt FW, Goodman SG, Corbalan R, Purdy DA, Murphy SA, McCabe CH, Antman EM, Investigators T-T. Greater clinical benefit of more intensive oral antiplatelet therapy with prasugrel in patients with diabetes mellitus in the trial to assess improvement in therapeutic outcomes by optimizing platelet inhibition with prasugrel-Thrombolysis in Myocardial Infarction 38. *Circulation* 2008;**118**(16):1626–1636.

338. O'Donoghue ML, Vaidya A, Afsal R, Alfredsson J, Boden WE, Braunwald E, Cannon CP, Clayton TC, de Winter RJ, Fox KA, Lagerqvist B, McCullough PA, Murphy SA, Spacek R, Swahn E, Windhausen F, Sabatine MS. An invasive or conservative strategy in patients with diabetes mellitus and non-ST-segment elevation acute coronary syndromes: a collaborative meta-analysis of randomized trials. *J Am Coll Cardiol* 2012;**60**(2):106–111.

339. Malmberg K, Yusuf S, Gerstein HC, Brown J, Zhao F, Hunt D, Piegas L, Calvin J, Keltai M, Budaj A. Impact of diabetes on long-term prognosis in patients with unstable angina and non-Q-wave myocardial infarction: results of the OASIS (Organization to Assess Strategies for Ischemic Syndromes) Registry. *Circulation* 2000;**102**(9):1014–1019.

340. Mehta SR, Granger CB, Eikelboom JW, Bassand JP, Wallentin L, Faxon DP, Peters RJ, Budaj A, Afzal R, Chrolavicius S, Fox KA, Yusuf S. Efficacy and safety of fondaparinux vs. enoxaparin in patients with acute coronary syndromes undergoing percutaneous coronary intervention: results from the OASIS-5 trial. *J Am Coll Cardiol* 2007;**50**(18):1742–1751.

341. Wallentin L, Becker RC, Budaj A, Cannon CP, Emanuelsson H, Held C, Horrow J, Husted S, James S, Katus H, Mahaffey KW, Scirica BM, Skene A, Steg PG, Storey RF, Harrington RA, Freij A, Thorsen M. Ticagrelor vs. clopidogrel in patients with acute coronary syndromes. *N Engl J Med* 2009;**361**(11):1045–1057.

342. Lagerqvist B, Husted S, Kontny F, Stahle E, Swahn E, Wallentin L, Fast Revascularisation during InStability in Coronary artery disease I. 5-year outcomes in the FRISC-II randomised trial of an invasive vs. a non-invasive strategy in non-ST-elevation acute coronary syndrome: a follow-up study. *Lancet* 2006;**368**(9540):998–1004.

343. Damman P, Hirsch A, Windhausen F, Tijssen JG, de Winter RJ. 5-year clinical outcomes in the ICTUS (Invasive vs. Conservative Treatment in Unstable coronary Syndromes) trial a randomized comparison of an early invasive vs. selective invasive management in patients with non-ST-segment elevation acute coronary syndrome. *J Am Coll Cardiol* 2010;**55**(9):858–864.

344. Abdallah MS, Wang K, Magnuson EA, Spertus JA, Farkouh ME, Fuster V, Cohen DJ, Investigators FT. Quality of life after PCI vs. CABG among patients with diabetes and multivessel coronary artery disease: a randomized clinical trial. *JAMA* 2013;**310**(15):1581–1590.

345. Serruys PW, Farooq V. Revascularization strategies in patients with diabetes. *N Engl J Med* 2013;**368**(15):1454–1455.

346. Kappetein AP, Head SJ, Morice MC, Banning AP, Serruys PW, Mohr FW, Dawkins KD, Mack MJ, Investigators S. Treatment of complex coronary artery disease in patients with diabetes: 5-year results comparing outcomes of bypass surgery and percutaneous coronary intervention in the SYNTAX trial. *Eur J Cardiothorac Surg* 2013;**43**(5):1006–1013.

347. Kapur A, Hall RJ, Malik IS, Qureshi AC, Butts J, de Belder M, Baumbach A, Angelini G, de Belder A, Oldroyd KG, Flather M, Roughton M, Nihoyannopoulos P, Bagger JP, Morgan K, Beatt KJ. Randomized comparison of percutaneous coronary intervention with coronary artery bypass grafting in diabetic patients. 1-year results of the CARDia (Coronary Artery Revascularization in Diabetes) trial. *J Am Coll Cardiol* 2010;**55**(5):432–440.

348. Kamalesh M, Sharp TG, Tang XC, Shunk K, Ward HB, Walsh J, King S 3rd, Colling C, Moritz T, Stroupe K, Reda D. Percutaneous coronary intervention vs. coronary bypass surgery in United States veterans with diabetes. *J Am Coll Cardiol* 2013;**61**(8):808–816.

349. Verma S, Farkouh ME, Yanagawa B, Fitchett DH, Ahsan MR, Ruel M, Sud S, Gupta M, Singh S, Gupta N, Cheema AN, Leiter LA, Fedak PW, Teoh H, Latter DA, Fuster V, Friedrich JO. Comparison of coronary artery bypass surgery and percutaneous coronary interventions in patients with diabetes: a meta-analysis of randomised controlled trials. *Lancet Diabetes & Endocrinology* 2013;**1**(4):317–328.

350. Hakeem A, Garg N, Bhatti S, Rajpurohit N, Ahmed Z, Uretsky BF. Effectiveness of percutaneous coronary intervention with drug-eluting stents compared with bypass surgery in diabetics with multivessel coronary disease: comprehensive systematic review and meta-analysis of randomized clinical data. *J Am Heart Assoc* 2013;**2**(4):e000354.

351. Stettler C, Allemann S, Wandel S, Kastrati A, Morice MC, Schomig A, Pfisterer ME, Stone GW, Leon MB, de Lezo JS, Goy JJ, Park SJ, Sabate M, Suttorp MJ, Kelbaek H, Spaulding C, Menichelli M, Vermeersch P, Dirksen MT, Cervinka P, De Carlo M, Erglis A, Chechi T, Ortolani P, Schalij MJ, Diem P, Meier B, Windecker S, Juni P.

352. Drug eluting and bare metal stents in people with and without diabetes: collaborative network meta-analysis. *BMJ* 2008;**337**:a1331.

352. Bangalore S, Kumar S, Fusaro M, Amoroso N, Kirtane AJ, Byrne RA, Williams DO, Slater J, Cutlip DE, Feit F. Outcomes with various drug eluting or bare metal stents in patients with diabetes mellitus: mixed treatment comparison analysis of 22,844 patient years of follow-up from randomised trials. *BMJ* 2012;**345**:e5170.

353. Taggart DP, Altman DG, Gray AM, Lees B, Nugara F, Yu LM, Campbell H, Flather M. Randomized trial to compare bilateral vs. single internal mammary coronary artery bypass grafting: 1-year results of the Arterial Revascularisation Trial (ART). *Eur Heart J* 2010;**31**(20):2470–2481.

354. Puskas JD, Sadiq A, Vassiliades TA, Kilgo PD, Lattouf OM. Bilateral internal thoracic artery grafting is associated with significantly improved long-term survival, even among diabetic patients. *Annals of Thoracic Surgery* 2012;**94**(3):710–715;discussion 715–716.

355. Locker C, Schaff HV, Dearani JA, Joyce LD, Park SJ, Burkhart HM, Suri RM, Greason KL, Stulak JM, Li Z, Daly RC. Multiple arterial grafts improve late survival of patients undergoing coronary artery bypass graft surgery: analysis of 8622 patients with multivessel disease. *Circulation* 2012;**126**(9):1023–1030.

356. Schwann TA, Al-Shaar L, Engoren M, Habib RH. Late effects of radial artery vs.saphenous vein grafting for multivessel coronary bypass surgery in diabetics: a propensity-matched analysis. *Eur J Cardiothorac Surg* 2013;**44**(4):701–710.

357. Giugliano RP, White JA, Bode C, Armstrong PW, Montalescot G, Lewis BS, van 't Hof A, Berdan LG, Lee KL, Strony JT, Hildemann S, Veltri E, Van de Werf F, Braunwald E, Harrington RA, Califf RM, Newby LK, Investigators EA. Early vs. delayed, provisional eptifibatide in acute coronary syndromes. *N Engl J Med* 2009;**360**(21):2176–2190.

358. Mellbin LG, Malmberg K, Norhammar A, Wedel H, Ryden L. The impact of glucose lowering treatment on long-term prognosis in patients with type 2 diabetes and myocardial infarction: a report from the DIGAMI 2 trial. *Eur Heart J* 2008;**29**(2):166–176.

359. Zeller M, Danchin N, Simon D, Vahanian A, Lorgis L, Cottin Y, Berland J, Gueret P, Wyart P, Deturck R, Tabone X, Machecourt J, Leclercq F, Drouet E, Mulak G, Bataille V, Cambou JP, Ferrieres J, Simon T. Impact of type of preadmission sulfonylureas on mortality and cardiovascular outcomes in diabetic patients with acute myocardial infarction. *The Journal of Clinical Endocrinology and Metabolism* 2010;**95**(11):4993–5002.

360. Takagi T, Okura H, Kobayashi Y, Kataoka T, Taguchi H, Toda I, Tamita K, Yamamuro A, Sakanoue Y, Ito A, Yanagi S, Shimeno K, Waseda K, Yamasaki M, Fitzgerald PJ, Ikeno F, Honda Y, Yoshiyama M, Yoshikawa J. A prospective, multicenter, randomized trial to assess efficacy of pioglitazone on in-stent neointimal suppression in type 2 diabetes: POPPS (Prevention of In-Stent Neointimal Proliferation by Pioglitazone Study). *JACC Cardiovascular Interventions* 2009;**2**(6):524–531.

361. Bhamidipati CM, LaPar DJ, Stukenborg GJ, Morrison CC, Kern JA, Kron IL, Ailawadi G. Superiority of moderate control of hyperglycemia to tight control in patients undergoing coronary artery bypass grafting. *J Thorac Cardiovasc Surg* 2011;**141**(2):543–551.

362. Scirica BM, Bhatt DL, Braunwald E, Steg PG, Davidson J, Hirshberg B, Ohman P, Frederich R, Wiviott SD, Hoffman EB, Cavender MA, Udell JA, Desai NR, Mosenzon O, McGuire DK, Ray KK, Leiter LA, Raz I. Saxagliptin and cardiovascular outcomes in patients with type 2 diabetes mellitus. *N Engl J Med* 2013;**369**(14):1317–1326.

363. Timmer JR, Ottervanger JP, de Boer MJ, Boersma E, Grines CL, Westerhout CM, Simes RJ, Granger CB, Zijlstra F, Primary Coronary Angioplasty vs.Thrombolysis-2 Trialists Collaborators G. Primary percutaneous coronary intervention compared with fibrinolysis for myocardial infarction in diabetes mellitus: results from the Primary Coronary Angioplasty vs. Thrombolysis-2 trial. *Arch Intern Med* 2007;**167**(13):1353–1359.

364. Cannon CP, Weintraub WS, Demopoulos LA, Vicari R, Frey MJ, Lakkis N, Neumann FJ, Robertson DH, DeLucca PT, DiBattiste PM, Gibson CM, Braunwald E, Investigators TTIMI. Comparison of early invasive and conservative strategies in patients with unstable coronary syndromes treated with the glycoprotein IIb/IIIa inhibitor tirofiban. *N Engl J Med* 2001;**344**(25):1879–1887.

365. Roffi M, Topol EJ. Percutaneous coronary intervention in diabetic patients with non-ST-segment acute coronary syndromes. *Eur Heart J* 2004;**25**(3):190–198.

366. Lindahl B, Toss H, Siegbahn A, Venge P, Wallentin L. Markers of myocardial damage and inflammation in relation to long-term mortality in unstable coronary artery disease. FRISC Study Group. Fragmin during Instability in Coronary Artery Disease. *N Engl J Med* 2000;**343**(16):1139–1147.

367. Lima EG, Hueb W, Garcia RM, Pereira AC, Soares PR, Favarato D, Garzillo CL, D'Oliveira Vieira R, Rezende PC, Takiuti M, Girardi P, Hueb AC, Ramires JA, Kalil Filho R. Impact of diabetes on 10-year outcomes of patients with multivessel coronary artery disease in the Medicine, Angioplasty, or Surgery Study II (MASS II) trial. *Am Heart J* 2013;**166**(2):250–257.

Downloaded from http://eurheartj.oxfordjournals.org/ by guest on September 18, 2014

Downloaded from http://eurheartj.oxfordjournals.org/ by guest on September 18, 2014

368. Dorman MJ, Kurlansky PA, Traad EA, Galbut DL, Zucker M, Ebra G. Bilateral internal mammary artery grafting enhances survival in diabetic patients: a 30-year follow-up of propensity score-matched cohorts. *Circulation* 2012;**126**(25):2935–2942.

369. Chertow GM, Normand SL, McNeil BJ. "Renalism": inappropriately low rates of coronary angiography in elderly individuals with renal insufficiency. *J Am Soc Nephrol* 2004;**15**(9):2462–2468.

370. Charytan D, Mauri L, Agarwal A, Servoss S, Scirica B, Kuntz RE. The use of invasive cardiac procedures after acute myocardial infarction in long-term dialysis patients. *Am Heart J* 2006;**152**(3):558–564.

371. Szummer K, Lundman P, Jacobson SH, Schon S, Lindback J, Stenestrand U, Wallentin L, Jernberg T. Influence of renal function on the effects of early revascularization in non-ST-elevation myocardial infarction: data from the Swedish Web-System for Enhancement and Development of Evidence-Based Care in Heart Disease Evaluated According to Recommended Therapies (SWEDEHEART). *Circulation* 2009;**120**(10):851–858.

372. Hemmelgarn BR, Southern D, Culleton BF, Mitchell LB, Knudtson ML, Ghali WA. Survival after coronary revascularization among patients with kidney disease. *Circulation* 2004;**110**(14):1890–1895.

373. Reddan DN, Szczech LA, Tuttle RH, Shaw LK, Jones RH, Schwab SJ, Smith MS, Califf RM, Mark DB, Owen WF Jr. Chronic kidney disease, mortality, and treatment strategies among patients with clinically significant coronary artery disease. *J Am Soc Nephrol* 2003;**14**(9):2373–2380.

374. Huang HD, Alam M, Hamzeh I, Virani S, Deswal A, Aguilar D, Rogers P, Kougias P, Birnbaum Y, Paniagua D, Kar B, Ballantyne C, Bozkurt B, Jneid H. Patients with severe chronic kidney disease benefit from early revascularization after acute coronary syndrome. *Int J Cardiol* 2013;**168**(4):3741–3746.

375. Tsai TT, Messenger JC, Brennan JM, Patel UD, Dai D, Piana RN, Anstrom KJ, Eisenstein EL, Dokholyan RS, Peterson ED, Douglas PS. Safety and efficacy of drug-eluting stents in older patients with chronic kidney disease: a report from the linked CathPCI Registry-CMS claims database. *J Am Coll Cardiol* 2011;**58**(18):1859–1869.

376. Shenoy C, Boura J, Orshaw P, Harjai KJ. Drug-eluting stents in patients with chronic kidney disease: a prospective registry study. *PLoS One* 2010;**5**(11):e15070.

377. Ashrith G, Lee VV, Elayda MA, Reul RM, Wilson JM. Short- and long-term outcomes of coronary artery bypass grafting or drug-eluting stent implantation for multivessel coronary artery disease in patients with chronic kidney disease. *Am J Cardiol* 2010;**106**(3):348–353.

378. Charytan DM, Li S, Liu J, Herzog CA. Risks of death and end-stage renal disease after surgical compared with percutaneous coronary revascularization in elderly patients with chronic kidney disease. *Circulation* 2012;**126**(11 Suppl 1):S164–9.

379. Ix JH, Mercado N, Shlipak MG, Lemos PA, Boersma E, Lindeboom W, O'Neill WW, Wijns W, Serruys PW. Association of chronic kidney disease with clinical outcomes after coronary revascularization: the Arterial Revascularization Therapies Study (ARTS). *Am Heart J* 2005;**149**(3):512–519.

380. Chawla LS, Zhao Y, Lough FC, Schroeder E, Seneff MG, Brennan JM. Off-pump vs. on-pump coronary artery bypass grafting outcomes stratified by preoperative renal function. *J Am Soc Nephrol* 2012;**23**(8):1389–1397.

381. Charytan DM, Yang SS, McGurk S, Rawn J. Long and short-term outcomes following coronary artery bypass grafting in patients with and without chronic kidney disease. *Nephrol Dial Transplant* 2010;**25**(11):3654–3663.

382. Chang TI, Shilane D, Kazi DS, Montez-Rath ME, Hlatky MA, Winkelmayer WC. Multivessel coronary artery bypass grafting vs. percutaneous coronary intervention in ESRD. *J Am Soc Nephrol* 2012;**23**(12):2042–2049.

383. Herzog CA, Ma JZ, Collins AJ. Long-term outcome of renal transplant recipients in the United States after coronary revascularization procedures. *Circulation* 2004;**109**(23):2866–2871.

384. Brar SS, Shen AY, Jorgensen MB, Kotlewski A, Aharonian VJ, Desai N, Ree M, Shah AI, Burchette RJ. Sodium bicarbonate vs.sodium chloride for the prevention of contrast medium-induced nephropathy in patients undergoing coronary angiography: a randomized trial. *JAMA* 2008;**300**(9):1038–1046.

385. Merten GJ, Burgess WP, Gray LV, Holleman JH, Roush TS, Kowalchuk GJ, Bersin RM, Van Moore A, Simonton CA 3rd, Rittase RA, Norton HJ, Kennedy TP. Prevention of contrast-induced nephropathy with sodium bicarbonate: a randomized controlled trial. *JAMA* 2004;**291**(19):2328–2334.

386. Li Y, Liu Y, Fu L, Mei C, Dai B. Efficacy of short-term high-dose statin in preventing contrast-induced nephropathy: a meta-analysis of seven randomized controlled trials. *PLoS One* 2012;**7**(4):e34450.

387. Sadat U, Usman A, Gillard JH, Boyle JR. Does ascorbic acid protect against contrast-induced acute kidney injury in patients undergoing coronary angiography: a systematic review with meta-analysis of randomized, controlled trials. *J Am Coll Cardiol* 2013;**62**(23):2167–2175.

388. Marenzi G, Assanelli E, Campodonico J, Lauri G, Marana I, De Metrio M, Moltrasio M, Grazi M, Rubino M, Veglia F, Fabbiocchi F, Bartorelli AL. Contrast volume during primary percutaneous coronary intervention and subsequent contrast-induced nephropathy and mortality. *Ann Intern Med* 2009;**150**(3):170–177.

389. Laskey WK, Jenkins C, Selzer F, Marroquin OC, Wilensky RL, Glaser R, Cohen HA, Holmes DR Jr. Volume-to-creatinine clearance ratio: a pharmacokinetically based risk factor for prediction of early creatinine increase after percutaneous coronary intervention. *J Am Coll Cardiol* 2007;**50**(7):584–590.

390. Fox CS, Muntner P, Chen AY, Alexander KP, Roe MT, Cannon CP, Saucedo JF, Kontos MC, Wiviott SD. Use of evidence-based therapies in short-term coronary care of ST-segment elevation myocardial infarction and non-ST-segment elevation myocardial infarction in patients with chronic kidney disease: a report from the National Cardiovascular Data Acute Coronary Treatment and Intervention Outcomes Network registry. *Circulation* 2010;**121**(3):357–365.

391. Yan LQ, Guo LJ, Zhang FC, Gao W. The relationship between kidney function and angiographically-derived SYNTAX score. *Can J Cardiol* 2011;**27**(6):768–772.

392. Zheng H, Xue S, Lian F, Huang RT, Hu ZL, Wang YY. Meta-analysis of clinical studies comparing coronary artery bypass grafting with percutaneous coronary intervention in patients with end-stage renal disease. *Eur J Cardiothorac Surg* 2013;**43**(3):459–467.

393. Del Duca D, Iqbal S, Rahme E, Goldberg P, de Varennes B. Renal failure after cardiac surgery: timing of cardiac catheterization and other perioperative risk factors. *Ann Thorac Surg* 2007;**84**(4):1264–1271.

394. Ranucci M, Ballotta A, Kunkl A, De Benedetti D, Kandil H, Conti D, Mollichelli N, Bossone E, Mehta RH. Influence of the timing of cardiac catheterization and the amount of contrast media on acute renal failure after cardiac surgery. *Am J Cardiol* 2008;**101**(8):1112–1118.

395. Medalion B, Cohen H, Assali A, Vaknin Assa H, Farkash A, Snir E, Sharoni E, Biderman P, Milo G, Battler A, Kornowski R, Porat E. The effect of cardiac angiography timing, contrast media dose, and preoperative renal function on acute renal failure after coronary artery bypass grafting. *J Thorac Cardiovasc Surg* 2010;**139**(6):1539–1544.

396. Sajja LR, Mannam G, Chakravarthi RM, Sompalli S, Naidu SK, Somaraju B, Penumatsa RR. Coronary artery bypass grafting with or without cardiopulmonary bypass in patients with preoperative non-dialysis dependent renal insufficiency: a randomized study. *J Thorac Cardiovasc Surg* 2007;**133**(2):378–388.

397. Maioli M, Toso A, Leoncini M, Micheletti C, Bellandi F. Effects of hydration in contrast-induced acute kidney injury after primary angioplasty: a randomized, controlled trial. *Circ Cardiovasc Interv* 2011;**4**(5):456–462.

398. Aspelin P, Aubry P, Fransson SG, Strasser R, Willenbrock R, Berg KJ. Nephrotoxic effects in high-risk patients undergoing angiography. *N Engl J Med* 2003;**348**(6):491–499.

399. Jo SH, Youn TJ, Koo BK, Park JS, Kang HJ, Cho YS, Chung WY, Joo GW, Chae IH, Choi DJ, Oh BH, Lee MM, Park YB, Kim HS. Renal toxicity evaluation and comparison between visipaque (iodixanol) and hexabrix (ioxaglate) in patients with renal insufficiency undergoing coronary angiography: the RECOVER study: a randomized controlled trial. *J Am Coll Cardiol* 2006;**48**(5):924–930.

400. Solomon RJ, Natarajan MK, Doucet S, Sharma SK, Staniloae CS, Katholi RE, Gelormini JL, Labinaz M, Moreyra AE. Cardiac Angiography in Renally Impaired Patients (CARE) study: a randomized double-blind trial of contrast-induced nephropathy in patients with chronic kidney disease. *Circulation* 2007;**115**(25):3189–3196.

401. Leoncini M, Toso A, Maioli M, Tropeano F, Villani S, Bellandi F. Early high-dose rosuvastatin for Contrast-Induced Nephropathy Prevention in Acute Coronary Syndrome. Results from Protective effect of Rosuvastatin and Antiplatelet Therapy On contrast-induced acute kidney injury and myocardial damage in patients with Acute Coronary Syndrome (PRATO-ACS Study). *J Am Coll Cardiol* 2014;**63**(1):71–79.

402. McCullough PA, Bertrand ME, Brinker JA, Stacul F. A meta-analysis of the renal safety of isosmolar iodixanol compared with low-osmolar contrast media. *J Am Coll Cardiol* 2006;**48**(4):692–699.

403. Briguori C, Visconti G, Focaccio A, Airoldi F, Valgimigli M, Sangiorgi GM, Golia B, Ricciardelli B, Condorelli G. Renal Insufficiency After Contrast Media Administration Trial II (REMEDIAL II): RenalGuard System in high-risk patients for contrast-induced acute kidney injury. *Circulation* 2011;**124**(11):1260–1269.

404. Marenzi G, Ferrari C, Marana I, Assanelli E, De Metrio M, Teruzzi G, Veglia F, Fabbiocchi F, Montorsi P, Bartorelli AL. Prevention of contrast nephropathy by furosemide with matched hydration: the MYTHOS (Induced Diuresis With Matched Hydration Compared to Standard Hydration for Contrast Induced Nephropathy Prevention) trial. *JACC Cardiovasc Interv* 2012;**5**(1):90–97.

405. ACT-Investigators. Acetylcysteine for prevention of renal outcomes in patients undergoing coronary and peripheral vascular angiography: main results from the randomized Acetylcysteine for Contrast-induced nephropathy Trial (ACT). *Circulation* 2011;**124**(11):1250–1259.

406. Klima T, Christ A, Marana I, Kalbermatter S, Uthoff H, Burri E, Hartwiger S, Schindler C, Breidthardt T, Marenzi G, Mueller C. Sodium chloride vs. sodium bicarbonate for the prevention of contrast medium-induced nephropathy: a randomized controlled trial. *Eur Heart J* 2012;**33**(16):2071–2079.

Downloaded from http://eurheartj.oxfordjournals.org/ by guest on September 18, 2014

407. Marenzi G, Marana I, Lauri G, Assanelli E, Grazi M, Campodonico J, Trabattoni D, Fabbiocchi F, Montorsi P, Bartorelli AL. The prevention of radiocontrast-agent-induced nephropathy by hemofiltration. *N Engl J Med* 2003;**349**(14): 1333–1340.

408. Marenzi G, Lauri G, Campodonico J, Marana I, Assanelli E, De Metrio M, Grazi M, Veglia F, Fabbiocchi F, Montorsi P, Bartorelli AL. Comparison of two hemofiltration protocols for prevention of contrast-induced nephropathy in high-risk patients. *Am J Med* 2006;**119**(2):155–162.

409. Cruz DN, Goh CY, Marenzi G, Corradi V, Ronco C, Perazella MA. Renal replacement therapies for prevention of radiocontrast-induced nephropathy: a systematic review. *Am J Med* 2012;**125**(1):p66–78, e3.

410. Vogt B, Ferrari P, Schonholzer C, Marti HP, Mohaupt M, Wiederkehr M, Cereghetti C, Serra A, Huynh-Do U, Uehlinger D, Frey FJ. Prophylactic hemodialysis after radiocontrast media in patients with renal insufficiency is potentially harmful. *Am J Med* 2001;**111**(9):692–698.

411. Vahanian A, Alfieri O, Andreotti F, Antunes MJ, Baron-Esquivias G, Baumgartner H, Borger MA, Carrel TP, De Bonis M, Evangelista A, Falk V, Iung B, Lancellotti P, Pierard L, Price S, Schafers HJ, Schuler G, Stepinska J, Swedberg K, Takkenberg J, Von Oppell UO, Windecker S, Zamorano JL, Zembala M. Guidelines on the management of valvular heart disease (version 2012). *Eur Heart J* 2012;**33**(19): 2451–2496.

412. Czer LS, Gray RJ, Stewart ME, De Robertis M, Chaux A, Matloff JM. Reduction in sudden late death by concomitant revascularization with aortic valve replacement. *J Thorac Cardiovasc Surg* 1988;**95**(3):390–401.

413. Iung B, Drissi MF, Michel PL, de Pamphilis O, Tsezana R, Cormier B, Vahanian A, Acar J. Prognosis of valve replacement for aortic stenosis with or without coexisting coronary heart disease: a comparative study. *J Heart Valve Dis* 1993;**2**(4):430–439.

414. Lund O, Nielsen TT, Pilegaard HK, Magnussen K, Knudsen MA. The influence of coronary artery disease and bypass grafting on early and late survival after valve replacement for aortic stenosis. *J Thorac Cardiovasc Surg* 1990;**100**(3):327–337.

415. Mullany CJ, Elveback LR, Frye RL, Pluth JR, Edwards WD, Orszulak TA, Nassef LA Jr., Riner RE, Danielson GK. Coronary artery disease and its management: influence on survival in patients undergoing aortic valve replacement. *J Am Coll Cardiol* 1987; **10**(1):66–72.

416. Hannan EL, Wu C, Bennett EV, Carlson RE, Culliford AT, Gold JP, Higgins RS, Smith CR, Jones RH. Risk index for predicting in-hospital mortality for cardiac valve surgery. *Ann Thorac Surg* 2007;**83**(3):921–929.

417. van Gameren M, Kappetein AP, Steyerberg EW, Venema AC, Berenschot EA, Hannan EL, Bogers AJ, Takkenberg JJ. Do we need separate risk stratification models for hospital mortality after heart valve surgery? *Ann Thorac Surg* 2008; **85**(3):921–930.

418. Hamm CW, Mollmann H, Holzhey D, Beckmann A, Veit C, Figulla HR, Cremer J, Kuck KH, Lange R, Zahn R, Sack S, Schuler G, Walther T, Beyersdorf F, Bohm M, Heusch G, Funkat AK, Meinertz T, Neumann T, Papoutsis K, Schneider S, Welz A, Mohr FW. The German Aortic Valve Registry (GARY): in-hospital outcome. *Eur Heart J* 2014;**35**:1588–1598.

419. Beach JM, Mihaljevic T, Svensson LG, Rajeswaran J, Marwick T, Griffin B, Johnston DR, Sabik JF 3rd, Blackstone EH. Coronary artery disease and outcomes of aortic valve replacement for severe aortic stenosis. *J Am Coll Cardiol* 2013;**61**(8):837–848.

420. D'Ascenzo F, Conrotto F, Giordana F, Moretti C, D'Amico M, Salizzoni S, Omede P, La Torre M, Thomas M, Khawaja Z, Hildick-Smith D, Ussia G, Barbanti M, Tamburino C, Webb J, Schnabel RB, Seiffert M, Wilde S, Treede H, Gasparetto V, Napodano M, Tarantini G, Presbitero P, Mennuni M, Rossi ML, Gasparini M, Biondi Zoccai G, Lupo M, Rinaldi M, Gaita F, Marra S. Mid-term prognostic value of coronary artery disease in patients undergoing transcatheter aortic valve implantation: A meta-analysis of adjusted observational results. *Int J Cardiol* 2013;**168**(3):2528–2532.

421. Stefanini GG, Stortecky S, Cao D *et al.* Coronary artery disease severity and aortic stenosis: clinical outcomes according to SYNTAX-score in patients undergoing transcatheter aortic valve implantation. *Eur Heart J* 2014. Published online 28 March 2014; doi:1093/eurheartj/ehu074.

422. Wenaweser P, Pilgrim T, Guerios E, Stortecky S, Huber C, Khattab AA, Kadner A, Buellesfeld L, Gloekler S, Meier B, Carrel T, Windecker S. Impact of coronary artery disease and percutaneous coronary intervention on outcomes in patients with severe aortic stenosis undergoing transcatheter aortic valve implantation. *EuroIntervention* 2011;**7**(5):541–548.

423. Abdel-Wahab M, Mostafa AE, Geist V, Stocker B, Gordian K, Merten C, Richardt D, Toelg R, Richardt G. Comparison of outcomes in patients having isolated transcatheter aortic valve implantation vs. combined with preprocedural percutaneous coronary intervention. *Am J Cardiol* 2012;**109**(4):581–586.

424. Conradi L, Seiffert M, Franzen O, Baldus S, Schirmer J, Meinertz T, Reichenspurner H, Treede H. First experience with transcatheter aortic valve implantation and concomitant percutaneous coronary intervention. *Clin Res Cardiol* 2011;**100**(4):311–316.

425. Van Mieghem NM, van der Boon RM, Faqiri E, Diletti R, Schultz C, van Geuns RJ, Serruys PW, Kappetein AP, van Domburg RT, de Jaegere PP. Complete revascularization is not a prerequisite for success in current transcatheter aortic valve implantation practice. *JACC Cardiovasc Interv* 2013;**6**(8):867–875.

426. Gautier M, Pepin M, Himbert D, Ducrocq G, Iung B, Dilly MP, Attias D, Nataf P, Vahanian A. Impact of coronary artery disease on indications for transcatheter aortic valve implantation and on procedural outcomes. *EuroIntervention* 2011; **7**(5):549–1555.

427. Pasic M, Unbehaun A, Drews T, Hetzer R. Late wound healing problems after use of BioGlue for apical hemostasis during transapical aortic valve implantation. *Interact Cardiovasc Thorac Surg* 2011;**13**(5):532–534.

428. Pasic M, Dreysse S, Unbehaun A, Buz S, Drews T, Klein C, D'Ancona G, Hetzer R. Combined elective percutaneous coronary intervention and transapical transcatheter aortic valve implantation. *Interact Cardiovasc Thorac Surg* 2012;**14**(4):463–468.

429. Goel SS, Ige M, Tuzcu EM, Ellis SG, Stewart WJ, Svensson LG, Lytle BW, Kapadia SR. Severe aortic stenosis and coronary artery disease:implications for management in the transcatheter aortic valve replacement era: a comprehensive review. *J Am Coll Cardiol* 2013;**62**(1):1–10.

430. Byrne JG, Leacche M, Vaughan DE, Zhao DX. Hybrid cardiovascular procedures. *JACC Cardiovasc Interv* 2008;**1**(5):459–468.

431. Deja MA, Grayburn PA, Sun B, Rao V, She L, Krejca M, Jain AR, Leng Chua Y, Daly R, Senni M, Mokrzycki K, Menicanti L, Oh JK, Michler R, Wrobel K, Lamy A, Velazquez EJ, Lee KL, Jones RH. Influence of mitral regurgitation repair on survival in the surgical treatment for ischemic heart failure trial. *Circulation* 2012;**125**(21): 2639–2648.

432. Chan KM, Punjabi PP, Flather M, Wage R, Symmonds K, Roussin I, Rahman-Haley S, Pennell DJ, Kilner PJ, Dreyfus GD, Pepper JR, Investigators R. Coronary artery bypass surgery with or without mitral valve annuloplasty in moderate functional ischemic mitral regurgitation: final results of the Randomized Ischemic Mitral Evaluation (RIME) trial. *Circulation* 2012;**126**(21):2502–2510.

433. Aboyans V, Lacroix P. Indications for carotid screening in patients with coronary artery disease. *Presse Med* 2009;**38**(6):977–986.

434. Chaturvedi S, Bruno A, Feasby T, Holloway R, Benavente O, Cohen SN, Cote R, Hess D, Saver J, Spence JD, Stern B, Wilterdink J. Carotid endarterectomy:an evidence-based review: report of the Therapeutics and Technology Assessment Subcommittee of the American Academy of Neurology. *Neurology* 2005;**65**(6): 794–801.

435. Li Y, Walicki D, Mathiesen C, Jenny D, Li Q, Isayev Y, Reed JF 3rd, Castaldo JE. Strokes after cardiac surgery and relationship to carotid stenosis. *Arch Neurol* 2009;**66**(9): 1091–1096.

436. Tarakji KG, Sabik JF 3rd, Bhudia SK, Batizy LH, Blackstone EH. Temporal onset, risk factors, and outcomes associated with stroke after coronary artery bypass grafting. *JAMA* 2011;**305**(4):381–390.

437. Ratib K, Mamas MA, Routledge HC, Ludman PF, Fraser D, Nolan J. Influence of access site choice on incidence of neurologic complications after percutaneous coronary intervention. *Am Heart J* 2013;**165**(3):317–324.

438. Wardlaw JM, Chappell FM, Stevenson M, De Nigris E, Thomas S, Gillard J, Berry E, Young G, Rothwell P, Roditi G, Gough M, Brennan A, Bamford J, Best J. Accurate, practical and cost-effective assessment of carotid stenosis in the UK. *Health Technol Assess* 2006;**10**(30):iii–iv, ix–x, 1–182.

439. Zingone B, Rauber E, Gatti G, Pappalardo A, Benussi B, Dreas L, Lattuada L. The impact of epiaortic ultrasonographic scanning on the risk of perioperative stroke. *Eur J Cardiothorac Surg* 2006;**29**(5):720–728.

440. Marui A, Okabayashi H, Komiya T, Tanaka S, Furukawa Y, Kita T, Kimura T, Sakata R. Benefits of off-pump coronary artery bypass grafting in high-risk patients. *Circulation* 2012;**126**(11 Suppl 1):S151–157.

441. Lamy A, Devereaux PJ, Prabhakaran D, Taggart DP, Hu S, Paolasso E, Straka Z, Piegas LS, Akar AR, Jain AR, Noiseux N, Padmanabhan C, Bahamondes JC, Novick RJ, Vaijyanath P, Reddy S, Tao L, Olavegogeascoechea PA, Airan B, Sulling TA, Whitlock RP, Ou Y, Ng J, Chrolavicius S, Yusuf S. Off-pump or on-pump coronary-artery bypass grafting at 30 days. *N Engl J Med* 2012;**366**(16): 1489–1497.

442. Emmert MY, Seifert B, Wilhelm M, Grunenfelder J, Falk V, Salzberg SP. Aortic no-touch technique makes the difference in off-pump coronary artery bypass grafting. *J Thorac Cardiovasc Surg* 2011;**142**(6):1499–1506.

443. Misfeld M, Brereton RJ, Sweetman EA, Doig GS. Neurologic complications after off-pump coronary artery bypass grafting with and without aortic manipulation: meta-analysis of 11,398 cases from 8 studies. *J Thorac Cardiovasc Surg* 2011; **142**(2):e11–e17.

444. Bouchard D, Carrier M, Demers P, Cartier R, Pellerin M, Perrault LP, Lambert J. Statin in combination with beta-blocker therapy reduces postoperative stroke after coronary artery bypass graft surgery. *Ann Thorac Surg* 2011;**91**(3):654–659.

445. Ederle J, Featherstone RL, Brown MM. Randomized controlled trials comparing endarterectomy and endovascular treatment for carotid artery stenosis: a Cochrane systematic review. *Stroke* 2009;**40**(4):1373–1380.

Downloaded from http://eurheartj.oxfordjournals.org/ by guest on September 18, 2014

446. Ederle J, Dobson J, Featherstone RL, Bonati LH, van der Worp HB, de Borst GJ, Lo TH, Gaines P, Dorman PJ, Macdonald S, Lyrer PA, Hendriks JM, McCollum C, Nederkoorn PJ, Brown MM. Carotid artery stenting compared with endarterectomy in patients with symptomatic carotid stenosis (International Carotid Stenting Study): an interim analysis of a randomised controlled trial. *Lancet* 2010;**375**(9719): 985–997.

447. Brott TG, Hobson RW 2nd, Howard G, Roubin GS, Clark WM, Brooks W, Mackey A, Hill MD, Leimgruber PP, Sheffet AJ, Howard VJ, Moore WS, Voeks JH, Hopkins LN, Cutlip DE, Cohen DJ, Popma JJ, Ferguson RD, Cohen SN, Blackshear JL, Silver FL, Mohr JP, Lal BK, Meschia JF. Stenting vs. endarterectomy for treatment of carotid-artery stenosis. *N Engl J Med* 2010;**363**(1):11–23.

448. Bonati LH, Lyrer P, Ederle J, Featherstone R, Brown MM. Percutaneous transluminal balloon angioplasty and stenting for carotid artery stenosis. *Cochrane Database Syst Rev* 2012;**9**:CD000515.

449. Shishehbor MH, Venkatachalam S, Sun Z, Rajeswaran J, Kapadia SR, Bajzer C, Gornik HL, Gray BH, Bartholomew JR, Clair DG, Sabik JF 3rd, Blackstone EH. A Direct Comparison of Early and Late Outcomes with Three Approaches to Carotid Revascularization and Open Heart Surgery. *J Am Coll Cardiol* 2013; **62**(21):1948–1956.

450. Nallamothu BK, Gurm HS, Ting HH, Goodney PP, Rogers MA, Curtis JP, Dimick JB, Bates ER, Krumholz HM, Birkmeyer JD. Operator experience and carotid stenting outcomes in Medicare beneficiaries. *JAMA* 2011;**306**(12):1338–1343.

451. Tendera M, Aboyans V, Bartelink ML, Baumgartner I, Clement D, Collet JP, Cremonesi A, De Carlo M, Erbel R, Fowkes FG, Heras M, Kownator S, Minar E, Ostergren J, Poldermans D, Riambau V, Roffi M, Rother J, Sievert H, van Sambeek M, Zeller T. ESC Guidelines on the diagnosis and treatment of peripheral artery diseases: Document covering atherosclerotic disease of extracranial carotid and vertebral, mesenteric, renal, upper and lower extremity arteries: the Task Force on the Diagnosis and Treatment of Peripheral Artery Diseases of the European Society of Cardiology (ESC). *Eur Heart J* 2011;**32**(22):2851–2906.

452. Ziada KM, Yadav JS, Mukherjee D, Lauer MS, Bhatt DL, Kapadia S, Roffi M, Vora N, Tiong I, Bajzer C. Comparison of results of carotid stenting followed by open heart surgery vs. combined carotid endarterectomy and open heart surgery (coronary bypass with or without another procedure). *Am J Cardiol* 2005;**96**(4):519–523.

453. Don CW, House J, White C, Kiernan T, Weideman M, Ruggiero N, McCann A, Rosenfield K. Carotid revascularization immediately before urgent cardiac surgery practice patterns associated with the choice of carotid artery stenting or endarterectomy: a report from the CARE (Carotid Artery Revascularization and Endarterectomy) registry. *JACC Cardiovasc Interv* 2011;**4**(11):1200–1208.

454. Antithrombotic Trialists C. Collaborative meta-analysis of randomised trials of antiplatelet therapy for prevention of death, myocardial infarction, and stroke in high risk patients. *BMJ* 2002;**324**(7329):71–86.

455. Dalainas I, Nano G, Bianchi P, Stegher S, Malacrida G, Tealdi DG. Dual antiplatelet regime vs. acetyl-acetic acid for carotid artery stenting. *Cardiovasc Intervent Radiol* 2006;**29**(4):519–521.

456. McKevitt FM, Randall MS, Cleveland TJ, Gaines PA, Tan KT, Venables GS. The benefits of combined anti-platelet treatment in carotid artery stenting. *Eur J Vasc Endovasc Surg* 2005;**29**(5):522–527.

457. Parikh SV, Saya S, Divanji P, Banerjee S, Selzer F, Abbott JD, Naidu SS, Wilensky RL, Faxon DP, Jacobs AK, Holper EM. Risk of death and myocardial infarction in patients with peripheral arterial disease undergoing percutaneous coronary intervention (from the National Heart, Lung and Blood Institute Dynamic Registry). *Am J Cardiol* 2011;**107**(7):959–964.

458. Brilakis ES, Hernandez AF, Dai D, Peterson ED, Banerjee S, Fonarow GC, Cannon CP, Bhatt DL. Quality of care for acute coronary syndrome patients with known atherosclerotic disease: results from the Get With the Guidelines Program. *Circulation* 2009;**120**(7):560–567.

459. Diehm N, Schmidli J, Setacci C, Ricco JB, de Donato G, Becker F, Robert-Ebadi H, Cao P, Eckstein HH, De Rango P, Teraa M, Moll FL, Dick F, Davies AH, Lepantalo M, Apelqvist J. Chapter III: Management of cardiovascular risk factors and medical therapy. *Eur J Vasc Endovasc Surg* 2011;**42** Suppl 2:S33–42.

460. McFalls EO, Ward HB, Moritz TE, Goldman S, Krupski WC, Littooy F, Pierpont G, Santilli S, Rapp J, Hattler B, Shunk K, Jaenicke C, Thottapurathu L, Ellis N, Reda DJ, Henderson WG. Coronary-artery revascularization before elective major vascular surgery. *N Engl J Med* 2004;**351**(27):2795–2804.

461. Monaco M, Stassano P, Di Tommaso L, Pepino P, Giordano A, Pinna GB, Iannelli G, Ambrosio G. Systematic strategy of prophylactic coronary angiography improves long-term outcome after major vascular surgery in medium- to high-risk patients: a prospective, randomized study. *J Am Coll Cardiol* 2009;**54**(11):989–996.

462. Fleisher LA, Beckman JA, Brown KA, Calkins H, Chaikof EL, Fleischmann KE, Freeman WK, Froehlich JB, Kasper EK, Kersten JR, Riegel B, Robb JF. 2009 ACCF/AHA focused update on perioperative beta blockade incorporated into the ACC/AHA 2007 guidelines on perioperative cardiovascular evaluation and care for noncardiac surgery: a report of the American college of cardiology

foundation/American heart association task force on practice guidelines. *Circulation* 2009;**120**(21):e169–e276.

463. Zhao DX, Leacche M, Balaguer JM, Boudoulas KD, Damp JA, Greelish JP, Byrne JG, Writing Group of the Cardiac Surgery CA, Interventional Cardiology Groups at the Vanderbilt H, Vascular I, Ahmad RM, Ball SK, Cleator JH, Deegan RJ, Eagle SS, Fong PP, Fredi JL, Hoff SJ, Jennings HS 3rd, McPherson JA, Piana RN, Pretorius M, Robbins MA, Slosky DA, Thompson A. Routine intraoperative completion angiography after coronary artery bypass grafting and 1-stop hybrid revascularization results from a fully integrated hybrid catheterization laboratory/operating room. *J Am Coll Cardiol* 2009;**53**(3):232–241.

464. Thielmann M, Massoudy P, Jaeger BR, Neuhauser M, Marggraf G, Sack S, Erbel R, Jakob H. Emergency re-revascularization with percutaneous coronary intervention, reoperation, or conservative treatment in patients with acute perioperative graft failure following coronary artery bypass surgery. *Eur J Cardiothorac Surg* 2006;**30**(1):117–125.

465. Thygesen K, Alpert JS, Jaffe AS, Simoons ML, Chaitman BR, White HD, Writing Group on the Joint ESCAAHAWHFTFtRUDoMI, Thygesen K, Alpert JS, White HD, Jaffe AS, Katus HA, Apple FS, Lindahl B, Morrow DA, Chaitman BA, Clemmensen PM, Johanson P, Hod H, Underwood R, Bax JJ, Bonow RO, Pinto F, Gibbons RJ, Fox KA, Atar D, Newby LK, Galvani M, Hamm CW, Uretsky BF, Steg PG, Wijns W, Bassand JP, Menasche P, Ravkilde J, Ohman EM, Antman EM, Wallentin LC, Armstrong PW, Simoons ML, Januzzi JL, Nieminen MS, Gheorghiade M, Filippatos G, Luepker RV, Fortmann SP, Rosamond WD, Levy D, Wood D, Smith SC, Hu D, Lopez-Sendon JL, Robertson RM, Weaver D, Tendera M, Bove AA, Parkhomenko AN, Vasilieva EJ, Mendis S, Guidelines ESCCfP. Third universal definition of myocardial infarction. *Eur Heart J* 2012;**33**(20):2551–2567.

466. Davierwala PM, Verevkin A, Leontyev S, Misfeld M, Borger MA, Mohr FW. Impact of expeditious management of perioperative myocardial ischemia in patients undergoing isolated coronary artery bypass surgery. *Circulation* 2013;**128**(11 Suppl 1): S226–234.

467. Laflamme M, DeMey N, Bouchard D, Carrier M, Demers P, Pellerin M, Couture P, Perrault LP. Management of early postoperative coronary artery bypass graft failure. *Interact Cardiovasc Thorac Surg* 2012;**14**(4):452–456.

468. Subramanian S, Sabik JF 3rd, Houghtaling PL, Nowicki ER, Blackstone EH, Lytle BW. Decision-making for patients with patent left internal thoracic artery grafts to left anterior descending. *Ann Thorac Surg* 2009;**87**(5):1392–1398; discussion 1400.

469. Desai ND, Cohen EA, Naylor CD, Fremes SE, Radial Artery Patency Study I. A randomized comparison of radial-artery and saphenous-vein coronary bypass grafts. *N Engl J Med* 2004;**351**(22):2302–2309.

470. Deb S, Cohen EA, Singh SK, Une D, Laupacis A, Fremes SE, Investigators R. Radial artery and saphenous vein patency more than 5 years after coronary artery bypass surgery: results from RAPS (Radial Artery Patency Study). *J Am Coll Cardiol* 2012; **60**(1):28–35.

471. Tatoulis J, Buxton BF, Fuller JA. Patencies of 2127 arterial to coronary conduits over 15 years. *Ann Thorac Surg* 2004;**77**(1):93–101.

472. Hattler B, Messenger JC, Shroyer AL, Collins JF, Haugen SJ, Garcia JA, Baltz JH, Cleveland JC Jr., Novitzky D, Grover FL. Off-Pump coronary artery bypass surgery is associated with worse arterial and saphenous vein graft patency and less effective revascularization: Results from the Veterans Affairs Randomized On/Off Bypass (ROOBY) trial. *Circulation* 2012;**125**(23):2827–2835.

473. Alexander JH, Hafley G, Harrington RA, Peterson ED, Ferguson TB Jr., Lorenz TJ, Goyal A, Gibson M, Mack MJ, Gennevois D, Califf RM, Kouchoukos NT. Efficacy and safety of edifoligide, an E2F transcription factor decoy, for prevention of vein graft failure following coronary artery bypass graft surgery: PREVENT IV: a randomized controlled trial. *JAMA* 2005;**294**(19):2446–2454.

474. Tatoulis J, Buxton BF, Fuller JA. The right internal thoracic artery: the forgotten conduit:5,766 patients and 991 angiograms. *Ann Thorac Surg* 2011;**92**(1):9–15; discussion 15–17.

475. Barner HB, Bailey M, Guthrie TJ, Pasque MK, Moon MR, Damiano RJ Jr., Lawton JS. Radial artery free and T graft patency as coronary artery bypass conduit over a 15-year period. *Circulation* 2012;**126**(11 Suppl 1):S140–144.

476. Achouh P, Boutekadjirt R, Toledano D, Hammoudi N, Pagny JY, Goube P, Isselmou KO, Lancelin B, Fouquet R, Acar C. Long-term (5- to 20-year) patency of the radial artery for coronary bypass grafting. *J Thorac Cardiovasc Surg* 2010; **140**(1):73–79, 79 e1–e2.

477. Sabik JF 3rd, Blackstone EH, Houghtaling PL, Walts PA, Lytle BW. Is reoperation still a risk factor in coronary artery bypass surgery? *Ann Thorac Surg* 2005;**80**(5): 1719–1727.

478. Yap CH, Sposato L, Akowuah E, Theodore S, Dinh DT, Shardey GC, Skillington PD, Tatoulis J, Yii M, Smith JA, Mohajeri M, Pick A, Seevanayagam S, Reid CM. Contemporary results show repeat coronary artery bypass grafting remains a risk factor for operative mortality. *Ann Thorac Surg* 2009;**87**(5):1386–1391.

479. Morrison DA, Sethi G, Sacks J, Henderson WG, Grover F, Sedlis S, Esposito R, Investigators of the Department of Veterans Affairs Cooperative Study

Downloaded from http://eurheartj.oxfordjournals.org/ by guest on September 18, 2014

AWESOME. Percutaneous coronary intervention vs. repeat bypass surgery for patients with medically refractory myocardial ischemia: AWESOME randomized trial and registry experience with post-CABG patients. *J Am Coll Cardiol* 2002; **40**(11):1951–1954.

480. Harskamp RE, Beijk MA, Damman P, Kuijt WJ, Woudstra P, Grundeken MJ, Kloek JJ, Tijssen JG, de Mol BA, de Winter RJ. Clinical outcome after surgical or percutaneous revascularization in coronary bypass graft failure. *J Cardiovasc Med (Hagerstown)* 2013;**14**(6):438–445.

481. Sabik JF 3rd, Raza F, Blackstone EH, Houghtaling PL, Lytle BW. Value of internal thoracic artery grafting to the left anterior descending coronary artery at coronary reoperation. *J Am Coll Cardiol* 2013;**61**(3):302–310.

482. Coolong A, Baim DS, Kuntz RE, O'Malley AJ, Marulkar S, Cutlip DE, Popma JJ, Mauri L. Saphenous vein graft stenting and major adverse cardiac events: a predictive model derived from a pooled analysis of 3958 patients. *Circulation* 2008;**117**(6):790–797.

483. Roffi M, Mukherjee D, Chew DP, Bhatt DL, Cho L, Robbins MA, Ziada KM, Brennan DM, Ellis SG, Topol EJ. Lack of benefit from intravenous platelet glycoprotein IIb/IIIa receptor inhibition as adjunctive treatment for percutaneous interventions of aortocoronary bypass grafts: a pooled analysis of five randomized clinical trials. *Circulation* 2002;**106**(24):3063–3067.

484. Baim DS, Wahr D, George B, Leon MB, Greenberg J, Cutlip DE, Kaya U, Popma JJ, Ho KK, Kuntz RE, Saphenous vein graft Angioplasty Free of Emboli Randomized Trial I. Randomized trial of a distal embolic protection device during percutaneous intervention of saphenous vein aorto-coronary bypass grafts. *Circulation* 2002; **105**(11):1285–1290.

485. Stone GW, Rogers C, Hermiller J, Feldman R, Hall P, Haber R, Masud A, Cambier P, Caputo RP, Turco M, Kovach R, Brodie B, Herrmann HC, Kuntz RE, Popma JJ, Ramee S, Cox DA, FilterWire EXREI. Randomized comparison of distal protection with a filter-based catheter and a balloon occlusion and aspiration system during percutaneous intervention of diseased saphenous vein aorto-coronary bypass grafts. *Circulation* 2003;**108**(5):548–553.

486. Mauri L, Cox D, Hermiller J, Massaro J, Wahr J, Tay SW, Jonas M, Popma JJ, Pavliska J, Wahr D, Rogers C. The PROXIMAL trial: proximal protection during saphenous vein graft intervention using the Proxis Embolic Protection System: a randomized, prospective, multicenter clinical trial. *J Am Coll Cardiol* 2007;**50**(15):1442–1449.

487. Naidu SS, Turco MA, Mauri L, Coolong A, Popma JJ, Kereiakes DJ. Contemporary incidence and predictors of major adverse cardiac events after saphenous vein graft intervention with embolic protection (an AMEthyst trial substudy). *Am J Cardiol* 2010;**105**(8):1060–1064.

488. Giugliano GR, Falcone MW, Mego D, Ebersole D, Jenkins S, Das T, Barker E, Ruggio JM, Maini B, Bailey SR. A prospective multicenter registry of laser therapy for degenerated saphenous vein graft stenosis: the COronary graft Results following Atherectomy with Laser (CORAL) trial. *Cardiovasc Revasc Med* 2012;**13**(2):84–89.

489. Frobert O, Schersten F, James SK, Carlsson J, Lagerqvist B. Long-term safety and efficacy of drug-eluting and bare metal stents in saphenous vein grafts. *Am Heart J* 2012;**164**(1):87–93.

490. Wiisanen ME, Abdel-Latif A, Mukherjee D, Ziada KM. Drug-eluting stents vs. bare-metal stents in saphenous vein graft interventions: a systematic review and meta-analysis. *JACC Cardiovasc Interv* 2010;**3**(12):1262–1273.

491. Brilakis ES, Lichtenwalter C, Abdel-karim AR, de Lemos JA, Obel O, Addo T, Roesle M, Haagen D, Rangan BV, Saeed B, Bissett JK, Sachdeva R, Voudris VV, Karyofillis P, Kar B, Rossen J, Fasseas P, Berger P, Banerjee S. Continued benefit from paclitaxel-eluting compared with bare-metal stent implantation in saphenous vein graft lesions during long-term follow-up of the SOS (Stenting of Saphenous Vein Grafts) trial. *JACC Cardiovasc Interv* 2011;**4**(2):176–182.

492. Hakeem A, Helmy T, Munsif S, Bhatti S, Mazraeshahi R, Cilingiroglu M, Effat M, Leesar M, Arif I. Safety and efficacy of drug eluting stents compared with bare metal stents for saphenous vein graft interventions: a comprehensive meta-analysis of randomized trials and observational studies comprising 7,994 patients. *Catheter Cardiovasc Interv* 2011;**77**(3):343–355.

493. Mamas MA, Foley J, Nair S, Wiper A, Clarke B, El-Omar M, Fraser DG, Khattar R, Neyses L, Fath-Ordoubadi F. A comparison of drug-eluting stents vs. bare metal stents in saphenous vein graft PCI outcomes: a meta-analysis. *J Interv Cardiol* 2011;**24**(2):172–180.

494. Ko DT, Guo H, Wijeysundera HC, Zia MI, Dzavik V, Chu MW, Fremes SE, Cohen EA, Tu JV. Long-term safety and effectiveness of drug-eluting stents for the treatment of saphenous vein grafts disease: a population-based study. *JACC Cardiovasc Interv* 2011;**4**(9):965–973.

495. Mehilli J, Pache J, Abdel-Wahab M, Schulz S, Byrne RA, Tiroch K, Hausleiter J, Seyfarth M, Ott I, Ibrahim T, Fusaro M, Laugwitz KL, Massberg S, Neumann FJ, Richardt G, Schomig A, Kastrati A. Drug-eluting vs. bare-metal stents in saphenous vein graft lesions (ISAR-CABG): a randomised controlled superiority trial. *Lancet* 2011;**378**(9796):1071–1078.

496. Nauta ST, Van Mieghem NM, Magro M, Deckers JW, Simsek C, Van Geuns RJ, Van Der Giessen WJ, De Jaegere P, Regar E, Van Domburg RT, Serruys PW. Seven-year safety and efficacy of the unrestricted use of drug-eluting stents in saphenous vein bypass grafts. *Catheter Cardiovasc Interv* 2012;**79**(6):912–918.

497. Alam M, Bandeali SJ, Virani SS, Jneid HM, Shahzad SA, Ramanathan KB, Kar B, Kleiman NS, Lakkis N. Clinical outcomes of percutaneous interventions in saphenous vein grafts using drug-eluting stents compared to bare-metal stents: a comprehensive meta-analysisof all randomized clinical trials. *Clin Cardiol* 2012;**35**(5):291–296.

498. Brilakis ES, Lasala JM, Cox DA, Berger PB, Bowman TS, Starzyk RM, Dawkins KD. Outcomes after implantation of the TAXUS paclitaxel-eluting stent in saphenous vein graft lesions: results from the ARRIVE (TAXUS Peri-Approval Registry: A Multicenter Safety Surveillance) program. *JACC Cardiovasc Interv* 2010;**3**(7):742–750.

499. Seshadri N, Whitlow PL, Acharya N, Houghtaling P, Blackstone EH, Ellis SG. Emergency coronary artery bypass surgery in the contemporary percutaneous coronary intervention era. *Circulation* 2002;**106**(18):2346–2350.

500. Richardson SG, Morton P, Murtagh JG, O'Keeffe DB, Murphy P, Scott ME. Management of acute coronary occlusion during percutaneous transluminal coronary angioplasty: experience of complications in a hospital without on site facilities for cardiac surgery. *BMJ* 1990;**300**(6721):355–358.

501. Kastrati A, Mehilli J, von Beckerath N, Dibra A, Hausleiter J, Pache J, Schuhlen H, Schmitt C, Dirschinger J, Schomig A. Sirolimus-eluting stent or paclitaxel-eluting stent vs.balloon angioplasty for prevention of recurrences in patients with coronary in-stent restenosis: a randomized controlled trial. *JAMA* 2005;**293**(2):165–171.

502. Mehilli J, Byrne RA, Tiroch K, Pinieck S, Schulz S, Kufner S, Massberg S, Laugwitz KL, Schomig A, Kastrati A. Randomized trial of paclitaxel- vs. sirolimus-eluting stents for treatment of coronary restenosis in sirolimus-eluting stents: the ISAR-DESIRE 2 (Intracoronary Stenting and Angiographic Results: Drug Eluting Stents for In-Stent Restenosis 2) study. *J Am Coll Cardiol* 2010;**55**(24):2710–2716.

503. Alfonso F, Perez-Vizcayno MJ, Hernandez R, Bethencourt A, Marti V, Lopez-Minguez JR, Angel J, Mantilla R, Moris C, Cequier A, Sabate M, Escaned J, Moreno R, Banuelos C, Suarez A, Macaya C. A randomized comparison of sirolimus-eluting stent with balloon angioplasty in patients with in-stent restenosis: results of the Restenosis Intrastent: Balloon Angioplasty Vs. Elective Sirolimus-Eluting Stenting (RIBS-II) trial. *J Am Coll Cardiol* 2006;**47**(11):2152–2160.

504. Alfonso F, Zueco J, Cequier A, Mantilla R, Bethencourt A, Lopez-Minguez JR, Angel J, Auge JM, Gomez-Recio M, Moris C, Seabra-Gomes R, Perez-Vizcayno MJ, Macaya C. A randomized comparison of repeat stenting with balloon angioplasty in patients with in-stent restenosis. *J Am Coll Cardiol* 2003; **42**(5):796–805.

505. Dibra A, Kastrati A, Alfonso F, Seyfarth M, Perez-Vizcayno MJ, Mehilli J, Schomig A. Effectiveness of drug-eluting stents in patients with bare-metal in-stent restenosis: meta-analysis of randomized trials. *J Am Coll Cardiol* 2007;**49**(5):616–623.

506. Scheller B, Clever YP, Kelsch B, Hehrlein C, Bocksch W, Rutsch W, Haghi D, Dietz U, Speck U, Bohm M, Cremers B. Long-term follow-up after treatment of coronary in-stent restenosis with a paclitaxel-coated balloon catheter. *JACC Cardiovasc Interv* 2012;**5**(3):323–330.

507. Scheller B, Hehrlein C, Bocksch W, Rutsch W, Haghi D, Dietz U, Bohm M, Speck U. Treatment of coronary in-stent restenosis with a paclitaxel-coated balloon catheter. *N Engl J Med* 2006;**355**(20):2113–2124.

508. Unverdorben M, Vallbracht C, Cremers B, Heuer H, Hengstenberg C, Maikowski C, Werner GS, Antoni D, Kleber FX, Bocksch W, Leschke M, Ackermann H, Boxberger M, Speck U, Degenhardt R, Scheller B. Paclitaxel-coated balloon catheter vs. paclitaxel-coated stent for the treatment of coronary in-stent restenosis. *Circulation* 2009;**119**(23):2986–2994.

509. Rittger H, Brachmann J, Sinha AM, Waliszewski M, Ohlow M, Brugger A, Thiele H, Birkemeyer R, Kurowski V, Breithardt OA, Schmidt M, Zimmermann S, Lonke S, von Cranach M, Nguyen TV, Daniel WG, Wohrle J. A randomized, multicenter, single-blinded trial comparing paclitaxel-coated angioplasty with plain balloon angioplasty in drug-eluting stent restenosis: the PEPCAD-DES study. *J Am Coll Cardiol* 2012;**59**(15):1377–1382.

510. Habara S, Mitsudo K, Kadota K, Goto T, Fujii S, Yamamoto H, Katoh H, Oka N, Fuku Y, Hosogi S, Hirono A, Maruo T, Tanaka H, Shigemoto Y, Hasegawa D, Tasaka H, Kusunose M, Otsuru S, Okamoto Y, Saito N, Tsujimoto Y, Eguchi H, Miyake K, Yoshino M. Effectiveness of paclitaxel-eluting balloon catheter in patients with sirolimus-eluting stent restenosis. *JACC Cardiovasc Interv* 2011;**4**(2):149–154.

511. Byrne RA, Neumann FJ, Mehilli J, Pinieck S, Wolff B, Tiroch K, Schulz S, Fusaro M, Ott I, Ibrahim T, Hausleiter J, Valina C, Pache J, Laugwitz KL, Massberg S, Kastrati A. Paclitaxel-eluting balloons, paclitaxel-eluting stents, and balloon angioplasty in patients with restenosis after implantation of a drug-eluting stent (ISAR-DESIRE 3): a randomised, open-label trial. *Lancet* 2013;**381**(9865):461–467.

512. Indermuehle A, Bahl R, Lansky AJ, Froehlich GM, Knapp G, Timmis A, Meier P. Drug-eluting balloon angioplasty for in-stent restenosis: a systematic review and meta-analysis of randomised controlled trials. *Heart* 2013;**99**(5):327–333.

Downloaded from http://eurheartj.oxfordjournals.org/ by guest on September 18, 2014

513. Tousek P, Pavei A, Oreglia J, Martin G, Sharif F, Fajadet J, Farah B. Impact of atherosclerotic disease progression on mid-term clinical outcome in diabetic patients in the drug-eluting stent era. EuroIntervention 2009;4(5):588–592.

514. Zellweger MJ, Kaiser C, Jeger R, Brunner-La Rocca HP, Buser P, Bader F, Mueller-Brand J, Pfisterer M. Coronary artery disease progression late after successful stent implantation. J Am Coll Cardiol 2012;59(9):793–799.

515. Chechi T, Vecchio S, Vittori G, Giuliani G, Lilli A, Spaziani G, Consoli L, Baldereschi G, Biondi-Zoccai GG, Sheiban I, Margheri M. ST-segment elevation myocardial infarction due to early and late stent thrombosis a new group of high-risk patients. J Am Coll Cardiol 2008;51(25):2396–2402.

516. Alfonso F, Dutary J, Paulo M, Gonzalo N, Perez-Vizcayno MJ, Jimenez-Quevedo P, Escaned J, Banuelos C, Hernandez R, Macaya C. Combined use of optical coherence tomography and intravascular ultrasound imaging in patients undergoing coronary interventions for stent thrombosis. Heart 2012;98(16):1213–1220.

517. Armstrong EJ, Feldman DN, Wang TY, Kaltenbach LA, Yeo KK, Wong SC, Spertus J, Shaw RE, Minutello RM, Moussa I, Ho KK, Rogers JH, Shunk KA. Clinical presentation, management, and outcomes of angiographically documented early, late, and very late stent thrombosis. JACC Cardiovasc Interv 2012;5(2):131–140.

518. Wiviott SD, Braunwald E, McCabe CH, Montalescot G, Ruzyllo W, Gottlieb S, Neumann FJ, Ardissino D, De Servi S, Murphy SA, Riesmeyer J, Weerakkody G, Gibson CM, Antman EM. Prasugrel vs. clopidogrel in patients with acute coronary syndromes. N Engl J Med 2007;357(20):2001–2015.

519. Mehta SR, Bassand JP, Chrolavicius S, Diaz R, Eikelboom JW, Fox KA, Granger CB, Jolly S, Joyner CD, Rupprecht HJ, Widimsky P, Afzal R, Pogue J, Yusuf S, Investigators C-O. Dose comparisons of clopidogrel and aspirin in acute coronary syndromes. N Engl J Med. 2010;363(10):930–942.

520. Bonatti JO, Zimrin D, Lehr EJ, Vesely M, Kon ZN, Wehman B, de Biasi AR, Hofauer B, Weidinger F, Schachner T, Bonaros N, Friedrich G. Hybrid coronary revascularization using robotic totally endoscopic surgery: perioperative outcomes and 5-year results. Ann Thorac Surg 2012;94(6):1920–1926; discussion 1926.

521. Shen L, Hu S, Wang H, Xiong H, Zheng Z, Li L, Xu B, Yan H, Gao R. One-stop hybrid coronary revascularization vs. coronary artery bypass grafting and percutaneous coronary intervention for the treatment of multivessel coronary artery disease: 3-year follow-up results from a single institution. J Am Coll Cardiol 2013;61(25): 2525–2533.

522. Harskamp RE, Bonatti JO, Zhao DX, Puskas JD, de Winter RJ, Alexander JH, Halkos ME. Standardizing definitions for hybrid coronary revascularization. J Thorac Cardiovasc Surg 2014;147(2):556–560.

523. Zembala M, Tajstra M, Filipiak K, Knapik P, Hrapkowicz T, Gierlotka M, Hawranek M, Polonski L, Gasior M. Prospective randomised pilOt study evaLuating the safety and efficacy of hybrid revascularisation in Multi-vessel coronary artery DisEase (POLMIDES) - study design. Kardiol Pol 2011;69(5):460–466.

524. Alfonso F, Perez-Vizcayno MJ, Cardenas A, Garcia Del Blanco B, Seidelberger B, Iniguez A, Gomez-Recio M, Masotti M, Velazquez MT, Sanchis J, Garcia-Touchard A, Zueco J, Bethencourt A, Melgares R, Cequier A, Dominguez A, Mainar V, Lopez-Minguez JR, Moreu J, Marti V, Moreno R, Jimenez-Quevedo P, Gonzalo N, Fernandez C, Macaya C. A Randomized Comparison of Drug-Eluting Balloon Vs. Everolimus-Eluting Stent in Patients With Bare-Metal Stent In-Stent Restenosis: The RIBS V Clinical Trial. J Am Coll Cardiol 2014;63(14):1378–1386.

525. Holmes DR Jr., Davis KB, Mock MB, Fisher LD, Gersh BJ, Killip T 3rd, Pettinger M. The effect of medical and surgical treatment on subsequent sudden cardiac death in patients with coronary artery disease: a report from the Coronary Artery Surgery Study. Circulation 1986;73(6):1254–1263.

526. Veenhuyzen GD, Singh SN, McAreavey D, Shelton BJ, Exner DV. Prior coronary artery bypass surgery and risk of death among patients with ischemic left ventricular dysfunction. Circulation 2001;104(13):1489–1493.

527. Bigger JT Jr. Prophylactic use of implanted cardiac defibrillators in patients at high risk for ventricular arrhythmias after coronary-artery bypass graft surgery. Coronary Artery Bypass Graft (CABG) Patch Trial Investigators. N Engl J Med 1997; 337(22):1569–1575.

528. Barsheshet A, Goldenberg I, Moss AJ, Huang DT, Zareba W, McNitt S, Klein HU, Guetta V. Effect of elapsed time from coronary revascularization to implantation of a cardioverter defibrillator on long-term survival in the MADIT-II trial. J Cardiovasc Electrophysiol 2011;22(11):1237–1242.

529. Al-Khatib SM, Hellkamp AS, Lee KL, Anderson J, Poole JE, Mark DB, Bardy GH, scd-heft i. Implantable cardioverter defibrillator therapy in patients with prior coronary revascularization in the Sudden Cardiac Death in Heart Failure Trial (SCD-HeFT). J Cardiovasc Electrophysiol 2008;19(10):1059–1065.

530. Funaro S, La Torre G, Madonna M, Galiuto L, Scara A, Labbadia A, Canali E, Mattatelli A, Fedele F, Alessandrini F, Crea F, Agati L, Investigators A. Incidence, determinants, and prognostic value of reverse left ventricular remodelling after primary percutaneous coronary intervention: results of the Acute Myocardial Infarction Contrast Imaging (AMICI) multicenter study. Eur Heart J 2009;30(5): 566–575.

531. Antoni ML, Mollema SA, Delgado V, Atary JZ, Borleffs CJ, Boersma E, Holman ER, van der Wall EE, Schalij MJ, Bax JJ. Prognostic importance of strain and strain rate after acute myocardial infarction. Eur Heart J 2010;31(13):1640–1647.

532. Sesselberg HW, Moss AJ, McNitt S, Zareba W, Daubert JP, Andrews ML, Hall WJ, McClinitic B, Huang DT, Group M-IR. Ventricular arrhythmia storms in postinfarction patients with implantable defibrillators for primary prevention indications: a MADIT-II subsudy. Heart Rhythm 2007;4(11):1395–1402.

533. Spaulding CM, Joly LM, Rosenberg A, Monchi M, Weber SN, Dhainaut JF, Carli P. Immediate coronary angiography in survivors of out-of-hospital cardiac arrest. N Engl J Med 1997;336(23):1629–1633.

534. Kern KB. Optimal treatment of patients surviving out-of-hospital cardiac arrest. JACC Cardiovasc Interv 2012;5(6):597–605.

535. Garot P, Lefevre T, Eltchaninoff H, Morice MC, Tamion F, Abry B, Lesault PF, Le Tarnec JY, Pouges C, Margenet A, Monchi M, Laurent I, Dumas P, Garot J, Louvard Y. Six-month outcome of emergency percutaneous coronary intervention in resuscitated patients after cardiac arrest complicating ST-elevation myocardial infarction. Circulation 2007;115(11):1354–1362.

536. Radsel P, Knafelj R, Kocjancic S, Noc M. Angiographic characteristics of coronary disease and postresuscitation electrocardiograms in patients with aborted cardiac arrest outside a hospital. Am J Cardiol 2011;108(5):634–638.

537. Anyfantakis ZA, Baron G, Aubry P, Himbert D, Feldman LJ, Juliard JM, Ricard-Hibon A, Burnod A, Cokkinos DV, Steg PG. Acute coronary angiographic findings in survivors of out-of-hospital cardiac arrest. Am Heart J 2009;157(2): 312–318.

538. Dumas F, Cariou A, Manzo-Silberman S, Grimaldi D, Vivien B, Rosencher J, Empana JP, Carli P, Mira JP, Jouven X, Spaulding C. Immediate percutaneous coronary intervention is associated with better survival after out-of-hospital cardiac arrest: insights from the PROCAT (Parisian Region Out of hospital Cardiac ArresT) registry. Circ Cardiovasc Interv 2010;3(3):200–207.

539. Cronier P, Vignon P, Bouferrache K, Aegerter P, Charron C, Templier F, Castro S, El Mahmoud R, Lory C, Pichon N, Dubourg O, Vieillard-Baron A. Impact of routine percutaneous coronary intervention after out-of-hospital cardiac arrest due to ventricular fibrillation. Crit Care 2011;15(3):R122.

540. Noc M, Fajadet J, Lassen JF, Kala P, MacCarthy P, Olivecrona GK, Windecker S, Spaulding C. Invasive Coronary Treatment Strategies for Out-Of-Hospital Cardiac Arrest: A Consensus Statement from the European Association for Percutaneous Cardiovascular Interventions (EAPCI)/Stent for Life (SFL) groups. EuroIntervention 2014;10:31–37.

541. Mrdovic I, Savic L, Krljanac G, Perunicic J, Asanin M, Lasica R, Antonijevic N, Kocev N, Marinkovic J, Vasiljevic Z, Ostojic M. Incidence, predictors, and 30-day outcomes of new-onset atrial fibrillation after primary percutaneous coronary intervention: insight into the RISK-PCI study. Coron Artery Dis 2012;23(1):1–8.

542. Lopes RD, Elliott LE, White HD, Hochman JS, Van de Werf F, Ardissino D, Nielsen TT, Weaver WD, Widimsky P, Armstrong PW, Granger CB. Antithrombotic therapy and outcomes of patients with atrial fibrillation following primary percutaneous coronary intervention: results from the APEX-AMI trial. Eur Heart J 2009;30(16):2019–2028.

543. Chan W, Ajani AE, Clark DJ, Stub D, Andrianopoulos N, Brennan AL, New G, Sebastian M, Johnston R, Walton A, Reid CM, Dart AM, Duffy SJ, Melbourne Interventional Group I. Impact of periprocedural atrial fibrillation on short-term clinical outcomes following percutaneous coronary intervention. Am J Cardiol 2012; 109(4):471–477.

544. Pilgrim T, Kalesan B, Zanchin T, Pulver C, Jung S, Mattle H, Carrel T, Moschovitis A, Stortecky S, Wenaweser P, Stefanini GG, Raber L, Meier B, Juni P, Windecker S. Impact of atrial fibrillation on clinical outcomes among patients with coronary artery disease undergoing revascularisation with drug-eluting stents. EuroIntervention 2013;8(9):1061–1071.

545. Bernard A, Fauchier L, Pellegrin C, Clementy N, Saint Etienne C, Banerjee A, Naudin D, Angoulvant D. Anticoagulation in patients with atrial fibrillation undergoing coronary stent implantation. Thromb Haemost 2013;110(3):560–568.

546. Ruiz-Nodar JM, Marin F, Roldan V, Valencia J, Manzano-Fernandez S, Caballero L, Hurtado JA, Sogorb F, Valdes M, Lip GY. Should we recommend oral anticoagulation therapy in patients with atrial fibrillation undergoing coronary artery stenting with a high HAS-BLED bleeding risk score? Circ Cardiovasc Interv 2012;5(4): 459–466.

547. Camm AJ, Lip GY, De Caterina R, Savelieva I, Atar D, Hohnloser SH, Hindricks G, Kirchhof P, Guidelines ESCCfP. 2012 focused update of the ESC Guidelines for the management of atrial fibrillation: an update of the 2010 ESC Guidelines for the management of atrial fibrillation. Developed with the special contribution of the European Heart Rhythm Association. Eur Heart J 2012;33(21):2719–2747.

548. Shen J, Lall S, Zheng V, Buckley P, Damiano RJ Jr., Schuessler RB. The persistent problem of new-onset postoperative atrial fibrillation: a single-institution experience over two decades. J Thorac Cardiovasc Surg 2011;141(2):559–570.

549. Maesen B, Nijs J, Maessen J, Allessie M, Schotten U. Postoperative atrial fibrillation: a maze of mechanisms. Europace 2012;14(2):159–174.

Downloaded from http://eurheartj.oxfordjournals.org/ by guest on September 18, 2014

550. Mariscalco G, Klersy C, Zanobini M, Banach M, Ferrarese S, Borsani P, Cantore C, Biglioli P, Sala A. Atrial fibrillation after isolated coronary surgery affects late survival. *Circulation* 2008;**118**(16):1612–1618.

551. Burgess DC, Kilborn MJ, Keech AC. Interventions for prevention of postoperative atrial fibrillation and its complications after cardiac surgery: a meta-analysis. *Eur Heart J* 2006;**27**(23):2846–2857.

552. Crystal E, Connolly SJ, Sleik K, Ginger TJ, Yusuf S. Interventions on prevention of postoperative atrial fibrillation in patients undergoing heart surgery: a meta-analysis. *Circulation* 2002;**106**(1):75–80.

553. Connolly SJ, Cybulsky I, Lamy A, Roberts RS, O'Brien B, Carroll S, Crystal E, Thorpe KE, Gent M. Double-blind, placebo-controlled, randomized trial of prophylactic metoprolol for reduction of hospital length of stay after heart surgery: the beta-Blocker Length Of Stay (BLOS) study. *Am Heart J* 2003;**145**(2):226–232.

554. Lucio EA, Flores A, Blacher C, Leyes PE, Lucchese FA, Ribeiro JP. Effectiveness of metoprolol in preventing atrial fibrillation and flutter in the postoperative period of coronary artery bypass graft surgery. *Arq Bras Cardiol* 2003;**82**:42–46.

555. Tsuboi J, Kawazoe K, Izumoto H, Okabayashi H. Postoperative treatment with carvedilol, a-adrenergic blocker, prevents paroxysmal atrial fibrillation after coronary artery bypass grafting. *Circ J* 2008;**72**:588–591.

556. Koniari I, Apostolakis E, Rogkakou C, Baikoussis NG, Dougenis DE. Pharmacologic prophylaxis for atrial fibrillation following cardiac surgery: a systematic review. *J Cardiothorac Surg* 2010;**5**:121.

557. Dunning J, Treasure T, Versteegh M, Nashef SA. Guidelines on the prevention and management of de novo atrial fibrillation after cardiac and thoracic surgery. *Eur J Cardiothorac Surg* 2006;**30**:852–872.

558. Wurdeman RL, Mooss AN, Mohiuddin SM, Lenz TL. Amiodarone vs. sotalol as prophylaxis against atrial fibrillation/flutter after heart surgery: a meta-analysis. *Chest* 2002;**121**(4):1203–1210.

559. Zhu J, Wang C, Gao D, Zhang C, Zhang Y, Lu Y, Gao Y. Meta-analysis of amiodarone vs. beta-blocker as a prophylactic therapy against atrial fibrillation following cardiac surgery. *Intern Med J* 2012;**42**(10):1078–1087.

560. El-Chami MF, Kilgo P, Thourani V, Lattouf OM, Delurgio DB, Guyton RA, Leon AR, Puskas JD. New-onset atrial fibrillation predicts long-term mortality after coronary artery bypass graft. *J Am Coll Cardiol* 2010;**55**(13):1370–1376.

561. Kirchhof P, Bax J, Blomstrom-Lundquist C, Calkins H, Camm AJ, Cappato R, Cosio F, Crijns H, Diener HC, Goette A, Israel CW, Kuck KH, Lip GY, Nattel S, Page RL, Ravens U, Schotten U, Steinbeck G, Vardas P, Waldo A, Wegscheider K, Willems S, Breithardt G. Early and comprehensive management of atrial fibrillation: executive summary of the proceedings from the 2nd AFNET-EHRA consensus conference 'research perspectives in AF'. *Eur Heart J* 2009;**30**(24):2969–2977c.

562. Cox JL, Ad N, Palazzo T. Impact of the maze procedure on the stroke rate in patients with atrial fibrillation. *J Thorac Cardiovasc Surg* 1999;**118**(5):833–840.

563. Garcia-Fernandez MA, Perez-David E, Quiles J, Peralta J, Garcia-Rojas I, Bermejo J, Moreno M, Silva J. Role of left atrial appendage obliteration in stroke reduction in patients with mitral valve prosthesis: a transesophageal echocardiographic study. *J Am Coll Cardiol* 2003;**42**(7):1253–1258.

564. Holmes DR, Reddy VY, Turi ZG, Doshi SK, Sievert H, Buchbinder M, Mullin CM, Sick P, Investigators PA. Percutaneous closure of the left atrial appendage vs. warfarin therapy for prevention of stroke in patients with atrial fibrillation: a randomised non-inferiority trial. *Lancet* 2009;**374**(9689):534–542.

565. Bagshaw SM, Galbraith PD, Mitchell LB, Sauve R, Exner DV, Ghali WA. Prophylactic amiodarone for prevention of atrial fibrillation after cardiac surgery: a meta-analysis. *Ann Thorac Surg* 2006;**82**:1927–1937.

566. Reddy VY, Holmes D, Doshi SK, Neuzil P, Kar S. Safety of percutaneous left atrial appendage closure: results from the Watchman Left Atrial Appendage System for Embolic Protection in Patients with AF (PROTECT AF) clinical trial and the Continued Access Registry. *Circulation* 2011;**123**:417–424.

567. Otterstad JE, Kirwan BA, Lubsen J, De Brouwer S, Fox KA, Corell P, Poole-Wilson PA, Action I. Incidence and outcome of atrial fibrillation in stable symptomatic coronary disease. *Scand Cardiovasc J* 2006;**40**(3):152–159.

568. Goldenberg I, Moss AJ, McNitt S, Zareba W, Hall WJ, Andrews ML, Wilber DJ, Klein HU, Investigators M-I. Time dependence of defibrillator benefit after coronary revascularization in the Multicenter Automatic Defibrillator Implantation Trial (MADIT)-II. *J Am Coll Cardiol* 2006;**47**(9):1811–1817.

569. Wang G, Bainbridge D, Martin J, Cheng D. The efficacy of an intraoperative cell saver during cardiac surgery: a meta-analysis of randomized trials. *Anesth Analg* 2009;**109**(2):320–30.

570. McIlroy DR, Myles PS, Phillips LE, Smith JA. Antifibrinolytics in cardiac surgical patients receiving aspirin: a systematic review and meta-analysis. *Br J Anaesth* 2009;**102**(2):168–178.

571. Bhaskar B, Dulhunty J, Mullany DV, Fraser JF. Impact of blood product transfusion on short and long-term survival after cardiac surgery: more evidence. *Ann Thorac Surg* 2012;**94**(2):460–467.

572. Jakobsen CJ, Ryhammer PK, Tang M, Andreasen JJ, Mortensen PE. Transfusion of blood during cardiac surgery is associated with higher long-term mortality in low-risk patients. *Eur J Cardiothorac Surg* 2012;**42**(1):114–120.

573. Hajjar LA, Vincent JL, Galas FR, Nakamura RE, Silva CM, Santos MH, Fukushima J, Kalil Filho R, Sierra DB, Lopes NH, Mauad T, Roquim AC, Sundin MR, Leao WC, Almeida JP, Pomerantzeff PM, Dallan LO, Jatene FB, Stolf NA, Auler JO Jr. Transfusion requirements after cardiac surgery: the TRACS randomized controlled trial. *JAMA* 2010;**304**(14):1559–1567.

574. Zenati MA, Shroyer AL, Collins JF, Hattler B, Ota T, Almassi GH, Amidi M, Novitzky D, Grover FL, Sonel AF. Impact of endoscopic vs. open saphenous vein harvest technique on late coronary artery bypass grafting patient outcomes in the ROOBY (Randomized On/Off Bypass) Trial. *J Thorac Cardiovasc Surg* 2011;**141**(2):338–344.

575. Lopes RD, Hafley GE, Allen KB, Ferguson TB, Peterson ED, Harrington RA, Mehta RH, Gibson CM, Mack MJ, Kouchoukos NT, Califf RM, Alexander JH. Endoscopic vs. Open Vein-Graft Harvesting in Coronary-Artery Bypass Surgery. *N Engl J Med* 2009;**361**(3):235–244.

576. Deppe AC, Liakopoulos OJ, Choi YH, Slottosch I, Kuhn EW, Scherner M, Stange S, Wahlers T. Endoscopic vein harvesting for coronary artery bypass grafting: a systematic review with meta-analysis of 27,789 patients. *J Surg Res* 2013;**180**(1):114–124.

577. Yun KL, Wu Y, Aharonian V, Mansukhani P, Pfeffer TA, Sintek CF, Kochamba GS, Grunkemeier G, Khonsari S. Randomized trial of endoscopic vs. open vein harvest for coronary artery bypass grafting: six-month patency rates. *J Thorac Cardiovasc Surg* 2005;**129**(3):496–503.

578. Ouzounian M, Hassan A, Buth KJ, MacPherson C, Ali IM, Hirsch GM, Ali IS. Impact of endoscopic vs. open saphenous vein harvest techniques on outcomes after coronary artery bypass grafting. *Ann Thorac Surg* 2010;**89**(2):403–408.

579. Williams JB, Peterson ED, Brennan JM, Sedrakyan A, Tavris D, Alexander JH, Lopes RD, Dokholyan RS, Zhao Y, O'Brien SM, Michler RE, Thourani VH, Edwards FH, Duggirala H, Gross T, Marinac-Dabic D, Smith PK. Association between endoscopic vs. open vein-graft harvesting and mortality, wound complications and cardiovascular events in patients undergoing CABG surgery. *JAMA* 2012;**308**(5):475–484.

580. Brown EN, Kon ZN, Tran R, Burris NS, Gu J, Laird P, Brazio PS, Kallam S, Schwartz K, Bechtel L, Joshi A, Zhang S, Poston RS. Strategies to reduce intraluminal clot formation in endoscopically harvested saphenous veins. *J Thorac Cardiovasc Surg* 2007;**134**(5):1259–1265.

581. Khaleel MS, Dorheim TA, Duryee MJ, Durbin HE Jr., Bussey WD, Garvin RP, Klassen LW, Thiele GM, Anderson DR. High-pressure distention of the saphenous vein during preparation results in increased markers of inflammation: a potential mechanism for graft failure. *Ann Thorac Surg* 2012;**93**(2):552–558.

582. Rousou LJ, Taylor KB, Lu XG, Healey N, Crittenden MD, Khuri SF, Thatte HS. Saphenous vein conduits harvested by endoscopic technique exhibit structural and functional damage. *Ann Thorac Surg* 2009;**87**(1):62–70.

583. Navia JL, Olivares G, Ehasz P, Gillinov AM, Svensson LG, Brozzi N, Lytle B. Endoscopic radial artery harvesting procedure for coronary artery bypass grafting. *Ann Cardiothorac Surg* 2013;**2**(4):557–564.

584. Souza DS, Dashwood MR, Tsui JC, Filbey D, Bodin L, Johansson B, Borowiec J. Improved patency in vein grafts harvested with surrounding tissue: results of a randomized study using three harvesting techniques. *Ann Thorac Surg* 2002;**73**(4):1189–1195.

585. Johansson BL, Souza DS, Bodin L, Filbey D, Loesch A, Geijer H, Bojo L. Slower progression of atherosclerosis in vein grafts harvested with 'no touch' technique compared with conventional harvesting technique in coronary artery bypass grafting: an angiographic and intravascular ultrasound study. *J Cardiothorac Surg* 2010;**38**(4):414–419.

586. Deo SV, Shah IK, Dunlay SM, Erwin PJ, Locker C, Altarabsheh SE, Boilson BA, Park SJ, Joyce LD. Bilateral internal thoracic artery harvest and deep sternal wound infection in diabetic patients. *Ann Thorac Surg* 2013;**95**(3):862–869.

587. Sa MP, Ferraz PE, Escobar RR, Vasconcelos FP, Ferraz AA, Braile DM, Lima RC. Skeletonized vs. pedicled internal thoracic artery and risk of sternal wound infection after coronary bypass surgery: meta-analysis and meta-regression of 4817 patients. *Interact Cardiovasc Thorac Surg* 2013;**16**(6):849–857.

588. Sakic A, Chevtchik O, Kilo J, Schistek R, Mueller LC, Ulmer H, Grimm M, Ruttmann E. Simple adaptations of surgical technique to critically reduce the risk of postoperative sternal complications in patients receiving bilateral internal thoracic arteries. *Interact Cardiovasc Thorac Surg* 2013;**17**(2):378–382.

589. Lytle BW. Skeletonized internal thoracic artery grafts and wound complications. *J Thorac Cardiovasc Surg* 2001;**121**(4):625–627.

590. Wendler O, Hennen B, Markwirth T, Konig J, Tscholl D, Huang Q, Shahangi E, Schafers HJ. T grafts with the right internal thoracic artery to left internal thoracic artery vs. the left internal thoracic artery and radial artery: flow dynamics in the internal thoracic artery main stem. *J Thorac Cardiovasc Surg* 1999;**118**(5):841–848.

Downloaded from http://eurheartj.oxfordjournals.org/ by guest on September 18, 2014

591. Taggart DP. Incomplete revascularization: appropriate and inappropriate. *Eur J Cardiothorac Surg* 2012;**41**(3):542–543.

592. Zimarino M, Curzen N, Cicchitti V, De Caterina R. The adequacy of myocardial revascularization in patients with multivessel coronary artery disease. *Int J Cardiol* 2013;**168**(3):1748–1757.

593. Ong AT, Serruys PW. Complete revascularization: coronary artery bypass graft surgery vs. percutaneous coronary intervention. *Circulation* 2006;**114**(3):249–255.

594. Farooq V, Serruys PW, Garcia–Garcia HM, Zhang Y, Bourantas CV, Holmes DR, Mack M, Feldman T, Morice MC, Stahle E, James S, Colombo A, Diletti R, Papafaklis M, de Vries T, Morel MA, van Es GA, Mohr FW, Dawkins KD, Kappetein AP, Sianos G, Boersma E. The negative impact of incomplete angiographic revascularization on clinical outcomes and its association with total occlusions: the SYNTAX (Synergy Between Percutaneous Coronary Intervention with Taxus and Cardiac Surgery) trial. *J Am Coll Cardiol* 2013;**61**(3):282–294.

595. Head SJ, Mack MJ, Holmes DR Jr., Mohr FW, Morice MC, Serruys PW, Kappetein AP. Incidence, predictors and outcomes of incomplete revascularization after percutaneous coronary intervention and coronary artery bypass grafting: a subgroup analysis of 3-year SYNTAX data. *Eur J Cardiothorac Surg* 2012;**41**(3):535–541.

596. Kim YH, Park DW, Lee JY, Kim WJ, Yun SC, Ahn JM, Song HG, Oh JH, Park JS, Kang SJ, Lee SW, Lee CW, Park SW, Park SJ. Impact of angiographic complete revascularization after drug-eluting stent implantation or coronary artery bypass graft surgery for multivessel coronary artery disease. *Circulation* 2011;**123**(21):2373–2381.

597. Mohammadi S, Kalavrouziotis D, Dagenais F, Voisine P, Charbonneau E. Completeness of revascularization and survival among octogenarians with triple-vessel disease. *Ann Thorac Surg* 2012;**93**(5):1432–1437.

598. Yi G, Youn YN, Joo HC, Hong S, Yoo KJ. Association of incomplete revascularization with long-term survival after off-pump coronary artery bypass grafting. *J Surg Res* 2013;**185**(1):166–173.

599. Rastan AJ, Walther T, Falk V, Kempfert J, Merk D, Lehmann S, Holzhey D, Mohr FW. Does reasonable incomplete surgical revascularization affect early or long-term survival in patients with multivessel coronary artery disease receiving left internal mammary artery bypass to left anterior descending artery? *Circulation* 2009;**120**(11 Suppl):S70–77.

600. Garcia S, Sandoval Y, Roukoz H, Adabag S, Canoniero M, Yannopoulos D, Brilakis ES. Outcomes after complete vs. incomplete revascularization of patients with multivessel coronary artery disease: a meta-analysis of 89,883 patients enrolled in randomized clinical trials and observational studies. *J Am Coll Cardiol* 2013;**62**(16):1421–1431.

601. Scott R, Blackstone EH, McCarthy PM, Lytle BW, Loop FD, White JA, Cosgrove DM. Isolated bypass grafting of the left internal thoracic artery to the left anterior descending coronary artery. *J Thorac Cardiovasc Surg* 2000;**120**(1):173–184.

602. Boylan MJ, Lytle BW, Loop FD, Taylor PC, Borsh JA, Goormastic M, Cosgrove DM. Surgical treatment of isolated left anterior descending coronary stenosis. Comparison of left internal mammary artery and venous autograft at 18 to 20 years of follow-up. *J Thorac Cardiovasc Surg* 1994;**107**:657–662.

603. Sabik JF 3rd, Blackstone EH, Gillinov AM, Banbury MK, Smedira NG, Lytle BW. Influence of patient characteristics and arterial grafts on freedom from coronary reoperation. *J Thorac Cardiovasc Surg* 2006;**131**(1):90–98.

604. Schmitto JD, Rajab TK, Cohn LH. Prevalence and variability of internal mammary graft use in contemporary multivessel coronary artery bypass graft. *Curr Opin Cardiol* 2010;**25**(6):609–612.

605. Taggart DP, D'Amico R, Altman DG. Effect of arterial revascularisation on survival: a systematic review of studies comparing bilateral and single internal mammary arteries. *Lancet* 2001;**358**(9285):870–875.

606. Ruttmann E, Fischler N, Sakic A, Chevtchik O, Alber H, Schistek R, Ulmer H, Grimm M. Second internal thoracic artery vs. radial artery in coronary artery bypass grafting: a long-term, propensity score-matched follow-up study. *Circulation* 2011;**124**(12):1321–1329.

607. Galbut DL, Kurlansky PA, Traad EA, Dorman MJ, Zucker M, Ebra G. Bilateral internal thoracic artery grafting improves long-term survival in patients with reduced ejection fraction: a propensity-matched study with 30-year follow-up. *J Thorac Cardiovasc Surg* 2012;**143**(4):844–853 e4.

608. Grau JB, Ferrari G, Mak AW, Shaw RE, Brizzio ME, Mindich BP, Strobeck J, Zapolanski A. Propensity matched analysis of bilateral internal mammary artery vs. single left internal mammary artery grafting at 17-year follow-up: validation of a contemporary surgical experience. *Eur J Cardiothorac Surg* 2012;**41**(4):770–775, discussion 776.

609. Lytle BW. Bilateral internal thoracic artery grafting. *Ann Cardiothorac Surg* 2013;**2**(4):485–492.

610. Weiss AJ, Zhao S, Tian DH, Taggart DP, Yan TD. A meta-analysis comparing bilateral internal mammary artery with left internal mammary artery for coronary artery bypass grafting. *Ann Cardiothorac Surg* 2013;**2**(4):390–400.

611. Hemo E, Mohr R, Uretzky G, Katz G, Popovits N, Pevni D, Medalion B. Long-term outcomes of patients with diabetes receiving bilateral internal thoracic artery grafts. *J Thorac Cardiovasc Surg* 2013;**146**(3):586–592.

612. Taggart DP, Lees B, Gray A, Altman DG, Flather M, Channon K, Investigators ART. Protocol for the Arterial Revascularisation Trial (ART). A randomised trial to compare survival following bilateral vs. single internal mammary grafting in coronary revascularisation [ISRCTN46552265]. *Trials* 2006;**7**:7.

613. Elmistekawy EM, Gawad N, Bourke M, Mesana T, Boodhwani M, Rubens FD. Is bilateral internal thoracic artery use safe in the elderly? *J Card Surg* 2012;**27**(1):1–5.

614. Toumpoulis IK, Theakos N, Dunning J. Does bilateral internal thoracic artery harvest increase the risk of mediastinitis? *Interact Cardiovasc Thorac Surg* 2007;**6**(6):787–791.

615. Tranbaugh RF, Dimitrova KR, Friedmann P, Geller CM, Harris LJ, Stelzer P, Cohen B, Hoffman DM. Radial artery conduits improve long-term survival after coronary artery bypass grafting. *Ann Thorac Surg* 2010;**90**(4):1165–1172.

616. Tranbaugh RF, Dimitrova KR, Friedmann P, Geller CM, Harris LJ, Stelzer P, Cohen BM, Ko W, DeCastro H, Lucido D, Hoffman DM. Coronary artery bypass grafting using the radial artery: clinical outcomes, patency, and need for reintervention. *Circulation* 2012;**126**(11 Suppl 1):S170–175.

617. Schwann TA, Engoren M, Bonnell M, Clancy C, Habib RH. Comparison of late coronary artery bypass graft survival effects of radial artery vs. saphenous vein grafting in male and female patients. *Ann Thorac Surg* 2012;**94**(5):1485–1491.

618. Hayward PA, Gordon IR, Hare DL, Matalanis G, Horrigan ML, Rosalion A, Buxton BF. Comparable patencies of the radial artery and right internal thoracic artery or saphenous vein beyond 5 years: results from the Radial Artery Patency and Clinical Outcomes trial. *J Thorac Cardiovasc Surg* 2010;**139**(1):60–65; discussion 65–67.

619. Kieser TM, Rose S, Kowalewski R, Belenkie I. Transit-time flow predicts outcomes in coronary artery bypass graft patients: a series of 1000 consecutive arterial grafts. *Eur J Cardiothorac Surg* 2010;**38**(2):155–162.

620. Jokinen JJ, Werkkala K, Vainikka T, Perakyla T, Simpanen J, Ihlberg L. Clinical value of intra-operative transit-time flow measurement for coronary artery bypass grafting: a prospective angiography-controlled study. *Eur J Cardiothorac Surg* 2011;**39**(6):918–923.

621. Lamy A, Devereaux PJ, Prabhakaran D, Taggart DP, Hu S, Paolasso E, Straka Z, Piegas LS, Akar AR, Jain AR, Noiseux N, Padmanabhan C, Bahamondes JC, Novick RJ, Vaijyanath P, Reddy SK, Tao L, Olavegogeascoechea PA, Airan B, Sulling TA, Whitlock RP, Ou Y, Pogue J, Chrolavicius S, Yusuf S, Investigators C. Effects of off-pump and on-pump coronary-artery bypass grafting at 1 year. *N Engl J Med* 2013;**368**(13):1179–1188.

622. Diegeler A, Borgermann J, Kappert U, Breuer M, Boning A, Ursulescu A, Rastan A, Holzhey D, Treede H, Riess FC, Veeckmann P, Asfoor A, Reents W, Zacher M, Hilker M. Off-pump vs. on-pump coronary-artery bypass grafting in elderly patients. *N Engl J Med* 2013;**368**(13):1189–1198.

623. Shroyer AL, Grover FL, Hattler B, Collins JF, McDonald GO, Kozora E, Lucke JC, Baltz JH, Novitzky D. On-pump vs. off-pump coronary-artery bypass surgery. *N Engl J Med* 2009;**361**(19):1827–1837.

624. Houlind K, Kjeldsen BJ, Madsen SN, Rasmussen BS, Holme SJ, Nielsen PH, Mortensen PE, Group DS. On-pump vs. off-pump coronary artery bypass surgery in elderly patients: results from the Danish on-pump vs. off-pump randomization study. *Circulation* 2012;**125**(20):2431–2439.

625. Hattler B, Messenger JC, Shroyer AL, Collins JF, Haugen SJ, Garcia JA, Baltz JH, Cleveland JC Jr., Novitzky D, Grover FL, Veterans Affairs Randomized On, /Off Bypass Study G. Off-Pump coronary artery bypass surgery is associated with worse arterial and saphenous vein graft patency and less effective revascularization: Results from the Veterans Affairs Randomized On/Off Bypass (ROOBY) trial. *Circulation* 2012;**125**(23):2827–2835.

626. Sedrakyan A, Wu AW, Parashar A, Bass EB, Treasure T. Off-pump surgery is associated with reduced occurrence of stroke and other morbidity as compared with traditional coronary artery bypass grafting: a meta-analysis of systematically reviewed trials. *Stroke* 2006;**37**(11):2759–2769.

627. Keeling WB, Kilgo PD, Puskas JD, Halkos ME, Lattouf OM, Guyton RA, Thourani VH. Off-pump coronary artery bypass grafting attenuates morbidity and mortality for patients with low and high body mass index. *J Thorac Cardiovasc Surg* 2012;**146**(6):1142–1148.

628. Puskas JD, Williams WH, O'Donnell R, Patterson RE, Sigman SR, Smith AS, Baio KT, Kilgo PD, Guyton RA. Off-pump and on-pump coronary artery bypass grafting are associated with similar graft patency, myocardial ischemia, and freedom from reintervention: long-term follow-up of a randomized trial. *Ann Thorac Surg* 2011;**91**(6):1836–1842; discussion 1842–1843.

629. Puskas JD, Thourani VH, Kilgo P, Cooper W, Vassiliades T, Vega JD, Morris C, Chen E, Schmotzer BJ, Guyton RA, Lattouf OM. Off-pump coronary artery bypass disproportionately benefits high-risk patients. *Ann Thorac Surg* 2009;**88**(4):1142–1147.

Downloaded from http://eurheartj.oxfordjournals.org/ by guest on September 18, 2014

630. Head SJ, Borgermann J, Osnabrugge RL, Kieser TM, Falk V, Taggart DP, Puskas JD, Gummert JF, Kappetein AP. Coronary artery bypass grafting: Part 2: optimizing outcomes and future prospects. *Eur Heart J* 2013;**34**(37):2873–2886.

631. Diegeler A, Walther T, Metz S, Falk V, Krakor R, Autschbach R, Mohr FW. Comparison of MIDCAP vs. conventional CABG surgery regarding pain and quality of life. *Heart Surg Forum* 1999;**2**(4):290–295; discussion 295–296.

632. Groh MA, Sutherland SE, Burton HG 3rd, Johnson AM, Ely SW. Port-access coronary artery bypass grafting: technique and comparative results. *Ann Thorac Surg* 1999;**68**(4):1506–1508.

633. Lapierre H, Chan V, Sohmer B, Mesana TG, Ruel M. Minimally invasive coronary artery bypass grafting via a small thoracotomy vs. off-pump: a case-matched study. *Eur J Cardiothorac Surg* 2011;**40**(4):804–810.

634. Siregar S, Groenwold RH, de Mol BA, Speekenbrink RG, Versteegh MI, Brandon Bravo Bruinsma GJ, Bots ML, van der Graaf Y, van Herwerden LA. Evaluation of cardiac surgery mortality rates: 30-day mortality or longer follow-up? *Eur J Cardiothorac Surg* 2013;**44**(5):875–883.

635. Peterson ED, Coombs LP, DeLong ER, Haan CK, Ferguson TB. Procedural volume as a marker of quality for CABG surgery. *JAMA* 2004;**291**(2):195–201.

636. Sergeant P, Blackstone E, Meyns B. Validation and interdependence with patient-variables of the influence of procedural variables on early and late survival after CABG. K.U. Leuven Coronary Surgery Program. *Eur J Cardiothorac Surg* 1997;**12**(1):1–19.

637. Williams JB, Peterson ED, Brennan JM, Sedrakyan A, Tavris D, Alexander JH, Lopes DR, Dokholyan RS, Zhao Y, O'Brien SM, Michler RE, Thourani VH, Edwards FH, Duggirala H, Gross T, Marinac-Dabic D, Smith PK. Association Between Endoscopic vs. Open Vein-Graft Harvesting and Mortality, Wound Complications, and Cardiovascular Events in Patients Undergoing CABG Surgery. *JAMA* 2012;**308**(5):475–484.

638. Bakaeen FG. Endoscopic vein harvest for coronary artery bypass grafting is safe. *J Surg Res* 2013;**185**(2):522–523.

639. Schmitto JD, Rajab TK, Cohn LH. Prevalence and variability of internal mammary graft use in contemporary multivessel coronary artery bypass graft. *Curr Opin Cardiol* 2010;**25**:609–612.

640. Dorman MJ, Kurlansky PA, Traad EA, Galbut DL, Zucker M, Ebra G. Bilateral Internal Mammary Artery Grafting Enhances Survival in Diabetic Patients: A 30-Year Follow-Up of Propensity Score – Matched Cohorts. *Circulation* 2012;**126**:2935–2942.

641. Kieser TM, Lewin AM, Graham MM, Martin BJ, Galbraith PD, Rabi DM, Norris CM, Faris PD, Knudtson ML, Ghali WA, Investigators A. Outcomes associated with bilateral internal thoracic artery grafting: the importance of age. *Ann Thorac Surg* 2011;**92**(4):1269–1275; discussion 1275–1276.

642. Desai ND, Cohen EA, Naylor CD, Fremes SE. A Randomized Comparison of Radial-Artery and Saphenous-Vein Coronary Bypass Grafts. *N Engl J Med* 2004;**351**:2302–2309.

643. Tatoulis J. Total arterial coronary revascularization: patient selection, stenoses, conduits, targets. *Ann Cardiothorac Surg* 2013;**2**(4):499–506.

644. Borgermann J, Hakim K, Renner A, Parsa A, Aboud A, Becker T, Masshoff M, Zittermann A, Gummert JF, Kuss O. Clampless off-pump vs. conventional coronary artery revascularization: a propensity score analysis of 788 patients. *Circulation* 2012;**126**(11 Suppl 1):S176–182.

645. Brophy JM, Belisle P, Joseph L. Evidence for use of coronary stents. A hierarchical bayesian meta-analysis. *Ann Intern Med* 2003;**138**(10):777–786.

646. Kastrati A, Mehilli J, Dirschinger J, Dotzer F, Schuhlen H, Neumann FJ, Fleckenstein M, Pfafferott C, Seyfarth M, Schomig A. Intracoronary stenting and angiographic results: strut thickness effect on restenosis outcome (ISAR-STEREO) trial. *Circulation* 2001;**103**(23):2816–2821.

647. Pache J, Kastrati A, Mehilli J, Schuhlen H, Dotzer F, Hausleiter J, Fleckenstein M, Neumann FJ, Sattelberger U, Schmitt C, Muller M, Dirschinger J, Schomig A. Intracoronary stenting and angiographic results: strut thickness effect on restenosis outcome (ISAR-STEREO-2) trial. *J Am Coll Cardiol* 2003;**41**(8):1283–1288.

648. Mehran R, Baber U, Steg PG, Ariti C, Weisz G, Witzenbichler B, Henry TD, Kini AS, Stuckey T, Cohen DJ, Berger PB, Iakovou I, Dangas G, Waksman R, Antoniucci D, Sartori S, Krucoff MW, Hermiller JB, Shawl F, Gibson CM, Chieffo A, Alu M, Moliterno DJ, Colombo A, Pocock S. Cessation of dual antiplatelet treatment and cardiac events after percutaneous coronary intervention (PARIS): 2 year results from a prospective observational study. *Lancet* 2013;**382**(9906):1714–1722.

649. Kastrati A, Mehilli J, Pache J, Kaiser C, Valgimigli M, Kelbaek H, Menichelli M, Sabate M, Suttorp MJ, Baumgart D, Seyfarth M, Pfisterer ME, Schomig A. Analysis of 14 trials comparing sirolimus-eluting stents with bare-metal stents. *N Engl J Med* 2007;**356**(10):1030–1039.

650. Stone GW, Moses JW, Ellis SG, Schofer J, Dawkins KD, Morice MC, Colombo A, Schampaert E, Grube E, Kirtane AJ, Cutlip DE, Fahy M, Pocock SJ, Mehran R, Leon MB. Safety and efficacy of sirolimus- and paclitaxel-eluting coronary stents. *N Engl J Med* 2007;**356**(10):998–1008.

651. Daemen J, Wenaweser P, Tsuchida K, Abrecht L, Vaina S, Morger C, Kukreja N, Juni P, Sianos G, Hellige G, van Domburg RT, Hess OM, Boersma E, Meier B, Windecker S, Serruys PW. Early and late coronary stent thrombosis of sirolimus-eluting and paclitaxel-eluting stents in routine clinical practice: data from a large two-institutional cohort study. *Lancet* 2007;**369**(9562):667–678.

652. De Luca G, Dirksen MT, Spaulding C, Kelbaek H, Schalij M, Thuesen L, van der Hoeven B, Vink MA, Kaiser C, Musto C, Chechi T, Spaziani G, Diaz de la Llera LS, Pasceri V, Di Lorenzo E, Violini R, Cortese G, Suryapranata H, Stone GW. Drug-eluting vs. bare-metal stents in primary angioplasty: a pooled patient-level meta-analysis of randomized trials. *Arch Intern Med* 2012;**172**(8):611–621, discussion 621–622.

653. Nabel EG, Braunwald E. A tale of coronary artery disease and myocardial infarction. *N Engl J Med* 2012;**366**(1):54–63.

654. Stone GW, Rizvi A, Newman W, Mastali K, Wang JC, Caputo R, Doostzadeh J, Cao S, Simonton CA, Sudhir K, Lansky AJ, Cutlip DE, Kereiakes DJ. Everolimus-eluting vs. paclitaxel-eluting stents in coronary artery disease. *N Engl J Med* 2010;**362**(18):1663–1674.

655. Serruys PW, Silber S, Garg S, van Geuns RJ, Richardt G, Buszman PE, Kelbaek H, van Boven AJ, Hofma SH, Linke A, Klauss V, Wijns W, Macaya C, Garot P, DiMario C, Manoharan G, Kornowski R, Ischinger T, Bartorelli A, Ronden J, Bressers M, Gobbens P, Negoita M, van Leeuwen F, Windecker S. Comparison of zotarolimus-eluting and everolimus-eluting coronary stents. *N Engl J Med* 2010;**363**(2):136–146.

656. Christiansen EH, Jensen LO, Thayssen P, Tilsted HH, Krusell LR, Hansen KN, Kaltoft A, Maeng M, Kristensen SD, Botker HE, Terkelsen CJ, Villadsen AB, Ravkilde J, Aaroe J, Madsen M, Thuesen L, Lassen JF. Biolimus-eluting biodegradable polymer-coated stent vs. durable polymer-coated sirolimus-eluting stent in unselected patients receiving percutaneous coronary intervention (SORT OUT V): a randomised non-inferiority trial. *Lancet* 2013;**381**(9867):661–669.

657. Byrne RA, Kastrati A, Kufner S, Massberg S, Birkmeier KA, Laugwitz KL, Schulz S, Pache J, Fusaro M, Seyfarth M, Schomig A, Mehilli J. Randomized, non-inferiority trial of three limus agent-eluting stents with different polymer coatings: the Intracoronary Stenting and Angiographic Results: Test Efficacy of 3 Limus-Eluting Stents (ISAR-TEST-4) trial. *Eur Heart J* 2009;**30**(20):2441–2449.

658. Smits PC, Hofma S, Togni M, Vazquez N, Valdes M, Voudris V, Slagboom T, Goy JJ, Vuillomenet A, Serra A, Nouche RT, den Heijer P, van der Ent M. Abluminal biodegradable polymer biolimus-eluting stent vs. durable polymer everolimus-eluting stent (COMPARE II): a randomised, controlled, non-inferiority trial. *Lancet* 2013;**381**(9867):651–660.

659. Massberg S, Byrne RA, Kastrati A, Schulz S, Pache J, Hausleiter J, Ibrahim T, Fusaro M, Ott I, Schomig A, Laugwitz KL, Mehilli J. Polymer-free sirolimus- and probucol-eluting vs. new generation zotarolimus-eluting stents in coronary artery disease: the Intracoronary Stenting and Angiographic Results: Test Efficacy of Sirolimus- and Probucol-Eluting vs. Zotarolimus-eluting Stents (ISAR-TEST 5) trial. *Circulation* 2011;**124**(5):624–632.

660. Tada N, Virmani R, Grant G, Bartlett L, Black A, Clavijo C, Christians U, Betts R, Savage D, Su SH, Shulze J, Kar S. Polymer-free biolimus a9-coated stent demonstrates more sustained intimal inhibition, improved healing, and reduced inflammation compared with a polymer-coated sirolimus-eluting cypher stent in a porcine model. *Circ Cardiovasc Interv* 2010;**3**(2):174–183.

661. Planer D, Smits PC, Kereiakes DJ, Kedhi E, Fahy M, Xu K, Serruys PW, Stone GW. Comparison of everolimus- and paclitaxel-eluting stents in patients with acute and stable coronary syndromes: pooled results from the SPIRIT (A Clinical Evaluation of the XIENCE V Everolimus Eluting Coronary Stent System) and COMPARE (A Trial of Everolimus-Eluting Stents and Paclitaxel-Eluting Stents for Coronary Revascularization in Daily Practice) Trials. *JACC Cardiovasc Interv* 2011;**4**(10):1104–1115.

662. Park KW, Kang SH, Velders MA, Shin DH, Hahn S, Lim WH, Yang HM, Lee HY, Van Boven AJ, Hofma SH, Kang HJ, Koo BK, Oh BH, Park YB, Kandzari DE, Kim HS. Safety and efficacy of everolimus- vs. sirolimus-eluting stents: a systematic review and meta-analysis of 11 randomized trials. *Am Heart J* 2013;**165**(2):241–250 e4.

663. Hawn MT, Graham LA, Richman JS, Itani KM, Henderson WG, Maddox TM. Risk of major adverse cardiac events following noncardiac surgery in patients with coronary stents. *JAMA* 2013;**310**(14):1462–1472.

664. Stone GW, Teirstein PS, Meredith IT, Farah B, Dubois CL, Feldman RL, Dens J, Hagiwara N, Allocco DJ, Dawkins KD. A prospective, randomized evaluation of a novel everolimus-eluting coronary stent: the PLATINUM (A Prospective, Randomized, Multicenter Trial to Assess an Everolimus-Eluting Coronary Stent System [PROMUS Element] for the Treatment of Up to Two de Novo Coronary Artery Lesions) trial. *J Am Coll Cardiol* 2011;**57**(16):1700–1708.

665. von Birgelen C, Sen H, Lam MK, Danse PW, Jessurun GA, Hautvast RW, van Houwelingen GK, Schramm AR, Gin RM, Louwerenburg JW, de Man FH, Stoel MG, Lowik MM, Linssen GC, Said SA, Nienhuis MB, Verhorst PM, Basalus MW, Doggen CJ, Tandjung K. Third-generation zotarolimus-eluting and everolimus-eluting stents in all-comer patients requiring a percutaneous coronary

Downloaded from http://eurheartj.oxfordjournals.org/ by guest on September 18, 2014

intervention (DUTCH PEERS): a randomised, single-blind, multicentre, non-inferiority trial. *Lancet* 2013;**383**(9915):413–423.

666. von Birgelen C, Basalus MW, Tandjung K, van Houwelingen KG, Stoel MG, Louwerenburg JH, Linssen GC, Said SA, Kleijne MA, Sen H, Lowik MM, van der Palen J, Verhorst PM, de Man FH. A randomized controlled trial in second-generation zotarolimus-eluting Resolute stents vs. everolimus-eluting Xience V stents in real-world patients: the TWENTE trial. *J Am Coll Cardiol* 2012;**59**(15): 1350–1361.

667. Kedhi E, Joesoef KS, McFadden E, Wassing J, van Mieghem C, Goedhart D, Smits PC. Second-generation everolimus-eluting and paclitaxel-eluting stents in real-life practice (COMPARE): a randomised trial. *Lancet* 2010;**375**(9710):201–209.

668. Windecker S, Serruys PW, Wandel S, Buzman P, Trznadel S, Linke A, Lenk K, Ischinger T, Klauss V, Eberli F, Corti R, Wijns W, Morice MC, di Mario C, Davies S, van Geuns RJ, Eerdmans P, van Es GA, Meier B, Juni P. Biolimus-eluting stent with biodegradable polymer vs. sirolimus-eluting stent with durable polymer for coronary revascularisation (LEADERS): a randomised non-inferiority trial. *Lancet* 2008;**372**(9644):1163–1173.

669. Natsuaki M, Kozuma K, Morimoto T, Kadota K, Muramatsu T, Nakagawa Y, Akasaka T, Igarashi K, Tanabe K, Morino Y, Ishikawa T, Nishikawa H, Awata M, Abe M, Okada H, Takatsu Y, Ogata N, Kimura K, Urasawa K, Tarutani Y, Shiode N, Kimura T. Biodegradable polymer biolimus-eluting stent vs. durable polymer everolimus-eluting stent: a randomized, controlled, noninferiority trial. *J Am Coll Cardiol* 2013;**62**(3):181–190.

670. Serruys PW, Garg S, Abizaid A, Ormiston J, Windecker S, Verheye S, Dubois C, Stewart J, Hauptmann KE, Schofer J, Stangl K, Witzenbichler B, Wiemer M, Barbato E, de Vries T, den Drijver AM, Otake H, Meredith L, Toyloy S, Fitzgerald P. A randomised comparison of novolimus-eluting and zotarolimus-eluting coronary stents: 9-month follow-up results of the EXCELLA II study. *EuroIntervention* 2010;**6**(2):195–205.

671. Verheye S, Ramcharitar S, Grube E, Schofer JJ, Witzenbichler B, Kovac J, Hauptmann KE, Agostoni P, Wiemer M, Lefevre T, Spaargaren R, Serruys PW, Garcia-Garcia HM, van Geuns RJ. Six-month clinical and angiographic results of the STENTYS(R) self-apposing stent in bifurcation lesions. *EuroIntervention* 2011; **7**(5):580–587.

672. Verheye S, Agostoni P, Dubois CL, Dens J, Ormiston J, Worthley S, Trauthen B, Hasegawa T, Koo BK, Fitzgerald PJ, Mehran R, Lansky AJ. 9-month clinical, angiographic, and intravascular ultrasound results of a prospective evaluation of the Axxess self-expanding biolimus A9-eluting stent in coronary bifurcation lesions: the DIVERGE (Drug-Eluting Stent Intervention for Treating Side Branches Effectively) study. *J Am Coll Cardiol* 2009;**53**(12):1031–1039.

673. Buysschaert I, Dubois CL, Dens J, Ormiston J, Worthley S, McClean D, Ottervanger JP, Meredith I, Uren N, Wijns W, Whitbourn R, Mehran R, Lansky AJ, Bichalska M, Meis S, Verheye S. Three-year clinical results of the Axxess Biolimus A9 eluting bifurcation stent system: the DIVERGE study. *EuroIntervention* 2013;**9**(5):573–581.

674. Dani S, Costa RA, Joshi H, Shah J, Pandya R, Virmani R, Sheiban I, Bhatt S, Abizaid A. First-in-human evaluation of the novel BioMime sirolimus-eluting coronary stent with bioabsorbable polymer for the treatment of single de novo lesions located in native coronary vessels - results from the meriT-1 trial. *EuroIntervention* 2013; **9**(4):493–500.

675. Haude M, Lee SW, Worthley SG, Silber S, Verheye S, Erbs S, Rosli MA, Botelho M, Meredith I, Sim KH, Stella PR, Tan HC, Whitbourn R, Thambar S, Abizaid A, Koh TH, Den Heijer P, Parise H, Cristea E, Maehara A, Mehran R. The REMEDEE trial: a randomized comparison of a combination sirolimus-eluting endothelial progenitor cell capture stent with a paclitaxel-eluting stent. *JACC Cardiovasc Interv* 2013; **6**(4):334–343.

676. Vranckx P, Serruys PW, Gambhir S, Sousa E, Abizaid A, Lemos P, Ribeiro E, Dani SI, Dalal JJ, Mehan V, Dhar A, Dutta AL, Reddy KN, Chand R, Ray A, Symons J. Biodegradable-polymer-based, paclitaxel-eluting Infinnium stent: 9-Month clinical and angiographic follow-up results from the SIMPLE II prospective multi-centre registry study. *EuroIntervention* 2006;**2**(3):310–317.

677. Ormiston J, Webster M, Stewart J, Vrolix M, Whitbourn R, Donohoe D, Knape C, Lansky A, Attizzani GF, Fitzgerald P, Kandzari DE, Wijns W. First-in-Human Evaluation of a Bioabsorbable Polymer-Coated Sirolimus-Eluting Stent: Imaging and Clinical Results of the DESSOLVE I Trial (DES With Sirolimus and a Bioabsorbable Polymer for the Treatment of Patients With De Novo Lesion in the Native Coronary Arteries). *JACC Cardiovasc Interv* 2013;**6**(10):1026–1034.

678. Dani S, Kukreja N, Parikh P, Joshi H, Prajapati J, Jain S, Thanvi S, Shah B, Dutta JP. Biodegradable-polymer-based, sirolimus-eluting Supralimus stent: 6-month angiographic, 30-month clinical follow-up results from the series I prospective study. *EuroIntervention* 2008;**4**(1):59–63.

679. Seth A, Chandra P, Chouhan NS, Thakkar AS. A first-in-man study of sirolimus-eluting, biodegradable polymer coated cobalt chromium stent in real life patients. *Indian Heart J* 2012;**64**(6):547–552.

680. Meredith IT, Verheye S, Dubois CL, Dens J, Fajadet J, Carrie D, Walsh S, Oldroyd KG, Varenne O, El-Jack S, Moreno R, Joshi AA, Allocco DJ, Dawkins KD. Primary endpoint results of the EVOLVE trial: a randomized evaluation of a novel bioabsorbable polymer-coated, everolimus-eluting coronary stent. *J Am Coll Cardiol* 2012;**59**(15):1362–1370.

681. Carrie D, Berland J, Verheye S, Hauptmann KE, Vrolix M, Violini R, Dibie A, Berti S, Maupas E, Antoniucci D, Schofer J. A multicenter randomized trial comparing amphilimus- with paclitaxel-eluting stents in de novo native coronary artery lesions. *J Am Coll Cardiol* 2012;**59**(15):1371–1376.

682. Mehilli J, Kastrati A, Wessely R, Dibra A, Hausleiter J, Jaschke B, Dirschinger J, Schomig A. Randomized trial of a nonpolymer-based rapamycin-eluting stent vs. a polymer-based paclitaxel-eluting stent for the reduction of late lumen loss. *Circulation* 2006;**113**(2):273–279.

683. Byrne RA, Iijima R, Mehilli J, Pinieck S, Bruskina O, Schomig A, Kastrati A. Durability of antirestenotic efficacy in drug-eluting stents with and without permanent polymer. *JACC Cardiovasc Interv* 2009;**2**(4):291–299.

684. Garg S, Bourantas C, Serruys PW. New concepts in the design of drug-eluting coronary stents. *Nat Rev Cardiol* 2013;**10**(5):248–260.

685. Ormiston JA, Serruys PW, Regar E, Dudek D, Thuesen L, Webster MW, Onuma Y, Garcia-Garcia HM, McGreevy R, Veldhof S. A bioabsorbable everolimus-eluting coronary stent system for patients with single de-novo coronary artery lesions (ABSORB): a prospective open-label trial. *Lancet* 2008;**371**(9616):899–907.

686. Serruys PW, Ormiston JA, Onuma Y, Regar E, Gonzalo N, Garcia-Garcia HM, Nieman K, Bruining N, Dorange C, Miquel-Hebert K, Veldhof S, Webster M, Thuesen L, Dudek D. A bioabsorbable everolimus-eluting coronary stent system (ABSORB): 2-year outcomes and results from multiple imaging methods. *Lancet* 2009;**373**(9667):897–910.

687. Haude M, Erbel R, Erne P, Verheye S, Degen H, Bose D, Vermeersch P, Wijnbergen I, Weissman N, Prati F, Waksman R, Koolen J. Safety and performance of the drug-eluting absorbable metal scaffold (DREAMS) in patients with de-novo coronary lesions: 12 month results of the prospective, multicentre, first-in-man BIOSOLVE-I trial. *Lancet* 2013;**381**(9869):836–844.

688. Verheye S, Ormiston JA, Stewart J, Webster M, Sanidas E, Costa R, Costa JR Jr., Chamie D, Abizaid AS, Pinto I, Morrison L, Toyloy S, Bhat V, Yan J, Abizaid A. A Next-Generation Bioresorbable Coronary Scaffold System-From Bench to First Clinical Evaluation: Six- and 12-Month Clinical and Multimodality Imaging Results. *JACC Cardiovasc Interv* 2013;**7**(1):89–99.

689. Maier LS, Maack C, Ritter O, Bohm M. Hotline update of clinical trials and registries presented at the German Cardiac Society meeting 2008. (PEPCAD, LokalTax, INH, German ablation registry, German device registry, DES.DE registry, DHR, Reality, SWEETHEART registry, ADMA, GERSHWIN). *Clin Res Cardiol* 2008;**97**(6): 356–363.

690. Fischer D, Scheller B, Schafer A, Klein G, Bohm M, Clever Y, Cremers B. Paclitaxel-coated balloon plus bare metal stent vs. sirolimus-eluting stent in de novo lesions: an IVUS study. *EuroIntervention* 2012;**8**(4):450–455.

691. Belkacemi A, Agostoni P, Nathoe HM, Voskuil M, Shao C, Van Belle E, Wildbergh T, Politi L, Doevendans PA, Sangiorgi GM, Stella PR. First results of the DEB-AMI (drug eluting balloon in acute ST-segment elevation myocardial infarction) trial: a multicenter randomized comparison of drug-eluting balloon plus bare-metal stent vs. bare-metal stent vs. drug-eluting stent in primary percutaneous coronary intervention with 6-month angiographic, intravascular, functional, and clinical outcomes. *J Am Coll Cardiol* 2012;**59**(25):2327–2337.

692. Latib A, Colombo A, Castriota F, Micari A, Cremonesi A, De Felice F, Marchese A, Tespili M, Presbitero P, Sgueglia GA, Buffoli F, Tamburino C, Varbella F, Menozzi A. A randomized multicenter study comparing a paclitaxel drug-eluting balloon with a paclitaxel-eluting stent in small coronary vessels: the BELLO (Balloon Elution and Late Loss Optimization) study. *J Am Coll Cardiol* 2012;**60**(24):2473–2480.

693. Bondesson P, Lagerqvist B, James SK, Olivecrona GK, Venetsanos D, Harnek J. Comparison of two drug-eluting balloons: a report from the SCAAR registry. *EuroIntervention* 2012;**8**(4):444–449.

694. Stella PR, Belkacemi A, Waksman R, Stahnke S, Torguson R, von Strandmann RP, Agostoni P, Sangiorgi G, Silber S. The Valentines Trial: results of the first one week worldwide multicentre enrolment trial, evaluating the real world usage of the second generation DIOR paclitaxel drug-eluting balloon for in-stent restenosis treatment. *EuroIntervention* 2011;**7**(6):705–710.

695. Waksman R, Serra A, Loh JP, Malik FT, Torguson R, Stahnke S, von Strandmann RP, Rodriguez AE. Drug-coated balloons for de novo coronary lesions: results from the Valentines II trial. *EuroIntervention* 2013;**9**(5):613–619.

696. Gutierrez-Chico JL, van Geuns RJ, Koch KT, Koolen JJ, Duckers H, Regar E, Serruys PW. Paclitaxel-coated balloon in combination with bare metal stent for treatment of de novo coronary lesions: an optical coherence tomography first-in-human randomised trial, balloon first vs. stent first. *EuroIntervention* 2011; **7**(6):711–722.

697. Hehrlein C, Dietz U, Kubica J, Jorgensen E, Hoffmann E, Naber C, Lesiak M, Schneider H, Wiemer M, Tolg R, Richardt G. Twelve-month results of a paclitaxel

releasing balloon in patients presenting with in-stent restenosis First-in-Man (PEPPER) trial. *Cardiovasc Revasc Med* 2012;**13**(5):260–264.

698. Abdel-Wahab M, Richardt G, Joachim Buttner H, Toelg R, Geist V, Meinertz T, Schofer J, King L, Neumann FJ, Khattab AA. High-speed rotational atherectomy before paclitaxel-eluting stent implantation in complex calcified coronary lesions: the randomized ROTAXUS (Rotational Atherectomy Prior to Taxus Stent Treatment for Complex Native Coronary Artery Disease) trial. *JACC Cardiovasc Interv* 2013;**6**(1):10–19.

699. Mintz GS, Nissen SE, Anderson WD, Bailey SR, Erbel R, Fitzgerald PJ, Pinto FJ, Rosenfield K, Siegel RJ, Tuzcu EM, Yock PG. American College of Cardiology Clinical Expert Consensus Document on Standards for Acquisition, Measurement, Reporting of Intravascular Ultrasound Studies (IVUS). A report of the American College of Cardiology Task Force on Clinical Expert Consensus Documents. *J Am Coll Cardiol* 2001;**37**(5):1478–1492.

700. Nissen SE, Tuzcu EM, Schoenhagen P, Crowe T, Sasiela WJ, Tsai J, Orazem J, Magorien RD, O'Shaughnessy C, Ganz P, Reversal of Atherosclerosis with Aggressive Lipid Lowering I. Statin therapy, LDL cholesterol, C-reactive protein, and coronary artery disease. *N Engl J Med* 2005;**352**(1):29–38.

701. Mintz GS, Garcia-Garcia HM, Nicholls SJ, Weissman NJ, Bruining N, Crowe T, Tardif JC, Serruys PW. Clinical expert consensus document on standards for acquisition, measurement and reporting of intravascular ultrasound regression/progression studies. *EuroIntervention* 2011;**6**(9):1123–1130, 9.

702. Casella G, Klauss V, Ottani F, Siebert U, Sangiorgio P, Bracchetti D. Impact of intravascular ultrasound-guided stenting on long-term clinical outcome: a meta-analysis of available studies comparing intravascular ultrasound-guided and angiographically guided stenting. *Catheter Cardiovasc Interv* 2003;**59**(3):314–321.

703. Parise H, Maehara A, Stone GW, Leon MB, Mintz GS. Meta-analysis of randomized studies comparing intravascular ultrasound vs. angiographic guidance of percutaneous coronary intervention in pre-drug-eluting stent era. *Am J Cardiol* 2011;**107**(3):374–382.

704. Zhang Y, Farooq V, Garcia-Garcia HM, Bourantas CV, Tian N, Dong S, Li M, Yang S, Serruys PW, Chen SL. Comparison of intravascular ultrasound vs. angiography-guided drug-eluting stent implantation: a meta-analysis of one randomised trial and ten observational studies involving 19,619 patients. *EuroIntervention* 2012;**8**(7):855–865.

705. Park SJ, Kim YH, Park DW, Lee SW, Kim WJ, Suh J, Yun SC, Lee CW, Hong MK, Lee JH, Park SW. Impact of intravascular ultrasound guidance on long-term mortality in stenting for unprotected left main coronary artery lesions. *Circ Cardiovasc Interv* 2009;**2**(3):167–177.

706. Witzenbichler B, Maehara A, Weisz G, Neumann FJ, Rinaldi MJ, Metzger DC, Henry TD, Cox DA, Duffy PL, Brodie BR, Stuckey TD, Mazzaferri EL Jr., Xu K, Parise H, Mehran R, Mintz GS, Stone GW. Relationship Between Intravascular Ultrasound Guidance and Clinical Outcomes After Drug-Eluting Stents: The Assessment of Dual Antiplatelet Therapy With Drug-Eluting Stents (ADAPT-DES) Study. *Circulation* 2014;**129**(4):463–470.

707. Tearney GJ, Regar E, Akasaka T, Adriaenssens T, Barlis P, Bezerra HG, Bouma B, Bruining N, Cho JM, Chowdhary S, Costa MA, de Silva R, Dijkstra J, Di Mario C, Dudek D, Falk E, Feldman MD, Fitzgerald P, Garcia-Garcia HM, Gonzalo N, Granada JF, Guagliumi G, Holm NR, Honda Y, Ikeno F, Kawasaki M, Kochman J, Koltowski L, Kubo T, Kume T, Kyono H, Lam CC, Lamouche G, Lee DP, Leon MB, Maehara A, Manfrini O, Mintz GS, Mizuno K, Morel MA, Nadkarni S, Okura H, Otake H, Pietrasik A, Prati F, Raber L, Radu MD, Rieber J, Riga M, Rollins A, Rosenberg M, Sirbu V, Serruys PW, Shimada K, Shinke T, Shite J, Siegel E, Sonoda S, Suter M, Takarada S, Tanaka A, Terashima M, Thim T, Uemura S, Ughi GJ, van Beusekom HM, van der Steen AF, van Es GA, van Soest G, Virmani R, Waxman S, Weissman NJ, Weisz G, International Working Group for Intravascular Optical Coherence T. Consensus standards for acquisition, measurement, and reporting of intravascular optical coherence tomography studies: a report from the International Working Group for Intravascular Optical Coherence Tomography Standardization and Validation. *J Am Coll Cardiol* 2012;**59**(12):1058–1072.

708. Cassar A, Matsuo Y, Herrmann J, Li J, Lennon RJ, Gulati R, Lerman LO, Kushwaha SS, Lerman A. Coronary atherosclerosis with vulnerable plaque and complicated lesions in transplant recipients: new insight into cardiac allograft vasculopathy by optical coherence tomography. *Eur Heart J* 2013;**34**(33):2610–2617.

709. Prati F, Guagliumi G, Mintz GS, Costa M, Regar E, Akasaka T, Barlis P, Tearney GJ, Jang IK, Arbustini E, Bezerra HG, Ozaki Y, Bruining N, Dudek D, Radu M, Erglis A, Motreff P, Alfonso F, Toutouzas K, Gonzalo N, Tamburino C, Adriaenssens T, Pinto F, Serruys PW, Di Mario C. Expert review document part 2: methodology, terminology and clinical applications of optical coherence tomography for the assessment of interventional procedures. *Eur Heart J* 2012;**33**(20):2513–2520.

710. Radu MD, Raber L, Heo J, Gogas BD, Jorgensen E, Kelbaek H, Muramatsu T, Farooq V, Helqvist S, Garcia-Garcia HM, Windecker S, Saunamaki K, Serruys PW. Natural history of optical coherence tomography-detected

non-flow-limiting edge dissections following drug-eluting stent implantation. *EuroIntervention* 2014;**9**(9):1085–1094.

711. Prati F, Di Vito L, Biondi-Zoccai G, Occhipinti M, La Manna A, Tamburino C, Burzotta F, Trani C, Porto I, Ramazzotti V, Imola F, Manzoli A, Materia L, Cremonesi A, Albertucci M. Angiography alone vs. angiography plus optical coherence tomography to guide decision-making during percutaneous coronary intervention: the Centro per la Lotta contro l'Infarto-Optimisation of Percutaneous Coronary Intervention (CLI-OPCI) study. *EuroIntervention* 2012;**8**(7):823–829.

712. Kang SJ, Mintz GS, Akasaka T, Park DW, Lee JY, Kim WJ, Lee SW, Kim YH, Whan Lee C, Park SW, Park SJ. Optical coherence tomographic analysis of in-stent neoatherosclerosis after drug-eluting stent implantation. *Circulation* 2011;**123**(25):2954–2963.

713. Pijls NH, De Bruyne B, Peels K, Van Der Voort PH, Bonnier HJ, Bartunek JKJJ, Koolen JJ. Measurement of fractional flow reserve to assess the functional severity of coronary-artery stenoses. *N Engl J Med* 1996;**334**(26):1703–1708.

714. Sen S, Escaned J, Malik IS, Mikhail GW, Foale RA, Mila R, Tarkin J, Petraco R, Broyd C, Jabbour R, Sethi A, Baker CS, Bellamy M, Al-Bustami M, Hackett D, Khan M, Lefroy D, Parker KH, Hughes AD, Francis DP, Di Mario C, Mayet J, Davies JE. Development and validation of a new adenosine-independent index of stenosis severity from coronary wave-intensity analysis: results of the ADVISE (ADenosine Vasodilator Independent Stenosis Evaluation) study. *J Am Coll Cardiol* 2012;**59**(15):1392–1402.

715. Nakazato R, Park HB, Berman DS, Gransar H, Koo BK, Erglis A, Lin FY, Dunning AM, Budoff MJ, Malpeso J, Leipsic J, Min JK. Non-invasive Fractional Flow Reserve Derived from CT Angiography (FFRCT) for Coronary Lesions of Intermediate Stenosis Severity: Results from the DeFACTO study. *Circ Cardiovasc Imaging* 2013;**6**(6):881–889.

716. Koo BK, Erglis A, Doh JH, Daniels DV, Jegere S, Kim HS, Dunning A, DeFrance T, Lansky A, Leipsic J, Min JK. Diagnosis of ischemia-causing coronary stenoses by noninvasive fractional flow reserve computed from coronary computed tomographic angiograms. Results from the prospective multicenter DISCOVER-FLOW (Diagnosis of Ischemia-Causing Stenoses Obtained Via Noninvasive Fractional Flow Reserve) study. *J Am Coll Cardiol* 2011;**58**(19):1989–1997.

717. Patel Y, Depta JP, Novak E, Yeung M, Lavine K, Banerjee S, Lin CH, Zajarias A, Kurz HI, Lasala JM, Bach RG, Singh J. Long-term outcomes with use of intravascular ultrasound for the treatment of coronary bifurcation lesions. *Am J Cardiol* 2012;**109**(7):960–965.

718. Myler RK, Shaw RE, Stertzer SH, Hecht HS, Ryan C, Rosenblum J, Cumberland DC, Murphy MC, Hansell HN, Hidalgo B. Lesion morphology and coronary angioplasty: current experience and analysis. *J Am Coll Cardiol* 1992;**19**(7):1641–1652.

719. Steigen TK, Maeng M, Wiseth R, Erglis A, Kumsars I, Narbute I, Gunnes P, Mannsverk J, Meyerdierks O, Rotevatn S, Niemela M, Kervinen K, Jensen JS, Galloe A, Nikus K, Vikman S, Ravkilde J, James S, Aaroe J, Ylitalo A, Helqvist S, Sjogren I, Thayssen P, Virtanen K, Puhakka M, Airaksinen J, Lassen JF, Thuesen L. Randomized study on simple vs. complex stenting of coronary artery bifurcation lesions: the Nordic bifurcation study. *Circulation* 2006;**114**(18):1955–1961.

720. Latib A, Colombo A. Bifurcation disease: what do we know, what should we do? *JACC Cardiovasc Interv* 2008;**1**(3):218–226.

721. Al Suwaidi J, Yeh W, Cohen HA, Detre KM, Williams DO, Holmes DR Jr. Immediate and one-year outcome in patients with coronary bifurcation lesions in the modern era (NHLBI dynamic registry). *Am J Cardiol* 2001;**87**(10):1139–1144.

722. Stinis CT, Hu SP, Price MJ, Teirstein PS. Three-year outcome of drug-eluting stent implantation for coronary artery bifurcation lesions. *Catheter Cardiovasc Interv* 2010;**75**(3):309–314.

723. Iakovou I, Schmidt T, Bonizzoni E, Ge L, Sangiorgi GM, Stankovic G, Airoldi F, Chieffo A, Montorfano M, Carlino M, Michev I, Corvaja N, Briguori C, Gerckens U, Grube E, Colombo A. Incidence, predictors, and outcome of thrombosis after successful implantation of drug-eluting stents. *JAMA* 2005;**293**(17):2126–2130.

724. Colombo A, Moses JW, Morice MC, Ludwig J, Holmes DR Jr., Spanos V, Louvard Y, Desmedt B, Di Mario C, Leon MB. Randomized study to evaluate sirolimus-eluting stents implanted at coronary bifurcation lesions. *Circulation* 2004;**109**(10):1244–1249.

725. Iakovou I, Ge L, Colombo A. Contemporary stent treatment of coronary bifurcations. *J Am Coll Cardiol* 2005;**46**(8):1446–1455.

726. Maeng M, Holm NR, Erglis A, Kumsars I, Niemela M, Kervinen K, Jensen JS, Galloe A, Steigen TK, Wiseth R, Narbute I, Gunnes P, Mannsverk J, Meyerdierks O, Rotevatn S, Nikus K, Vikman S, Ravkilde J, James S, Aaroe J, Ylitalo A, Helqvist S, Sjogren I, Thayssen P, Virtanen K, Puhakka M, Airaksinen J, Christiansen EH, Lassen JF, Thuesen L. Long-term results after simple vs. complex stenting of coronary artery bifurcation lesions: Nordic Bifurcation Study 5-year follow-up results. *J Am Coll Cardiol* 2013;**62**(1):30–34.

727. Ferenc M, Gick M, Kienzle RP, Bestehorn HP, Werner KD, Comberg T, Zhao M, Buettner HJ, Neumann FJ. Long-term outcome of percutaneous catheter

Downloaded from http://eurheartj.oxfordjournals.org/ by guest on September 18, 2014

Downloaded from http://eurheartj.oxfordjournals.org/ by guest on September 18, 2014

intervention for de novo coronary bifurcation lesions with drug-eluting stents or bare-metal stents. *Am Heart J* 2010;**159**(3):454–461.

728. Hildick-Smith D, de Belder AJ, Cooter N, Curzen NP, Clayton TC, Oldroyd KG, Bennett L, Holmberg S, Cotton JM, Glennon PE, Thomas MR, Maccarthy PA, Baumbach A, Mulvihill NT, Henderson RA, Redwood SR, Starkey IR, Stables RH. Randomized trial of simple vs. complex drug-eluting stenting for bifurcation lesions: the British Bifurcation Coronary Study: old, new, and evolving strategies. *Circulation* 2010;**121**(10):1235–1243.

729. Behan MW, Holm NR, Curzen NP, Erglis A, Stables RH, de Belder AJ, Niemela M, Cooter N, Chew DP, Steigen TK, Oldroyd KG, Jensen JS, Lassen JF, Thuesen L, Hildick-Smith D. Simple or complex stenting for bifurcation coronary lesions: a patient-level pooled-analysis of the Nordic Bifurcation Study and the British Bifurcation Coronary Study. *Circ Cardiovasc Interv* 2011;**4**(1):57–64.

730. Chen SL, Santoso T, Zhang JJ, Ye F, Xu YW, Fu Q, Kan J, Paiboon C, Zhou Y, Ding SQ, Kwan TW. A randomized clinical study comparing double kissing crush with provisional stenting for treatment of coronary bifurcation lesions: results from the DKCRUSH-II (Double Kissing Crush vs. Provisional Stenting Technique for Treatment of Coronary Bifurcation Lesions) trial. *J Am Coll Cardiol* 2011;**57**(8):914–920.

731. Assali AR, Vaknin-Assa H, Lev E, Teplitsky I, Dvir D, Brosh D, Bental T, Battler A, Kornowski R. Drug eluting stenting in bifurcation coronary lesions long-term results applying a systematic treatment strategy. *Catheter Cardiovasc Interv* 2012;**79**(4):615–622.

732. Song YB, Hahn JY, Song PS, Yang JH, Choi JH, Choi SH, Lee SH, Gwon HC. Randomized comparison of conservative vs. aggressive strategy for provisional side branch intervention in coronary bifurcation lesions: results from the SMART-STRATEGY (Smart Angioplasty Research Team-Optimal Strategy for Side Branch Intervention in Coronary Bifurcation Lesions) randomized trial. *JACC Cardiovasc Interv* 2012;**5**(11):1133–1140.

733. Niemela M, Kervinen K, Erglis A, Holm NR, Maeng M, Christiansen EH, Kumsars I, Jegere S, Dombrovskis A, Gunnes P, Stavnes S, Steigen TK, Trovik T, Eskola M, Vikman S, Romppanen H, Makikallio T, Hansen KN, Thayssen P, Aberge L, Jensen LO, Hervold A, Airaksinen J, Pietila M, Frobert O, Kellerth T, Ravkilde J, Aaroe J, Jensen JS, Helqvist S, Sjogren I, James S, Miettinen H, Lassen JF, Thuesen L. Randomized comparison of final kissing balloon dilatation vs. no final kissing balloon dilatation in patients with coronary bifurcation lesions treated with main vessel stenting: the Nordic-Baltic Bifurcation Study III. *Circulation* 2011;**123**(1):79–86.

734. Gwon HC, Hahn JY, Koo BK, Song YB, Choi SH, Choi JH, Lee SH, Jeong MH, Kim HS, Seong IW, Yang JY, Rha SW, Jang Y, Yoon JH, Tahk SJ, Seung KB, Park SJ. Final kissing ballooning and long-term clinical outcomes in coronary bifurcation lesions treated with 1-stent technique: results from the COBIS registry. *Heart* 2012;**98**(3):225–231.

735. Mylotte D, Meftout B, Moynagh A, Vaquerizo B, Darremont O, Silvestri M, Louvard Y, Leymarie JL, Morice MC, Lefevre T, Garot P. Unprotected left main stenting in the real world: five-year outcomes of the French Left Main Taxus registry. *EuroIntervention* 2012;**8**(8):970–981.

736. Teirstein PS, Price MJ. Left main percutaneous coronary intervention. *J Am Coll Cardiol* 2012;**60**(17):1605–1613.

737. Chen SL, Zhang Y, Xu B, Ye F, Zhang J, Tian N, Liu Z, Qian X, Ding S, Li F, Zhang A, Liu Y, Lin S. Five-year clinical follow-up of unprotected left main bifurcation lesion stenting: one-stent vs. two-stent techniques vs. double-kissing crush technique. *EuroIntervention* 2012;**8**(7):803–14.

738. Di Mario C, Werner GS, Sianos G, Galassi AR, Buttner J, Dudek D, Chevalier B, Lefevre T, Schofer J, Koolen J, Sievert H, Reimers B, Fajadet J, Colombo A, Gershlick A, Serruys PW, Reifart N. European perspective in the recanalisation of Chronic Total Occlusions (CTO): consensus document from the EuroCTO Club. *EuroIntervention* 2007;**3**(1):30–43.

739. Christofferson RD, Lehmann KG, Martin GV, Every N, Caldwell JH, Kapadia SR. Effect of chronic total coronary occlusion on treatment strategy. *Am J Cardiol* 2005;**95**(9):1088–1091.

740. Claessen BE, Dangas GD, Godino C, Lee SW, Obunai K, Carlino M, Suh JW, Leon MB, Di Mario C, Park SJ, Stone GW, Moses JW, Colombo A, Mehran R. Long-term clinical outcomes of percutaneous coronary intervention for chronic total occlusions in patients with vs. without diabetes mellitus. *Am J Cardiol* 2011;**108**(7):924–931.

741. Mehran R, Claessen BE, Godino C, Dangas GD, Obunai K, Kanwal S, Carlino M, Henriques JP, Di Mario C, Kim YH, Park SJ, Stone GW, Leon MB, Moses JW, Colombo A. Long-term outcome of percutaneous coronary intervention for chronic total occlusions. *JACC Cardiovasc Interv* 2011;**4**(9):952–961.

742. Jones DA, Weerackody R, Rathod K, Behar J, Gallagher S, Knight CJ, Kapur A, Jain AK, Rothman MT, Thompson CA, Mathur A, Wragg A, Smith EJ. Successful recanalization of chronic total coronary occlusions is associated with improved long-term survival. *JACC Cardiovasc Interv* 2012;**5**(4):380–388.

743. Joyal D, Afilalo J, Rinfret S. Effectiveness of recanalization of chronic total occlusions: a systematic review and meta-analysis. *Am Heart J* 2010;**160**(1):179–187.

744. Hannan EL, Racz M, Holmes DR, King SB 3rd, Walford G, Ambrose JA, Sharma S, Katz S, Clark LT, Jones RH. Impact of completeness of percutaneous coronary intervention revascularization on long-term outcomes in the stent era. *Circulation* 2006;**113**(20):2406–2412.

745. Grantham JA, Jones PG, Cannon L, Spertus JA. Quantifying the early health status benefits of successful chronic total occlusion recanalization: Results from the Flow-Cardia's Approach to Chronic Total Occlusion Recanalization (FACTOR) Trial. *Circ Cardiovasc Qual Outcomes* 2010;**3**(3):284–290.

746. Werner GS, Hochadel M, Zeymer U, Kerber S, Schumacher B, Grube E, Hauptmann KE, Brueck M, Zahn R, Senges J. Contemporary success and complication rates of percutaneous coronary intervention for chronic total coronary occlusions: results from the ALKK quality control registry of 2006. *EuroIntervention* 2010;**6**(3):361–366.

747. Fefer P, Knudtson ML, Cheema AN, Galbraith PD, Osherov AB, Yalonetsky S, Gannot S, Samuel M, Weisbrod M, Bierstone D, Sparkes JD, Wright GA, Strauss BH. Current perspectives on coronary chronic total occlusions: the Canadian Multicenter Chronic Total Occlusions Registry. *J Am Coll Cardiol* 2012;**59**(11):991–997.

748. Morino Y, Kimura T, Hayashi Y, Muramatsu T, Ochiai M, Noguchi Y, Kato K, Shibata Y, Hiasa Y, Doi O, Yamashita T, Morimoto T, Abe M, Hinohara T, Mitsudo K. In-hospital outcomes of contemporary percutaneous coronary intervention in patients with chronic total occlusion insights from the J-CTO Registry (Multicenter CTO Registry in Japan). *JACC Cardiovasc Interv* 2010;**3**(2):143–151.

749. Surmely JF, Tsuchikane E, Katoh O, Nishida Y, Nakayama M, Nakamura S, Oida A, Hattori E, Suzuki T. New concept for CTO recanalization using controlled antegrade and retrograde subintimal tracking: the CART technique. *J Invasive Cardiol* 2006;**18**(7):334–338.

750. Sianos G, Barlis P, Di Mario C, Papafaklis MI, Buttner J, Galassi AR, Schofer J, Werner G, Lefevre T, Louvard Y, Serruys PW, Reifart N. European experience with the retrograde approach for the recanalisation of coronary artery chronic total occlusions. A report on behalf of the euroCTO club. *EuroIntervention* 2008;**4**(1):84–92.

751. Colmenarez HJ, Escaned J, Fernandez C, Lobo L, Cano S, del Angel JG, Alfonso F, Jimenez P, Banuelos C, Gonzalo N, Garcia E, Hernandez R, Macaya C. Efficacy and safety of drug-eluting stents in chronic total coronary occlusion recanalization: a systematic review and meta-analysis. *J Am Coll Cardiol* 2010;**55**(17):1854–1866.

752. Saeed B, Kandzari DE, Agostoni P, Lombardi WL, Rangan BV, Banerjee S, Brilakis ES. Use of drug-eluting stents for chronic total occlusions: a systematic review and meta-analysis. *Catheter Cardiovasc Interv* 2011;**77**(3):315–332.

753. Van den Branden BJ, Rahel BM, Laarman GJ, Slagboom T, Kelder JC, Ten Berg JM, Suttorp MJ. Five-year clinical outcome after primary stenting of totally occluded native coronary arteries: a randomised comparison of bare metal stent implantation with sirolimus-eluting stent implantation for the treatment of total coronary occlusions (PRISON II study). *EuroIntervention* 2012;**7**(10):1189–1196.

754. Patel MR, Marso SP, Dai D, Anstrom KJ, Shunk KA, Curtus JP, Brennan JM, Sedrakyan A, Messenger JC, Douglas PS. Comparative effectiveness of drug-eluting vs. bare-metal stents in elderly patients undergoing revascularization of chronic total coronary occlusions: results from the National Cardiovascular Data Registry, 2005–2008. *JACC Cardiovasc Interv* 2012;**5**(10):1054–1061.

755. Jokhi P, Curzen N. Percutaneous coronary intervention of ostial lesions. *EuroIntervention* 2009;**5**(4):511–514.

756. Pritchard CL, Mudd JG, Barner HB. Coronary ostial stenosis. *Circulation* 1975;**52**(1):46–48.

757. Thompson R. Isolated coronary ostial stenosis in women. *J Am Coll Cardiol* 1986;**7**(5):997–1003.

758. Miller GA, Honey M, el-Sayed H. Isolated coronary ostial stenosis. *Cathet Cardiovasc Diagn* 1986;**12**(1):30–34.

759. Rissanen V. Occurrence of coronary ostial stenosis in a necropsy series of myocardial infarction, sudden death, and violent death. *Br Heart J* 1975;**37**(2):182–191.

760. Popma JJ, Dick RJ, Haudenschild CC, Topol EJ, Ellis SG. Atherectomy of right coronary ostial stenoses: initial and long-term results, technical features and histologic findings. *Am J Cardiol* 1991;**67**(5):431–433.

761. Koh JS, Koo BK, Kim JH, Yang HM, Park KW, Kang HJ, Kim HS, Oh BH, Park YB. Relationship between fractional flow reserve and angiographic and intravascular ultrasound parameters in ostial lesions: major epicardial vessel vs. side branch ostial lesions. *JACC Cardiovasc Interv* 2012;**5**(4):409–415.

762. Muramatsu T, Tsukahara R, Ho M, Ito S, Inoue T, Akimoto T, Hirano K. Efficacy of cutting balloon angioplasty for lesions at the ostium of the coronary arteries. *J Invasive Cardiol* 1999;**11**(4):201–206.

763. Kurbaan AS, Kelly PA, Sigwart U. Cutting balloon angioplasty and stenting for aorto-ostial lesions. *Heart* 1997;**77**(4):350–352.

764. Chung CM, Nakamura S, Tanaka K, Tanigawa J, Kitano K, Akiyama T, Matoba Y, Katoh O. Comparison of cutting balloon vs. stenting alone in small branch ostial lesions of native coronary arteries. *Circ J* 2003;**67**(1):21–25.

Downloaded from http://eurheartj.oxfordjournals.org/ by guest on September 18, 2014

765. Popma JJ, Brogan WC 3rd, Pichard AD, Satler LF, Kent KM, Mintz GS, Leon MB. Rotational coronary atherectomy of ostial stenoses. *Am J Cardiol* 1993;**71**(5): 436–438.

766. Schwartz L, Morsi A. The draw-back stent deployment technique: a strategy for the treatment of coronary branch ostial lesions. *J Invasive Cardiol* 2002;**14**(2):66–71.

767. Szabo S, Abramowitz B, Vaitkus P. New technique of aorto-ostial stent placement. *Am J Cardiol* 2005;**96**:p212H.

768. Gutierrez-Chico JL, Villanueva-Benito I, Villanueva-Montoto L, Vazquez-Fernandez S, Kleinecke C, Gielen S, Iniguez-Romo A. Szabo technique vs. conventional angiographic placement in bifurcations 010–001 of Medina and in aorto-ostial stenting: angiographic and procedural results. *EuroIntervention* 2010; **5**(7):801–808.

769. Park DW, Hong MK, Suh IW, Hwang ES, Lee SW, Jeong YH, Kim YH, Lee CW, Kim JJ, Park SW, Park SJ. Results and predictors of angiographic restenosis and long-term adverse cardiac events after drug-eluting stent implantation for aorto-ostial coronary artery disease. *Am J Cardiol* 2007;**99**(6):760–765.

770. Al-Lamee R, Ielasi A, Latib A, Godino C, Mussardo M, Arioli F, Figin F, Piraino D, Carlino M, Montorfano M, Chieffo A, Colombo A. Comparison of long-term clinical and angiographic outcomes following implantation of bare metal stents and drug-eluting stents in aorto-ostial lesions. *Am J Cardiol* 2011;**108**(8):1055–1060.

771. Iakovou I, Ge L, Michev I, Sangiorgi GM, Montorfano M, Airoldi F, Chieffo A, Stankovic G, Vitrella G, Carlino M, Corvaja N, Briguori C, Colombo A. Clinical and angiographic outcome after sirolimus-eluting stent implantation in ostial lesions. *J Am Coll Cardiol* 2004;**44**(5):967–971.

772. Lee SW, Kim SH, Kim SO, Han S, Kim YH, Park DW, Kang SJ, Lee CW, Park SW, Park SJ. Comparative long-term efficacy and safety of drug-eluting stent vs. coronary artery bypass grafting in ostial left main coronary artery disease: analysis of the MAIN-COMPARE registry. *Catheter Cardiovasc Interv* 2012;**80**(2):206–212.

773. Silber S, Albertsson P, Aviles FF, Camici PG, Colombo A, Hamm C, Jorgensen E, Marco J, Nordrehaug JE, Ruzyllo W, Urban P, Stone GW, Wijns W. Guidelines for percutaneous coronary interventions. The task force for percutaneous coronary interventions of the European Society of Cardiology. *Eur Heart J* 2005;**26**: 804–847.

774. Patrono C, Andreotti F, Arnesen H, Badimon L, Baigent C, Collet JP, De Caterina R, Gulba D, Huber K, Husted S, Kristensen SD, Morais J, Neumann FJ, Rasmussen LH, Siegbahn A, Steg PG, Storey RF, Van de Werf F, F V. Antiplatelet agents for the treatment and prevention of atherothrombosis. *Eur Heart J* 2011;**32**(23):2922–2932.

775. Patrono C, Rodriguez LA, Landolfi R, Baigent C. Low-Dose Aspirin for the Prevention of Atherothrombosis. *N Eng J Med*. 2005;**353**:2373–2383.

776. Antiplatelet tc. Collaborative meta-analysis of randomised trials of antiplatelet therapy for prevention of death, myocardial infarction, and stroke in high risk patients. *BMJ* 2002;**324**:71–86.

777. Bellemain-Appaix A, O'Connor SA, Silvain J, Cucherat M, Beygui F, Barthélémy O, Collet JP, Jacq L, Bernasconi F, Montalescot G. Association of Clopidogrel Pretreatment With Mortality, Cardiovascular Events, and Major Bleeding Among Patients Undergoing Percutaneous Coronary Intervention: A Systematic Review and Meta-analysis. *JAMA* 2012;**308**(23):2507–2516.

778. Price MJ, Berger PB, Teirstein PS, Tanguay JF, Angiolillo DJ, Spriggs D, Puri S, Robbins M, Garrat KN, Bertrand ME, Stillablower ME, Aragon JR, Kandzari DE, Stinis CT, Lee MS, Manoukian SV, Cannon CP, Schork NJ, Topol EJ, for GI. Standard-vs.high-dose clopidogrel based on platelet function testing after percutaneous coronary intervention: the GRAVITAS randomized trial. *JAMA* 2011;**305**(11): 1097–1105.

779. Grines CL, Bonow RO, Casey DE Jr., Gardner TJ, Lockhart PB, Moliterno DJ, O'Gara P, Whitlow P, American Heart A, American College of C, Society for Cardiovascular A, Interventions, American College of S, American Dental A, American College of P. Prevention of premature discontinuation of dual antiplatelet therapy in patients with coronary artery stents: a science advisory from the American Heart Association, American College of Cardiology, Society for Cardiovascular Angiography and Interventions, American College of Surgeons, and American Dental Association, with representation from the American College of Physicians. *Circulation* 2007;**115**:813–818.

780. Valgimigli M, Percoco G, Barbieri D, Ferrari F, Guardigli G, Parrinello G, Soukhomovskaia O, Ferrari R. The additive value of tirofiban administered with the high-dose bolus in the prevention of ischemic complications during high-risk coronary angioplasty: the ADVANCE Trial. *J Am Coll Cardiol* 2004;**44**(1):14–19.

781. Biondi-Zoccai G, Valgimigli M, Margheri M, Marzocchi A, Lettieri C, Stabile A, Petronio AS, Binetti G, Bolognese L, Bellone P, Sardella G, Contarini M, Sheiban I, Marra S, Piscione F, Romeo F, Colombo A, Sangiorgi G. Assessing the role of eptifibatide in patients with diffuse coronary disease undergoing drug-eluting stenting: the INtegrilin plus STenting to Avoid myocardial Necrosis Trial. *Am Heart J* 2012;**163**(5):835.e1–e7.

782. Kastrati A, Mehilli J, Schuhlen H, Dirschinger J, Dotzer F, ten Berg JM, Neumann FJ, Bollwein H, Volmer C, Gawaz M, Berger PB, Schomig A, Intracoronary S, Antithrombotic Regimen-Rapid Early Action for Coronary Treatment Study I. A clinical

783. Lincoff AM, Kleiman NS, Kereiakes DJ, Feit F, Bittl JA, Jackman JD, Sarembock IJ, Cohen DJ, Spriggs D, Ebrahimi R, Keren G, Carr J, Cohen EA, Betriu A, Desmet W, Rutsch W, Wilcox RG, de Feyter PJ, Vahanian A, Topol EJ. Long-term efficacy of bivalirudin and provisional glycoprotein IIb/IIIa blockade vs.heparin and planned glycoprotein IIb/IIIa blockade during percutaneous coronary revascularization: REPLACE-2 randomized trial. *JAMA* 2004;**292**(6):696–703.

784. Kastrati A, Neumann FJ, Mehilli J, Byrne RA, Iijima R, Buttner HJ, Khattab AA, Schulz S, Blankenship JC, Pache J, Minners J, Seyfarth M, Graf I, Skelding KA, Dirschinger J, Richardt G, Berger PB, Schomig A, Investigators I-RT. Bivalirudin vs. unfractionated heparin during percutaneous coronary intervention. *N Engl J Med* 2008;**359**(7):688–696.

785. Ndrepepa G, Schulz S, Keta D, Mehilli J, Birkmeier A, Massberg S, Laugwitz K, Neumann F, Seyfarth M, Berger P, Schömig A, Kastrati A. Bleeding after percutaneous coronary intervention with Bivalirudin or unfractionated Heparin and one-year mortality. *Am J Cardiol* 2010;**105**(2):163–167.

786. Montalescot G, White HD, Gallo R, Cohen M, Steg PG, Aylward PE, Bode C, Chiariello M, King SB 3rd, Harrington RA, Desmet WJ, Macaya C, Steinhubl SR. Enoxaparin vs. unfractionated heparin in elective percutaneous coronary intervention. *N Engl J Med* 2006;**355**(10):1006–1017.

787. Montalescot G, Gallo R, White HD, Cohen M, Steg PG, Aylward PE, Bode C, Chiariello M, King SB 3rd, Harrington RA, Desmet WJ, Macaya C, Steinhubl SR. Enoxaparin vs. unfractionated heparin in elective percutaneous coronary intervention 1-year results from the STEEPLE (SafeTy and efficacy of enoxaparin in percutaneous coronary intervention patients, an international randomized evaluation) trial. *JACC Cardiovasc Interv* 2009;**2**(11):1083–1091.

788. Silvain J, Beygui F, Barthélémy O, Pollack C Jr., Cohen M, Zeymer U, Huber K, Goldstein P, Cayla G, Collet J-P, Vicaut E, Montalescot G. Efficacy and safety of enoxaparin vs. unfractionated heparin during percutaneous coronary intervention: systematic review and meta-analysis. *BMJ* 2012;**344**.

789. Di Sciascio G, Patti G, Pasceri V, Gatto L, Colonna G, Montinaro A. Effectiveness of in-laboratory high-dose clopidogrel loading vs. routine pre-load in patients undergoing percutaneous coronary intervention: results of the ARMYDA-5 PRELOAD (Antiplatelet therapy for Reduction of MYocardial Damage during Angioplasty) randomized trial. *J Am Coll Cardiol* 2010;**56**(7):550–557.

790. Montalescot G, Sideris G, Meuleman C, Bal-dit-Sollier C, Lellouche N, Steg PG, Slama M, Milleron O, Collet JP, Henry P, Beygui F, Drouet L. A randomized comparison of high clopidogrel loading doses in patients with non-ST-segment elevation acute coronary syndromes: the ALBION (Assessment of the Best Loading Dose of Clopidogrel to Blunt Platelet Activation, Inflammation and Ongoing Necrosis) trial. *J Am Coll Cardiol* 2006;**48**(5):931–938.

791. Steinhubl SR, Berger S, Mann JT, Fry ETA, DeLago A, Wilmer C, Topol EJ, for the Credo I. Early and sustained dual oral antiplatelet therapy following percutaneous coronary intervention. *JAMA* 2002;**288**:2411–2418.

792. Widimsky P, Motovska Z, Simek S, Kala P, Pudil R, Holm F, Petr R, Bilkova D, Skalicka H, Kuchynka P, Poloczek M, Miklik R, Maly M, Aschermann M. Clopidogrel pre-treatment in stable angina: for all patients >6 h before elective coronary angiography or only for angiographically selected patients a few minutes before PCI? A randomized multicentre trial PRAGUE-8. *Eur Heart J* 2008;**29**(12):1495–1503.

793. Collaborative overview of randomised trials of antiplatelet therapy-I: Prevention of death, myocardial infarction, and stroke by prolonged antiplatelet therapy in various categories of patients. Antiplatelet Trialists' Collaboration. *BMJ* (*Clinical research ed.*) 1994;**308**(6921):81–106.

794. Baigent C, Blackwell L, Collins R, Emberson J, Godwin J, Peto R, Buring J, Hennekens C, Kearney P, Meade T, Patrono C, Roncaglioni MC, Zanchetti A. Aspirin in the primary and secondary prevention of vascular disease: collaborative meta-analysis of individual participant data from randomised trials. *Lancet* 2009; **373**(9678):1849–1860.

795. Bertrand ME, Rupprecht HJ, Urban P, Gershlick AH. Double-blind study of the safety of clopidogrel with and without a loading dose in combination with aspirin compared with ticlopidine in combination with aspirin after coronary stenting : the clopidogrel aspirin stent international cooperative study (CLASSICS). *Circulation* 2000;**102**(6):624–629.

796. Taniuchi M, Kurz HI, Lasala JM. Randomized comparison of ticlopidine and clopidogrel after intracoronary stent implantation in a broad patient population. *Circulation* 2001;**104**(5):539–543.

797. Muller C, Buttner HJ, Petersen J, Roskamm H. A randomized comparison of clopidogrel and aspirin vs. ticlopidine and aspirin after the placement of coronary-artery stents. *Circulation* 2000;**101**(6):590–593.

798. von Beckerath N, Taubert D, Pogatsa-Murray G, Schomig E, Kastrati A, Schomig A. Absorption, metabolization, and antiplatelet effects of 300-, 600-, and 900 mg loading doses of clopidogrel: results of the ISAR-CHOICE (Intracoronary Stenting and Antithrombotic Regimen: Choose Between 3 High Oral Doses for Immediate Clopidogrel Effect) Trial. *Circulation* 2005;**112**(19):2946–2950.

799. Valgimigli M, Campo G, Monti M, Vranckx P, Percoco G, Tumscitz C, Castriota J, Colombo F, Tebaldi M, Fucà G, Kubbajeh Md, Cangiano E, Minarelli M, Scalone A, Cavazza C, Frangione A, Borghesi M, Marchesini J, Parrinello G, Ferrari R. Short- vs. long-term duration of dual-antiplatelet therapy after coronary stenting: a randomized multicenter trial. *Circulation* 2012;**125**(16):2015–2026.

800. Schömig A, Neumann FJ, Kastrati A, Schühlen H, Blasini R, Hadamitzky M, Walter H, Zitzmann-Roth EM, Richardt G, Alt E, Schmitt C, Ulm K. A randomized comparison of antiplatelet and anticoagulant therapy after the placement of coronary-artery stents. *N Engl J Med* 1996;**334**(17):1084–1089.

801. Leon MB, Baim DS, Popma JJ, Gordon PC, Cutlip DE, Ho KK, Giambartolomei A, Diver DJ, Lasorda DM, Williams DO, Pocock SJ, Kuntz RE. A clinical trial comparing three antithrombotic-drug regimens after coronary-artery stenting. Stent Anticoagulation Restenosis Study Investigators. *N Engl J Med* 1998;**339**(23):1665–1671.

802. Cassese S, Byrne RA, Tada T, King LA, Kastrati A. Clinical impact of extended dual antiplatelet therapy after percutaneous coronary interventions in the drug-eluting stent era: a meta-analysis of randomized trials. *Eur Heart J* 2012;**33**(24):3078–3087.

803. Gwon HC, Hahn JY, Park KW, Song YB, Chae IH, Lim DS, Han KR, Choi JH, Choi SH, Kang HJ, Koo BK, Ahn T, Yoon JH, Jeong MH, Hong TJ, Chung WY, Choi YJ, Hur SH, Kwon HM, Jeon DW, Kim BO, Park SH, Lee NH, Jeon HK, Jang Y, Kim HS. Six-month vs. 12-month dual antiplatelet therapy after implantation of drug-eluting stents: the Efficacy of Xience/Promus Vs. Cypher to Reduce Late Loss After Stenting (EXCELLENT) randomized, multicenter study. *Circulation* 2012;**125**(3): 505–513.

804. Feres F, Costa RA, Abizaid A, Leon MB, Marin-Neto JA, Botelho RV, King SB, Negoita M, Liu M, de Paula JE, Mangione JA, Meireles GX, Castello HJ, Nicolela E, Perin MA, Devito FS, Labrunie A, Salvadori D, Gusmão M, Staico R, Costa JR, de Castro JP, Abizaid AS, Bhatt DL. Three vs.Twelve Months of Dual Antiplatelet Therapy After Zotarolimus-Eluting Stents: The OPTIMIZE Randomized Trial. *JAMA* 2013;**310**(23):2510–2522.

805. Kim BK, Hong MK, Shin DH, Nam CM, Kim JS, Ko YG, Choi D, Kang TS, Park BE, Kang WC, Lee SH, Yoon JH, Hong BK, Kwon HM, Jang Y. A new strategy for discontinuation of dual antiplatelet therapy: the RESET Trial (REal Safety and Efficacy of 3-month dual antiplatelet Therapy following Endeavor zotarolimus-eluting stent implantation). *J Am Coll Cardiol* 2012;**60**(15):1340–1348.

806. Schulz S, Mehilli J, Neumann FJ, Schuster T, Massberg S, Valina C, Seyfarth M, Pache J, Laugwitz KL, Buttner HJ, Ndrepepa G, Schomig A, Kastrati A. ISAR-REACT 3A: a study of reduced dose of unfractionated heparin in biomarker negative patients undergoing percutaneous coronary intervention. *Eur Heart J* 2010;**31**(20): 2482–2491.

807. Dumaine R, Borentain M, Bertel O, Bode C, Gallo R, White HD, Collet JP, Steinhubl SR, Montalescot G. Intravenous low-molecular-weight heparins compared with unfractionated heparin in percutaneous coronary intervention: quantitative review of randomized trials. *Arch Intern Med* 2007;**167**(22):2423–2430.

808. Mehran R, Pocock SJ, Stone GW et al. Associations of major bleeding and myocardial infarction with the incidence and timing of mortality in patients presenting with non-ST-elevation acute coronary syndromes: a risk model from the ACUITY trial. *Eur Heart J* 2009;**30**:1457–1466.

809. Subherwal S, Bach RG, Chen AY, Gage BF, Rao SV, Newby LK, Wang TY, Gibler WB, Ohman EM, Roe MT, Pollack CV Jr., Peterson ED, Alexander KP. Baseline risk of major bleeding in non-ST-segment-elevation myocardial infarction: the CRUSADE (Can Rapid risk stratification of Unstable angina patients Suppress ADverse outcomes with early implementation of the ACC/AHA Guidelines) Bleeding Score. *Circulation* 2009;**119**(14):1873–1882.

810. Pena A, Collet JP, Hulot JS, Silvain J, Barthélémy O, Beygui F, Funck-Brentano C, Gilles M. Can we override clopidogrel resistance? *Circulation* 2009;**119**(21): 2854–2858.

811. Roe MT, Armstrong PW, Fox KA, White HD, Prabhakaran D, Goodman SG, Cornel JH, Bhatt DL, Clemmensen P, Martinez F, Ardissino D, Nicolau JC, Boden WE, Gurbel PA, Ruzyllo W, Dalby AJ, McGuire DK, Leiva-Pons JL, Parkhomenko A, Gottlieb S, Topacio GO, Hamm C, Pavlides G, Goudev AR, Oto A, Tseng CD, Merkely B, Gasparovic V, Corbalan R, Cinteza M, McLendon RC, Winters KJ, Brown EB, Lokhnygina Y, Aylward PE, Huber K, Hochman JS, Ohman EM. Prasugrel vs. clopidogrel for acute coronary syndromes without revascularization. *N Engl J Med* 2012;**367**(14):1297–1309.

812. Mehta S, Tanguay JF, Eikelboom JW, Jolly SS, Joyner CD, Granger CB, Faxon DP, Rupprecht HJ, Budaj A, Avezum A, Widimsky P, Steg PG, Bassand JP, Montalescot G, Macaya C, Di Pasquale G, Niemela K, Ajani AE, White HD, Chrolavicius S, Gao P, Fox KAA, Yusuf S, on behalf of the CI. Double-dose vs. standard-dose clopidogrel and high-dose vs. low-dose aspirin in individuals undergoing percutaneous coronary intervention for acute coronary syndromes (CURRENT-OASIS 7): a randomised factorial trial. *Lancet* 2010;**376**:1233–1243.

813. Boersma E, Harrington RA, Moliterno DJ, White H, Theroux P, Van de Werf F, de Torbal A, Armstrong PW, Wallentin LC, Wilcox RG, Simes J, Califf RM, Topol EJ, Simoons ML. Platelet glycoprotein IIb/IIIa inhibitors in acute coronary syndromes: a

meta-analysis of all major randomised clinical trials. *Lancet* 2002;**359**(9302): 189–198.

814. Kastrati A, Mehilli J, Neumann F-J, Dotzer F, ten Berg J, Bollwein H, Graf I, Ibrahim M, Pache J, Seyfarth M, Schühlen H, Dirschinger J, Berger PB, Schömig A. Abciximab in patients with acute coronary syndromes undergoing percutaneous coronary intervention after clopidogrel pretreatment: the ISAR-REACT 2 randomized trial. *JAMA* 2006;**295**(13):1531–1538.

815. Stone GW, McLaurin BT, Cox DA, Bertrand ME, Lincoff AM, Moses JW, White HD, Pocock SJ, Ware JH, Feit F, Colombo A, Aylward PE, Cequier AR, Darius H, Desmet W, Ebrahimi R, Hamon M, Rasmussen LH, Rupprecht HJ, Hoekstra J, Mehran R, Ohman EM. Bivalirudin for patients with acute coronary syndromes. *N Engl J Med* 2006;**355**(21):2203–2216.

816. Stone GW, Ware JH, Bertrand ME, Lincoff AM, Moses JW, Ohman EM, White HD, Feit F, Colombo A, McLaurin BT, Cox DA, Manoukian SV, Fahy M, Clayton TC, Mehran R, Pocock SJ. Antithrombotic strategies in patients with acute coronary syndromes undergoing early invasive management: one-year results from the ACUITY trial. *JAMA* 2007;**298**(21):2497–2506.

817. Kastrati A, Neumann F-J, Schulz S, Massberg S, Byrne RA, Ferenc M, Laugwitz K-L, Pache J, Ott I, Hausleiter J, Seyfarth M, Gick M, Antoniucci D, Schömig A, Berger PB, Mehilli J. Abciximab and heparin vs. bivalirudin for non-ST-elevation myocardial infarction. *N Engl J Med* 2011;**365**(21):1980–1989.

818. O'Donoghue M, Antman EM, Braunwald E, Murphy SA, Steg PG, Finkelstein A, Penny WF, Fridrich V, McCabe CH, Sabatine MS, Wiviott SD. The efficacy safety of prasugrel with without a glycoprotein IIb/IIIa inhibitor in patients with acute coronary syndromes undergoing percutaneous coronary intervention: a TRITON-TIMI 38 (Trial to Assess Improvement in Therapeutic utcomes by Optimizing Platelet Inhibition With Prasugrel–Thrombolysis In Myocardial Infarction 38) analysis. *J Am Coll Cardiol* 2009;**54**(8):678–685.

819. Cohen M, Mahaffey KW, Pieper K, Pollack CV Jr., Antman EM, Hoekstra J, Goodman SG, Langer A, Col JJ, White HD, Califf RM, Ferguson JJ. A subgroup analysis of the impact of prerandomization antithrombin therapy on outcomes in the SYNERGY trial: enoxaparin vs. unfractionated heparin in non-ST-segment elevation acute coronary syndromes. *J Am Coll Cardiol* 2006;**48**(7):1346–1354.

820. Ferguson JJ, Califf RM, Antman EM, Cohen M, Grines CL, Goodman S, Kereiakes DJ, Langer A, Mahaffey KW, Nessel CC, Armstrong PW, Avezum A, Aylward P, Becker RC, Biasucci L, Borzak S, Col J, Frey MJ, Fry E, Gulba DC, Guneri S, Gurfinkel E, Harrington R, Hochman JS, Kleiman NS, Leon MB, Lopez-Sendon JL, Pepine CJ, Ruzyllo W, Steinhubl SR, Teirstein PS, Toro-Figueroa L, White H. Enoxaparin vs.unfractionated heparin in high-risk patients with non-ST-segment elevation acute coronary syndromes managed with an intended early invasive strategy: primary results of the SYNERGY randomized trial. *JAMA* 2004;**292**(1): 45–54.

821. Kastrati A, Neumann F-J, Mehilli J, Byrne RA, Iijima R, Büttner HJ, Khattab AA, Schulz S, Blankenship JC, Pache J, Minners J, Seyfarth M, Graf I, Skelding KA, Dirschinger J, Richardt G, Berger PB, Schömig A. Bivalirudin vs. unfractionated heparin during percutaneous coronary intervention. *N Engl J Med* 2008;**359**(7): 688–696.

822. Fifth Organization to Assess Strategies in Acute Ischemic Syndromes I, Yusuf S, Mehta SR, Chrolavicius S, Afzal R, Pogue J, Granger CB, Budaj A, Peters RJG, Bassand J-P, Wallentin L, Joyner C, Fox KAA. Comparison of fondaparinux and enoxaparin in acute coronary syndromes. *N Engl J Med* 2006;**354**(14):1464–1476.

823. Steg PG, James S, Harrington RA, Ardissino D, Becker RC, Cannon CP, Emanuelsson H, Finkelstein A HS, Katus H, Kilhamn J, Olofsson S, Storey RF, Weaver WD, Wallentin L, for the PSG. Ticagrelor Vs. Clopidogrel in Patients With ST-Elevation Acute Coronary Syndromes Intended for Reperfusion With Primary Percutaneous Coronary Intervention: A Platelet Inhibition and Patient Outcomes (PLATO) Trial Subgroup Analysis. *Circulation* 2010;**122**(21): 2131–2141.

824. Antman EM, McCabe CH, Gurfinkel EP, Turpie AG, Bernink PJ, Salein D, Bayes De Luna A, Fox K, Lablanche JM, Radley D, Premmereur J, Braunwald E. Enoxaparin prevents death and cardiac ischemic events in unstable angina/non-Q-wave myocardial infarction. Results of the thrombolysis in myocardial infarction (TIMI) 11B trial. *Circulation* 1999;**100**(15):1593–1601.

825. Mehta SR, Yusuf S, Peters RJ, Bertrand ME, Lewis BS, Natarajan MK, Malmberg K, Rupprecht H, Zhao F, Chrolavicius S, Copland I, Fox KA. Effects of pretreatment with clopidogrel and aspirin followed by long-term therapy in patients undergoing percutaneous coronary intervention: the PCI-CURE study. *Lancet* 2001; **358**(9281):527–533.

826. Montalescot G, Bolognese L, Dudek D, Goldstein P, Hamm C, Tanguay J-F, Ten Berg JM, Miller DL, Costigan TM, Goedicke J, Silvain J, Angioli P, Legutko J, Niethammer M, Motovska Z, Jakubowski JA, Cayla G, Visconti LO, Vicaut E, Widimsky P, the AI. Pretreatment with Prasugrel in Non-ST-Segment Elevation Acute Coronary Syndromes. *N Engl J Med* 2013;**369**(11):999–1010.

827. Steg PG, Jolly SS, Mehta SR, Afzal R, Xavier D, Rupprecht HJ, Lopez-Sendon JL, Budaj A, Diaz R, Avezum A, Widimsky P, Rao SV, Chrolavicius S, Meeks B,

Downloaded from http://eurheartj.oxfordjournals.org/ by guest on September 18, 2014

Downloaded from http://eurheartj.oxfordjournals.org/ by guest on September 18, 2014

Joyner C, Pogue J, Yusuf S. Low-dose vs.standard-dose unfractionated heparin for percutaneous coronary intervention in acute coronary syndromes treated with fondaparinux: the FUTURA/OASIS-8 randomized trial. *JAMA* 2010;**304**(12): 1339–1349.

828. Montalescot G, Wiviott SD, Braunwald E, Murphy SA, Gibson CM, McCabe CH, Antman EM, investigators T-T. Prasugrel compared with clopidogrel in patients undergoing percutaneous coronary intervention for ST-elevation myocardial infarction (TRITON-TIMI 38): double-blind, randomised controlled trial. *Lancet* 2009;**373**(9665):723–731.

829. Erlinge D, Ten Berg J, Foley D, Angiolillo DJ, Wagner H, Brown PB, Zhou C, Luo J, Jakubowski JA, Moser B, Small DS, Bergmeijer T, James S, Winters KJ. Reduction in platelet reactivity with prasugrel 5 mg in low-body-weight patients is noninferior to prasugrel 10 mg in higher-body-weight patients: results from the FEATHER trial. *J Am Coll Cardiol* 2012;**60**(20):2032–2040.

830. Bellemain-Appaix A, Brieger D, Beygui F, Silvain J, Pena A, Cayla G, Barthélémy O, Collet JP, Montalescot G. New P2Y12 inhibitors vs. clopidogrel in percutaneous coronary intervention: a meta-analysis. *J Am Coll Cardiol* 2010;**56**(19):1542–1551.

831. De Luca G, Navarese E, Marino P. Risk profile and benefits from Gp IIb-IIIa inhibitors among patients with ST-segment elevation myocardial infarction treated with primary angioplasty: a meta-regression analysis of randomized trials. *Eur Heart J* 2009;**30**:2705–2713.

832. Montalescot G, Barragan P, Wittenberg O, Ecollan P, Elhadad S, Villain P, Boulenc JM, Morice MC, Maillard L, Pansieri M, Choussat R, Pinton P. Platelet glycoprotein IIb/IIIa inhibition with coronary stenting for acute myocardial infarction. *N Engl J Med* 2001;**344**(25):1895–1903.

833. Neumann FJ, Kastrati A, Pogatsa-Murray G, Mehilli J, Bollwein H, Bestehorn HP, Schmitt C, Seyfarth M, Dirschinger J, Schomig A. Evaluation of prolonged antithrombotic pretreatment ("cooling-off" strategy) before intervention in patients with unstable coronary syndromes: a randomized controlled trial. *JAMA* 2003; **290**(12):1593–1599.

834. Herrmann HC, Lu J, Brodie BR, Armstrong PW, Montalescot G, Betriu A, Neuman F-J, Effron MB, Barnathan ES, Topol EJ, Ellis SG, Investigators F. Benefit of facilitated percutaneous coronary intervention in high-risk ST-segment elevation myocardial infarction patients presenting to nonpercutaneous coronary intervention hospitals. *JACC Cardiovascular Interventions* 2009;**2**(10):917–924.

835. Van't Hof AW, Ten Berg J, Heestermans T, Dill T, Funck RC, van Werkum W, Dambrink JH, Suryapranata H, van Houwelingen G, Ottervanger JP, Stella P, Giannitsis E, Hamm C, Ongoing Tirofiban In Myocardial infarction Evaluation 2 study 2. Prehospital initiation of tirofiban in patients with ST-elevation myocardial infarction undergoing primary angioplasty (On-TIME 2): a multicentre, double-blind, randomised controlled trial. *Lancet* 2008;**372**(9638):537–546.

836. en Berg JM, van 't Hof AW, Dill T, Heestermans T, van Werkum JW, Mosterd A, van Houwelingen G, Koopmans PC, Stella PR, Boersma E, Hamm C. Effect of early, prehospital initiation of high bolus dose tirofiban in patients with ST-segment elevation myocardial infarction on short- and long-term clinical outcome. *J Am Coll Cardiol* 2010;**55**(22):2446–2455.

837. Montalescot G. Mechanical reperfusion: treat well, treat on time too. *Lancet* 2008; **372**(9638):509–510.

838. Stone GW, Maehara A, Witzenbichler B, Godlewski J, Parise H, Dambrink JH, Ochala A, Carlton TW, Cristea E, Wolff SD, Brener SJ, Chowdhary S, El-Omar M, Neunteufl T, Metzger DC, Karwoski T, Dizon JM, Mehran R, Gibson CM. Intracoronary abciximab and aspiration thrombectomy in patients with large anterior myocardial infarction: the INFUSE-AMI randomized trial. *JAMA* 2012;**307**(17):1817–1826.

839. Thiele H, Wöhrle J, Hambrecht R, Rittger H, Birkemeyer R, Lauer B, Neuhaus P, Brosteanu O, Sick P, Wiemer M, Kerber S, Kleinertz K, Eitel I, Desch S, Schuler G. Intracoronary vs. intravenous bolus abciximab during primary percutaneous coronary intervention in patients with acute ST-elevation myocardial infarction: a randomised trial. *Lancet* 2012;**379**(9819):923–931.

840. Stone GW, Witzenbichler B, Guagliumi G, Peruga JZ, Brodie BR, Dudek D, Kornowski R, Hartmann F, Gersh BJ, Pocock SJ, Dangas G, Wong SC, Kirtane AJ, Parise H, Mehran R. Bivalirudin during primary PCI in acute myocardial infarction. *N Engl J Med* 2008;**358**(21):2218–2230.

841. Steg PG, van 't Hof AW, Hamm CW, Clemmensen P, Lapostolle F, Coste P, Berg JT, Van Grunsven P, Eggink GJ, Nibbe L, Zeymer U, Orto MC, Nef H, Steinmetz J, Soulat L, Huber K, Deliargyris EN, Bernstein D, Schuette D, Prats J, Clayton TC, Pocock SJ, Hamon M, Goldstein P. Bivalirudin started during Emergency Transport for Primary PCI. *N Engl J Med* 2013;**369**(23):2207–2217.

842. Shahzad A, Kemp I, Mars C, Wilson K, Roome C, Cooper R, Andron M, Appleby C, Fisher M, Khand A, Kunadian B, Mills JD, Morris JL, Morrison WL, Munir S, Palmer ND, Perry RA, Ramsdale DR, Velavan P, Stables RH; for the HEAT-PPCI trial investigators. Unfractionated heparin versus bivalirudin in primary percutaneous coronary intervention (HEAT-PPCI): an open-label, single centre, randomised controlled trial. *Lancet* 2014.doi: 10.1016/S0140-6736(14)60924-7.

843. Richardt G. Bavarian Reperfusion Alternatives Evaluation (BRAVE) 4 Trial. *Eur Heart J*. Published online 9 May 2014; doi: 10.1093/eurheartj/ehu182.

844. Collet J-P, Huber K, Cohen M, Zeymer U, Goldstein P, Pollack C Jr., Silvain J, Henry P, Varenne O, Carrié D, Coste P, Angioi M, Le Breton H, Cayla G, Elhadad S, Teiger E, Filippi E, Aout M, Vicaut E, Montalescot G, Investigators A. A Direct Comparison of Intravenous Enoxaparin With Unfractionated Heparin in Primary Percutaneous Coronary Intervention (from the ATOLL Trial). *Am J Cardiol* 2013;**112**(9):1367–1372.

845. Yusuf S, Mehta SR, Chrolavicius S, Afzal R, Pogue J, Granger CB, Budaj A, Peters RJ, Bassand JP, Wallentin L, Joyner C, Fox KA. Effects of fondaparinux on mortality and reinfarction in patients with acute ST-segment elevation myocardial infarction: the OASIS-6 randomized trial. *JAMA* 2006;**295**(13):1519–1530.

846. Zeymer U, Arntz HR, Mark B, Fichtlscherer S, Werner G, Schoeller R, Zahn R, Diller F, Darius H, Dill T, Huber K. Efficacy and safety of a high loading dose of clopidogrel administered prehospitally to improve primary percutaneous coronary intervention in acute myocardial infarction: the randomized CIPAMI trial. *Clin Res Cardiol* 2012;**101**(4):305–312.

847. Koul S, Smith JG, Schersten F, James S, Lagerqvist B, Erlinge D. Effect of upstream clopidogrel treatment in patients with ST-segment elevation myocardial infarction undergoing primary percutaneous coronary intervention. *Eur Heart J* 2011;**32**(23): 2989–2997.

848. Dorler J, Edlinger M, Alber HF, Altenberger J, Benzer W, Grimm G, Huber K, Pachinger O, Schuchlenz H, Siostrzonek P, Zenker G, Weidinger F. Clopidogrel pre-treatment is associated with reduced in-hospital mortality in primary percutaneous coronary intervention for acute ST-elevation myocardial infarction. *Eur Heart J* 2011;**32**(23):2954–2961.

849. De Luca G, Bellandi F, Huber K, Noc M, Petronio AS, Arntz HR, Maioli M, Gabriel HM, Zorman S, De Carlo M, Rakowski T, Gyongyosi M, Dudek D. Early glycoprotein IIb-IIIa inhibitors in primary angioplasty-abciximab long-term results (EGYPT-ALT) cooperation: individual patient's data meta-analysis. *Journal of Thrombosis and Haemostasis: JTH* 2011;**9**(12):2361–2370.

850. Montalescot G, Zeymer U, Silvain J, Boulanger B, Cohen M, Goldstein P, Ecollan P, Margenet A, Huber K, Pollack C, Bénezet JF, Stibbe O, Filippi E, Teiger E, Cayla G, Elhadad S, Adnet F, Chouihed T, Gallula S, Greffet A, Aout M, Collet JP, Vicaut E, for the AI. Intravenous Enoxaparin or Unfractionated Heparin in primary Percutaneous Coronary Intervention for ST-Elevation Myocardial Infarction. *Lancet* 2011; **378**(9792):693–703.

851. Chan AW, Moliterno DJ, Berger PB, Stone GW, DiBattiste PM, Yakubov SL, Sapp SK, Wolski K, Bhatt DL, Topol EJ. Triple antiplatelet therapy during percutaneous coronary intervention is associated with improved outcomes including one-year survival: results from the Do Tirofiban and ReoProGive Similar Efficacy Outcome Trial (TARGET). *J Am Coll Cardiol* 2003;**42**(7):1188–1195.

852. Bhatt DL, Stone GW, Mahaffey KW, Gibson CM, Steg PG, Hamm CW, Price MJ, Leonardi S, Gallup D, Bramucci E, Radke PW, Widimský P, Tousek F, Tauth J, Spriggs D, McLaurin BT, Angiolillo DJ, Généreux P, Liu T, Prats J, Todd M, Skerjanec S, White HD, Harrington RA. Effect of Platelet Inhibition with Cangrelor during PCI on Ischemic Events. *N Engl J Med* 2013;**368**(14):1303–1313.

853. Steg PG, Bhatt DL, Hamm CW, Stone GW, Gibson CM, Mahaffey KW, Leonardi S, Liu T, Skerjanec S, Day JR, Iwaoka RS, Stuckey TD, Gogia HS, Gruberg L, French WJ, White HD, Harrington RA. Effect of cangrelor on periprocedural outcomes in percutaneous coronary interventions: a pooled analysis of patient-level data. *Lancet* 2013;**382**(9909):1981–1992.

854. Angiolillo DJ, Firstenberg MS, Price MJ, Tummala PE, Hutyra M, Welsby IJ, Voeltz MD, Chandna H, Ramaiah C, Brtko M, Cannon L, Dyke C, Liu T, Montalescot G, Manoukian SV, Prats J, Topol EJ. Bridging antiplatelet therapy with cangrelor in patients undergoing cardiac surgery: a randomized controlled trial. *JAMA* 2012;**307**(3):265–274.

855. Mega JL, Braunwald E, Wiviott SD, Bassand JP, Bhatt DL, Bode C, Burton P, Cohen M, Cook-Bruns N, Fox KA, Goto S, Murphy SA, Plotnikov AN, Schneider D, Sun X, Verheugt FW, Gibson CM, the AACSTI. Rivaroxaban in Patients with a Recent Acute Coronary Syndrome. *N Engl J Med.* 2012;**366**:9–19.

856. Gibson CM, Chakrabarti AK, Mega J, Bode C, Bassand J-P, Verheugt FWA, Bhatt DL, Goto S, Cohen M, Mohanavelu S, Burton P, Stone G, Braunwald E, Investigators A-AT. Reduction of Stent Thrombosis in Patients With Acute Coronary Syndromes Treated With Rivaroxaban in ATLAS-ACS 2 TIMI 51. *J Am Coll Cardiol* 2013;**62**(4):286–290.

857. Mega JL, Braunwald E, Murphy SA, Plotnikov AN, Burton P, Kiss RG, Parkhomenko A, Tendera M, Widimsky P, Gibson CM. Rivaroxaban in patients stabilized after a ST-segment elevation myocardial infarction: results from the ATLAS ACS-2-TIMI-51 trial (Anti-Xa Therapy to Lower Cardiovascular Events in Addition to Standard Therapy in Subjects with Acute Coronary Syndrome-Thrombolysis In Myocardial Infarction-51). *J Am Coll Cardiol* 2013;**61**(18):1853–1859.

858. Alexander JH, Lopes RD, James S, Kilaru R, He Y, Mohan P, Bhatt DL, Goodman S, Verheugt FW, Flather M, Huber K, Liaw D, Husted SE, Lopez-Sendon J, De Caterina R, Jansky P, Darius H, Vinereanu D, Cornel JH, Cools F, Atar D,

Downloaded from http://eurheartj.oxfordjournals.org/ by guest on September 18, 2014

Leiva-Pons JL, Keltai M, Ogawa H, Pais P, Parkhomenko A, Ruzyllo W, Diaz R, White H, Ruda M, Geraldes M, Lawrence J, Harrington RA, Wallentin L, Investigators A-. Apixaban with antiplatelet therapy after acute coronary syndrome. *N Engl J Med.* 2011;**365**(8):699–708.

859. Oldgren J, Budaj A, Granger CB, Khder Y, Roberts J, Siegbahn A, Tijssen JGP, Van de Werf F, Wallentin L. Dabigatran vs. placebo in patients with acute coronary syndromes on dual antiplatelet therapy: a randomized, double-blind, phase II trial. *Eur Heart J* 2011;**32**(22):2781–2789.

860. Steg PG, Mehta SR, Jukema JW, Lip GYH, Gibson CM, Kovar F, Kala P, Garcia-Hernandez A, Renfurm RW, Granger CB. RUBY-1: a randomized, double-blind, placebo-controlled trial of the safety and tolerability of the novel oral factor Xa inhibitor darexaban (YM150) following acute coronary syndrome. *Eur Heart J* 2011;**32**(20):2541–2554.

861. Alexander JH, Becker RC, Bhatt DL, Cools F, Crea F, Dellborg M, Fox KA, Goodman SG, Harrington RA, Huber K, Husted S, Lewis BS, Lopez-Sendon J, Mohan P, Montalescot G, Ruda M, Ruzyllo W, Verheugt F, Wallentin L. Apixaban, an oral, direct, selective factor Xa inhibitor, in combination with antiplatelet therapy after acute coronary syndrome: results of the Apixaban for Prevention of Acute Ischemic and Safety Events (APPRAISE) trial. *Circulation* 2009;**119**(22): 2877–2885.

862. Mega JL, Braunwald E, Mohanavelu S, Burton P, Poulter R, Misselwitz F, Hricak V, Barnathan ES, Bordes P, Witkowski A, Markov V, Oppenheimer L, Gibson CM. Rivaroxaban vs. placebo in patients with acute coronary syndromes (ATLAS ACS–TIMI 46): a randomised, double-blind, phase II trial. *Lancet* 2009;**374**(9683):29–38.

863. Ruiz-Nodar JM, Marín F, Hurtado JA, Valencia J, Pinar E, Pineda J, Gimeno JR, Sogorb F, Valdés M, Lip GYH. Anticoagulant and antiplatelet therapy use in 426 patients with atrial fibrillation undergoing percutaneous coronary intervention and stent implantation implications for bleeding risk and prognosis. *J Am Coll Cardiol* 2008;**51**(8):818–825.

864. Hansen ML, Sørensen R, Clausen MT, Fog-Petersen ML, Raunsø J, Gadsbøll N, Gislason GH, Folke F, Andersen SS, Schramm TK, Abildstrøm SZ, Poulsen HE, Køber L, Torp-Pedersen C. Risk of bleeding with single, dual, or triple therapy with warfarin, aspirin, and clopidogrel in patients with atrial fibrillation. *Archives of Internal Medicine* 2010;**170**(16):1433–1441.

865. Lamberts M, Olesen JB, Ruwald MH, Hansen CM, Karasoy D, Kristensen SL, Køber L, Torp-Pedersen C, Gislason GH, Hansen ML. Bleeding after initiation of multiple antithrombotic drugs, including triple therapy, in atrial fibrillation patients following myocardial infarction and coronary intervention: a nationwide cohort study. *Circulation* 2012;**126**(10):1185–1193.

866. Faxon DP, Eikelboom JW, Berger PB, Holmes DR Jr., Bhatt DL, Moliterno DJ, Becker RC, Angiolillo DJ. Antithrombotic therapy in patients with atrial fibrillation undergoing coronary stenting: a North American perspective: executive summary. *Circulation. Cardiovascular Interventions* 2011;**4**(5):522–534.

867. Lip GYH, Huber K, Andreotti F, Arnesen H, Airaksinen JK, Cuisset T, Kirchhof P, Marín F. Antithrombotic management of atrial fibrillation patients presenting with acute coronary syndrome and/or undergoing coronary stenting: executive summary-a Consensus Document of the European Society of Cardiology Working Group on Thrombosis, endorsed by the European *Heart Rhythm* Association (EHRA) and the European Association of Percutaneous Cardiovascular Interventions (EAPCI). *Eur Heart J* 2010;**31**(11):1311–1318.

868. Sarafoff N, Martischnig A, Wealer J, Mayer K, Mehilli J, Sibbing D, Kastrati A. Triple therapy with aspirin, prasugrel, and vitamin K antagonists in patients with drug-eluting stent implantation and an indication for oral anticoagulation. *J Am Coll Cardiol* 2013;**61**(20):2060–2066.

869. Bangalore S, Kumar S, Fusaro M, Amoroso N, Attubato MJ, Feit F, Bhatt DL, Slater J. Short- and long-term outcomes with drug-eluting and bare-metal coronary stents: a mixed-treatment comparison analysis of 117 762 patient-years of follow-up from randomized trials. *Circulation* 2012;**125**(23):2873–2891.

870. Dewilde WJ, Oirbans T, Verheugt FW, Kelder JC, De Smet BJ, Herrman JP, Adriaenssens T, Vrolix M, Heestermans AA, Vis MM, Tijsen JG, van 't Hof AW, ten Berg JM. Use of clopidogrel with or without aspirin in patients taking oral anticoagulant therapy and undergoing percutaneous coronary intervention: an open-label, randomised, controlled trial. *Lancet* 2013;**381**(9872):1107–1115.

871. Park S-J, Park D-W, Kim Y-H, Kang S-J, Lee S-W, Lee CW, Han K-H, Park S-W, Yun S-C, Lee S-G, Rha S-W, Seong I-W, Jeong M-H, Hur S-H, Lee N-H, Yoon J, Yang J-Y, Lee B-K, Choi Y-J, Chung W-S, Lim D-S, Cheong S-S, Kim K-S, Chae JK, Nah D-Y, Jeon D-S, Seung KB, Jang J-S, Park HS, Lee K. Duration of dual antiplatelet therapy after implantation of drug-eluting stents. *N Engl J Med* 2010;**362**(15): 1374–1382.

872. Kedhi E, Stone GW, Kereiakes DJ, Serruys PW, Parise H, Fahy M, Simonton CA, Sudhir K, Sood P, Smits PC. Stent thrombosis: insights on outcomes, predictors and impact of dual antiplatelet therapy interruption from the SPIRIT II, SPIRIT III, SPIRIT IV and COMPARE trials. *EuroIntervention* 2012;**8**(5):599–606.

873. Silber S, Kirtane AJ, Belardi JA, Liu M, Brar S, Rothman M, Windecker S. Lack of association between dual antiplatelet therapy use and stent thrombosis between 1

and 12 months following resolute zotarolimus-eluting stent implantation. *Eur Heart J* 2014, published online February 7.

874. Agewall S, Cattaneo M, Collet JP, Andreotti F, Lip GY, Verheugt FW, Huber K, Grove EL, Morais J, Husted S, Wassmann S, Rosano G, Atar D, Pathak A, Kjeldsen K, Storey RF, Pharmacology ESCWGoC, Drug T, Thrombosis ESCWGo. Expert position paper on the use of proton pump inhibitors in patients with cardiovascular disease and antithrombotic therapy. *Eur Heart J* 2013;**34**(23): 1708–1713, 1713a–1713b.

875. Alexander KP, Chen AY, Roe MT, Newby LK, Gibson CM, Allen-LaPointe NM, Pollack C, Gibler WB, Ohman EM, Peterson ED. Excess dosing of antiplatelet and antithrombin agents in the treatment of non-ST-segment elevation acute coronary syndromes. *JAMA* 2005;**294**(24):3108–3116.

876. Steg PG, Huber K, Andreotti F, Arnesen H, Atar D, Badimon L, Bassand JP, De Caterina R, Eikelboom JA, Gulba D, Hamon M, Helft G, Fox KA, Kristensen SD, Rao SV, Verheugt FW, Widimsky P, Zeymer U, Collet JP. Bleeding in acute coronary syndromes and percutaneous coronary interventions: position paper by the Working Group on Thrombosis of the European Society of Cardiology. *Eur Heart J* 2011;**32**(15):1854–1864.

877. James S, Budaj A, Aylward P, Buck KK, Cannon CP, Cornel JH, Harrington RA, Horrow J, Katus H, Keltai M, Lewis BS, Parikh K, Storey RF, Szummer K, Wojdyla D, Wallentin L. Ticagrelor vs. clopidogrel in acute coronary syndromes in relation to renal function: results from the Platelet Inhibition and Patient Outcomes (PLATO) trial. *Circulation* 2010;**122**(11):1056–1067.

878. Sousa-Uva M, Storey R, Huber K, Falk V, Leite-Moreira A, Amour J, Attar NA, Ascione R, Taggart D, Collet JP. Expert position paper on the management of antiplatelet therapy in patients undergoing coronary artery bypass graft surgery. *Eur Heart J* 2014;**35**:1510–1514.

879. Ferraris VA, Saha SP, Oestreich JH, Song HK, Rosengart T, Reece TB, Mazer CD, Bridges CR, Despotis GJ, Jointer K, Clough ER. 2012 update to the Society of Thoracic Surgeons guideline on use of antiplatelet drugs in patients having cardiac and noncardiac operations. *The Annals of Thoracic Surgery* 2012;**94**(5):1761–1781.

880. Smith PK, Goodnough LT, Levy JH, Poston RS, Short MA, Weerakkody GJ, Lenarz LA. Mortality benefit with prasugrel in the TRITON–TIMI 38 coronary artery bypass grafting cohort: risk-adjusted retrospective data analysis. *J Am Coll Cardiol* 2012;**60**(5):388–396.

881. Varenhorst C, Alström U, Scirica BM, Hogue CW, Åsenblad N, Storey RF, Steg PG, Horrow J, Mahaffey KW, Becker RC, James S, Cannon CP, Brandrup-Wognsen G, Wallentin L, Held C. Factors contributing to the lower mortality with ticagrelor compared with clopidogrel in patients undergoing coronary artery bypass surgery. *J Am Coll Cardiol* 2012;**60**(17):1623–1630.

882. Kwak Y-L, Kim J-C, Choi Y-S, Yoo K-J, Song Y, Shim J-K. Clopidogrel responsiveness regardless of the discontinuation date predicts increased blood loss and transfusion requirement after off-pump coronary artery bypass graft surgery. *J Am Coll Cardiol* 2010;**56**(24):1994–2002.

883. Mahla E, Suarez TA, Bliden KP, Rehak P, Metzler H, Sequeira AJ, Cho P, Sell J, Fan J, Antonino MJ, Tantry US, Gurbel PA. Platelet function measurement-based strategy to reduce bleeding and waiting time in clopidogrel-treated patients undergoing coronary artery bypass graft surgery: the timing based on platelet function strategy to reduce clopidogrel-associated bleeding related to CABG (TARGET-CABG) study. *Circulation. Cardiovascular Interventions* 2012;**5**(2):261–269.

884. Savonitto S, D'Urbano M, Caracciolo M, Barlocco F, Mariani G, Nichelatti M, Klugmann S, De Servi S. Urgent surgery in patients with a recently implanted coronary drug-eluting stent: a phase II study of 'bridging' antiplatelet therapy with tirofiban during temporary withdrawal of clopidogrel. *British Journal of Anaesthesia* 2010;**104**(3):285–291.

885. Collet JP, Himbet F, Steg PG. Myocardial infarction after aspirin cessation in stable coronary artery disease patients. *Int J Cardiol* 2000;**76**(2–3):257–258.

886. Deo SV, Dunlay SM, Shah IK, Altarabsheh SE, Erwin PJ, Boilson BA, Park SJ, Joyce LD. Dual anti-platelet therapy after coronary artery bypass grafting: is there any benefit? A systematic review and meta-analysis. *Journal of Cardiac Surgery* 2013;**28**(2): 109–116.

887. Stone GW, Witzenbichler B, Weisz G, Rinaldi MJ, Neumann FJ, Metzger DC, Henry TD, Cox DA, Duffy PL, Mazzaferri E, Gurbel PA, Xu K, Parise H, Kirtane AJ, Brodie BR, Mehran R, Stuckey TD. Platelet reactivity and clinical outcomes after coronary artery implantation of drug-eluting stents (ADAPT-DES): a prospective multicentre registry study. *Lancet* 2013;**382**(9892):614–623.

888. Parodi G, Marcucci R, Valenti R, Gori AM, Migliorini A, Giusti B, Buonamici P, Gensini GF, Abbate R, Antoniucci D. High residual platelet reactivity after clopidogrel loading and long-term cardiovascular events among patients with acute coronary syndromes undergoing PCI. *JAMA* 2011;**306**(11):1215–1223.

889. Breet NJ, van Werkum JW, Bouman HJ, Kelder JC, Ruven HJ, Bal ET, Deneer VH, Harmsze AM, van der Heyden JA, Rensing BJ, Suttorp MJ, Hackeng CM, ten Berg JM. Comparison of platelet function tests in predicting clinical outcome in patients undergoing coronary stent implantation (POPular Study). *JAMA* 2010; **303**(8):754–762.

890. Aradi D, Storey RF, Komocsi A, Trenk D, Gulba D, Kiss RG, Husted S, Bonello L, Sibbing D, Collet JP, Huber K, on behalf of the Working Group on Thrombosis of the European Society of Cardiology. Expert position paper on the role of platelet function testing in patients undergoing percutaneous coronary intervention. *Eur Heart J* 2014;**35**(4):209–215.

891. Trenk D, Stone GW, Gawaz M, Kastrati A, Angiolillo DJ, Müller U, Richardt G, Jakubowski JA, Neumann F-J. A Randomized Trial of Prasugrel Vs. Clopidogrel in Patients With High Platelet Reactivity on Clopidogrel After Elective Percutaneous Coronary Intervention With Implantation of Drug-Eluting Stents: Results of the TRIGGER-PCI (Testing Platelet Reactivity In Patients Undergoing Elective Stent Placement on Clopidogrel to Guide Alternative Therapy With Prasugrel) Study. *J Am Coll Cardiol* 2012;**59**(24):2159–2164.

892. Collet J-P, Cuisset T, Rangé G, Cayla G, Elhadad S, Pouillot C, Henry P, Motreff P, Carrié D, Boueri Z, Belle L, Van Belle E, Rousseau H, Aubry P, Monségu J, Sabouret P, O'Connor SA, Abtan J, Kerneis M, Saint-Etienne C, Barthélémy O, Beygui F, Silvain J, M D EV, Montalescot G. Bedside Monitoring to Adjust Antiplatelet Therapy for Coronary Stenting. *N Engl J Med* 2012;**367**(22):2100–2109.

893. Collet J-P, Hulot J-S, Pena A, Villard E, Esteve J-B, Silvain J, Payot L, Brugier D, Cayla G, Beygui F, Bensimon G, Funck-Brentano C, Montalescot G. Cytochrome P450 2C19 polymorphism in young patients treated with clopidogrel after myocardial infarction: a cohort study. *Lancet* 2009;**373**(9660):309–317.

894. Mega JL, Close SL, Wiviott SD, Shen L, Walker JR, Simon T, Antman EM, Braunwald E, Sabatine MS. Genetic variants in ABCB1 and CYP2C19 and cardiovascular outcomes after treatment with clopidogrel and prasugrel in the TRITON-TIMI 38 trial: a pharmacogenetic analysis. *Lancet* 2010;**376**(9749):1312–1319.

895. Mega JL, Simon T, Anderson JL, Bliden K, Collet JP, Danchin N, Giusti B, Gurbel P, Horne BD, Kastrati A, Montalescot G, Neumann FJ, Shen L, Sibbing D, Steg PG, Trenk D, Wiviott SD, Sabatine MS. CYP2C19 Genetic Variants and Clinical Outcomes With Clopidogrel: A Collaborative Meta-Analysis. *Circulation* 2009;**120**: S598-b-9.

896. Trenk D, Hochholzer W, Fromm MF, Chialda LE, Pahl A, Valina CM, Stratz C, Schmiebusch P, Bestehorn HP, Büttner HJ, Neumann FJ. Cytochrome P450 2C19 681G>A polymorphism and high on-clopidogrel platelet reactivity associated with adverse 1-year clinical outcome of elective percutaneous coronary intervention with drug-eluting or bare-metal stents. *J Am Coll Cardiol*. 2008;**51**: 1925–1934.

897. Roberts JD, Wells GA, Le May MR, Labinaz M, Glover C, Froeschl M, Dick A, Marquis JF, O'Brien E, Goncalves S, Druce I, Stewart A, Gollob MH, So DYF. Point-of-care genetic testing for personalisation of antiplatelet treatment (RAPID GENE): a prospective, randomised, proof-of-concept trial: the RAPID GENE trial. *Lancet* 2012 (http://dx.doi.org/10.1016/S0140-6736(12)60161-5).

898. Silberman S, Neukirch-Stoop C, Steg PG. Rapid desensitization procedure for patients with aspirin hypersensitivity undergoing coronary stenting. *Am J Cardiol* 2005;**95**(4):509–510.

899. A randomised, blinded, trial of clopidogrel vs. aspirin in patients at risk of ischaemic events (CAPRIE). CAPRIE Steering Committee. *Lancet* 1996;**348**(9038): 1329–1339.

900. Bhatt DL, Cryer BL, Contant CF, Cohen M, Lanas A, Schnitzer TJ, Shook TL, Lapuerta P, Goldsmith MA, Laine L, Scirica BM, Murphy SA, Cannon CP, Investigators C. Clopidogrel with or without omeprazole in coronary artery disease. *N Engl J Med* 2010;**363**(20):1909–1917.

901. O'Donoghue ML, Braunwald E, Antman EM, Murphy SA, Bates ER, Rozenman Y, Michelson AD, Hautvast RW, Ver Lee PN, Close SL, Shen L, Mega JL, Sabatine MS, Wiviott SD. Pharmacodynamic effect and clinical efficacy of clopidogrel and prasugrel with or without a proton-pump inhibitor: an analysis of two randomised trials. *Lancet* 2009;**374**(9694):989–997.

902. Birkmeyer JD, Finlayson EV, Birkmeyer CM. Volume standards for high-risk surgical procedures: potential benefits of the Leapfrog initiative. *Surgery* 2001;**130**(3): 415–422.

903. Post PN, Kuijpers M, Ebels T, Zijlstra F. The relation between volume and outcome of coronary interventions: a systematic review and meta-analysis. *Eur Heart J* 2010; **31**(16):1985–1992.

904. Jones DA, Gallagher S, Rathod K, Jain AK, Mathur A, Uppal R, Westwood M, Wong K, Rothman MT, Shipolini A, Smith EJ, Mills PG, Timmis AD, Knight CJ, Archbold RA, Wragg A. Clinical outcomes after myocardial revascularization according to operator training status: cohort study of 22 697 patients undergoing percutaneous coronary intervention or coronary artery bypass graft surgery. *Eur Heart J* 2013;**34**(37):2887–2895.

905. Birkmeyer JD, Stukel TA, Siewers AE, Goodney PP, Wennberg DE, Lucas FL. Surgeon volume and operative mortality in the United States. *N Engl J Med* 2003; **349**(22):2117–2127.

906. Puskas JD, Mack MJ, Smith CR. On-pump vs. off-pump CABG. *N Engl J Med* 2010; **362**(9):>851; author reply 853–854.

907. Wijns W, Kolh PH. Experience with revascularization procedures does matter: low volume means worse outcome. *Eur Heart J* 2010;**31**(16):1954–7.

908. Zacharias A, Schwann TA, Riordan CJ, Durham SJ, Shah A, Papadimos TJ, Engoren M, Habib RH. Is hospital procedure volume a reliable marker of quality for coronary artery bypass surgery? A comparison of risk and propensity adjusted operative and midterm outcomes. *Ann Thorac Surg* 2005;**79**(6):1961–1969.

909. Kurlansky PA, Argenziano M, Dunton R, Lancey R, Nast E, Stewart A, Williams T, Zapolanski A, Chang H, Tingley J, Smith CR. Quality, not volume, determines outcome of coronary artery bypass surgery in a university-based community hospital network. *J Thorac Cardiovasc Surg* 2012;**143**(2):287–293.

910. Auerbach AD, Hilton JF, Maselli J, Pekow PS, Rothberg MB, Lindenauer PK. Shop for quality or volume? Volume, quality, and outcomes of coronary artery bypass surgery. *Ann Intern Med* 2009;**150**(10):696–704.

911. Hannan EL, Wu C, Walford G, King SB 3rd, Holmes DR Jr., Ambrose JA, Sharma S, Katz S, Clark LT, Jones RH. Volume-outcome relationships for percutaneous coronary interventions in the stent era. *Circulation* 2005;**112**(8):1171–1179.

912. McGrath PD, Wennberg DE, Dickens JD Jr., Siewers AE, Lucas FL, Malenka DJ, Kellett MA Jr., Ryan TJ Jr. Relation between operator and hospital volume and outcomes following percutaneous coronary interventions in the era of the coronary stent. *JAMA* 2000;**284**(24):3139–3144.

913. Nallamothu BK, Wang Y, Magid DJ, McNamara RL, Herrin J, Bradley EH, Bates ER, Pollack CV Jr., Krumholz HM. Relation between hospital specialization with primary percutaneous intervention and clinical outcomes in ST-segment elevation myocardial infarction: National Registry of Myocardial Infarction-4 analysis. *Circulation* 2006;**113**(2):222–229.

914. Spaulding C, Morice MC, Lancelin B, El Haddad S, Lepage E, Bataille S, Tresca JP, Mouranche X, Fosse S, Monchi M, de Vernejoul N. Is the volume-outcome relation still an issue in the era of PCI with systematic stenting? Results of the greater Paris area PCI registry. *Eur Heart J* 2006;**27**(9):1054–1060.

915. Vakili BA, Kaplan R, Brown DL. Volume-outcome relation for physicians and hospitals performing angioplasty for acute myocardial infarction in New York state. *Circulation* 2001;**104**(18):2171–2176.

916. Ho V. Evolution of the volume-outcome relation for hospitals performing coronary angioplasty. *Circulation* 2000;**101**(15):1806–1811.

917. Kastrati A, Neumann FJ, Schomig A. Operator volume and outcome of patients undergoing coronary stent placement. *J Am Coll Cardiol* 1998;**32**(4):970–976.

918. Canto JG, Every NR, Magid DJ, Rogers WJ, Malmgren JA, Frederick PD, French WJ, Tiefenbrunn AJ, Misra VK, Kiefe CI, Barron HV. The volume of primary angioplasty procedures and survival after acute myocardial infarction. National Registry of Myocardial Infarction 2 Investigators. *N Engl J Med* 2000;**342**(21):1573–1580.

919. Zahn R, Gottwik M, Hochadel M, Senges J, Zeymer U, Vogt A, Meinertz T, Dietz R, Hauptmann KE, Grube E, Kerber S, Sechtem U. Volume-outcome relation for contemporary percutaneous coronary interventions (PCI) in daily clinical practice: is it limited to high-risk patients? Results from the Registry of Percutaneous Coronary Interventions of the Arbeitsgemeinschaft Leitende Kardiologische Krankenhausarzte (ALKK). *Heart* 2008;**94**(3):329–335.

920. Khattab AA, Hamm CW, Senges J, Toelg R, Geist V, Bonzel T, Kelm M, Levenson B, Nienaber CA, Pfannebecker T, Sabin G, Schneider S, Tebbe U, Neumann FJ, Richardt G. Sirolimus-eluting stent treatment at high-volume centers confers lower mortality at 6-month follow-up: results from the prospective multicenter German Cypher Registry. *Circulation* 2009;**120**(7):600–606.

921. Kumbhani DJ, Cannon CP, Fonarow GC, Liang L, Askari AT, Peacock WF, Peterson ED, Bhatt DL. Association of hospital primary angioplasty volume in ST-segment elevation myocardial infarction with quality and outcomes. *JAMA* 2009;**302**(20):2207–2213.

922. Levine GN, Bates ER, Blankenship JC, Bailey SR, Bittl JA, Cercek B, Chambers CE, Ellis SG, Guyton RA, Hollenberg SM, Khot UN, Lange RA, Mauri L, Mehran R, Moussa ID, Mukherjee D, Nallamothu BK, Ting HH. 2011 ACCF/AHA/SCAI Guideline for Percutaneous Coronary Intervention. A report of the American College of Cardiology Foundation/American Heart Association Task Force on Practice Guidelines and the Society for Cardiovascular Angiography and Interventions. *J Am Coll Cardiol* 2011;**58**(24):e44–e122.

923. Di Mario C, Di Sciascio G, Dubois-Rande JL, Michels R, Mills P. Curriculum and syllabus for Interventional Cardiology subspecialty training in Europe. *EuroIntervention* 2006;**2**(1):31–36.

924. Hlatky MA, Boothroyd DB, Reitz BA, Shilane DA, Baker LC, Go AS. Adoption and effectiveness of internal mammary artery grafting in coronary artery bypass surgery among medicare beneficiaries. *J Am Coll Cardiol* 2014;**63**(1):33–39.

925. Perk J, De Backer G, Gohlke H, Graham I, Reiner Z, Verschuren M, Albus C, Benlian P, Boysen G, Cifkova R, Deaton C, Ebrahim S, Fisher M, Germano G, Hobbs R, Hoes A, Karadeniz S, Mezzani A, Prescott E, Ryden L, Scherer M, Syvanne M, Scholte op Reimer WJ, Vrints C, Wood D, Zamorano JL, Zannad F. European Guidelines on cardiovascular disease prevention in clinical practice (version 2012). The Fifth Joint Task Force of the European Society of Cardiology and Other Societies on Cardiovascular Disease Prevention in Clinical Practice (constituted by representatives of nine societies and by invited experts).

Downloaded from http://eurheartj.oxfordjournals.org/ by guest on September 18, 2014

Developed with the special contribution of the European Association for Cardiovascular Prevention & Rehabilitation (EACPR). *Eur Heart J* 2012;**33**(13): 1635–1701.

926. Baigent C, Blackwell L, Emberson J, Holland LE, Reith C, Bhala N, Peto R, Barnes EH, Keech A, Simes J, Collins R. Efficacy and safety of more intensive lowering of LDL cholesterol: a meta-analysis of data from 170,000 participants in 26 randomised trials. *Lancet* 2010;**376**(9753):1670–1681.

927. Cannon CP, Braunwald E, McCabe CH, Rader DJ, Rouleau JL, Belder R, Joyal SV, Hill KA, Pfeffer MA, Skene AM. Intensive vs. moderate lipid lowering with statins after acute coronary syndromes. *N Engl J Med* 2004;**350**(15):1495–1504.

928. LaRosa JC, Grundy SM, Waters DD, Shear C, Barter P, Fruchart JC, Gotto AM, Greten H, Kastelein JJ, Shepherd J, Wenger NK. Intensive lipid lowering with atorvastatin in patients with stable coronary disease. *N Engl J Med* 2005;**352**(14): 1425–1435.

929. Pfeffer MA, Braunwald E, Moye LA, Basta L, Brown EJ Jr., Cuddy TE, Davis BR, Geltman EM, Goldman S, Flaker GC *et al.* Effect of captopril on mortality and morbidity in patients with left ventricular dysfunction after myocardial infarction. Results of the survival and ventricular enlargement trial. The SAVE Investigators. *N Engl J Med* 1992;**327**(10):669–677.

930. Effect of enalapril on survival in patients with reduced left ventricular ejection fractions and congestive heart failure. The SOLVD Investigators. *N Engl J Med* 1991; **325**(5):293–302.

931. Pfeffer MA, McMurray JJ, Velazquez EJ, Rouleau JL, Kober L, Maggioni AP, Solomon SD, Swedberg K, Van de Werf F, White H, Leimberger JD, Henis M, Edwards S, Zelenkofske S, Sellers MA, Califf RM. Valsartan, captopril, or both in myocardial infarction complicated by heart failure, left ventricular dysfunction, or both. *N Engl J Med* 2003;**349**(20):1893–1906.

932. Granger CB, McMurray JJ, Yusuf S, Held P, Michelson EL, Olofsson B, Ostergren J, Pfeffer MA, Swedberg K. Effects of candesartan in patients with chronic heart failure and reduced left-ventricular systolic function intolerant to angiotensin-converting-enzyme inhibitors: the CHARM-Alternative trial. *Lancet* 2003;**362**(9386): 772–776.

933. Yusuf S, Teo KK, Pogue J, Dyal L, Copland I, Schumacher H, Dagenais G, Sleight P, Anderson C. Telmisartan, ramipril, or both in patients at high risk for vascular events. *N Engl J Med* 2008;**358**(15):1547–1559.

934. Yusuf S, Sleight P, Pogue J, Bosch J, Davies R, Dagenais G. Effects of an angiotensin-converting-enzyme inhibitor, ramipril, on cardiovascular events in high-risk patients. The Heart Outcomes Prevention Evaluation Study Investigators. *N Engl J Med* 2000;**342**(3):145–153.

935. Fox KM. Efficacy of perindopril in reduction of cardiovascular events among patients with stable coronary artery disease: randomised, double-blind, placebo-controlled, multicentre trial (the EUROPA study). *Lancet* 2003;**362**(9386): 782–788.

936. Critchley JA, Capewell S. Mortality risk reduction associated with smoking cessation in patients with coronary heart disease: a systematic review. *JAMA* 2003; **290**(1):86–97.

937. Iestra JA, Kromhout D, van der Schouw YT, Grobbee DE, Boshuizen HC, van Staveren WA. Effect size estimates of lifestyle and dietary changes on all-cause mortality in coronary artery disease patients: a systematic review. *Circulation* 2005; **112**(6):924–934.

938. Taylor RS, Brown A, Ebrahim S, Jolliffe J, Noorani H, Rees K, Skidmore B, Stone JA, Thompson DR, Oldridge N. Exercise-based rehabilitation for patients with coronary heart disease: systematic review and meta-analysis of randomized controlled trials. *Am J Med* 2004;**116**(10):682–692.

939. Taylor RS, Unal B, Critchley JA, Capewell S. Mortality reductions in patients receiving exercise-based cardiac rehabilitation: how much can be attributed to cardiovascular risk factor improvements? *Eur J Cardiovasc Prev Rehabil* 2006;**13**(3):369–374.

940. Hammill BG, Curtis LH, Schulman KA, Whellan DJ. Relationship between cardiac rehabilitation and long-term risks of death and myocardial infarction among elderly Medicare beneficiaries. *Circulation* 2010;**121**(1):63–70.

941. Clark AM, Hartling L, Vandermeer B, McAlister FA. Meta-analysis: secondary prevention programs for patients with coronary artery disease. *Ann Intern Med* 2005; **143**(9):659–672.

942. Heran BS, Chen JM, Ebrahim S, Moxham T, Oldridge N, Rees K, Thompson DR, Taylor RS. Exercise-based cardiac rehabilitation for coronary heart disease. *Cochrane Database Syst Rev* 2011;(7):CD001800.

943. Janssen V, De Gucht V, Dusseldorp E, Maes S. Lifestyle modification programmes for patients with coronary heart disease: a systematic review and meta-analysis of randomized controlled trials. *Eur J Prev Cardiol* 2013;**20**(4):620–640.

944. Zhang Y, Zhang X, Liu L, Zanchetti A. Is a systolic blood pressure target <140 mmHg indicated in all hypertensives? Subgroup analyses of findings from the randomized FEVER trial. *Eur Heart J* 2011;**32**(12):1500–1508.

945. Poole-Wilson PA, Lubsen J, Kirwan BA, van Dalen FJ, Wagener G, Danchin N, Just H, Fox KA, Pocock SJ, Clayton TC, Motro M, Parker JD, Bourassa MG,

Dart AM, Hildebrandt P, Hjalmarson A, Kragten JA, Molhoek GP, Otterstad JE, Seabra-Gomes R, Soler-Soler J, Weber S. Effect of long-acting nifedipine on mortality and cardiovascular morbidity in patients with stable angina requiring treatment (ACTION trial): randomised controlled trial. *Lancet* 2004;**364**(9437): 849–857.

946. Zanchetti A, Grassi G, Mancia G. When should antihypertensive drug treatment be initiated and to what levels should systolic blood pressure be lowered? A critical reappraisal. *J Hypertens* 2009;**27**(5):923–934.

947. Hansson L, Zanchetti A, Carruthers SG, Dahlof B, Elmfeldt D, Julius S, Menard J, Rahn KH, Wedel H, Westerling S. Effects of intensive blood-pressure lowering and low-dose aspirin in patients with hypertension: principal results of the Hypertension Optimal Treatment (HOT) randomised trial. HOT Study Group. *Lancet* 1998;**351**(9118):1755–1762.

948. Froelicher VF, Lehmann KG, Thomas R, Goldman S, Morrison D, Edson R, Lavori P, Myers J, Dennis C, Shabetai R, Do D, Froning J. The electrocardiographic exercise test in a population with reduced workup bias: diagnostic performance, computerized interpretation, and multivariable prediction. Veterans Affairs Cooperative Study in Health Services #016 (QUEXTA) Study Group. Quantitative Exercise Testing and Angiography. *Ann Intern Med* 1998;**128**(12 Pt 1):965–974.

949. The effect of intensive treatment of diabetes on the development and progression of long-term complications in insulin-dependent diabetes mellitus. The Diabetes Control and Complications Trial Research Group. *N Engl J Med* 1993;**329**(14): 977–986.

950. Intensive blood-glucose control with sulphonylureas or insulin compared with conventional treatment and risk of complications in patients with type 2 diabetes (UKPDS 33). UK Prospective Diabetes Study (UKPDS) Group. *Lancet* 1998; **352**(9131):837–853.

951. The Cardiac Insufficiency Bisoprolol Study II (CIBIS-II): a randomised trial. *Lancet* 1999;**353**(9146):9–13.

952. Packer M, Coats AJ, Fowler MB, Katus HA, Krum H, Mohacsi P, Rouleau JL, Tendera M, Castaigne A, Roecker EB, Schultz MK, DeMets DL. Effect of carvedilol on survival in severe chronic heart failure. *N Engl J Med* 2001;**344**(22):1651–1658.

953. Effect of metoprolol CR/XL in chronic heart failure: Metoprolol CR/XL Randomised Intervention Trial in Congestive Heart Failure (MERIT-HF). *Lancet* 1999; **353**(9169):2001–2007.

954. Flather MD, Shibata MC, Coats AJ, Van Veldhuisen DJ, Parkhomenko A, Borbola J, Cohen-Solal A, Dumitrascu D, Ferrari R, Lechat P, Soler-Soler J, Tavazzi L, Spinarova L, Toman J, Bohm M, Anker SD, Thompson SG, Poole-Wilson PA. Randomized trial to determine the effect of nebivolol on mortality and cardiovascular hospital admission in elderly patients with heart failure (SENIORS). *Eur Heart J* 2005;**26**(3):215–225.

955. Pitt B, Zannad F, Remme WJ, Cody R, Castaigne A, Perez A, Palensky J, Wittes J. The effect of spironolactone on morbidity and mortality in patients with severe heart failure. Randomized Aldactone Evaluation Study Investigators. *N Engl J Med* 1999; **341**(10):709–717.

956. Zannad F, McMurray JJ, Krum H, van Veldhuisen DJ, Swedberg K, Shi H, Vincent J, Pocock SJ, Pitt B. Eplerenone in patients with systolic heart failure and mild symptoms. *N Engl J Med* 2011;**364**(1):11–21.

957. Pitt B, Remme W, Zannad F, Neaton J, Martinez F, Roniker B, Bittman R, Hurley S, Kleiman J, Gatlin M. Eplerenone, a selective aldosterone blocker, in patients with left ventricular dysfunction after myocardial infarction. *N Engl J Med* 2003; **348**(14):1309–1321.

958. Swedberg K, Komajda M, Bohm M, Borer JS, Ford I, Dubost-Brama A, Lerebours G, Tavazzi L. Ivabradine and outcomes in chronic heart failure (SHIFT): a randomised placebo-controlled study. *Lancet* 2010;**376**(9744):875–885.

959. Fox K, Komajda M, Ford I, Robertson M, Bohm M, Borer JS, Steg PG, Tavazzi L, Tendera M, Ferrari R, Swedberg K. Effect of ivabradine in patients with left-ventricular systolic dysfunction: a pooled analysis of individual patient data from the BEAUTIFUL and SHIFT trials. *Eur Heart J* 2013;**34**(29):2263–2270.

960. Saito S, Valdes-Chavarri M, Richardt G, Moreno R, Iniguez Romo A, Barbato E, Carrie D, Ando K, Merkely B, Kornowski R, Eltchaninoff H, James S, Wijns W, on behalf of CENTURY II Investigators. A randomized, prospective, intercontinental evaluation of a bioresorbable polymer sirolimus-eluting coronary stent system: the CENTURY II (Clinical Evaluation of New Terumo Drug-Eluting Coronary Stent System in the Treatment of Patients with Coronary Artery Disease) trial. *Eur Heart J* 2014;**35**:2021–2031.

961. Pilgrim T, Heg D, Roffi M, Tüller D, Muller O, Vuilliomenet A, Cook S, Weilenmann D, Kaiser C, Jamshidi P, Fahrni T, Moschovitis A, Noble S, Eberli FR, Wenaweser P, Jüni P, Windecker S. Ultrathin strut biodegradable polymer sirolimus-eluting stent versus durable polymer everolimus-eluting stent for percutaneous coronary intervention (BIOSCIENCE): a randomised, single-blind, non-inferiority trial. *Lancet* 2014. doi 10.1016/S0140-6736(14)61038-2.

Downloaded from http://eurheartj.oxfordjournals.org/ by guest on September 18, 2014